# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.; PLANNED
PARENTHOOD LEAGUE OF
MASSACHUSETTS; and PLANNED
PARENTHOOD ASSOCIATION OF UTAH,

      Plaintiffs,

v.

ROBERT F. KENNEDY, JR., in his official
capacity as SECRETARY OF THE U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
MEHMET OZ, in his official capacity as
ADMINISTRATOR OF THE CENTERS FOR
MEDICARE & MEDICAID SERVICES; and
CENTERS FOR MEDICARE & MEDICAID
SERVICES,

      Defendants.

Case No. _____

## EXPERT DECLARATION OF CLAIRE D. BRINDIS
## IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY
## RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Claire D. Brindis, declare that if called as a witness, I would testify competently to the following:

1.      I am a Distinguished Professor Emerita (on recall) in the Department of Pediatrics and the Department of Obstetrics, Gynecology and Reproductive Health Sciences at the University of California, San Francisco ("UCSF"), where I have held positions as a researcher and faculty member since 1982.

2.      I am Emerita Director of the Philip R. Lee Institute for Health Policy Studies. This Institute is an interdisciplinary health policy research unit that collaborates with universities, the private sector, government, and community-based organizations to address issues concerning health care delivery, access and quality of care, and health services outcomes. I have been associated with this Institute since 1983 and was its Director from 2008 to 2020.

3.      I am a Founding Director and currently Senior Advisor of the UCSF Bixby Center for Global Reproductive Health. This Center leads research and training programs around the world to improve reproductive health policies, treatment, and care guidelines around the world. I have been associated with this Center since its founding in 2004.

4.      I received a Master's Degree in Public Health in Maternal and Child Health, International Health, and Family Planning from the University of California at Los Angeles and a Doctoral Degree in Public Health (with a specialty in Behavioral Sciences) from the University of California at Berkeley.

5.      A copy of my curriculum vitae is attached as Exhibit A.

6.      My area of academic expertise is child, adolescent, and women's health policy. I have conducted research regarding reproductive health services for men and women, pregnancy and pregnancy prevention, and health care reform, among other topics. Of particular relevance, I

served on the 2011 Institute of Medicine Women's Committee on Preventive Services for Women, which produced a report of recommendations for women's health, including an annual preventive health visit, counseling on sexually transmitted infections ("STIs"), and access to all Food and Drug Administration ("FDA")-approved contraceptive services without copayment.  I also served for nearly 20 years as the co-Principal Investigator for California's Family Planning, Access, Care, and Treatment ("PACT") Program, the state's Medicaid waiver program for providing family planning services to low-income men and women and one of the largest publicly funded family planning programs in the country.  I have served as the Principal Investigator for a National Institutes of Health-funded program, Building Interdisciplinary Research Careers in Women's Heath, which supports junior faculty conducting research aimed at improving women's health.

7.    I have served as a research grantee, advisor, and/or consultant to a variety of federal government projects and agencies since 1983, including: member of the advisory panel for the U.S. Congress Office of Technology Assessment on Adolescent Health (1991); advisor to the Centers for Disease Control and Prevention ("CDC") regarding adolescent pregnancy prevention efforts (1995-2000); member of the Adolescent Health Work Group, Maternal and Child Health Bureau, U.S. Department of Health and Human Services ("DHHS") (1995-1996); member of the Steering Committee, Women's Health Panel, Bright Futures for Women's Health and Well-Being: National Guidelines Project, Maternal and Child Health Bureau, DHHS (2001-2002); member of the Technical Experts Advisory Committee for the Office of Population Affairs, Office of Family Planning, and CDC in connection with revision of the Title X Family Planning Program Guidelines, Adolescent Panel (2011); member for the DHHS and Health Resources and Services Administration ("HRSA") Office of Women's Health Expert Panel on Curriculum Development in Women's Health (2012); expert panel member for the DHHS and the Office of Adolescent

Health (OAH) "Think Adolescent Health" agenda (2013); member of DHHS and OAH's Technical Workgroup on the Cost Study of Evidence-Based Teen Pregnancy Prevention Programs (2013); technical expert panel member for CDC panel on The National Survey of Children's Health (2015); member of the CDC's Adolescent Reproductive Health Clinical Program Improvements Workgroup (2018-2019); and special emphasis panel member of the CDC's Developing and Evaluating Adolescent, Parent, and Provider Resources to Improve Adolescent Use of Sexual Health Services panel (2020).

8.    I have not been paid a fee for my work in connection with this case.  I will be reimbursed for all reasonable and necessary out-of-pocket expenses incurred in connection with this engagement, such as travel expenses.  This reimbursement is not contingent on the nature of my findings or conclusions, or on the outcome of this litigation.

9.    I have been asked to provide my opinion on the effect on public health outcomes of Section 71113 of An Act to provide for reconciliation pursuant to title II of H. Con. Res. 14 ("Section 71113"), which I understand is intended to prohibit Planned Parenthood Federation of America ("PPFA") Member organizations from receiving federal funds through Medicaid.

10.    In this declaration, I use shorthand to discuss PPFA Members' health centers, using the terms "Planned Parenthood," "Planned Parenthood health centers," and "Planned Parenthood clinics."  For purposes of this declaration, unless otherwise indicated, those terms refer to the health centers owned and operated by PPFA Members, all of which include the words "Planned Parenthood" in their names.

11.    As further explained below, restricting Planned Parenthood's ability to provide essential health care services jeopardizes the health of patients and risks serious adverse public health outcomes—in particular, an increase in unintended pregnancies and attendant

complications, and an increase in undiagnosed and therefore untreated sexually transmitted infections. Because many patients rely on publicly funded healthcare services, the resulting increase in covered births, complications, and STIs will mean Section 71113 will lead to a net *increase* in public spending.

12.     I begin by providing an overview of Planned Parenthood's role in the system of providing reproductive health care to safety-net patients, *i.e.*, patients who receive such services through publicly funded health care programs. I then explain that if Planned Parenthood Members are excluded from receiving federal funds in the form of Medicaid reimbursement for the health care services they provide, alternative providers will not be able to fill the gaps in services that would result. I further explain below that serious public health consequences will result from Section 71113's exclusion of Planned Parenthood from the safety-net of health care providers that provide federally funded health care services under Medicaid and the lack of alternative providers who can offer similar services.

## I.    PLANNED PARENTHOOD MEMBERS' CENTRAL ROLE IN PROVIDING REPRODUCTIVE HEALTH CARE

### A.    Background Information on Medicaid

13.     Below, I provide a brief description of Medicaid and explain Planned Parenthood's important role in providing health care to patients under those programs.

14.     Millions of Americans rely on publicly funded programs, such as Medicaid, for all or a portion of their health care needs. Medicaid is a joint federal and state program that, together with the Children's Health Insurance Program ("CHIP"), provides health coverage to over 78

million Americans, including children, pregnant women, parents, seniors, and individuals with disabilities.[1]  Medicaid is the single largest source of health coverage in the United States.[2]

15.    States are not required to participate in the Medicaid program, but all states and the District of Columbia currently participate.[3]  The federal share of Medicaid funding varies from state to state, but in every state, the majority of funding for the program is provided by the federal government.

16.    Medicaid was initially enacted as a safety-net health coverage program for individuals with low incomes, with a particular emphasis on dependent children and their mothers, individuals with disabilities, and the elderly.[4]  When a state chooses to participate in the Medicaid program, federal law requires states to cover certain groups of individuals.  Low-income families, qualified children and pregnant women, and individuals receiving Supplemental Security Income are examples of mandatory eligibility groups.[5]

17.    The Affordable Care Act of 2010 created the opportunity for states to expand Medicaid to cover nearly all low-income Americans under age 65.  In particular, states have the

---

[1]    *Eligibility Policy*, https://www.medicaid.gov/medicaid/eligibility-policy (last visited July 1, 2025).

[2]    *Id.*

[3]    Alison Mitchell et al., Cong. Rsch. Serv., R43357, Medicaid: An Overview (2025), https://www.congress.gov/crs-product/R43357.

[4]    *Program History and Prior Initiatives*, Medicaid, https://www.medicaid.gov/about-us/program-history (last visited July 3, 2025); *Why did they do it that way? Eligibility policy*, National Association of Medicaid Directors, (Nov. 13, 2023), https://medicaiddirectors.org/resource/why-did-they-do-it-that-way-eligibility-policy (last visited July 3, 2025).

[5]    *See List of Medicaid Eligibility Groups, Mandatory Categorically Needy*, Medicaid, https://www.medicaid.gov/medicaid/eligibility/downloads/list-of-eligibility-groups.pdf (last visited July 1, 2025).

DECLARATION OF CLAIRE D. BRINDIS

option to extend eligibility to adults with incomes at or below 133% of the federal poverty level.[6] Forty-one states, including Massachusetts, Ohio, and Maryland, as well as the District of Columbia, chose to expand coverage to adults.[7]  Ten states have not done so.[8]  Nearly 40% of adult women of reproductive age who are enrolled in Medicaid are covered through the expansion pathway.[9]

18.     Medicaid is an entitlement program; if a patient is entitled to receive benefits under the program's criteria, then the patient may enroll and receive health care services from Medicaid providers.

19.     As relevant to this case, Medicaid reimburses health care providers for covered services that they have delivered to eligible patients.  Many health care providers do not participate in Medicaid because reimbursement rates are often considered low and thus less financially viable.[10]  States have the option to require cost-sharing (such as deductibles and copays) from beneficiaries, but those cost-sharing requirements are generally nominal, and under federal law they cannot be imposed for family planning services.[11]

---

[6]     Eligibility Policy, *supra* note 1.

[7]     *Status of State Action on the Medicaid Expansion Decisions*, Kaiser Family Foundation (May 9, 2025), https://www.kff.org/status-of-state-medicaid-expansion-decisions/.

[8]     *Id.*

[9]     *5 Key Facts About Medicaid and Family Planning*, Kaiser Family Foundation (May 29, 2025), https://www.kff.org/medicaid/issue-brief/5-key-facts-about-medicaid-and-family-planning/.

[10]    *See, e.g.*, *Evaluating the Effects of Medicaid Payment Changes on Access to Physician Services*, Medicaid and CHIP Payment and Access Commission, 1 (Jan. 2025), https://www.macpac.gov/wp-content/uploads/2025/01/Evaluating-the-Effects-of-Medicaid-Payment-Changes-on-Access-to-Physician-Services.pdf.

[11]    *See* 42 CFR 447.56(a)(2)(ii) ("The agency may not impose cost sharing for … family planning services and supplies.").

DECLARATION OF CLAIRE D. BRINDIS

20.     There are several types of providers, including Planned Parenthood Members, that use Medicaid and other sources of federal funding to provide health care services to safety-net patients.[12]   For example, community health centers ("CHCs") and federally qualified health centers ("FQHCs") provide health care services to low-income individuals in medically underserved or areas where there is a health professional shortage.[13]   Unlike Planned Parenthood, those providers usually do not specialize in family planning; rather, they may provide, among others, primary care, dental care, and/or mental health services.

**B.     Planned Parenthood Members' Crucial Public Health Role in Providing Publicly Funded Health Care**

21.     Planned Parenthood plays a central role in the national fabric of federally-funded health care providers.   In 2023, Planned Parenthood health centers served over two million patients, collectively delivering around 9.5 million services.[14]   In 2022, 53% of Planned

---

[12]     Title X is a federally-funded health care program dedicated to providing primarily low-income individuals with comprehensive family planning and related preventive health services. Unlike Medicaid reimbursement, Title X grantees receive finite grant awards.

[13]     For the purposes of this report, the majority of my opinions are focused on FQHCs, rather than public health clinics, hospital outpatient clinics, or other facilities where patients may seek health care services.  Though all these facilities are integral to the health care provider network, this report compares the services and impact of Planned Parenthood health centers with those of FQHCs based on available data and because these providers primarily serve similar populations of patients.

[14]     Planned Parenthood Federation of America, *A Force for Hope*, *Planned Parenthood Annual Report 2023-2024*, at 23 (2023-2024), https://www.plannedparenthood.org/uploads/filer_public/ec/6d/ec6da0d6-98e5-4278-8d11-99a5cba8e615/2024-ppfa-annualreport-c3-digital.pdf.

DECLARATION OF CLAIRE D. BRINDIS

Parenthood patients relied on Medicaid and other government-funded health care programs to pay for their care.[15]

### 1. Planned Parenthood Health Clinics Serve a Critical Mass of Patients Seeking Family Planning Services

22.     Planned Parenthood health centers are critical both in terms of the types of services they provide and the population they serve.  The volume and breadth of Planned Parenthood health centers' provision of contraceptive services sets them apart from other safety-net providers. Among health care providers who accept Medicaid, Planned Parenthood Members serve contraceptive-seeking patients in numbers that are disproportionate to their collective size.[16]  The Guttmacher Institute, a sexual and reproductive health-focused research and policy organization, estimated that in 2020, Planned Parenthood health centers comprised just 6% of publicly funded clinics providing contraceptive services, but 33% (1.6 million) of all female contraceptive clients

---

[15]     It is my understanding that the other 47% of Planned Parenthood patients pay for care out of pocket or through private insurance based on Planned Parenthood's sliding fee scale.  *See Planned Parenthood patients rely on the Title X family planning program for health care*, Planned Parenthood Federation of America (Mar. 12, 2025), https://www.plannedparenthood.org/about-us/newsroom/press-releases/planned-parenthood-patients-rely-on-the-title-x-family-planning-program-for-health-care (last visited July 3, 2025); *see also Rightfully Ours*, Planned Parenthood Federation of America, https://www.plannedparenthoodaction.org/rightfully-ours/for-planned-parenthood#:~:text=In%202023%2C%20there%20were%20more,to%20pay%20for%20their%20care (last visited July 1, 2025).

[16]     The majority of Medicaid beneficiaries ages 15-49 who receive family planning services at a Planned Parenthood clinic received contraceptive and STI services.  *The Impact of Medicaid and Title X on Planned Parenthood*, Kaiser Family Foundation (updated April 30, 2025), https://www.kff.org/medicaid/issue-brief/the-impact-of-medicaid-and-title-x-on-planned-parenthood/.

DECLARATION OF CLAIRE D. BRINDIS

(4.7 million) who visited a publicly funded clinic visited a Planned Parenthood health center.[17] Moreover, according to a newly released health tracking poll, one in three women state that they have gone to a Planned Parenthood clinic for care, as well as one in ten men, and nearly half of Black women.[18]  In 2020, each Planned Parenthood clinic served on average 2,640 female contraceptive patients, compared with 330 female contraceptive patients served on average at an FQHC, 320 served at a health department, and 410 served at a hospital.[19]  In 2021, 11% of all female Medicaid beneficiaries ages 15-49 who received family planning services went to a Planned Parenthood health center.[20]  A study of publicly funded clinics providing family planning services found that in 2022-2023, 47% of Planned Parenthood health centers cared for at least 50 contraceptive patients each week, compared with only 6% of health department sites and 25% of FQHCs that serve the same volume of clients.[21]

---

[17]     In comparison, public health departments accounted for 20% of publicly funded clinics and served 13% of all contraceptive clients in 2020.  FQHCs administered 58% of clinics and served 38% of clients.  Hospital outpatient sites accounted for 7% of clinics and served 9% of clients.  Other independent clinics represented 9% of total clinics and served 7% of clients. Jennifer J. Frost et al., *Publicly Supported Family Planning Services in the United States: Likely Need, Availability and Use, 2020,* Guttmacher Inst., 8, App. Table 7 (May 2025), https: //www.guttmacher.org/report/publicly-supported-FP-services-US-2020; *see also Federally Qualified Health Centers Could Not Readily Replace Planned Parenthood*, Guttmacher Inst. (May 13, 2025) https://www.guttmacher.org/news-release/2025/federally-qualified-health-centers-could-not-readily-replace-planned-parenthood.

[18]     Brittni Frederiksen et al., *Major Federal and State Funding Cuts Facing Planned Parenthood*, Kaiser Family Foundation (May 15, 2025), https://www.kff.org/womens-health-policy/issue-brief/major-federal-and-state-funding-cuts-facing-planned-parenthood/.

[19]     *Federally Qualified Health Centers Could Not Readily Replace Planned Parenthood*, Guttmacher Inst. (May 13, 2025) https://www.guttmacher.org/news-release/2025/federally-qualified-health-centers-could-not-readily-replace-planned-parenthood.

[20]     *The Impact of Medicaid and Title X on Planned Parenthood*, *supra* note 16.

[21]     Alicia VandeVusse et al., *Publicly Supported Family Planning Clinics in 2022-2023: Trends in Service Delivery Practices and Protocols*, Guttmacher Inst., 13, App. Table 1 (2024), https://www.guttmacher.org/sites/default/files/report_pdf/publicly-supported-family-planning-clinics-2022-2023.pdf.

DECLARATION OF CLAIRE D. BRINDIS

23.     Planned Parenthood Members are well regarded for providing high quality, culturally competent care, and patients often choose to seek care at Planned Parenthood health centers over other health care providers.[22]  Studies confirm that "Planned Parenthood clinics have shown a higher quality of care for family planning services compared with other provider types."[23] Planned Parenthood health centers are also more likely than all other types of publicly funded clinics to institute written counseling protocols for health screenings like intimate partner violence and substance abuse.[24]

24.     For example, a 2021 study of women seeking services at Planned Parenthood health centers found that nearly 60% of surveyed participants chose Planned Parenthood over other health care centers  because they "want[ed] to support [Planned Parenthood] health centers."[25]  Patients reported that Planned Parenthood clinics had increased appointment availability compared to other clinics, were easy to get to, and that staff understood their needs.  Notably, patients also frequently identified that they could get services at Planned Parenthood clinics in a confidential manner that they could not receive at other clinics.[26]

---

[22]     *See* Anna Newton-Levinson et al., *Influences on Women's Care Seeking at Planned Parenthood Health Centers in Two Southern States*, 31-5 Women's Health Issues 485 (2021), [doi: 10.1016/j.whi.2021.03.003].

[23]     Marion W. Carter et al., *Referral Practices Among U.S. Publicly Funded Health Centers that Offer Family Planning Services*, 27 Jour. Women's Health 994 (Aug. 2018), [doi: 10.1089/jwh.2017.6487].

[24]     Marion W. Carter et al., *Four Aspects of the Scope and Quality of Family Planning Services in US Publicly Funded Health Centers: Results from a Survey of Health Center Administrators*, 94 Contraception 340, 342-343, Table 4 (2016), [doi: 10.1016/j.contraception.2016.04.009].

[25]     Newton-Levinson et al., *supra* note 22, at 489.

[26]     *Id.* at 490.

25.     Relative to FQHCs, Planned Parenthood health centers are also likely to have staff trained to address the special needs of certain groups of clients.[27]  Specifically, Planned Parenthood health centers had training to work with adolescents (91% of Planned Parenthood facilities to 72% of FQHCs); lesbian or gay individuals (83% to 46%); individuals experiencing intimate partner violence (81% to 68%); non-English-speaking individuals (82% to 65%); and men (77% to 59%).[28]  A provider's cultural competence is particularly important for underrepresented groups. For example, in a study of Latino adolescents, the authors expressed that optimal pregnancy-prevention programs caring for Latino youth should include the following: having culturally sensitive and nonjudgmental staff, being responsive to Latino subgroup differences, emphasizing education, and recognizing cultural values regarding gender roles.[29]

### 2.    Planned Parenthood Members Readily Provide A Full Range of Accepted Contraceptive Services

26.     Planned Parenthood health centers are often the only reproductive health care provider available to patients seeking publicly funded services.  Moreover, in 238 of the 415 counties where Planned Parenthood health centers were located in 2015, Planned Parenthood health centers served at least half of the women obtaining publicly supported contraceptive

---

[27]     Jennifer J. Frost et al., *Variation in Service Delivery Practices Among Clinics Providing Publicly Funded Family Planning Services in 2010*, Guttmacher Inst., 12 (2012), https://www.guttmacher.org/sites/default/files/report_pdf/clinic-survey-2010.pdf.  Although this study is from 2012, it is my opinion that the findings from this study, as well as others cited in this report, reflect current program information about family planning clinics and the services they provide.

[28]     *Id.* at 22, 38, Table 9.

[29]     Anne K. Driscoll et al., *In Their Own Words: Pregnancy Prevention Needs of Latino Teen Mothers*, 1 Cal. Journal of Health Promotion 118, 120 (2003).

DECLARATION OF CLAIRE D. BRINDIS

services from a safety-net health center.[30]  In 38 of the 415 counties where Planned Parenthood health centers were located in 2015, Planned Parenthood was the only safety-net family planning center in that county.[31]  As of 2017, almost two-thirds (64%) of the 20 million women in need of publicly funded contraceptive care lived in counties with a Planned Parenthood health center.[32] Moreover, 24% of those women lived in counties where a Planned Parenthood Member serves the majority of those obtaining publicly supported contraceptive care from safety-net providers.[33]

27.    In addition to providing contraceptive care to a large number of patients, Planned Parenthood Members provide a broader range of contraceptive methods relative to other providers.[34]  Planned Parenthood clinics are much more likely than other publicly funded clinics providing family planning services to have met the CDC's objective to provide the full range of U.S. Food and Drug Administration ("FDA")-approved methods of contraception (94% of Planned

---

[30]    Kinsey Hasstedt, *Understanding Planned Parenthood's Critical Role in the Nation's Family Planning Safety Net*, 20 Guttmacher Pol'y Rev. 12, 14 (2017), https://www.guttmacher.org/sites/default/files/article_files/gpr2001216.pdf.

[31]    *Id.*

[32]    Memorandum from Jennifer J. Frost & Mia R. Zolna, Guttmacher Institute, to Senator Patty Murray, Ranking Member, Senate Health, Education, Labor and Pensions Committee, May 3, 2017, at 3, https://www.guttmacher.org/sites/default/files/article_files/guttmacher-murray-memo-2017.pdf.  "Women in need of publicly funded contraceptive care" are defined as "[t]hose women who a) are younger than 20 or are poor or low-income (i.e., have a family income less than 250% of the federal poverty level) and b) are sexually active and able to become pregnant but do not want to become pregnant."  *Id.* at 8.

[33]    *Id.* at 3.

[34]    *See, e.g.*, Carter et al., *supra* note 24, at 342; VandeVusse et al., *supra* note 21, at 10 ("Planned Parenthood facilities continue to exhibit the widest selection of contraceptive methods.").

13

DECLARATION OF CLAIRE D. BRINDIS

Parenthood clinics vs. 52-77% of other types of clinics),[35] which is important so that people can have greater alternatives in choosing their preferred methods, avoid unintended pregnancies, and more effectively plan the timing of their pregnancies to maximize birth outcomes.  Providing the full range of contraceptive options is also recommended by the American College of Obstetricians and Gynecologists ("ACOG"), the nation's leading organization of obstetricians and gynecologists.[36]  In 2022-2023, 90% of Planned Parenthood centers provided at least 10 reversible contraceptive methods on-site, compared with 64-84% of other publicly funded clinics providing family planning services.[37]

28.    Notably, Planned Parenthood health centers lead the way in providing intrauterine devices ("IUD"s) and contraceptive implants, both referred to as long-acting reversible contraception ("LARC") methods, to patients.  LARCs are widely recognized as the most medically effective and cost-effective forms of contraception,[38] and ACOG has accordingly

---

[35]    VandeVusse et al., *supra* note 21, at 14, App. Table 2; *see also* Healthy People 2030, *Family Planning*, *Overview and Objectives*, Office of Disease Prevention and Health Promotion, https://odphp.health.gov/healthypeople/objectives-and-data/browse-objectives/family-planning (last visited June 2, 2025).

[36]    ACOG, Committee Opinion No. 615, *Access to Contraception*, 3 (Jan. 2015, reaffirmed 2022), https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2015/01/access-to-contraception ("All FDA-approved contraceptive methods should be available to all insured women without cost sharing….").

[37]    VandeVusse et al., *supra* note 21, at 14, App. Table 2.

[38]    ACOG, Committee Opinion No. 186, *Long-Acting Reversible Contraception Implants and Intrauterine Devices* (Nov. 2017, reaffirmed 2024), https://www.acog.org/clinical/clinical-guidance/practice-bulletin/articles/2017/11/long-acting-reversible-contraception-implants-and-intrauterine-devices (characterizing implants and IUDs as among the most effective methods of contraception); James Trussell et al., *Cost Effectiveness of Contraceptives in the United States*, 79 Contraception 5, 13 (2009); Paul D. Blumenthal et al., *Strategies to Prevent Unintended Pregnancy: Increasing Use of Long-Acting Reversible Contraception*, 17 Human Reproduction Update 121, 131 (2011).

recommended that clinicians encourage appropriate candidates to consider LARCs.[39]  As of 2022-2023, Planned Parenthood health centers are more likely than other publicly funded health centers providing family planning services, including FQHCs, to offer a patient a LARC method (99% of Planned Parenthood clinics versus 64-84% of other types of clinics).[40]

29.    Planned Parenthood health centers are also more likely than other publicly funded clinics providing family planning services to offer same-day LARC insertion,[41] a practice also recommended by ACOG.[42]  Same-day LARC insertion is widely viewed as an essential component of effective family planning, because it eliminates the time and cost associated with follow-up visits and the risk that patients will be unable to return at a later time or will become pregnant in the interim.[43]  Planned Parenthood's role in providing such effective methods of contraception is essential in helping to reduce the number of unintended and mistimed pregnancies.

30.    Planned Parenthood health centers also stand out for their emergency contraception offerings.  They are more likely than other types of publicly funded family planning providers to

---

[39]    *Id.*

[40]    VandeVusse et al., *supra* note 21, at 14.

[41]    *Id.* at 7, 15, App. Table 3.

[42]    ACOG, Committee Opinion No. 615, *supra* note 36, at 4 ("Another common practice is requiring one medical appointment to discuss initiation of a LARC method and a second for placement of the device … Clinicians are encouraged to initiate and place LARC in a single visit as long as pregnancy may be reasonably excluded").

[43]    M. Antonia Biggs et al., *California Family Planning Health Care Providers' Challenges to Same-Day Long-Acting Reversible Contraception Provision*, 126 Obstetrics & Gynecology 338, 338 (2015) ("Same-day insertion protocols lessen patient burden, costs associated with additional visits, and the risk of experiencing an unintended pregnancy between the initial and subsequent visit."); *Bridging the Divide: Current Research and Policy on Long-Acting Reversible Contraception (LARC): Key Points for Policymakers*, Jacobs Institute of Women's Health, 8 (2016), https://jiwh.publichealth.gwu.edu/sites/g/files/zaxdzs6301/files/2023-09/larc_key_points.pdf (some women who would like to use a LARC method may not be able to return for a return visit for insertion).

DECLARATION OF CLAIRE D. BRINDIS

offer emergency contraceptive pills (100% compared to 68-93% among other publicly funded clinics).[44] They are also more likely to dispense or prescribe oral emergency contraceptives ahead of time, so they are readily available to patients when needed without travel or wait times.[45] Planned Parenthood facilities are also more likely than others to offer copper IUDs as a method of emergency contraception.[46]

31.    In addition to providing a broader range of contraceptive methods, according to a 2015 study, Planned Parenthood health centers were more likely than all other types of publicly funded clinics to implement contraceptive counseling protocols, which help patients maximize their ability to use their method of contraception effectively.[47] In 2022-2023, Planned Parenthood health centers were also more likely than all other provider types to offer at least a twelve-month pill supply when providing oral contraceptives, which prevents patients from having inadequate

---

[44]    VandeVusse et al., *supra* note 21, at 14, Table 2.

[45]    *Id.* at 7 ("Planned Parenthood facilities were most likely to carry out this advanced provision of emergency contraception (81%), while FQHCs were the least likely (28%)"); *see also* ACOG, Frequently Asked Questions No. 114, Emergency Contraception (last updated April 2025), https://www.acog.org/womens-health/faqs/emergency-contraception (individuals can get emergency contraceptive pills ahead of time so they are available if needed).

[46]    VandeVusse et al., *supra* note 21, at 14, App. Table 2; ACOG, Frequently Asked Questions No. 114, *supra* note 45 (copper IUD is most effective form of emergency contraception).

[47]    *See, e.g.*, Carter et al., *supra* note 24, at 342-43, Table 2.

DECLARATION OF CLAIRE D. BRINDIS

protection if they are unable to return for additional supplies.[48]   Nearly all (98%) Planned Parenthood health centers used the quick-start protocol for oral contraceptives,[49] compared with 50-76% for all other clinic types.[50]   Nearly all (98%) Planned Parenthood health centers dispense oral contraceptives without a pelvic exam,[51] which historically was a precondition for potential contraceptive patients, but are now considered by broad medical consensus to be unnecessary in most cases.[52]   That figure compares favorably with 54-79% for all other clinic types.[53]   This is important because the requirement of a pelvic exam, which involves instruments being placed in

---

[48]    VandeVusse et al., *supra* note 21, at 15, Table 3; ACOG, Committee Opinion No. 788, *Over-the-Counter Access to Hormonal Contraception* (2012, reaffirmed 2025), https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2019/10/over-the-counter-access-to-hormonal-contraception ("Access to multiple OCP packs at one time … results in higher rates of continuation."); Diana Greene Foster et al., *Number of Oral Contraceptive Pill Packages Dispensed and Subsequent Unintended Pregnancies*, 117 Obstetrics & Gynecology 566, 569 (2011) ("Dispensing a 1-year supply [of oral contraceptives, as opposed to a 1-month or 3-month supply] is associated with a 30% reduction in the odds of conceiving a pregnancy in the subsequent year and a 46% reduction in the odds of an abortion….").

[49]    The quick-start protocol, *i.e.*, starting contraceptive use on the day of an office visit, improves initial continuation rates for use of oral contraceptives. *U.S. Selected Practice Recommendations for Contraceptive Use, 2013*, CDC, 62 Morbidity & Mortality Wkly. Rep., 23 (2013), https://www.cdc.gov/mmwr/pdf/rr/rr62e0614.pdf.

[50]    VandeVusse et al., *supra* note 21, at 15, App. Table 3.

[51]    *Id.*

[52]    Loretta Gavin et al., *Providing Quality Family Planning Services: Recommendations of CDC and the U.S. Office of Population Affairs*, 63 Morbidity & Mortality Wkly. Rep., No. 4, 11 (2014), https://www.cdc.gov/mmwr/pdf/rr/rr6304.pdf.  Pelvic exams can cause fear and discomfort and are "not needed routinely to provide contraception safely to a healthy client."; *see also* ACOG, Committee Opinion No. 615, *supra* note 36, at 4 ("There is no medical or safety benefit to requiring routine pelvic examination or cervical cytology before initiating hormonal contraception.  The prospect of such an examination may deter a woman, especially an adolescent, from having a clinical visit that could facilitate her use of a more effective contraceptive method than those available over the counter.").

[53]    VandeVusse et al., *supra* note 21, at 15, App. Table 3.  In general, family planning-focused providers, like Planned Parenthood, are more likely than primary care/multi-specialty providers, like most FQHCs, to not misinform clients that pelvic exams or STI tests were necessary prior to contraceptive initiation.

the vagina, can be a significant deterrent for some patients to seek care, especially those who are victims of sexual assault.

32.    Planned Parenthood health clinic's broad range of available contraceptive methods, coupled with its client-centered counseling and advising, provide patients with the flexibility to determine the preferred, client-centered family planning care treatment for their lifestyles.

### 3.    Planned Parenthood Health Centers Readily Provide STI Testing and Treatment

33.    In addition to the provision of contraceptives, Planned Parenthood health centers play an important public health role in screening for human immunodeficiency virus ("HIV") and other STIs.    In 2023, Planned Parenthood health centers provided 5,132,330 STI tests and treatments, among which included 769,851 HIV tests.[54]    Planned Parenthood health centers are more likely to provide pre-exposure prophylaxis ("PrEP"), a medication taken by HIV-negative individuals to significantly reduce the risk of acquiring HIV.[55]    97% of Planned Parenthood health centers offer PrEP for patients, compared to only 33% of health departments and 69% of FQHCs.[56] In providing these tests and treatments, according to a 2012 study, Planned Parenthood health centers were more likely to use rapid-result testing for HIV (tests that provide results more quickly than other forms of testing) than other publicly funded family planning clinics, such as FQHCs, public health departments, and hospital outpatient clinics, enabling patients to begin treatment more quickly.[57]    And, the experience by Planned Parenthood health clinics in promoting and

---

[54]    Planned Parenthood Federation of America, *A Force for Hope: Planned Parenthood Annual Report 2023-2024*, *supra* note 14, at 23.

[55]    VandeVusse et al., *supra* note 21, at 8, 16, Table 4.

[56]    *Id.*

[57]    Frost et al., *Variation in Service Delivery Practices Among Clinics Providing Publicly Funded Family Planning Services in 2010*, *supra* note 27, at 12.

DECLARATION OF CLAIRE D. BRINDIS

delivering PrEP has provided valuable insight to increasing access to and culturally competent communications about PrEP.[58]

### 4. Planned Parenthood Members Provide Accessible Services for Adolescents

34.     Adolescents and young adults are populations that often have difficulty obtaining family planning services, and Planned Parenthood health centers offer high quality care to the substantial number of adolescents and young adults they serve.[59]  For example, in 2015, 97% of Planned Parenthood health centers provided LARCs to adolescent patients, compared to 57-76% of other types of publicly funded family planning providers.[60]  One study found that certain facility practices that are targeted to teens and young adults, such as more flexible hours, teen-friendly decor, online scheduling, and social media usage, were more prevalent at Planned Parenthood health centers than other providers.[61]  In addition, researchers suggest that Planned Parenthood's name recognition may avoid some of the lack-of-knowledge barriers that prevent adolescents from

---

[58]     Brittany Wilbourn et al., *Preexposure Prophylaxis Implementation in a Reproductive Health Setting: Perspectives From Planned Parenthood Providers and Leaders*, 24 Health Promotion Practice 764 (2022) [doi:10.1177/15248399221086616].

[59]     Katherine H. Mead et al., *The Role of Federally Qualified Health Centers in Delivering Family Planning Services to Adolescents*, 57 J. Adolescent Health 87, 87-88 (2015) (summarizing reasons why adolescents have difficulty obtaining adequate family planning care); Megan L. Kavanaugh et al., *Meeting the Contraceptive Needs of Teens and Young Adults: Youth-Friendly and Long-Acting Reversible Contraceptive Services in U.S. Family Planning Facilities*, 52 J. Adolescent Health 284, 286 (2013).

[60]     Mia R. Zolna & Jennifer Frost, *Publicly Funded Family Planning Clinics in 2015: Patterns and Trends in Service Delivery Practices and Protocol*, Guttmacher Inst., 22, fn. 19 (Nov. 2016), https://www.guttmacher.org/sites/default/files/report_pdf/publicly-funded-family-planning-clinic-survey-2015_1.pdf (last visited July 3, 2025).

[61]     Kavanaugh et al., *supra* note 59, at 286.  In 2022-2023, Planned Parenthood health centers were more likely than other publicly funded family planning clinics to offer extended (evening and/or weekend) clinic hours (70% compared to 3-53%).  VandeVusse et al., *supra* note 21, at 13, App. Table 1.

obtaining care at other publicly funded providers.[62]  One study found that a young woman's likelihood of becoming a mother and dropping out of high school decreased with a local presence of a Planned Parenthood health center.[63]

## II.  OTHER PUBLICLY FUNDED HEALTH CLINICS WILL NOT FILL THE GAP LEFT BY PLANNED PARENTHOOD MEMBERS' EXCLUSION FROM MEDICAID

35.    By excluding Planned Parenthood Members from federal Medicaid funding upon enactment, Section 71113 creates an immediate health care crisis for over a million patients, and will place enormous strain on other publicly funded health care providers.[64]  The loss of Medicaid funding could force over a million family planning patients who previously received care at Planned Parenthood health centers to seek care at alternative sites such as FQHCs.  But, although FQHCs are a large and important part of the nation's primary health care safety-net, they will not be able to meet the need of providing care to Planned Parenthood Members' Medicaid patients

---

[62]    Mead et al., *supra* note 59, at 87, 92.

[63]    Katherine Hicks-Courant & Aaron Schwartz, *Local Access to Family Planning Services and Female High School Dropout Rates*, 127 Obstetrics & Gynecology 699, 703 (2016), [doi: 10.1097/AOG.0000000000001344].  This study found that the abortion services provided at some Planned Parenthood clinics "did not drive the association between the clinics and reduced high school dropout rates."

[64]    Press Release, Guttmacher Institute, Federally Qualified Health Centers Could Not Readily Replace Planned Parenthood (updated June 4, 2025), https://www.guttmacher.org/news-release/2025/federally-qualified-health-centers-could-not-readily-replace-planned-parenthood; Sara Rosenbaum, *Planned Parenthood, Community Health Centers, And Women's Health: Getting the Facts Right*, Health Affairs (Sept. 2, 2015), http://healthaffairs.org/blog/2015/09/02/planned-parenthood-community-health-centers-and-womens-health-getting-the-facts-right.

because Section 71113 does not provide a reasonable accommodation time for patients and clinics to make adjustments.[65]

36.     In my opinion, it is unrealistic to suggest that FQHCs (or any other alternative sites, such as public health clinics, hospitals, etc.) could possibly ramp up services quickly enough to fill the sudden gap left by disqualifying Planned Parenthood Members from federal Medicaid reimbursement.

37.     There are at least four critical flaws with the assumption that family planning services can be transferred from Planned Parenthood health centers to FQHCs or other publicly funded health care providers without any significant loss of care.

38.     The four critical flaws are:  (1) it would take substantial additional time for FQHCs to hire staff and make other changes needed to meet the needs of over a million new family planning patients; (2) FQHCs may not be located near Planned Parenthood health centers, so they may not be accessible to large numbers of patients displaced from Planned Parenthood; (3) FQHCs do not offer the same range of reproductive services that Planned Parenthood health centers offer, so transferring patients may not be able to obtain the type of care they need, or else receive care from a provider with less expertise in the services sought; and (4) any additional funding (if any) would not help to compensate for the loss of Planned Parenthood services because it would take the federal administering agency months to even allocate new funds to FQHCs.

39.     The net result is that FQHCs could not realistically respond in a timely fashion to fill the gap left by the barring of Medicaid reimbursement to Planned Parenthood health centers.

---

[65]     Press Release, Guttmacher Institute, *supra* note 64; Sara Rosenbaum, *Can Community Health Centers Fill the Health Care Void Left by Defunding Planned Parenthood?*, Health Affairs (Jan. 27, 2017), http://healthaffairs.org/blog/2017/01/27/can-community-health-centers-fill-the-health-care-void-left-by-defunding-planned-parenthood.

DECLARATION OF CLAIRE D. BRINDIS

Over a million patients would likely experience a serious gap in access to family planning services, which could result in increases in unplanned pregnancies and births as well as other health problems, such as untreated STIs or cancers detected too late due to missed cancer screenings. For those patients who use Planned Parenthood Members as their primary health care providers, the denial of Medicaid reimbursement to Planned Parenthood Members may also lead to other health impacts.

### A. FQHCs Would Require Substantial Time to Meet the Needs of Over a Million New Family Planning Patients

40.     *First*, to serve Planned Parenthood Members' existing Medicaid patients, FQHCs would have to immediately recruit and hire medical staff, as well as expand their space (e.g., exam rooms) and stock of supplies, such as intrauterine devices or oral contraceptives. As explained before, given that an average Planned Parenthood center serves 2,640 contraceptive patients per year while an average FQHC site serves 320,[66] an FQHC near a Planned Parenthood center that closed down would need to increase the number of contraceptive patients served by almost ten times in order to absorb those who can no longer go to Planned Parenthood because of Section 71113.

41.     Planned Parenthood Members' exclusion from Medicaid will likely result in patients who are motivated to protect against unintended pregnancies to seek contraceptive care from other providers. For example, FQHC sites offering contraceptive care would have to, virtually overnight, increase their capacity to provide these services by 56%—an additional one million contraceptive clients.[67] Public health department sites offering contraceptive care would

---

[66]     Press Release, Guttmacher Institute, *supra* note 64.

[67]     *Id.*

DECLARATION OF CLAIRE D. BRINDIS

have to increase their capacity to provide these services by 28%—an additional 168,000 contraceptive patients.[68]  Hospital sites offering contraceptive care would have to increase their capacity to provide these services by 53%—an additional 344,000 contraceptive patients.[69]  And other sites offering contraceptive care would have to increase their capacity to provide these services by 55%—an additional 189,000 contraceptive patients.[70]  Not included in these numbers are the likely increase in wait times, decreased access nearby clinics, and gaps in the services provided as a result of Planned Parenthood Members' absence.[71]

42.      But FQHCs already struggle to fill existing vacancies and frequently suffer staffing shortages owing to their locations in medically underserved areas.  By statute, FQHCs only operate in areas that are designated as medically underserved areas, even before Section 71113 went into effect, or as health professional shortage areas, so they typically struggle to hire trained health staff.  Almost all FQHCs (95%) have at least one clinical vacancy at any given time.[72]  More than two thirds (69%) have a vacancy for a family physician, half (50%) have a vacancy for a nurse practitioner, and have a 41% vacancy for a registered nurse.

43.      Furthermore, it can be particularly difficult and time-consuming for FQHCs to fill staff vacancies for reproductive health providers.  For example, the average time to fill an

---

[68]      *Id.*

[69]      *Id.*

[70]      *Id.*

[71]      *See infra* Section I.B.

[72]      *Staffing the Safety Net: Building the Primary Care Workforce at America's Health Centers*, National Association of Community Health Centers (March 2016), https://hcpsocal.org/wp-content/uploads/2014/05/NACHC_Workforce_Report_2016.pdf.

DECLARATION OF CLAIRE D. BRINDIS

obstetrician/gynecologist position at an FQHC is about 11 months.[73]    When FQHCs have challenges meeting their current staffing needs, it is inherently impracticable for them to rapidly meet new and sudden unanticipated needs to serve over a million patients who would be displaced from Planned Parenthood health centers (as well as other patients who might be affected if Planned Parenthood health centers must close or curtail services).

44.    This point is illustrated by a study in which researchers interviewed alternative providers, such as FQHCs, in the vicinity of five Texas Planned Parenthood clinics to learn if they had the capacity to take in patients that might lose Medicaid funding at Planned Parenthood clinics.[74]    The alternative sites generally reported they were already at or close to capacity and would not be able to serve large numbers of additional family planning patients.    For example, survey respondents noted that their nurse practitioners or physicians already had full caseloads, and a new patient might need to wait for months for an appointment.

45.    Similar findings were reported from a 2021 qualitative interview study that evaluated access to care after Planned Parenthood Members were excluded from the Texas

---

[73]    *Id*.  Rural family planning clinics are more likely to be understaffed and under resourced, compounding the crisis for rural FQHCs.  In 2016, 13% of community health centers reported a vacancy for an obstetrician-gynecologist, and between 2006-2008, only 0.6% to 1.4% of all recent US residency graduates went on to practice in rural health centers or FQHCs.  Anita Y. Cheng, *Community Health Center Engagement and Training During Obstetrics and Gynecology Residency*, 11 Jour. Graduate Medical Educ., 513 (Oct. 2019) [doi: 10.4300/JGME-D-19-00039.1]; *see also* Emma Pliskin et al., *Rural and Urban Women Have Differing Sexual and Reproductive Health Experiences*, Child Trends, (Sept. 15, 2022) https://www.childtrends.org/publications/rural-and-urban-women-have-differing-sexual-and-reproductive-health-experiences (last visited July 3, 2025).

[74]    Leighton C. Ku et al, *Deteriorating Access to Women's Health Services in Texas: Potential Effects of the Women's Health Program Affiliate Rule*, Geiger Gibson/RCHN Community Health Foundation Research Collaborative: Policy Research Brief No. 31 (2012), https://hsrc.himmelfarb.gwu.edu/cgi/viewcontent.cgi?article=1000&context=sphhs_policy_ggrchn.

Medicaid program, discussed in more detail below. The study found Planned Parenthood Medicaid patients experienced challenges accessing care elsewhere, finding other providers, and getting evidence-based care, leading to delayed or forgone care, and emotional distress.[75]

**B.    FQHCs May Not Be Practically Accessible To Large Numbers Of Patients Displaced From Planned Parenthood**

46.    *Second*, even if FQHCs did have sufficient capacity, many current Planned Parenthood patients would still be unable to obtain care at those health centers.

47.    While FQHCs are an important part of this country's health care safety net, in 2020, only 56% of FQHC sites nationwide reported offering contraceptive care to at least 10 women per year—the threshold at which clinics are considered part of the network of safety-net contraceptive providers. FQHC sites each serve an average of 330 female contraceptive patients annually; health department sites serve 320 annually; centers operated by hospitals serve 640 annually; and centers operated by other types of agencies serve 410 annually. By contrast, Planned Parenthood Member health centers each serve an average of 2,640 female contraceptive clients annually.[76]

48.    FQHCs and Planned Parenthood health centers are not always located in the same areas, and in many counties the patient population is heavily or even exclusively reliant on Planned Parenthood health centers for reproductive health care. According to 2015 data, in 238 (57%) of the 415 counties with a Planned Parenthood health center, Planned Parenthood served at least half of all safety-net contraceptive patients.[77] Approximately 4.8 million women—24% of all women

---

[75]    Anna Chatillon et al., *Access to care following Planned Parenthood's termination from Texas' Medicaid Network: A qualitative study*, 128 Contraception 110, 141 (2023), https://www.contraceptionjournal.org/article/S0010-7824(23)00235-4/fulltext.

[76]    Press Release, Guttmacher Institute, *supra* note 64.

[77]    Zolna & Frost, *supra* note 60, at 2.

DECLARATION OF CLAIRE D. BRINDIS

in need of publicly funded contraceptive care—live in those counties.[78]  In 203 counties, FQHCs would have to triple their contraceptive patient workloads in order to provide services for the patients currently being treated at Planned Parenthood health centers.[79]  As of 2017, in 54 counties with Planned Parenthood health centers, there were no FQHCs at all.[80]  And in 38 of these counties, Planned Parenthood health centers are the sole publicly funded source of reproductive health care services.[81]  Analysis by the Congressional Research Service from 2017 reached a similar conclusion: despite the large number of FQHC sites, there are a number of areas in which a Planned Parenthood health center exists, but there is no FQHC in the same county.[82]

49.    Thus, even Planned Parenthood Members' very large share of the aggregate provision of reproductive health services does not fully reflect how important Planned Parenthood health centers are to the communities that depend on them as Medicaid providers.  In many parts of the country, Planned Parenthood is not just the predominant or preferred provider of reproductive health services—it is the *only* publicly funded option available.  Patients in those and surrounding counties may have to travel more than 100 miles to obtain care at an alternative provider, and many of those patients will be unable or unwilling to do so, especially lower-income

---

[78]    *Id.* at 3.

[79]    *Id.* at 5.

[80]    *Id.*

[81]    *Id.*

[82]    Elayne J. Heisler and Victoria L. Elliott, Cong. Rsch. Serv., R44295, Factors Related to the Use of Planned Parenthood Affiliated Health Centers (PPAHCs) and Federally Qualified Health Centers (FQHCs), 25, Table 6 (May 18, 2017).

DECLARATION OF CLAIRE D. BRINDIS

patients who are likely to have difficulty in finding transportation and meeting child-care and work responsibilities.[83]

C.    **FQHCs Do Not Offer The Same Range Of Reproductive Services That Planned Parenthood Centers Offer**

50.    *Third*, Planned Parenthood health centers and FQHCs are not substitutes for one another in terms of the services they offer.  Under Section 330 of the Public Health Service Act, FQHCs must provide comprehensive primary care services to all patients.  Thus, their limited resources must be directed not just to reproductive care, but to all other primary care and preventive needs, including pediatric and geriatric services, mental health, and other services.  In 2022-2023, 100% of Planned Parenthood health centers had a primary focus on reproductive health, compared with 8% of FQHCs.[84]  Unsurprisingly, then, women of reproductive age are only about a quarter (26%) of all FQHC patients, whereas they represent more than 85% of all Planned Parenthood patients.

51.    Research has shown that patients prefer to receive care at specialized clinics, like Planned Parenthood health centers, because such clinics can offer better or faster services such as having oral contraceptives available on site or have same day IUD insertion available.[85]  Shifting

---

[83]    For example, a 2021 study found that increased driving time required for treatment led to an increased likelihood of cost-related healthcare avoidance, reduced likelihood of ever having had a clinical breast examination, and past-year mammogram receipt among female Ohio residents following restrictions on public funding led to clinical closures.  Jacqueline Ellison et al., *The Impact of Driving Time to Family Planning Facilities on Preventive Service Use in Ohio*, 60 Am J. Prev. Med. 4 (2021).

[84]    VandeVusse et al., *supra* note 21, at 13, App. Table 1.

[85]    Jennifer J. Frost et al., *Specialized Family Planning Clinics in the United States: Why Women Choose Them and Their Role in Meeting Women's Health Care Needs*, 22 Women's Health Issues 519 (2012).

to other facilities means that patients may not receive the full range and quality of family planning services that they have come to expect at Planned Parenthood health centers.

52.    Research by Guttmacher Institute shows the limitations of FQHCs in this area.[86] As of 2023, only 52% of FQHCs offered the full range of reversible contraceptive services, compared with 94% of Planned Parenthood clinics.[87]   In addition, while almost every Planned Parenthood health center offers same day IUD insertion and oral contraceptive pills, only 38% of FQHCs offer same day IUD insertion, and about 50% of FQHCs offer same day oral contraceptive pills.[88]

### D.    It Would Take The Federal Administering Agency Months To Allocate New Funds To FQHCs

53.    *Fourth*, Section 71113 does not explain how any additional FQHC funding is to be allocated, and there are significant logistical difficulties in ensuring that the funding is correctly allocated to clinics where there is additional need stemming from the disruption of services at Planned Parenthood health centers.  It would not make sense for HRSA, the federal funding agency, to simply increase funding to all FQHCs—most are not in the service areas of Planned Parenthood health centers.  Moreover, as discussed above, they are unlikely to be operationally equipped to handle a rapid expansion even if they had additional funding.

54.    It is my understanding that the additional funds for FQHCs must be allocated through a grant funding system.  In practical terms, this means that HRSA would need to draft and issue a funding notice, receive grant applications from FQHCs, evaluate the applications to decide

---

[86]    *See* VandeVusse et al., *supra* note 21.

[87]    *Id.* at 14, App. Table 2.

[88]    *Id.* at 15, App. Table 3.

DECLARATION OF CLAIRE D. BRINDIS

which applications to fund, and then release the funds. Here, there is an additional challenge: If the reallocated funds are targeted to provide care to displaced Planned Parenthood patients to buttress the public health impact, then funds ought to be allocated to FQHCs that are close in location to Planned Parenthood health centers, which would require more specialized and time-consuming funding notices and applications.

55.     To illustrate the time needed, on May 30, 2024, HRSA released a funding opportunity notice (HRSA-25-085) soliciting applications to support new FQHC service sites for the following fiscal year, beginning on June 1, 2025.[89]  There is a significant gap between the announcement of funding availability and the date when funds became available.

56.     Following passage of the 2025 Act, FQHCs will likely receive no further federal funds to help them provide service to the over a million patients who would no longer be able to receive those services at Planned Parenthood health centers.

57.     In light of these four factors, the overall effect of Section 71113 will likely leave many patients with significantly reduced access to reproductive health care.[90]

58.     Moreover, although I have thus far focused on the patients receiving services at Planned Parenthood health centers, Section 71113 will also have devastating effects on the low-income patients that currently receive their care at FQHCs. FQHCs are already stretched to capacity. As noted above, an average FQHC patient typically waits nine days for a general medical

---

[89]     U.S. Dep't of Health and Human Services, HRSA, *Notice of Funding Opportunity: New Access Points*, No. HRSA-25-085 (May 30, 2024), https://apply07.grants.gov/apply/opportunities/instructions/PKG00286780-instructions.pdf.

[90]     Even if these patients were to identify viable alternatives to seeking care in FQHCs, they would likely encounter many of the same challenges as described above. It would be important to conduct studies to better document the full impact of Section 71113.

DECLARATION OF CLAIRE D. BRINDIS

appointment at FQHCs.[91]  Because of the difficulty in expanding capacity rapidly, I expect that the typical appointment delay at FQHCs for a family planning patient in areas affected by the loss of Planned Parenthood health centers could exceed one month.  Many patients would be discouraged by such a long delay and go without contraception, increasing the risk of an unplanned pregnancy or untreated sexually transmitted infection.[92]

59.    The delays would affect not only new family planning patients—those previously served by Planned Parenthood—but also those already receiving a range of care provided at FQHCs.  If there is a sudden surge in the number of appointments at an FQHC, the FQHC will typically attempt to serve all patients in an equivalent fashion.  If FQHCs are to serve new patients with the same level of staff and resources they had before, then all patients, whether new or established, will have to wait longer for appointments.  This can create delays not only in people getting family planning services, but also in delays for other medical care too, such as care for diabetes or heart disease, further burdening health care infrastructure for patients with low incomes.

---

[91]    Brendan Saloner et al., *The Availability of New Patient Appointments for Primary Care at Federally Qualified Health Centers: Findings From an Audit Study*, The Urban Institute Health Policy Center (April 7, 2014), https://www.urban.org/sites/default/files/publication/22496/413088-The-Availability-of-New-Patient-Appointments-for-Primary-Care-at-Federally-Qualified-Health-Centers-Findings-From-an-Audit-Study.PDF.

[92]    Brooke Whitfield et al., *Timely Access to Contraception at Medicaid Providers Following the Exclusion of Planned Parenthood from Texas' Medicaid Program*, Univ. of Tex. at Austin, Tex. Policy Eval. Proj., at 3 (Jan. 2022) https://sites.utexas.edu/txpep/files/2022/01/TxPEP-research-brief-Planned-Parenthood-Medicaid.pdf.

DECLARATION OF CLAIRE D. BRINDIS

III.    **BARRING PLANNED PARENTHOOD FROM FEDERAL MEDICAID REIMBURSEMENTS WILL LEAD TO ADVERSE PUBLIC HEALTH OUTCOMES**

60.    In my opinion, the overall effect of Section 71113 will thus be to reduce access to high quality health care, particularly for low-income Americans, and to increase the strain on publicly funded providers at the precise moment they are expected to serve an influx of new patients who can no longer receive services from Planned Parenthood Members.

61.    Already, publicly funded providers struggle to meet the demand for contraceptive services and supplies.  A study conducted in 2020 found that publicly supported family health care providers served only 39% of all women who likely needed support for contraceptive services.[93] In other words, only 7 million out of 19 million women who likely needed public support received these vital health care services.[94]

62.    If patients lose access to the health care services or are delayed in accessing care that they currently obtain at Planned Parenthood facilities, the public health consequences will be numerous and severe.  These adverse consequences are likely to include, among others, more unintended and therefore riskier pregnancies, potentially resulting in health problems for the women, as well as their infants and children.  STIs will also go undetected or be detected later, leading to higher rates of STIs and more severe consequences for patients experiencing these diseases, such as pelvic inflammatory diseases ("PID") and future infertility.  Those adverse consequences are likely to be felt most intensely by historically underserved populations; as studies have shown, people of color in the United States are disproportionately unable to gain access to

---

[93]    Frost et al., *Publicly Supported Family Planning Services in the United States: Likely Need, Availability and Use, 2020*, *supra* note 17, at Figure 5.

[94]    *Id.*

DECLARATION OF CLAIRE D. BRINDIS

and benefit from high-quality health care.[95]  This crisis will be further compounded by other steps the federal government is taking to deprive Planned Parenthood Members of other funding streams, such as withholding Title X funds and restrictions on funds for sex education programs that Planned Parenthood Members provide in community settings.

### A.    The Number of Unintended Pregnancies and the Rate of Related Adverse Health Outcomes and Costs Will Likely Increase

63.    Reduced access to Planned Parenthood health centers will lead to reduced access to contraceptives and, in particular, to the most effective forms of contraceptives, which will in turn lead to an increased number of unintended or mistimed pregnancies.  Unintended pregnancies are themselves an undesirable health outcome, and unintended or mistimed pregnancies also may lead to other adverse health outcomes for both mother and child.  When the number of unintended pregnancies rises, the number of abortions also rises.  Finally, when the costs of unintended pregnancies are borne by taxpayer-funded systems, those costs far outstrip the costs of providing contraceptive services.

### 1.    The Number of Unintended Pregnancies Will Likely Increase

64.    Patients who lose access to contraceptive services at Planned Parenthood health centers are likely to use less effective forms of birth control.  In a study encompassing a variety of clinic types, including Planned Parenthood clinics, participating in California's publicly funded family planning program (Family PACT), individuals were asked what they would do if they had

---

[95]    *See generally Healthy People 2020: An Opportunity to Address Societal Determinants of Health in the U.S.*, Secretary's Advisory Committee on National Health Promotion and Disease Prevention Objectives for 2020 (July 26, 2010), https://health.gov/sites/default/files/2021-11/Committee%27s%20Report%20on%20Healthy%20People%202020-%20An%20Opportunity%20to%20Address%20Societal%20Determinants%20of%20Health.pdf.

DECLARATION OF CLAIRE D. BRINDIS

to pay for their family planning services.[96]   Responses indicated that patients would use less effective means of contraception.   Specifically, patients reported that their use of low-efficacy methods, such as condoms, would nearly double (from 25% to 46%).[97]   Patients' projected use of medium-efficacy methods, such as contraceptive injections, oral contraceptives (OCs), patch, and ring, would decrease from 63% to 44%.[98]   Patients' use of high-efficacy methods, such as IUDs, contraceptive implants, and sterilization, would decrease from 11% to 7%.[99]   Use of no method would increase from 2% to 3%.[100]

65.     The decrease in the use of high-efficacy contraception methods and the increase in use of low-efficacy methods will result in more unintended and mistimed pregnancies.   High-efficacy methods have failure rates of less than 1%, meaning that fewer than 1% of women using these methods will experience an unintended pregnancy within the first year of use.[101]   Medium-efficacy methods have failure rates of 4-7%, because some patients miss or delay injection or

---

[96]     M. Antonia Biggs et al., *Findings from the 2012 Family PACT Client Exit Interviews*, Bixby Center for Global Reproductive Health, 54 (June 2014).

[97]     *Id.* at 53.   Low-efficacy methods include condoms, diaphragms, and other barrier methods; natural family planning; abstention; and emergency contraception.   *Id.* at 34.

[98]     *Id.* at 34, 53.

[99]     *Id.*

[100]     *Id.* at 34, 54.

[101]     *Contraception and Birth Control Methods*, CDC (Aug. 6, 2024), https://www.cdc.gov/contraception/about/index.html.

DECLARATION OF CLAIRE D. BRINDIS

ingestion of the pill.[102]  Failure rates for low-efficacy methods, including male condoms, are 13%

and higher.[103]  Using no method of contraception has a failure rate of 85%.[104]

66.    In 2015, Planned Parenthood Members' provision of contraceptive services averted

430,000 unintended pregnancies.[105]  Section 71113, by decreasing access to Planned Parenthood

Members' extensive family planning services, which include offering highly effective LARCs at

higher rates than other providers, will likely increase the number of unintended and mistimed

pregnancies.

### 2.    Unintended Pregnancies Will Have Adverse Health Impacts on Mothers and Children

67.    There are several risks to infants and mothers that occur more frequently with

unintended pregnancies than with planned pregnancies.  In some instances, preexisting health

conditions, such as having recently given birth or diabetes, make it important for a person to be

---

[102]    *Id.*

[103]    *Id.*; *see also* ACOG, Committee Opinion No. 642, *Increasing Access to Contraceptive Implants and Intrauterine Devices to Reduce Unintended Pregnancy*, at 2 (October 2015), https://journals.lww.com/greenjournal/abstract/2015/10000/committee_opinion_no__642__incre asing_access_to.52.aspx.

[104]    James Trussell, *Contraceptive Failure in the United States*, 83 Contraception 397, 398 (2011), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3638209/pdf/nihms458000.pdf.

[105]    *Unintended Pregnancies and Abortions Averted by Planned Parenthood*, Guttmacher Inst. (June 13, 2017), https://www.guttmacher.org/infographic/2017/unintended-pregnancies-and-abortions-averted-planned-parenthood-2015; *see also* M. Antonia Biggs et al., *Cost-Benefit Analysis of the California Family PACT Program for Calendar Year 2007*, Bixby Center for Global Reproductive Health, 16, 17, Fig. 1 (2010), https://www.ansirh.org/sites/default/files/publications/files/familypactcost-benefitanalysis2007_2010apr_featured.pdf (in California, across all publicly funded contraceptive providers—including Planned Parenthood—it was estimated that, for every seven women who received publicly funded contraceptive services, two pregnancies were averted.  There, in one year, it was estimated that provision of contraceptive services to 998,084 clients averted 286,700unintended pregnancies.).

DECLARATION OF CLAIRE D. BRINDIS

able to delay becoming pregnant.[106]  If a person with these conditions fails to delay becoming

pregnant until the conditions are properly managed, there is a risk of a range of adverse health

impacts, including pregnancy loss, still-births, pre-term births, infant size that is either too small

or too large relative to gestational age, birth defects, and increased risk of hypoglycemia (low

blood sugar) or respiratory distress for the baby.[107]

68.     The effects of unintended pregnancies on infants have been shown to persist into

childhood and even adulthood.  For example, children from unintended pregnancies are more

likely to experience poor mental and physical health during childhood and have lower educational

attainment and more behavioral issues in their teen years.[108]

69.     In addition, because a person experiencing an unintended pregnancy may not

immediately be aware that they are pregnant, a person with an unintended pregnancy is more likely

to receive no prenatal care or to receive care later in their pregnancies.[109]  They are also more

---

[106]     ACOG, Committee Opinion No. 654, *Reproductive Life Planning to Reduce Unintended Pregnancy* (2016), https://journals.lww.com/greenjournal/abstract/2016/02000/committee_ opinion_no__654__reproductive_life.53.aspx#:~:text=In%20order%20to%20reduce%20the,use %20of%20all%20contraceptive%20methods; ACOG Practice Bulletin No. 230 (2021), *Obesity in Pregnancy*, https://journals.lww.com/greenjournal/abstract/2021/06000/obesity_in_ pregnancy__acog_practice_bulletin,.38.aspx;  ACOG, Frequently Asked Questions No. 142, Diabetes and Women (2016), https://sa1s3.patientpop.com/assets/docs/87560.pdf.  Planned Parenthood providers discuss such conditions with patients to help inform physicians' and patients' discussions regarding timing and planning for a safe pregnancy.  *Pre-Pregnancy Health and Planning*, https://www.plannedparenthood.org/learn/pregnancy/pre-pregnancy-health; *see also* Healthy People 2030, *supra* note 35.

[107]     *See* ACOG sources cited *supra* note 106.

[108]     *Family Planning, Reduce the proportion of unintended pregnancies — FP-01*, Office of Disease Prevention and Health Promotion, https://odphp.health.gov/healthypeople/objectives- and-data/browse-objectives/family-planning/reduce-proportion-unintended-pregnancies-fp-01 (last visited July 2, 2025); *see also* ACOG, Committee Opinion No. 654, *supra* note 106.

[109]     Diana Cheng et al., *Unintended Pregnancy and Associated Maternal Preconception, Prenatal and Postpartum Behaviors*, 79 Contraception 194, 196 (2009).

DECLARATION OF CLAIRE D. BRINDIS

likely to smoke and consume alcohol during pregnancy, to be depressed during pregnancy, and to experience domestic violence during pregnancy—all issues that contribute to worse health outcomes.[110]

70.    Unintended pregnancies occur across all income levels, races, and ages, but research shows that the rates of unintended pregnancies are higher among certain groups.[111]  For example, 71% of pregnancies to mothers ages 15 to 19 are unintended.[112]  Women whose income is below the federal poverty level and black women and Latinas also have higher rates of unintended pregnancies than other demographic groups.[113]  Many of the reasons these populations suffer disparate effects from unintended pregnancies are underlying factors that Planned Parenthood works hard to counteract, such as cost of services combined with limited insurance coverage, family planning clinic locations and hours that are not convenient, and lack of youth-friendly and client-centered reproductive health services.[114]  Removing Planned Parenthood

---

[110]    *Id.*; *see also* ACOG, Committee Opinion No. 654, *supra* note 106; Mary K. Ethen et al., *Alcohol Consumption by Women Before and During Pregnancy*, 13 Maternal Child Health J., 274, 277 (2009); Christie A. Lancaster et al., *Risk Factors for Depressive Symptoms During Pregnancy: A Systematic Review*, 202 Am. J. Obstetrics & Gynecology 5, 7, 11 (2010); Lois James et al., *Risk Factors for Domestic Violence During Pregnancy: A Meta-Analytic Review*, 28 Violence & Victims 359, 368-69 (2013).

[111]    *See, e.g.*, Blumenthal et al., *supra* note 38, at 123.

[112]    Lauren M. Rossen et al., *Updated Methodology to Estimate Overall and Unintended Pregnancy Rates in the United States, National Center for Health Statistics*, CDC, 19 (Apr. 2023), https://www.cdc.gov/nchs/data/series/sr_02/sr02-201.pdf.

[113]    *Id.*; Lawrence B. Finer & Mia R. Zolna, *Declines in Unintended Pregnancy in the United States, 2008-2011*, 374 N. Engl. J. Med. 843, 846-47 (2016); Jennifer J. Frost et al., Guttmacher Institute, *Return on Investment: A Fuller Assessment of the Benefits and Cost Savings of the US Publicly Funded Family Planning Program*, 92 Milbank Q. 667, 668 (2014).

[114]    *See, e.g.*, Susan A. Cohen, *Abortion and Women of Color: The Bigger Picture*, 11 Guttmacher Pol'y Rev. 2, 4-5 (2008), https://www.guttmacher.org/sites/default/files/article_files/gpr110302.pdf; Mead et al., *supra* note 59, at 87-88.

DECLARATION OF CLAIRE D. BRINDIS

Members from the already limited network of providers available to these patients and families will likely disproportionately harm already medically underserved populations.

71.    Decreased access to contraceptives and the corresponding increase in the number of unintended pregnancies caused by excluding Planned Parenthood Members' care will likely result in an increased number of abortions.[115]  Studies show that, as the rate of contraceptive use by unmarried women increased in the U.S. between 1982-2001, rates of unintended pregnancy and abortion for unmarried women also declined.[116]  In addition, increased access to affordable contraceptives through the Affordable Care Act reduced the number of unintended pregnancies and the rate of abortions.[117]  A study regarding California's Family PACT program estimated that provision of contraception to approximately 1,000,000 women and 100,000 men through that program in 2007 prevented approximately 122,200 abortions.[118]  Similarly, when Iowa increased access to contraceptive services over the course of 2006-2008, studies found lower abortion rates.[119]  It is likely that a decrease in contraceptive use will not only raise the rate of unintended

---

[115]    Over 30% of unintended pregnancies end in abortion in the United States.  Jonathan M. Bearak et al., *Country-specific Estimates of Unintended Pregnancy and Abortion Incidence: A Global Comparative Analysis of Levels in 2015–2019*, 7 BMJ Global Health 3 (2022) (Supplementary PDF, App. D).

[116]    Heather D. Boonstra et al., *Abortion in Women's Lives*, Guttmacher Inst., 18 (2006), https://www.guttmacher.org/sites/default/files/pdfs/pubs/2006/05/04/AiWL.pdf.

[117]    Matthew D. Solomon et al., *Effects of the Affordable Care Act on Contraception, Pregnancy, and Pregnancy Termination Rates*, 145(2) Obstetrics & Gynecology 196 (Feb. 2025), [doi: 10.1097/AOG.0000000000005796].

[118]    Biggs et al., *Cost-Benefit Analysis of the California Family PACT Program for Calendar Year 2007*, *supra* note 105, at 6, 16.

[119]    M. Antonia Biggs et al., *Did Increasing Use of Highly Effective Contraception Contribute to Declining Abortions in Iowa?*, 91 Contraception 167, 169 (2015).

DECLARATION OF CLAIRE D. BRINDIS

pregnancy, but will also raise the rate of abortion, where it is legal after *Dobbs v. Jackson Women's Health Organization*.

### 3.    Unintended Pregnancies Also Impose a Serious Fiscal Cost on Society

72.    When considering the adverse public health consequences of intended and mistimed pregnancies, fiscal costs are a significant factor that are measurable and substantial for society as a whole.  In 2016, more than $3 billion in public costs was spent on family planning and related sexual and reproductive health services (such as STI testing).[120]  Those services were estimated to have averted approximately 2 million pregnancies, among other adverse health outcomes.[121]  The estimated public costs associated with those pregnancies and outcomes—*i.e.*, maternity care, birth, infant care, miscarriages or abortions, and treating the effects of undetected STIs—would have been $15 billion, $14.3 billion of which is attributable to publicly covered maternity and infant care.[122]  Accordingly, publicly funded family planning and related care saved nearly $12 billion in public costs.[123]  In other words, for every $1 spent on family planning services, the public saved nearly five times that amount ($4.83) in costs associated with unintended pregnancies and other reproductive health issues.[124]

73.    Eliminating Planned Parenthood health centers as a source of contraceptive care would have an outsized impact on cost-savings because they serve a large proportion of clients in

---

[120]    Jennifer J. Frost et al., *Publicly Supported Family Planning Services in the United States: Likely Need, Availability and Impact, 2016*, Guttmacher Inst., 20 (2019), https://www.guttmacher.org/sites/default/files/report_pdf/publicly-supported-fp-services-us-2016.pdf.

[121]    *Id.* at 18.

[122]    *Id.* at 20.

[123]    *Id.*

[124]    *Id.*

DECLARATION OF CLAIRE D. BRINDIS

need of publicly funded family planning services, and because it provides clients with highly effective methods of contraception.

**B.    The Number of Sexually Transmitted Infections Will Likely Increase**

74.    In addition to contraceptive care, it is important to remember that hundreds of thousands of patients receive other important services, such as STIs and treatment, cervical and breast cancer screening, pregnancy testing and counseling, other primary-care related services, such as blood pressure screening, and mental health screening, from Planned Parenthood Members.  Adults and adolescents are likely to have reduced access to these services as well, with the result that there are likely to be more undetected and untreated STIs and cancers, with other attendant serious consequences.

75.    The preventive care provided by Planned Parenthood health centers in the STI testing and treatment field is highly cost effective and avoids financial burdens that would be borne by the public in Planned Parenthood's absence.  For example, the 2016 analysis of publicly funded clinics described above found that the role of publicly funded clinics—including Planned Parenthood health clinics—in screening, testing, and preventing STIs during family planning visits saved an estimated $273 million taxpayer dollars that year, in the form of costs to treat PID or other results of untreated chlamydia or gonorrhea, HIV infections, and HPV sequelae for low-income populations.[125]

---

[125]    Frost et al., *Publicly Supported Family Planning Services in the United States: Likely Need, Availability and Impact, 2016*, *supra* note 120, at 20, Table 18.

DECLARATION OF CLAIRE D. BRINDIS

76.    Reduced access to Planned Parenthood health centers will lead to reduced access to testing, counseling, and treatment for STIs.  This means that STIs will go undiagnosed or be diagnosed much later, which will both put those patients at greater health risk themselves and allow them to transmit the infection to more people.

77.    In its most recent annual report, PPFA reported that its Members provided 769,851 HIV tests, 4,330,310 STI tests, 173,397 Pap tests; 16,824 HPV treatments, and 40,247 HPV vaccinations, 15,345 other STI prevention treatments, among other services.[126]

78.    The Guttmacher Institute has developed a tool to estimate the health benefits and cost savings associated with publicly funded family planning.[127]  Using that tool and the list of services from PPFA's most recent annual report, the STI services offered by Planned Parenthood avert, in a year, approximately[128] 70-510 cases of HIV[129] and 56,560-99,770 other STIs, and, in

---

Even a relatively few number of HIV/AIDS cases averted results in substantial savings.  In 2021, the average Medicaid spending per enrollee was $7,085.  *Medicaid Spending per Enrollee (Full or Partial Benefit) by Enrollment Group*, Kaiser Family Foundation (2021), https://www.kff.org/medicaid/state-indicator/medicaid-spending-per-enrollee/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D.  In 2022, the federal government spent an estimated $13 billion on Medicaid services for people with HIV.  *Medicaid and People with HIV*, Kaiser Family Foundation (Mar. 27, 2023), https://www.kff.org/hivaids/issue-brief/medicaid-and-people-with-hiv/.

[126]    Planned Parenthood Federation of America, *A Force for Hope: Planned Parenthood Annual Report 2023-2024*, *supra* note 14, at 23.

[127]    *Health Benefits and Cost Savings of Publicly Funded Family Planning*, Guttmacher Data Center, https://data.guttmacher.org/calculator (last visited July 2, 2025).

[128]    The tool provided by Guttmacher requires inputting a state where the service is provided.  California data was used as a case study (as it represents one of the largest states by population and numbers of Planned Parenthood health centers) for calculating the potential outcomes among all of the following examples.

[129]    A range is provided because the estimated health outcomes depend on whether HIV tests were provided to male or female clients, which was not specified in PPFA's report.  The result of 70 cases of HIV assumes all tests were administered to women; the result of 510 cases assumes all tests were administered to men.

DECLARATION OF CLAIRE D. BRINDIS

turn, many PID cases, ectopic pregnancies, and infertility cases.[130]  In Massachusetts, testing services provided by Planned Parenthood prevented 920-1,930 cases of chlamydia and other STIs, and resulted in a gross cost savings of $530,540-$545,090 to the Commonwealth.

79.    Were Planned Parenthood Members' ability to provide STI-related services eliminated or reduced, the effect on public health would be significant and adverse.[131]  In general, patients who contract STIs suffer adverse reproductive health outcomes.[132]  STIs are often asymptomatic[133] but can result in PID, a major cause of infertility, ectopic pregnancy, and chronic pelvic pain.[134]  Syphilis and gonococcal infections also facilitate the transmission of HIV infections.[135]

---

[130]    The tool provided by Guttmacher is limited in the type of STI tests that can be entered and the type of STIs it indicates were averted.  This range assumes that all STI tests provided by Planned Parenthood health centers were for chlamydia and reflects the number of chlamydia cases likely averted were that assumption true.  The low end of the range assumes all tests were provided to only women; the high end assumes all tests were provided to only men.

[131]    For example, a 2022 study on the effect of closures of publicly funded family planning health centers on gonorrhea and chlamydia diagnoses in Iowa found that counties with closures had significantly larger increases in gonorrhea rates, and smaller, non-statistically significant increase in chlamydia rates, compared to counties without closures.  Megan Srinivas et al., *Sexually Transmitted Infection Rates and Closure of Family Planning Clinics Because of Abortion Restrictions in Iowa*, 5 JAMA Network Open 10 (2022).

[132]    *See* David Friedel & Suzanne Lavoie, *Epidemiology and Trends in Sexually Transmitted Infections*, *in* Public Health & Preventive Medicine 155, 159 (Wallace et al., eds., 2008).

[133]    Jerusha Barton et al., *Sexually Transmitted Disease Surveillance 2015*, CDC, 6, 43, 54, 55 (Oct. 2016), https://stacks.cdc.gov/view/cdc/41806.

[134]    *About Pelvic Inflammatory Disease (PID)*, CDC (Dec. 13, 2023) https://www.cdc.gov/pid/about/; Kristen Kreisel et al., *Prevalence of Pelvic Inflammatory Disease in Sexually Experienced Women of Reproductive Age—United States 2013-2014*, 66 Morbidity & Mortality Wkly Rpt. 80, 80 (2017).  Approximately 10-20% of women with chlamydia or gonorrhea may develop PID without adequate treatment.  Barton et al., *supra* note 133, at 54.

[135]    Barton et al., *supra* note 133, at 6, 17, 31.

DECLARATION OF CLAIRE D. BRINDIS

80.    In rare, but serious, cases, pregnant people infected with chlamydia can pass the infection to their infants during delivery, potentially resulting in ophthalmia neonatorum, which can lead to blindness and pneumonia.[136]  Untreated syphilis infections in pregnant people, though rare, can cause significant complications, including fetal death in up to 40% of pregnant people or preterm birth.[137]  It can lead to infection of the fetus in 80% of cases, which can result in both physical and mental developmental disabilities.[138]

81.    The increased incidence of STIs is likely to disproportionately affect patients with low incomes and patients of color.  For example, prevalence of gonorrhea, syphilis, and chlamydia is highly dependent on the geographic area and sociodemographic factors, with increased rates occurring among Hispanic and African American populations, and individuals with lower incomes.[139]

## C.    Other Negative Health Outcomes Will Likely Result from Decreased Access to Planned Parenthood

82.    Restricting or eliminating access to Planned Parenthood health care clinics and services will negatively affect more than just the reproductive health issues described above (the increase in unintended pregnancies and the increased rate of STIs).  Family planning providers, like Planned Parenthood Members, often serve as a source of primary care services for patients.[140] For many people, reproductive health services are the only health services that they seek during

---

[136]    *Id.* at 6.

[137]    *Id.* at 31.

[138]    *Id.* at 31, 54.

[139]    *Id.* at 1, 2, 18, 54, 69, 70-75.

[140]    VandeVusse et al., *supra* note 21, at 2.

DECLARATION OF CLAIRE D. BRINDIS

their reproductive health years.[141]  Accordingly, many young people and people with low incomes consider family planning centers to be their usual sources of medical care and their entry points into the health care system.[142]

83.    A typical wellness visit at a Planned Parenthood health center may include a regular physical exam (e.g., height, weight, and blood pressure), vaccinations including for HPV, reproductive health services (e.g., birth control, STD screening), pelvic exams, Pap tests, and breast examinations.[143]

84.    Such visits can detect important health concerns, like cancer.  In its most recent annual report, PPFA reported that its Members provided 426,268 cancer screenings and other diagnostic procedures, resulting in early detection of cancer or abnormalities.  These screenings included 191,197 breast exams and 173,397 Pap tests.[144]

85.    Services related to family planning, like provision of contraceptives, can have broader health benefits for patients.  For example, a decrease in access to contraception may cause patients to lose access to the other health benefits of hormonal contraception, such as treatment of

---

[141]    Frost et al., *Specialized Family Planning Clinics in the United States*, *supra* note 85, at 522.

[142]    Rachel Benson Gold et al., *Next Steps for America's Family Planning Program: Leveraging the Potential of Medicaid and Title X in an Evolving Health Care System*, Guttmacher Inst., 16 (Feb. 2009), https://www.guttmacher.org/report/next-steps-americas-family-planning-program-leveraging-potential-medicaid-and-title-x.

[143]    *Wellness Visit*, https://www.plannedparenthood.org/learn/health-and-wellness/wellness-visit (last visited July 2, 2025).

[144]    *A Force for Hope, Planned Parenthood Annual Report 2023-2024*, *supra* note 14, at 23.

DECLARATION OF CLAIRE D. BRINDIS

menstrual disorders, acne, hirsutism, or pelvic pain; reduced risk of various cancers; and protection against PID and some benign breast diseases.[145]

86.     A study of publicly funded family planning providers in California—approximately half of which were Planned Parenthood Members—found that most new clients received an initial health assessment; 83% received a blood pressure test; more than 70% were screened for alcohol, tobacco and drug use; more than 60% were asked whether they had high blood pressure or diabetes; about half were asked whether they had gained, lost, or been maintaining their weight; and more than half were asked about interpersonal violence in the past 12 months.[146]

### D.     State-Level Defunding Experiences Demonstrate the Negative Effect Restricting Access to Planned Parenthood Members Has on Health Outcomes

87.     The public health risks described above are far from theoretical.  In recent years, several states have enacted laws that restrict funding for Planned Parenthood health centers specifically, and for family planning efforts generally.  The health outcomes following those restrictions have demonstrated both that Planned Parenthood health centers play an essential role in reproductive and preventive health care and that the presence of other providers is insufficient to curb the public health risks of eliminating Planned Parenthood.

88.     When States have excluded Planned Parenthood Members from public health funding they saw overall declines in patient access, and corresponding increases in the negative impacts caused by decreased access.

---

[145]     ACOG Practice Bulletin No. 110, *Noncontraceptive Uses of Hormonal Contraceptives*, 115 Obstetrics & Gynecology 206 (listing non-contraceptive benefits); Adolf E. Schindler, *Non-Contraceptive Benefits of Oral Hormonal Contraceptives*, 11 Int'l J. Endocrinology & Metabolism 41, 45-46 (2013).

[146]     M. Antonia Biggs et al., *Findings from the 2012 Family PACT Client Exit Interviews*, Bixby Center for Global Reproductive Health, University of California, San Francisco (2014).

DECLARATION OF CLAIRE D. BRINDIS

### 1. Kansas & Tennessee

89.    When Kansas excluded the Planned Parenthood Member from Title X funding, the number of people accessing Title X services decreased by more than 14,000 between 2011 and 2015, and some areas were left without a single family planning provider.[147] After Tennessee excluded the local Planned Parenthood Member from Title X funding in 2011, Shelby County reported declines in family planning services patients by 93%.[148]

### 2. Iowa

90.    And after Iowa defunded the local Planned Parenthood Member in 2017, four Planned Parenthood health centers were forced to close and there was an 86% reported decline in the provision of services.[149]   Between 2016 and 2018, the number of people being served under the state's Family Planning Program decreased from 10,817 to 1,502.[150]   Further, 74 of the 695 listed providers in the state-funded family planning program did not offer contraception.[151]

---

[147]    Roxanne Hegeman, *Feds push back on states targeting Planned Parenthood funds*, Associated Press (Sep. 24, 2016), https://apnews.com/domestic-news-domestic-news-general-news-03c09aa8420a4bce98a413449129d2f8.

[148]    Tara Culp-Ressler, *Defunding Planned Parenthood Caused Women's Services To Drop By 93% in Tennessee County*, ThinkProgress (Sep. 6, 2012), https://thinkprogress.org/defunding-planned-parenthood-caused-womens-services-to-drop-by-93-percent-in-tennessee-county-bc0562be7a7f/.

[149]    Michaela Ramm, *Iowa's family planning service use plummets 85% after switch to new program*, The Gazette (Dec. 10, 2019), https://www.thegazette.com/health-care-medicine/iowas-family-planning-service-use-plummets-85-percent-after-switch-to-new-program/.

[150]    *Id.*

[151]    Tony Leys and Barbara Rodriguez, *State family planning services decline 73% in fiscal year as $2.5M goes unspent*, Des Moines Register (Oct. 18, 2018), https://www.desmoinesregister.com/story/news/health/2018/10/18/iowa-health-care-family-planning-contraception-services-planned-parenthood-abortion-medicaid/1660873002/.

DECLARATION OF CLAIRE D. BRINDIS

91.     Patients in Iowa experienced significant disruptions to care as a result of the Iowa defunding.[152]   The share of patients who had not recently received contraceptive care nearly doubled, from 32% to 62%.[153]   Further, the share of patients not using any contraceptive method increased from 9% to 15%.[154]   Patients also reported reduced hours and provider availability as barriers to accessing care.[155]   Up to 176,550 women in Iowa now live in counties that lack reasonable access to contraceptive care; almost 50,000 women live in counties without a single health care provider that offers a full range of contraceptive methods.[156]   Rates of gonorrhea, chlamydia, and syphilis spiked in the year after the defunding.[157]

92.     A 2022 longitudinal study found Iowa patients paid more for care and experienced longer wait times or reduced clinical hours, as a result.[158]

### 3.     Indiana

93.     As an example of the likely increase in incidences of STIs, a Planned Parenthood facility close to Scott County, a small, rural community in Indiana, closed in 2013 due to cuts to

---

[152]     *The Harm of Defunding Planned Parenthood Health Centers*, Planned Parenthood Federation of America, at 5 (Apr. 2025) https://www.plannedparenthood.org/uploads/filer_public/60/22/6022aa2f-caed-4946-966f-7186b9751e3c/defunding_state_cases_20_pdf.pdf?_gl=1*1acswxo*_gcl_au*OTIzNTI5MjYzLjE3NTA4NjE0ODk.*_ga*MjIyMjU2NjExLjE3NTA4NjE0OTA.*_ga_ENXC8KHJL8*czE3NTA4NjM5MTkkbzIkZzAkdDE3NTA4NjM5MjMkajU2JGwwJGgxMDAzMjgzMTAx.

[153]     *Id.* at 6.

[154]     *Id.*

[155]     *Id.*

[156]     *Id.*

[157]     *Id.*

[158]     Lori Frohwirth et al., *Access to Preferred Contraceptive Strategies in Iowa: A Longitudinal Qualitative Study of Effects of Shifts in Policy and Healthcare Contexts*, 33 J. Health Care for the Poor & Underserved 3 (2022).

DECLARATION OF CLAIRE D. BRINDIS

public health funding.[159]   There was no free HIV testing available in the community after that closure.[160]   From 2014 to 2015, syringe-sharing in connection with injections of opioids led to an outbreak of 181 cases of HIV in the area.[161]   Nearly 90% of these cases occurred in Scott County, where only five infections had been identified between 2004-2013.[162]   The outbreak has been described as "one of the largest and most rapid HIV outbreaks the country has ever seen."[163]   Researchers observed that "[r]esources related to the prevention and treatment of HIV did not exist in this community before the outbreak, and, as in many rural communities, access to basic health care, substance-abuse treatment, and HIV prevention services was limited."[164]

### 4.    Texas

94.    The devastating effects of excluding Planned Parenthood health centers from family planning services has been well documented in Texas.   Since 2011, Texas state lawmakers have continuously revoked funding from Planned Parenthood health centers and other providers

---

[159]    Hal C. Lawrence & Debra L. Ness, *Planned Parenthood Provides Essential Services that Improve Women's Health*, 166 Annals of Internal Medicine 443, 443 (2017); Philip J. Peters et al., *HIV Infection Linked to Injection Use of Oxymorphone in Indiana, 2014-2015*, 375 N. Eng. J. Med. 229, 230 (2016).

[160]    Peters et al., *supra* note 159, at 230.

[161]    *Id.* at 231, 233.

[162]    *Id.*

[163]    Lawrence & Ness, *supra* note 159, at 443; *See also,* Laura Bassett, *Indiana Shut Down Its Rural Planned Parenthood Clinics And Got An HIV Outbreak*, HuffPost (Mar. 31, 2015), https://www.huffpost.com/entry/indiana-planned-parenthood_n_6977232 (noting HIV outbreak followed Indiana's exclusion of Planned Parenthood health centers from CDC funding).

[164]    Peters et al., *supra* note 159, at 237.

47

who offered abortions.[165]    These efforts have decimated access to reproductive care in rural communities like the El Paso and Hidalgo service areas,[166] increased unintended pregnancies,[167] and led to lower quality of care for family planning for Texans with low incomes.[168]

95.    This conclusion is supported by analyses that the George Washington University, Milken Institute School of Public Health conducted in 2012 regarding the potential effects of a Texas policy that prohibited Planned Parenthood centers from participating in the Texas Women's Health Program ("WHP").  This program is particularly relevant to this declaration as it helped fund family planning services for patients with low incomes using a combination of federal and state funds (like Medicaid).[169]  Planned Parenthood Members' exclusion from the WHP was thus a "controlled experiment" of sorts regarding the effect of excluding Planned Parenthood Members from the federal Medicaid program.  As a result of the defunding, these organizations, including Planned Parenthood Members, were forced to reduce their hours and charge uninsured women fees

---

[165]    *See, e.g.*, Emily Ramshaw, *Lawmakers Could Restore Family Planning Funds*, The Texas Tribune (Dec. 7, 2012), https://www.texastribune.org/2012/12/07/lawmakers-could-restore-family-planning-funds/#:~:text=When%20state%20lawmakers%20passed%20a,%2C%20in%20some%20cases%2C%20; Amanda J. Stevenson et al., *Effect of Removal of Planned Parenthood from the Texas Women's Health Program*, 374 N. Eng. J. Med. 853, 858 (2016); Shannon Najmabadi, *Judge rejects bid by Planned Parenthood to stay in Medicaid, affecting health care for thousands of low-income Texans*, The Texas Tribune (Mar. 10, 2012), https://www.texastribune.org/2021/03/10/planned-parenthood-medicaid-texas/.

[166]    *Healthy Texas Women Section 1115 Demonstration Waiver Evaluation: Interim Report*, UT Health Houston School of Public Health Center for Health Care Data, 43 (Dec. 2023), https://www.hhs.texas.gov/sites/default/files/documents/htw-1115-demonstration-interim-evaluation-report.pdf.

[167]    Stevenson et al., *supra* note 165, at 858.

[168]    Shetal Vohra-Gupta et al., *Evidence-based family planning services among publicly funded providers in Texas*, 22 BMC Health Services 1498, 1499 (Nov. 2022), [doi: 10.1186/s12913-022-08889-0].

[169]    Ku et al., *supra* note 74.

DECLARATION OF CLAIRE D. BRINDIS

for health services that had previously been free or lower cost, making it more difficult or impossible for those patients to get care.[170]

96.    The consequences of this WHP defunding were dire: within two years, nearly 45,000 fewer women received care through the program and nearly 30,000 fewer patients received birth control, cancer screenings, and other preventative care.[171]  Within five years, 41% fewer women received contraceptive care through the program.[172]  And only 6% of patients were told they could receive their chosen contraceptive method in a single visit, which is considered best practice.[173]

97.    Before the exclusion, Planned Parenthood health centers served nearly 52,000 (49%) WHP patients, while FQHCs served just over 10,000 WHP patients (10%), indicating that other publicly funded health centers would have to increase their capacity five-fold to serve Planned Parenthood's WHP patients.[174]  In 2013, after the state began running an entirely state-

---

[170]    Joseph E. Potter & Karri White, *Defunding Planned Parenthood was a disaster in Texas. Congress shouldn't do it nationally*, Wash. Post (Feb. 7, 2017), https://www.washingtonpost.com/posteverything/wp/2017/02/07/defunding-planned-parenthood-was-a-disaster-in-texas-congress-shouldnt-do-it-nationally/.

[171]    Molly Redden, *Texas seeks unprecedented federal money to defund Planned Parenthood*, The Guardian (May 11, 2017), https://www.theguardian.com/us-news/2017/may/11/texas-federal-financing-defund-planned-parenthood-healthcare#:~:text=A%20report%20commissioned%20by%20the%20state%20of%20Texas%20found%20that%20its%20state%2Dfunded%20women%E2%80%99s%20health%20program%20served%2030%2C000%20fewer%20women%20than%20the%20old%20program.

[172]    *Excluding Planned Parenthood has been Terrible for Texas Women*, Every Texan, at 7 (Aug. 2017) https://everytexan.org/images/HW_2017_08_PlannedParenthoodExclusion.pdf.

[173]    Whitfield et al., *supra* note 92, at 2.

[174]    Peter Shin et al., *An Early Assessment of the Potential Impact of Texas' "Affiliation" Regulation on Access to Care for Low-income Women*. Geiger Gibson/RCHN Community Health Foundation Research Collaborative: Policy Research Brief No. 29 (revised May 4, 2012), https://hsrc.himmelfarb.gwu.edu/cgi/viewcontent.cgi?article=1047&context=sphhs_policy_ggrchn.

DECLARATION OF CLAIRE D. BRINDIS

funded women's health program that excluded Planned Parenthood Members, enrollment in WHP dropped precipitously. A 2015 Texas Health and Human Services report found that enrollment in WHP fell by 9% from FY2011 to FY2013, with enrollment drops particularly severe in the High Plains (38%) and West Texas (41%)—regions where alternative providers were already scarce.[175] Service utilization decreased by 26% state-wide in this time period; the largest drops were seen in the West Texas (64%), the High Plains (53%), and Central Texas (42%) regions.[176]

98.    Unintended pregnancies also increased due to defunding Planned Parenthood Members in Texas. A study in the New England Journal of Medicine compared rates of contraceptive use and Medicaid-covered births using data from medical, pharmacy, and childbirth claims from counties with Planned Parenthood clinics to counties without them from 2011-2014.[177] The exclusion of Planned Parenthood from the WHP was significantly associated with a 35% decline in women using the most effective methods of family planning and a 27% increase in births among women who had been using an injectable prior to Texas's restrictions.[178]

---

[175]    *Texas Women's Health Program: Savings and Performance Reporting* (2015), Texas Health and Human Services Commission, https://docs.house.gov/meetings/IF/IF14/20150917/103957/HHRG-114-IF14-20150917-SD107.pdf.

[176]    *Id.* at 3.

[177]    Stevenson et al., *supra* note 165, at 853-60.

[178]    *Id.* at 858. *See also* Kari White et al., *The Impact of Reproductive Health Legislation on Family Planning Clinic Services in Texas*, 105 Am. J. Pub. Health 851, 851 (2015). White and colleagues describe how, in 2011, prior to Planned Parenthood's outright exclusion from Texas's publicly funded family planning program, Texas substantially cut public funding for family planning providers and imposed a priority system of reimbursement for services that placed certain providers, including Planned Parenthood, at the bottom of the hierarchy. In the year following those cuts, 54% fewer clients received publicly funded family planning services. *Id.* at 855. Providers suspected that clients stopped seeking reproductive health care. *Id.* at 856.

DECLARATION OF CLAIRE D. BRINDIS

99.    The same study showed that the number of claims submitted for LARC contraceptives in counties where Planned Parenthood Members were previously located decreased sharply.[179]    Researchers concluded that their analyses indicated that Planned Parenthood Members' exclusion adversely affected low-income women in Texas "by reducing the provision of highly effective methods of contraception, interrupting contraceptive continuation, and increasing the rate of childbirth covered by Medicaid."[180]    Some observers attributed the decrease in LARCs to providers with limited funds offering patients oral contraceptives rather than their preferred LARC option, impinging upon patients' ability to select the method of contraception that is most tailored to their needs.[181]    Providers were placed in a position of trying to provide care to more patients with limited resources, and thus selected to offer lower cost oral contraception to meet these needs.[182]

100.    However, rates of continuation of non-LARC contraception methods, such as oral contraceptives, also decreased in counties where Planned Parenthood Members were previously located.[183]    Patients who used oral contraceptives received fewer refills up front, "a practice that has been shown to result in lower rates of continuation with the method and that may increase the likelihood of unintended pregnancy—and therefore that of abortion."[184]    In a separate study, patients were contacted who had obtained injectable birth control from a Planned Parenthood

---

[179]    Stevenson et al., *supra* note 165, at 856-58.

[180]    *Id.* at 858-59.

[181]    Kari White et al., *Cutting Family Planning in Texas*, 367 N. Eng. J. Med. 1179, 1180 (Sept. 2012) [doi: 10.1056/NEJMp1207920].

[182]    *Id.*

[183]    Stevenson et al., *supra* note 165, at 856-58.

[184]    White et al., *Cutting Family Planning*, *supra* note 181, at 1180.

DECLARATION OF CLAIRE D. BRINDIS

health center prior to its exclusion.[185]    As a result of Planned Parenthood's exclusion, approximately one in five women interviewed missed a dose of their injectable birth control.[186] The most commonly cited reasons for missing a dose were difficulty finding a provider, cost, and trouble getting an appointment.[187]

101.    Because fewer women were receiving birth control counseling and services, this contributed to a significant 27% increase in Medicaid-covered births within 18 months for patients that had been previously using injectable contraceptives.[188]    Analysis by researchers from the Centers for Disease Control and Prevention found that the maternal mortality rate in Texas doubled from 2011 to 2012.[189]    While the analysis could not identify the cause of the sudden increase, the authors speculated that one possible reason was the change made under Texas' WHP policies.[190]

102.    In 2020, President Trump's first administration approved federal funding for a new version of WHP called Health Texas Women ("HTW"), allowing the continued exclusion of Planned Parenthood Members from the program.[191]    Despite having more funding, the federally funded HTW program has still been unable to meet the needs of Texans.  This defunding continues

---

[185]    C. Junda Woo et al., *Women's Experiences After Planned Parenthood's Exclusion from a Family Planning Program in Texas*, 93 Contraception 298 (2016).

[186]    *Id.* at 300.

[187]    *Id*.

[188]    Stevenson et al., *supra* note 165, at 853.

[189]    Marian F. MacDorman et al., *Trends in Texas Maternal Mortality by Maternal Age, Race/Ethnicity, and Cause of Death, 2006-2015*, 45(2) Birth 169, Fig 1, (Jan. 4, 2018) [doi: 10.1111/birt.12330].

[190]    *Id.*; *see also* Marian F. MacDorman et al., *Recent Increases in the U.S. Maternal Mortality Rate: Disentangling Trends from Measurement Issues*, 128(3) Obstetrics and Gynecology, 1-10 (Sept. 2016), [doi: 10.1097/AOG.0000000000001556].

[191]    *The Harm of Defunding Planned Parenthood Health Centers*, *supra* note 152, at 3-4.

DECLARATION OF CLAIRE D. BRINDIS

to lead to drastic results, particularly for Latinas in the state. In the four counties encompassing the Rio Grande Valley—where 92% of residents are Latino—one in four clinics were forced to close after the 2011 cuts.[192] The Rio Grande Valley has one of the highest cervical cancer rates in the country, despite the fact that cervical cancer is highly preventable and treatable when patients can get access to HPV vaccines, timely screenings, and care for cervical abnormalities.[193] More broadly, Latinas in Texas have among the highest rates of cervical cancer in the United States.[194]

103.    The December 2023 HTW Evaluation Interim Report indicates that only half of Texas Medicaid family planning providers participated in HTW.[195] It also shows that the new federal funding did not help to increase the number of family planning providers in the program, and that primary care providers have not been able to make up for the lack of access to family planning providers.[196] The primary care providers in the program see fewer patients and are less likely to follow evidence-based practices than Planned Parenthood Members.[197] Rural regions in Texas suffer most from lack of access to providers.[198]

104.    In 2021, Texas blocked Medicaid enrollees from getting care at Planned Parenthood Member centers altogether by removing them as providers in the entire state Medicaid program, further eroding access to sexual and reproductive health care in the state. Researchers conducting

---

[192]    *Id.* at 4.

[193]    *Id.*

[194]    *Id.*

[195]    *Healthy Texas Women Section 1115 Demonstration Waiver Evaluation*, *supra* note 166, at 82-83, Table 26.

[196]    *Id.* at 78, Table 24.

[197]    *Id.* at 33-40, Fig. 9.

[198]    *Id.* at 42.

DECLARATION OF CLAIRE D. BRINDIS

a secret shopper study found that only 6% of callers were informed that they could get contraception with just one visit to a provider, despite the fact that this is the medically-accepted standard of care and that it reduces the barriers patients must overcome to obtain birth control.[199] The study also found other barriers to obtaining contraception for Medicaid patients, including lack of availability for requested methods and long wait times for the next available appointment.[200] Another study found that patients of Planned Parenthood Members in Texas found it difficult to connect with other providers and to get evidence-based care, leading to lower quality care, delayed or foregone care, and emotional distress.[201]

105.    A 2023 report by the University of Texas Health Science Center at Houston's (UTHealth) School of Public Health Center for Health Care Data (CHCD), which evaluated the developing impact of the Section 1115 Medicaid Waiver, found that access to care dropped significantly between 2020 and 2023.[202] Network adequacy rates for micro counties in the Hidalgo service area remained low and percentage of Medicaid enrollees decreased precipitously from 49% to 27%.[203] Rural counties in the El Paso service area had a network adequacy rate of 0, and the enrollee count also dropped from 35 to 3.[204] Moreover, of the 5,400 remaining providers for family planning, nearly half saw no patients in 2017 and another 700 saw only one patient.[205]

---

[199]    Whitfield et al., *supra* note 92, at 2, 3.

[200]    *Id.* at 3.

[201]    Anna Chatillon et al., *supra* note 75.

[202]    *Healthy Texas Women Section 1115 Demonstration Waiver Evaluation*, *supra* note 166, at 43.

[203]    *Id.*

[204]    *Id.*

[205]    *Id.*

DECLARATION OF CLAIRE D. BRINDIS

106.    An analysis conducted by March of Dimes, a nonprofit organization committed to ending preventable maternal health risks and death, found that "women in Texas have a very high vulnerability to adverse outcomes due to [lack of] the availability of reproductive healthcare services."[206]  In 2023, 47% of counties in Texas were maternity care deserts and had no maternity care centers or obstetricians.[207]  Patients in these counties who seek maternity care traveled an average of 30 miles to find a doctor, with some required to travel up to 70.5 miles to find the nearest birthing hospitals.[208]

107.    There is no reason to believe that the effect of removing Planned Parenthood Members from the federal Medicaid program would be any less pronounced than the observed effects of excluding local Planned Parenthood Members from WHP in Texas, or from other states, such as Kansas, Tennessee, Indiana, and Iowa.  Instead, it is reasonable to believe that the dramatic decline in use of effective contraception—and resulting increase in Medicaid-covered childbirth—will be replicated on a national scale.

## IV.    CONCLUSION

108.    For the foregoing reasons, Planned Parenthood health centers provide a unique contribution to the health and wellbeing of individuals and families across the United States, and it is my opinion that Section 71113 will have serious and adverse consequences for patients, their families, and the public's health, as well as the societal burden.

---

[206]    Lucas J. Fontenot et al., *Where You Live Matters: Maternity Care in Texas*, March of Dimes, 2 (2023), https://www.marchofdimes.org/peristats/reports/texas/maternity-care-deserts.

[207]    *Id.*

[208]    *Id.*

DECLARATION OF CLAIRE D. BRINDIS

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 7 , 2025.

_____          _____
Claire D. Brindis                                              July 7, 2025
                                                                   Date

DECLARATION OF CLAIRE D. BRINDIS

EXHIBIT A

Prepared: July 2, 2025

### University of California, San Francisco
### CURRICULUM VITAE

**Name:**        Claire D Brindis, DrPH, MPH

**Position:**    Emerita Director,Philip R. Lee Institute for Health Policy Studies
Distinguished Professor Emerita of Pediatrics and Health Policy (on recall),
UCSF Edward A. Dickson Emeritus Professorship Award (2022-2024)
Department of Pediatrics and
Department of Obstetrics, Gynecology and Reproductive Health Sciences
School of Medicine, University of California, San Francisco
https://profiles.ucsf.edu/claire.brindis

**Address**     Box 0936
490 Illinois St, 7th Floor
University of California, San Francisco
San Francisco, CA 94158-2510

Primary correspondence:
Home:
1410 Monterey Blvd.
San Francisco, Ca. 94127

Voice: (415) 517-4521 (cell)
Email: claire.brindis@ucsf.edu

## EDUCATION

| 1968 - 1972 | University of California, Los Angeles | B.A. | Sociology, Cum Laude |
|---|---|---|---|
| 1972 - 1973 | University of California, Los Angeles | M.P.H. | Public Health |
| 1977 - 1982 | University of California, Berkeley | Dr. PH | Public Health/Behavioral Sciences |

## PRINCIPAL POSITIONS HELD

| 1974 - 1977 | Emory University | Assistant Professor | School of Allied Health |
|---|---|---|---|
| 1982 - 1983 | San Francisco State University | Assistant Professor | San Francisco State Health Education |
| 1982 - 1987 | University of California, San Francisco | Senior Research Associate | Institute for Health Policy Studies |
| 1987 - 1992 | University of California, San Francisco | Assistant Adjunct Professor | Institute for Health Policy Studies |
| 1992 - 1998 | University of California, San Francisco | Associate Adjunct Professor | Institute for Health Policy Studies |

Prepared: July 2, 2025

| 1998 - 1998 | University of California, San Diego | Visiting Professorship | Iris F. Litt Society for Adolescent Medicine/Organon Adolescent Health Research, Sponsored by Society for Adolescent Medicine |
| --- | --- | --- | --- |
| 1998 - 2000 | University of California, San Francisco | Adjunct Professor | Pediatrics and Institute for Health Policy Studies |
| 2000 - 2009 | University of California, San Francisco | Professor, In-Residence | Philip R. Lee Institute for Health Policy Studies/Joint Appointment with Dept of Pediatrics & Obstetrics, Gynecology and Reproductive Health Sciences |
| 2002 - 2002 | Children's National Medical Center | Visiting Professorship | Robert S. Rixse Memorial Lecture, Washington, DC |
| 2005 - 2005 | University of Texas, Houston | Visiting Professorship | Morris Blum Memorial Lecture, Pediatric Grand Rounds University of Minnesota Adolescent Health Leadership |
| 2006 - 2006 | Howard University, and Johns Hopkins University | Visiting Professorship | The DC-Baltimore Research Center on Child Health Disparities: a consortium of the Department of Health, the Children's National Medical Center |
| 2007 - 2007 | University of New Mexico | Visiting Professorship | Center for Latinos and Health Disparity |

Prepared: July 2, 2025

| | | | |
|---|---|---|---|
| 2009 – present | University of California, San Francisco | Distinguished Professor | Philip R. Lee Institute for Health Policy Studies/Joint Appointment with Dept of Pediatrics & Obstetrics, Gynecology and Reproductive Health Sciences |
| 2022-2024 | University of California, San Francisco | | UCSF Edward A. Dickson Emeritus Professorship Award |
| 2014 - 2020 | University of California, Hastings | Adjunct Professor of Law | UC Hastings College of the Law |
| 2014 - present | University of California, San Francisco | Affiliated Faculty | Institute of Global Health Sciences |
| 2016 – present | University of California, San Francisco | Affiliated Faculty | Bakar Institute for Computational Health Sciences |
| 2016 - 2016 | Pennsylvania State University | Visiting Professorship | Division of Health Services and Behavioral Research |
| 2017 - present | University of California, Los Angeles | Affiliated Faculty | UCLA School of Public Health, Center for Health Policy |
| 2021 – present | University of California, San Francisco | Affiliated Faculty and SeniorAdvisor | University of California Center for Climate, Health, and Equity |
| 2022 – present | University of California, San Francisco | Faculty Advisor; Evaluator | UCSF ARCHES (Advancing the Research Careers for Historically Excluded Scholars) Program |

Prepared: July 2, 2025

**OTHER POSITIONS HELD CONCURRENTLY**

| 1983 - 1999 | University of California, San Francisco | Co-Director | Center for Reproductive Health Policy Research, Institute for Health Policy Studies, |
|---|---|---|---|
| 1983 - 2005 | University of California, San Francisco | Director | Hewlett Fellowship in Reproductive Health Policy, Institute for Health Policy Studies |
| 1993 - 2014 | University of California, San Francisco | Executive Director/Co-Principal Investigator | National Adolescent Health Information and Innovation Center; Department of Pediatrics and Institute for Health Policy Studies |
| 1997 - 2014 | University of California, San Francisco | Associate Director/Co-Principal Investigator, Public Policy Analysis Center | Department of Pediatrics and Institute for Health Policy Studies |
| 1998 - present | University of California, San Francisco | Co-Director | Adolescent and Young Adult Health National Resource Center, Division of Adolescent Medicine, Department of Pediatrics |
| 1999 - present | University of California, San Francisco | Associate Director/Co-Principal Investigator | Division of Adolescent Medicine, Department of Pediatrics |

Prepared: July 2, 2025

| 1999 - present | University of California, San Francisco | Director and Founding Director and Senior Scholar, 2018-current | Bixby Center for Global Reproductive Health, Obstetrics, Gynecology and Reproductive Sciences and Institute for Health Policy Studies |
|---|---|---|---|
| 2002 - 2020 | University of California, San Francisco | Core Faculty | Center for Social Disparities in Health; Dept. Family and Community Medicine |
| 2005 - 2007 | University of California, San Francisco | Associate Director | Institute for Health Policy Studies |
| 2006 - 2007 | University of California, San Francisco | Acting Director | Philip R. Lee Institute for Health Policy Studies |
| 2007 - 2008 | University of California, San Francisco | Interim Director | Philip R. Lee Institute for Health Policy Studies |
| 2008 - 2020 | University of California, San Francisco | Director | Philip R. Lee Institute for Health Policy Studies |
| 2016 – present | University of California, Berkeley | Affiliated Faculty | Berkeley Ph.D. Program in Health Policy |

## HONORS AND AWARDS

| 1988 | Special Recognition Award | California Alliance Concerned with School Age Parents |
|---|---|---|
| 1991 | Community Leadership Award | National Family Planning and Reproductive Health Association, Washington, D.C. |
| 1994 | Integrity Award | Office of Inspector General, Office of Evaluation and Inspections, U.S. Department of Health, Human Services |

Prepared: July 2, 2025

| 2000 | Mark Pearlman Outstanding Service Award | California Child, Youth and Family Coalition |
| 2000 | Beverlee A. Meyer Award in Excellence | California Department of Health Services |
| 2000 | Distinguished Service to the Public and the State of California | California State Senate Resolution, State of California |
| 2001 | Collaborative Award Winner, Special Recognition Award | Maternal and Child Health Branch, California Department of Health Services |
| 2001 | John C. MacQueen Lecture Award | Association of Maternal and Child Health Programs |
| 2001 | Women Faculty Recognition Award | University of California, San Francisco |
| 2003 | Champions of Diversity | University of California, San Francisco |
| 2004 | Executive Leadership in Academic Medicine (ELAM) Program for Women | Fellow-Hedwig van Ameringen |
| 2005 | Morris Blum Memorial Lecture, Pediatric Grand Rounds | University of Minnesota |
| 2005 | Commendation by Lieutenant Governor Cruz M. Bustamante Honoring Outstanding Research on Adolescent and Women's Health, Education, and Dissemination on These Important Issues, Fresno County Babies First Seminar. | State of California |
| 2005 | Directors Award: In Recognition of Contributions Made to the Health of Infants, Mothers, Children, Adolescents & Children with Special Needs | Federal Maternal & Child Health Bureau |
| 2005 | Special Election Award | Campaign for Teen Safety |
| 2006 | Hilary E.C. Millar Award for Innovative Approaches to Adolescent Health Care | Society for Adolescent Medicine |
| 2006 | Champion Award for vision and commitment in creating and sustaining the California Office of Family Planning and the Family PACT Program. | California Family Health Council, Inc |

Prepared: July 2, 2025

| 2006 | Outstanding Researcher Award in honor of the dedication and leadership in the field of adolescent pregnancy, parenting and prevention. | Healthy Teen Network |
|------|------|------|
| 2006 | Award for service on No on 85 Campaign 'Above and Beyond' | Campaign for Teen Safety |
| 2009 | Chancellors Award for the Advancement of Women, 'In Recognition of Outstanding Contributions to the Advancement of Women' | University of California, San Francisco |
| 2009 | Telly Award, Bronze Award | Telly Award for Film, 'A Question of Hope', Social Issues Category |
| 2011 | Institute of Medicine of the National Academies (IOM) member | Elected Member |
| 2012 | Alumni Hall of Fame: Outstanding Contributions to the Field of Public Health | UCLA Fielding School of Public Health |
| 2014 | Carl S. Shultz Award for Lifetime Achievement | American Public Health Association: Population, Reproductive, and Sexual Health Section |
| 2016 | Lifetime Achievement in Mentoring Award | UCSF Faculty Mentoring Program |
| 2018 | 75th Anniversary Honoree "In Recognition of 75 Most Influential Public Health Alumni" | UC Berkeley School of Public Health |
| 2018 | In Recognition for Outstanding Contribution to the Advancement of Women's Reproductive Health | Bixby Center for Global Reproductive Health, UCSF |
| 2019 | Holly Smith Award for Exceptional Service to the UCSF School of Medicine | University of California, San Francisco |
| 2020 | Pioneer Award | School-Based Health Assembly |
| 2020 | Martha May Eliot Award in Maternal and Child Health | American Public Health Association |

Prepared: July 2, 2025

| 2021 | 2020 Title V Lifetime Achievement Award | Maternal and Child Health Bureau (MCHB) |
| 2024 | Excellence in Maternal, Child, and Adolescent Health Leadership Award | UC Berkeley School of Public Health Department of Maternal, Child, and Adolescence Health |

**Note:** In 2023, the Claire D. Brindis Award for Community Engagement and Service in Health Policy Research was established by the Philip R. Lee Institute for Health Policy Studies at UCSF. This award recognizes UCSF faculty who are engaged in policy-focused research and advocacy which address social, health, and, ethnic, and racial disparities; this research and advocacy serve to improve community wellbeing. Community engagement and service spans a range of fields and topics, including – but not limited to – collaboration with federal, state, or local government agencies, local and community clinics, school systems, and community-based organizations. Additionally, such service may include other community and institutional efforts to advance the health and well-being of historically underserved and excluded populations.The Award recognizes a UCSF faculty member who embodies a commitment to giving voice, representation, and service to historically underserved communities; this advocacy and research in healthcare design inform policymaking in ways which achieve tangible gains in health and well-being.

## KEYWORDS/AREAS OF INTEREST

United States healthcare reform, adolescent and child health policy, health disparities, and social determinants of health, adolescent pregnancy and pregnancy prevention, adolescent and young adult health and risk-taking behaviors, reproductive health services for men and women, program evaluation, Latino health, global reproductive health, migration and health, knowledge-transfer.

## PROFESSIONAL ACTIVITIES

## MEMBERSHIPS

1972 - present   American Public Health Association

1984 - present   Society for Public Health Education

1985 - present   Society for Adolescent Medicine and Health

1985 - present   Society for Health Education

1988 - present   American School-Health Association

1995 - present   National Assembly for School-Based Health Care

2000 - present   AcademyHealth

2005 - present   National Alliance for Hispanic Health

2015 - present   Society of Family Planning

## SERVICE TO PROFESSIONAL ORGANIZATIONS

National Academies of Sciences, Engineering, and Medicine/National Research Council

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2005-2006 | Contributions from the Behavioral & Social Sciences in Reducing and Preventing Teen Motor Crashes Institute of Medicine and the Division of Behavioral and Social Sciences and Education. The National Academies of Sciences, Washington DC. | Member |
| 2020-2025 | NRC, Advisory Board, Division of Behavioral and Social Sciences and Education Studies | Member |
| 2012 – 2016 | National Academy of Medicine (formerly IOM), Section 1 Health Policy and Health Care Systems Working Groups | Elected Member (Two Terms 3 years each) Vice-Chair (DuringTerm 2) |
| 2021-2024 | Executive Committee of the NAM Council | Member |
| 2018-2024 | Council of the National Academy of Medicine | Member |
| 2021-2024 | Council of the National Academy of Medicine (NAM) | Member |
| 2021-2023 | NASEM (National Academies of Science, Engineering and Medicine), National Research Council (NRC) National Research Council (NRC), Executive Committee | Member |
| 2021-2024 | | Member |
| 2023-2024 | National Research Council (NRC) Governing Board Budget and Finance Committee | Member |
| 2021-2024 | National Research Council (NRC) Governing Board Project Approval Committee | Workshop Planning Committee and Workshop Moderator |
| 2021-2024 | National Research Council (NRC) Governing Board NAM Council Nominating Committee | |
| 2018-2023 | Committee on Science, Engineering, and Medicine and Public Policy (COSEMPUP), NASEM | Member, Policy, Financing, and Metrics |
| 2021-2022 | National Academy of Medicine Advancing Maternal Health Equity and Reducing Maternal Morbidity and Mortality. (https://www.nap.edu/download/26307 | Member, Health Systems Member |
| 2022 - Present | National Academy of Medicine, (NAM) Action Collaborative on Decarbonizing the U.S. Health Sector | Planning Committee |
| 2023-2024 | National Academy of Medicine (formerly IOM), Section 1 Health Policy and Health Services Working Group | Report Monitor |

Prepared: July 2, 2025

| 2023-204 | National Academy of Sciences, Cultural Programs of the National Academy of Sciences and the CDC Foundation, Boosting Vaccine Confidence with the Arts | Chair |
|---|---|---|
| 2023 | NASEM: Identification and Prognosis of Low Birth Weight Babies and Disability Determinations | Member |
| 2022-2025 | NASEM, Standing Committee on Reproductive Health, Equity and Society | Chair |
| 2024-2025 | NASEM and National Research Council (NRC) Governing Board Project Approval Committee | Chair |
| 2025 – Present | Advisory Committee, Division of Social and Behavioral Studies and Education Studies (DBASSE), NRC | Chair |
| 2024- Present | National Academy of Medicine, President Search Committee | Chair |

**Other Professional Associations and Organizations**

| 1996 - 2022 | AcademyHealth | Member, Advocacy Committee |
|---|---|---|
| 1993 - 1993 | American Public Health Association | Annual Program Committee, Section on Family Planning and Reproductive Health |
| 1996 - 2000 | National Assembly for School-Based Health Care | Technical Advisory Committee, Survey of School-Based Health Centers |
| 1996 - 2006 | National Assembly for School-Based Health Care | Member, Advisory Panel, Center for Evaluation and Quality |
| 1997 - 1997 | Society for Adolescent Medicine | Managed Care Ad Hoc Committee |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2000 - 2022 | AcademyHealth | National Planning Committee for Annual Meeting, Chair, Session at Annual Conference. Elected Member, Board of Directors Secretary, Board of Directors, Chair, Governance Committee, Membership Committee Member |
| 2001 - 2001 | Society for Adolescent Medicine | Member, Advocacy Committee |
| 2003 - 2003 | American Public Health Association | Program Chair |
| 2004 - 2005 | American Public Health Association | Section President |
| 2005 - 2007 | American Public Health Association | Chair, Awards Committee, Member, Awards Committee |
| 2005 - 2005 | Society for Adolescent Medicine | Research (Standing) Committee |
| 2009 - 2009 | Society for Adolescent Medicine | Consultant, Diversity Task Force |
| 2014 - 2019 | Public Health Institute | Board Member |
| 2015 - 2020 | WestEd Justice & Prevention Research Center | Member, Advisory Board, Virtual Student Health Center Project |
| 2015 - present | Health Resources and Services Administration (HRSA), Maternal and Child Health Bureau (MCHB) | Member, National Survey of Children's Health (NSCH) Technical Expert Panel (TEP) |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2017 - present | Public Health Institute | Advisory Council, Initiative for Multipurpose Prevention Technologies (IMPT) |
| 2018 - 2019 | AcademyHealth, Adolescents and Children Together for Health (ACT for Health) | Member, National Advisory Panel |
| 2019 – present | Vanderbilt University Medical Center (VUMC) | Biomedical Science Advisory Board |
| 2022- present | Health Affairs Scholar *Emerging & Global Health Policy Journal* | External Advisory Board |
| 2023- present | Social Policies for Health Equity Research (SPHERE) Center, Harvard School of Public Health | National Advisory Board Member |
| 2023-present | AcademyHealth Assessing the Full Impact of the Dobbs'Decision – Working Group | Member |

**SERVICE TO PROFESSIONAL PUBLICATIONS**

| | |
|---|---|
| 1999 - present | Editorial Board, Journal of Adolescent Health |
| 1991 - 2018 | Hispanic Health Care International; Editorial Review Board, Health Promotion Practice |
| 1999 - 2018 | Health Promotion Practice, Editorial Board |
| 1999 - present | Journal of the American Public Health Association |
| 1999 - present | Journal of the American Medical Association |
| 1999 - present | Archives of Pediatrics and Adolescent Medicine |
| 1999 - 2020 | Family Planning Perspectives |
| 1999 - 2020 | Perspectives on Sexual and Reproductive Health |
| 1999 - 2020 | American Journal of Preventive Medicine, Guest Editor (Long-Acting Reversible Contraceptive Methods in the Developing Word) |
| 1999 - present | Maternal and Child Health Journal, Editorial Board |

Prepared: July 2, 2025

| 2017 - 2017 | Maternal and Child Health Journal, Guest Editor (Long-Acting Reversible Contraceptive Methods in the Developing World, September, 2017) |
| 2017 - 2017 | Journal of Adolescent Health, Guest Editor (Special Supplement on Teenage Pregnancy Prevention) |
| 2019 – present | Health Services Research Journal - Reviewer |
| 2022 - present | Health Affairs Scholar, External Advisory Board |

## INVITED PRESENTATIONS - INTERNATIONAL

| 2005 | Canadian Evaluation Society and American Evaluation Association, Toronto, Canada, | Keynote address |
| 2008 | Binational Conference Defining a Research Agenda on Migration and Health: The Voice of the Community. University of California | Invited Talk |
| 2009 | Binational Conference: IX Semana Binacional de Salud / Ninth Annual Binational Policy Forum on Migration and Health Santa Fe, NM | Plenary Talk |
| 2010 | The 21st Scientific Conference of the Saudi Heart Association. Riyadh, Saudi Arabia | Two invited talks |
| 2010 | Institut Jantung Negara (National Heart Institute), Kuala Lampur, Malaysia | Two invited talks |
| 2011 | Egyptian Society of Cardiology: Adolescent obesity, Systems Change, Pediatric Congenital Health Disease. Alexandria, Eygpt | Three invited talks |
| 2011 | Mexican Society of Cardiology Annual Meeting: Adolescent obesity. Puerta Vallerta, Mexico | Invited talk in Spanish |
| 2012 | Societatea Romana De Cardiologie. National Congress of Cardiology Annual Meeting. Bucharest, Romania. 2012. (Childhood and Adolescent Obesity and the Role of Comprehensive Prevention Approaches) | Invited Talk |
| 2012 | Pan American Health Organization (PAHO) What Works in Pregnancy Prevention: Current Scientific Evidence and Lessons Learned. San Salvador, Salvador. August 24, 2012 (Spanish and English). | Invited Talk (English and Spanish) |
| 2014 | World Bank: International Interagency Conference: Current Evidence, Lessons Learned and Best Practices in Adolescent Pregnancy Prevention in Latin America and the Caribbean, Managua, Nicaragua 2014. | Invited talk in Spanish |
| 2014 | Robert Wood Johnson Foundation, Social Determinants of Migrant's Health Conference: The Burden of the Invisibles: The Experiences of the Deferred Action for Childhood Arrivals Within a Socio-Economic Context. Bellagio, Italy, October 10, 2014 | Invited Talk |

Prepared: July 2, 2025

| 2016 | University of Ottawa, Building Health Systems and Health Equity for Populations Affected by Migration. Health Equity Impact Assessment. Ottawa, Canada. May 16-17, 2016. | Invited Talk |
|------|------|------|
| 2017 | Instituto Nacional de Perinatologia, Mexico City, Mexico. Reunion Anual INPer 2017: Salud Sexual y Reproductiva del Adolescente: Impacto Perinatal: Presentation: El Embarazo de Adolescentes en Mexico y en California: Politicas Publicas y Consecuencias Programaticas, April 4, 2017. | Invited Talk |
| 2020 | Adolescent Health and Well Being Issues: A Global Perspective. Indian Institute of Public Health. Gandhinagar, India. January 3, 2020. | Invited presentation |
| 2020 | Living in Time of Uncertainty: Advancing Women's Health in India. Joint International Conference 16th Annual Scientific Symposium. Ahmedabad, India. January 4, 2020. | Invited presentation & panel discussion |

## INVITED PRESENTATIONS - NATIONAL   (2006-Present)

| 2006 | A Profile of Adolescent Health and Healthcare Needs". National Institute for Health Care Management Foundation; Washington, DC | Keynote address |
|------|------|------|
| 2006 | Future Directions in Adolescent Healthcare Delivery". Society for Research in Adolescent Health, Boston, MA | Keynote address |
| 2006 | Teenage Pregnancy Prevention—Trends and Lessons Learned". Society for Adolescent Medicine, Boston, MA | Keynote address |
| 2006 | Developing a Career in Health Policy and Advocacy". American Public Health Association Student Assembly, Boston, MA | Invited talk |
| 2006 | "Preventing Teenage Pregnancy: Recent Trends and Directions". Contraceptive Technology Annual Meeting, San Francisco, CA | Keynote address |
| 2006 | "The Health and Mental Health Needs of Adolescents". Association of Maternal and Child Health Epidemiology, 12th Annual Conference, OMNI Hotel CNN Center, Atlanta, GA | Keynote address |
| 2007 | "A Profile of Adolescent Health and Healthcare Utilization". The National Academies. Research Workshop on Adolescent Health Care Services and Systems, Washington, DC | Platform presentation |

Prepared: July 2, 2025

| 2007 | "Using State Data to Respond to the Health Needs of Adolescents". Association of Maternal & Child Health Programs Annual Conference, Arlington, VA | Plenary talk |
|------|---|---|
| 2007 | "Health Care Coverage for Adolescents: Where are the Gaps?". AcademyHealth Meeting, Orlando, FL | Invited talk |
| 2007 | "Meeting the Needs of Adolescents: Promising State Directions". National Conference of State Legislators, Boston, MA | Invited talk |
| 2007 | "Responding to the Health Needs of Adolescent Males: Opportunities and Challenges". The National Campaign to Prevent Teen and Unplanned Pregnancy, Santa Monica, CA | Platform presentation |
| 2007 | "Preconception Health and Health Care". Second National Summit, in collaboration with the Department of Health and Human Services, Centers for Disease Control and Prevention, and the Health Resources and Services Administration, Oakland, CA | Invited talk |
| 2009 | "A Health Profile of America's College Age Students". American College Health Association. Building Bridges by the Bay: 2009 Annual Meeting, San Francisco, CA | Keynote address |
| 2009 | "The Role of Community-Based Organizations in Meeting the Health Needs of Women". National Institutes of Health, NIH/Office of Research in Women's Health and UCSF Center of Excellence in Women's Health, New Dimensions and Strategies for Women's Health Research, National Conference, San Francisco, CA | Platform |
| 2009 | "Evaluating Community Agencies Serving Women: Promising Findings". Johnson and Johnson Foundation and UCSF Center of Excellence in Women's Health. Fostering Excellence in Women's Health Through Academic - Community Partnerships, Annual Convening, Hotel Kabuki, San Francisco, CA | Invited talk |
| 2010 | "Meeting the Health Needs of Adolescents: Future Directions". GrantMakers in Health Annual Meeting on Health Philanthropy, Charting a Healthy Life Course for Children, Orlando, FL | Invited talk |
| 2010 | Using State Profile Data to Develop New Program Strategies". Association of Maternal & Child Health Programs Annual Conference. National Harbor, MD | Invited panelist |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2010 | "The Needs of Adolescents and Young Adults – Future Directions". AcademyHealth Annual Conference, Boston, MA | Invited panel presentation |
| 2010 | "Making Healthy People 2020 Come Alive for Promoting Adolescent Health". 20th Annual CityMatCH Conference. Making Healthy People 2020 Come Alive for Promoting Adolescent Health, Chicago, IL | Invited presentation |
| 2010 | "Maternal and Child Health Reform: Looking to the Future". AMCHP Annual Meeting, Washington, DC | Invited speaker |
| 2011 | "The Environment of Girl's Health and Next Steps in the Creation of a National Initiative to Improve the Health of Young Women and Girls". Department of Health and Human Services, Office on Women's Health, Washington, DC | Invited briefing |
| 2011 | "Approaches for Supporting Pregnant and Parenting Teens". Office of Population Affairs Office of Adolescent Pregnancy Programs; Washington, DC | Invited speaker |
| 2011 | "Male Adolescent Health: Future Directions". The 2011 National Conference for Male Family Planning and Reproductive Health Services, San Francisco, CA. | Invited talk |
| 2011 | "IUD Summit: US Trends in IUD Use". Des Moines, IA. | Invited speaker |
| 2012 | "The Health Needs of Adolescents and Young Adults". AcademyHealth Annual Research Meeting, Washington, DC. | Invited speaker and panelist |
| 2012 | "Lessons Learned in Adolescent Pregnancy Prevention". National Reproductive Health Conference Title X. | Invited speaker |
| 2012 | "Evaluation of the Iowa LARC Initiative: Early Research Findings". Policy Briefings, Des Moines, IA. | Invited speaker |
| 2012 | "A Profile of Adolescent and Young Adult Health". 18th Annual Maternal and Child Health Epidemiology (MCH EPI) Conference. learning.mchb.hrsa.gov | Invited speaker and moderator |
| 2012 | "The Needs of Adolescents: How Can we Best Respond in an Era of Health Reform?" San Francisco Chapter of the National Association of Pediatric Nurse Practitioners. Stanford University, Stanford, CA. | Invited speaker |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2012 | "Making Do with Less: The Impact of State Budget Cuts on California's Teen Pregnancy Prevention Programs". American Public Health Association Annual Meeting. San Francisco, CA. | Invited panel presentation. |
| 2012 | "Stayin' Alive and Thriving: Exploring Multiple Dimensions of SBHC Sustainability". American Public Health Association Annual Meeting. San Francisco, CA. | Invited panel presentation |
| 2013 | "Advancing the Maternal & Child Health Vision. The ACA, Adolescents and Young Adults". AMCHP Annual Conference. | Invited speaker |
| 2013 | "Improving the Health, Safety, and Well-being of Young Adults". Institute of Medicine, Washington DC. | Invited speaker |
| 2013 | "Taking Advantage of Natural Experiments for Child Health: Understanding How Policy Impacts Child Health Quality, Costs, and Utilization". AcademyHealth Annual Research Meeting, Washington, DC. | Invited speaker |
| 2013 | "Understanding Contraceptive Use in the United States". American Public Health Association Annual Meeting; Boston, MA. | Invited moderator |
| 2013 | "Following the Passion: Embedding the DNA of Research in a Policy Translation Career". American Public Health Association Annual Meeting. Boston, MA | Invited panel presentation |
| 2013 | "The California Hot Spots Study: Insights into Neighborhood-level Factors Associated with Teenage Pregnancy". American Public Health Association Annual Meeting. Boston, MA. | Invited Panel presentation |
| 2013 | "Exploring and Understanding Newer Reproductive Health Technologies: LARC Provider Perspectives from Colorado and Iowa". American Public Health Association Annual Meeting. Boston, MA. | Invited panel presentation |
| 2014 | "Improving Adolescent Health: State Data Resources". AMCHP Annual Conference. Washington, DC. | Invited speaker |
| 2014 | "Current Issues in Adolescent and Young Adult Health". AMCHP Annual Conference. Washington, DC. | Invited speaker |

Prepared: July 2, 2025

| 2014 | "Accelerating Progress for Adolescent Sexual Reproductive Health: Results from a Multi-Country Needs Assessment". World Bank Group, Washington, DC. | Invited speaker (with Decker, M) |
|------|---|---|
| 2014 | "Adolescent Development, Implications, and Policy Needs". Ohio Adolescent Health Partnership. Columbus, OH. | Keynote address |
| 2014 | "Realizing the Dream for Californians Eligible for Deferred Action for Childhood Arrivals (DACA): Health Coverage and Mental Health Stressors". Robert Wood Johnson Foundation Nursing and Health Policy Collaborative/University of New Mexico: Assessing the Impact of Immigration and Health Policy. November 21, 2014. | Invited speaker |
| 2015 | "Improving Contraceptive Options Now". Project Advisory Board Meeting, MDRC (organizing foundation). New York, NY. | Invited panelist |
| 2015 | "The Health and Well-being of Young Adults: Highlights from an Institute of Medicine/National Research Council Report". Society for Research in Child Development, Philadelphia, PA. | Roundtable discussion |
| 2015 | "The Impact of the Affordable Care Act on Women." California Wellness Foundation sponsored presentation by the Commonwealth Club of San Francisco. SF, CA. (audio http://bit.ly/1xJHr7c) http://www.commonwealthclub.org/events/2015-03-16/impact-affordable-care-act-women | Invited presentation |
| 2015 | "Adolescents & Young Adults in Title V Transformation: Understanding Needs, Designing & Selecting Measures, and Achieving Outcomes." AMCHP Annual Conference. Washington, DC, January 24, 2015. | Invited speaker |
| 2015 | "The Health & Well-Being of Young Adults." AMCHP Annual Conference. Washington, DC. Washington, DC. January 26, 2015. | Invited speaker |
| 2015 | "Young Adults on Campus: Confronting the Health Challenges." Society for Public Health Education Annual Meeting, Portland, OR. April 23, 2015 | Plenary session |
| 2015 | "Partnering to Encourage Healthy Beverage Intake through Childcare: A Pilot Study." Pediatric Academic Societies (PAS), San Diego, CA. April 25-28, 2015. | Poster presentation |

Prepared: July 2, 2025

| 2015 | "Strategies and Tactics for Achieving Meaningful Consumer Engagement in Health Care." AcademyHealth Advocacy Interest Group (ARM) Interest Group, June 13, 2015. | Invited panel presentation |
|------|------|------|
| 2015 | "In Their Own Words: Improving the Care Experience of Families with Children with Special Health Care Needs." AcademyHealth Child Health Services Interest Group, June 13, 2015. | Invited talk |
| 2015 | "Assuring Access and Use of Health Services by Adolescents and Young Adults under the ACA." U.S. Centers for Disease Control and Prevention, Atlanta, GA. August 17, 2015. | Invited presentation |
| 2015 | "Adolescents in the United States: Health Care for Adolescents: How to Improve it. U.S. Centers for Disease Control and Prevention, Grand Rounds. Atlanta, GA. August 18, 2015. | Invited panel Webinar |
| 2016 | "Assessing Youth-Friendly Health Services (YFHS) for Adolescent Sexual and Reproductive Health: A Systematic Review." Consortium of Universities for Global Health Conference. San Francisco, CA. April 9-11, 2016. | Poster presentation |
| 2016 | "Transforming HealthCare for Adolescents and Young Adults: Improving Quality and Access through Innovation and Collaboration." AMCHP Annual Conference, Washington, DC. April 6, 2016. | Lead panelist |
| 2016 | "Investing in the Health and Well-Being of Young Adults: A Health Profile of Young Adults: A Window of Opportunity for Early Cancer Intervention." Opportunities for Cancer Prevention During Early Adulthood, April 13, 2016, CDC National Association of Chronic Disease Directors. Decatur, GA. | Invited talk |
| 2016 | "Not Lost in Translational Science: Lessons Learned in Building a Research and Policy Pipeline." Emory University. Student Research Day, Atlanta, GA, April 21, 2016. | Keynote address |
| 2016 | "Make Your Own Adventure: Leadership in a Transformative Time" Emory University. Student Research Day, Atlanta, GA. April 21, 2016. | Invited talk |
| 2016 | "Policies: Health Equity Impact Assessment." WHO Collaborating Centre on Technology Assessment and Health Equity- Evidence, Process and Migrant Health, University of Ottawa, May 16, 2016. | Invited panelist |

Prepared: July 2, 2025

| 2016 | "Evidence-Based Innovations to Support Women in Biomedical Research Careers." NIH Office of Research on Women's Health, Bethesda, MD. June 6, 2016. | Invited presentation |
|------|------|------|
| 2016 | "Policy Translation: A Multi-Method Approach to Evaluating California's Family Planning Policy and Program." Penn State College of Medicine: Division of Health Service and Behavioral Research: Seminar Series (Sponsored by BIRCWH Program). November 14, 2016. | Invited speaker |
| 2016 | "Mental Health Providers in School-Based Health Centers: A Potential Solution to Address Chronic Childhood Trauma." Forum on Promoting Children's Cognitive, Affective and Behavioral Health. The National Academies, Washington, DC. November 29, 2016. | Poster presentation |
| 2017 | "Advocacy for Global Family Planning/Reproductive Health Scale". IBP Consortium Meeting, Chaired by Public Health Institute, Oakland, CA. January 17, 2017. | Keynote address |
| 2017 | "Achieving relevance and visibility in an academic research career - opportunities and potential pitfalls." BIRCWH Leadership Webinar Series (Sponsored by BIRCWH Program). Webinar, June 15, 2017. https://youtu.be/4zaV92w1LuQ | Webinar |
| 2017 | "The Role of Long Acting Reversal Contraceptive: Taking the Pulse." American Public Health Association Annual Meeting, Atlanta, GA. November 6, 2017. | Invited presentation |
| 2017 | "Demonstrating School Health Center Impacts through a Results-Based Accountability Framework." American Public Health Association Annual Meeting, Atlanta, GA. November 6, 2017. | Poster presentation |
| 2017 | "Folks Do Fall Through the Cracks: Barriers to Care for Young Adults Churning Between Health Insurance Plans." American Public Health Association Annual Meeting, Atlanta, GA. November 6, 2017. | Invited presentation |
| 2017 | "Future Policy Directions for Opportunity Youth: Where Do We Go From Here?": Making Connections Matter for Adolescents. John Hopkins University, Baltimore, MA. December 6, 2017. | Invited presentation |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2018 | "Overview and Accomplishments of the AYAH-NRC National Strategies." Society of Adolescent Health and Medicine, Seattle, WA. March 15, 2018. | Invited presentation |
| 2018 | "What's New in Clinical Preventive Services? New Evidence, Guidelines, Policies – Challenges and Opportunities". Society of Adolescent Health and Medicine, Seattle, WA. March 14-17, 2018. | Invited presentation |
| 2018 | "Healthcare at a Crossroads: Where Do We Go From Here?" Initiative for Regulation and Applied Economic Analysis Conference, Montana State University, Bozeman, MT. April 5-6, 2018. | Invited 2 presentations |
| 2018 | "Through The Looking Glass: The Role of Clinical Preventive Visits in Improving Adolescent Health". Oregon Pediatric Society Conference, Portland, OR, April 28, 2018. | Invited presentation |
| 2018 | "Creating Access to Care for Adolescent and Young Adult Males". 2018 National Adolescent and Young Adult Male Summit, Washington, DC. June 7, 2018. | Invited Keynote |
| 2018 | "Advancing Health Equity and Justice in California: A Landscape Analysis". Grantmakers in Health Conference. Chicago, IL, June 19, 2018. | Invited presentation |
| 2019 | "Use of Youth-Centered Mobile Health Application, Health-E You/Salud iTu, to Reduce Disparities in Contraceptive Knowledge, Access and Unintended Pregnancy Among Sexually Active Latina Adolescents". Society for Adolescent Health and Medicine Annual Meeting, Washington, DC. March 6-8, 2019. | Poster presentation |
| 2019 | "The Promise of Adolescence". Society of Preventions Research Annual Meeting. San Francisco, CA. May 30, 2019. | Roundtable discussion |
| 2019 | "Joining Forces: Advancing an Agenda for Adolescent Mental Health Services" AcademyHealth Summit on Teen Mental Health Crises. Washington, DC. June 5, 2019. | Invited presentation |
| 2019 | "Race, Gender, and Immigration Status: New Frontiers in Health Funding for Latinx". GIH Annual Conference on Health Philanthropy. Seattle, WA. June 13, 2019. | Invited presentation |

Prepared: July 2, 2025

| 2019 | "Walking the Walk: Applying Positive Youth Development Approaches to Adolescent Health". American Public Health Association, Office of Adolescent Health and Office of Population Affairs, Office of the Assistant Secretary for Health, U.S. Department of Health and Human Services. June 18, 2019. | Invited webinar presentation |
|------|------|------|
| 2019 | "Migration roles in the Lives of Latina Youth: A Binational Comparison". APHA Annual Meeting, Philadelphia, PA. November 4, 2019. | Invited presentation |
| 2020 | "The Promise of Adolescence" Health System Webinar. Board of Children, Youth, and Families. The National Academies of Science, Engineering, and Medicine. March 26, 2020. | Invited webinar presentation |
| 2020 | "Flourishing in Adolescence: Forum for Children's Well-Being Spring Virtual Workshop". The Promise of Adolescence: Realizing Opportunity for All Youth. The National Academies of Science, Engineering, and Medicine. May 5, 2020. | Invited presentation |
| 2023 | Improving the Health and Well-Being of Adolescent and Young Adult Health through System Transformation, Committee on Improving the Health and Wellbeing of Children and Youth through Health Care System Transformation, National Academy of Science, Engineering, and Medicine, February 28, 2023 | Invited Presenter |
| 2023 | National Academy of Sciences, Engineering, and Medicine, "After Roe: Physician Perspectives & Workforce Implications," on May 25, 2023, you can view a recording of that event via the link below. https://nam.edu/event/after-dobbs-physician-perspectives-workforce-implications/ | Session planner and moderator |
| 2024 | National Academy of Medicine, Council Meeting: Panel on the Standing Committee on Reproductive Health. Equity and Society | Session planner, speaker, and moderator |
| 2024 | National Academy of Sciences, Engineering and Health, Standing Committee on Reproductive Health, Equity and Society, Promising Strategies to Address Health Disparities Across the Reproductive Life Cycle. A Webinar | Session planner and moderator |

Prepared: July 2, 2025

| 2025 | Implications For Primary Care of New Directions for Women's Health: Expanding Understanding, Improving Research, and Addressing Workforce Limitations, National Academy of Sciences, Engineering, and Medicine, Standing Committee on Primary Care|. | Speaker |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| 2004 | "Adolescent Pregnancy: A Current Profile and Dilemma for Clinicians and Other Decision makers," Clinical Conference of Child and Adolescent Psychiatry, Langley Porter, Psychiatric Institute, UCSF, San Francisco, CA | Invited lecture |
| 2006 | "The Use of Focus Group Research Methodology in Health Services Research," Health Policy Post-Doctoral Program, UCSF | Invited lecture |
| 2006 | "Conducting Effective Community Needs Assessments for Adolescent Health," Program in Maternal and Child Health, School of Public Health, UC Berkeley, CA | Invited lecture |
| 2006 | "A Profile of Adolescent Health – Miles to Go Before We Go to Sleep". Howard University Lecture Series, Washington DC | Invited lecture |
| 2006 | "Past, Present, and Future of Teenage Pregnancy Prevention", State of California, Maternal, Child, and Adolescent Branch, Teen Pregnancy Prevention Annual Meeting, Burlingame, CA | Keynote address |
| 2006 | "Adolescent Pregnancy and its Role in Health Disparities". Department of Health, DC-Baltimore Research Center on Child Health Disparities, Washington DC | Plenary talk |
| 2006 | "Creating a California Strategic Plan for Adolescents". California Adolescent Health Conference, Adolescent Health Collaborative, Oakland, CA | Plenary talk |
| 2006 | "Meeting the Needs of Adolescents in California". The California Wellness Foundation's Conference on Teenage Pregnancy Prevention, Oakland, CA | Keynote address |
| 2006 | "A Profile of Adolescent Health and Healthcare Coverage". Children's National Medical Center, Grand Rounds, Washington DC | Invited lecture |
| 2006 | "Teenage Pregnancy Prevention". Pediatric Grand Rounds, Department of Pediatrics, UCSF | Invited lecture |
| 2007 | "Future Directions in Teenage Pregnancy Prevention". The California Wellness Foundation Conference on Teenage Pregnancy Prevention, San Francisco, CA | Keynote address |

Prepared: July 2, 2025

| 2008 | "Teenage Pregnancy Prevention --- Lessons Learned". 5th Annual Conference: The Adolescent Working Group, San Francisco, CA | Plenary talk |
|------|------|------|
| 2008 | "The Family PACT Program: Evaluation Findings". Family PACT Conference for California Counties: Optimizing Family PACT in a County Health System, Sacramento, CA | Invited talk |
| 2008 | "Parental Notification: What Can Be Learned from the Experience of Other States?" Grand Rounds, Department of Obstetrics, Gynecology, and Reproductive Health Sciences, UCSF, San Francisco, CA | Invited lecture |
| 2008 | "Translating Research in Policy: Lessons Learned". Institute for Health Policy Studies, Post-Doctoral Fellowship, UCSF, San Francisco, CA | Invited lecture |
| 2008 | " Meeting the Needs of Immigrant Youth: Promising Directions". The Center for Comparative Immigration Studies, (CCIS) Weaver Center, University of California, San Diego | Invited talk |
| 2008 | "Cross-Border Health: Creating an Agenda for Future Directions". Global Health Forum, UCSF, San Francisco, CA | Invited talk |
| 2009 | "Adolescent Pregnancy Prevention: Making Progress and Not Losing Ground". The California Wellness Foundation Conference on Teenage Pregnancy Prevention, Los Angeles, CA | Keynote address |
| 2009 | "A Profile of Adolescent Health – Beyond Teenage Pregnancy Prevention". Adolescent Sexual Health Symposium, ACT for Youth Center of Excellence, New York, NY | Invited talk |
| 2009 | "Women's Health in California – Making Inroads". The California Wellness Foundation Conference on Women's Health, San Francisco, CA | Invited plenary talk |
| 2009 | Testimony on the Role of School Based Health Centers. State of California Assembly Legislature, Committee on Schools and Community, Informational Hearing | Invited talk |
| 2009 | "The Role of Teenage Pregnancy Prevention in Improving Economic Outcomes". Berkeley Center on Health Economics and Family Security, University of California, Berkeley, CA | Invited panel moderator |
| 2009 | "Prevention of Adolescent Cancer". UCSF Helen Diller Comprehensive Cancer Center Annual Symposium: The Prevention of Cancer, San Francisco, CA | Invited speaker |

Prepared: July 2, 2025

| 2009 | Expert Testimony on School Based Health Centers. State of California, Assembly Select Committee on Schools and Community | Invited speaker |
| 2009 | Health Care Reform (Part of a Mini-Medical School series), UCSF Medical School of Medicine, UCSF, San Francisco, CA | Invited lecture |
| 2010 | "Meeting the Needs of Pregnant and Parenting Adolescents – Evaluation Findings". Adolescent Family Life Annual Conference, Oakland, CA | Invited speaker |
| 2010 | "Comparative Effectiveness Research: Opportunities and Challenges". Clinical and Translational Science Institute and the San Francisco Coordinating Center, San Francisco, CA | Invited panelist |
| 2010 | "Qualitative Research Methods in Immigrant Health". University of California Global Health Institute Center of Expertise on Migration and Health. First Annual Research Training Workshop. UC San Diego | Invited panelist |
| 2010 | "Health Care Reform in California: A UC View of Prospects and Challenges". In cooperation with the California Senate Health Committee; California Program on Access to Care. UC Berkeley School of Public Health. | Invited presentation |
| 2010 | "Migration and Health in California". University of California, Irvine Global Health Day. | Invited speaker |
| 2010 | "The Evaluation of the Family PACT Program". School of Public Health, University of California, Berkeley. | Invited speaker |
| 2010 | "Teenage Pregnancy Prevention - What Lies Ahead?" The California Wellness Foundation Conference, San Francisco, CA | Invited speaker |
| 2011 | "Organizational Learning and Evaluation: Implications for Future Investments". The California Wellness Foundation Conference, Los Angeles, CA | Invited speaker |
| 2011 | "Disparities in Health". Young Scholars Group, Department of Epidemiology and Biostatistics and CTSI, UCSF | Invited talk |
| 2011 | "Conducting Multi-Disciplinary Research in Family Planning Care". Bridging Interdisciplinary Research Careers in Women's Health (BIRCWH) health seminar series, UCSF | Invited talk |
| 2011 | "Promising Strategies: Improving Adolescent Health". San Mateo County Teen Pregnancy Prevention Summit. San Mateo, CA. | Invited plenary speaker |
| 2011 | "Conducting Program Evaluation in Family Planning". Bixby Center for Global Reproductive Sciences Research Seminar. San Francisco, CA | Invited speaker |

| 2012 | "Reflections and Lessons Learned in Establishing the Women's Preventive Health Services". 40th Annual Psychosocial Workshop. San Francisco, CA. | Invited keynote speaker |
|------|------|------|
| 2012 | "Lessons Learned in Developing a Research and Advocacy Career". Clinic, Advocacy, Research and Training (CART) Group, Office of Developmental Primary Care, UCSF | Invited talk |
| 2012 | "Health Policy in Community Engagement". Fellowship of Fellows, UCSF | Invited talk |
| 2012 | Young Adult Health and Well-Being: Trends and Promises". Promoting Positive Development in the Third Decade of Life: A Multidisciplinary and International Conference. Center for Advanced Study in the Behavioral Sciences, Stanford University, CA. | Invited panel presentation |
| 2012 | "Adolescent Health Insurance Coverage – How can the ACA Improve the Health of Adolescents". Adolescent Health Care Conference. San Francisco, CA. | Invited Keynote |
| 2012 | "Migrant Health – Creating a Bi-National Agenda for Research". 7th Annual Summer Institute on Migration and Global Health. | Invited talk |
| 2012 | School of Medicine Pathways Explorers in Health and Society on Shaping a policy Translation Career. | Invited talk/panel |
| 2012 | "A Profile of Native American Adolescents in California". State Indian Health Program. Sacramento, CA. | Invited talk |
| 2013 | "Health Care Reform". Robert Wood Johnson Health and Society Policy Scholars Program. San Francisco, CA. | Invited lecture |
| 2013 | "Health Care Reform". (Part of a Mini-Medical School series), UCSF Medical School of Medicine, UCSF, San Francisco, CA | Invited lecture |
| 2013 | "Taking the Pulse and Moving Forward-Reducing Teenage Pregnancy in Santa Clara County". Santa Clara County Adolescent Pregnancy Prevention Network (APPN) Retreat. | Invited talk |
| 2013 | "Aligning Assets to Improve Community Health and Health Equity: SFHIP Lessons and Strategic Directions". San Francisco Health Improvement Partnerships. San Francisco, CA | Invited talk |
| 2013 | "Taking the Pulse: Improving the Health, Safety and Well-Being of Young Adults". UCSF Center for Vulnerable Populations Seminar Series, San Francisco, CA | Invited lecture |
| 2013 | "The Role of Program Evaluation and Advocacy". Changing the World through Life Science Innovation Symposium. University of San Francisco, CA | Invited speaker |

Prepared: July 2, 2025

| 2013 | "Adolescent and Young Adult Health: Implications for Public Health, Mental Health Policy, and Clinical Services". Department of Psychiatry, Child and Adolescent Psychiatry (CAP) Grand Rounds, UCSF, San Francisco, CA | Invited lecture |
|------|---|---|
| 2013 | "The Effect of Public Family Planning Services on Fertility". Implementation Science and the Global Response to HIV/AIDS. UCSF CFAR 2013 Symposium. | Invited speaker |
| 2013 | "Report Back from the Institute of Medicine Meeting: Improving the Health, Safety and Wellbeing of Young Adults". UCSF Center for Vulnerable Populations Seminar Series (also available as video at CHARM Website), San Francisco, CA | Invited lecture |
| 2014 | "Adolescent and Young Adult Health in San Francisco: Opportunities for Change". Health Working Group (AHWG), 11th Annual Provider Training: Patient-Centered Care for Young Women, San Francisco, CA | Keynote speaker |
| 2014 | "Funding Your Research Beyond the NIH". UCSF Faculty Development Day. UCSF Campus Council on Faculty Life. September, 2014 | Invited panelist |
| 2014 | "How Will We Know it is Working: Monitoring the Impact of the ACA in Years to Come". PRL-IHPS-Osher Mini Medical School on Health Reform, UCSF, San Francisco, CA | Invited panelist |
| 2014 | "Assessing the Impact of Health Care Reform". Health Policy Colloquium, UC Berkeley, Berkeley, CA | Invited panelist |
| 2015 | "Findings From the Family PACT Providers and Health Care Reform Implementation Study". California State Department of Health Care Services. January 2015. | Invited presentation |
| 2015 | "No Federal Immigration Reform? What States Can Do to Improve the Health of Undocumented Workers". 2015 UC Global Health Day. UC Global Health Institute and UCLA. April 18 2015. | Plenary panel |
| 2015 | "Aligning Health Care and Social Determinants of Health". Spring Research Symposium: Healthy Communities Research at UC Berkeley. UC Berkeley School of Public Health. May 7, 2015 | Invited talk |
| 2016 | "Alumni Health Care Roundtable on Health Care Reform". Moderator Janet Napolitano; Claire Brindis panelist. The (UCSF) Chancellor's Breakfast/Alumni Weekend, San Francisco, April 9, 2016. | Invited panelist |

Prepared: July 2, 2025

| 2017 | "Living in a Time of Uncertainty: Advancing Women's Health in 2017 and Beyond". UCSF Monthly Collaboratory Series. San Francisco, CA. January 12, 2017. | Moderator/panelist |
| 2017 | "Making an Impact in Science through Positive Influence". Leadership Panel: "Understanding, Bridging, Inspiring." UCSF Zuckerberg SFGH. Symposium, February 2, 2017. | Lead panelist |
| 2017 | "The Threat of the Trump Administration for Women's Access to Reproductive and other Preventive Health Services for Women". UCSF Community Dialogue for Women's Health, January 20, 2017. | Invited panelist |
| 2017 | "Lessons Learned in Translating Research into Policy." Research That Gets Results: A Symposium on Science-Driven Policy Change. Bixby Center for Global Reproductive Health. March 2, 2017. | Invited panel presentation |
| 2017 | "Science Advocacy 101". Forum with Vice Chancellor for Science Policy and Strategy. In the series of "Advocating for Science and Scientists in 2017 and Beyond." Graduate Division and the Science Policy Group at UCSF March 27, 2017. https://graduate.ucsf.edu/be-an-advocate | Invited panelist |
| 2017 | "Federal Policy in 2017: What Faculty Should Know and What They Can Do." University of California, San Francisco Academic Senate Division Meeting, May 11, 2017. https://senate.ucsf.edu/division-meeting. | Invited presentation |
| 2017 | "At the Policy Forefront: Evaluating California's Efforts in Assuring Access to Quality Reproductive Health." University of California, Sacramento Speakers Series: August 2, 2017. http://uccs.ucdavis.edu/events/2017-August-2-Brindis | Invited presentation |
| 2017 | "Trumpcare: Is It the Right Treatment for What Ails the American Health Care System?" Commonwealth Club, San Francisco. August 3, 2017. | Invited presentation |
| 2017 | "Lessons Learned in a Policy Translation Research Career". Dean's Forum on Public Service. Herbst Hall Auditorium, UCSF Mt Zion Campus. August 28, 2017. | Invited presentation |
| 2017 | "At Risk – Protecting Women's Health During a Time of Uncertainly." The Yale Alumni NonProfit Alliance, San Francisco. November 14, 2017. | Invited presentation |
| 2017 | UCSF Preterm Birth Initiative World Prematurity Day: The CA Policy Roundtable Working Toward a Policy Action Agenda. San Francisco, CA. November 15, 2017. | Invited session chair |
| 2018 | "Personal Leadership Development". Johnson & Johnson Foundation: GenH Challenge: Personal Leadership Development. San Francisco, CA. January 18, 2018. | Invited presentation |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2018 | "Mentorship and Sponsorship are Crucial to Career Development for Women Faculty". UCSF Faculty Mentoring Program. Mentorship and Sponsorship are Crucial to Career Development for Women Faculty. San Francisco, CA. January 31, 2018. | Invited panelist |
| 2018 | "Discussion on Childhood Mortality". Clinical and Translational Research Fellowship Journal Club, Discussion on Childhood Mortality. University of California, San Francisco, CA. February 15, 2018. | Expert discussant |
| 2018 | "The Role of Policy Research within Precision Medicine". Marcus Mixer2: Marcus Program in Precision Medicine Innovation (MPPMI), UCSF Research Development Office's Team Science Program. University of California, San Francisco, CA. February 21, 2018. | Invited speaker |
| 2018 | "The Role of Academic Centers within the Field". First Annual Colloquium on Population Health and Health Equity. University of California, San Francisco, CA. May 28, 2018. | Invited panelist |
| 2018 | "Theories, Design, Strategies, and Instruments for Evaluating Advocacy and Policy Change Initiatives". San Francisco Bay Area Evaluator's Workshop. San Francisco, CA, June 20, 2018 | Invited presentation |
| 2018 | "Policy Translation: Lessons Learned". RISE Speaker Series, Center for Vulnerable Population. University of California, San Francisco, CA. July 11, 2018 | Invited presentation |
| 2018 | "Lessons Learned in Developing a Policy Translational Career in Reproductive Health". Brown Bag Luncheon Series, Philip R. Lee Institute for Health Policy Studies. University of California, San Francisco, CA. August 21, 2018. | Invited presentation |
| 2018 | "Advancing Health Equity and Justice in California: A Landscape Analysis". Hispanics in Philanthropy Advancing Latino Health Equity Convening. Oakland, CA. November 7, 2018. | Invited presentation |
| 2018 | "Through the California Crystal Ball: A Health Landscape and Future Direction". National Advisory Council and Faculty Task Force, California Health Benefits Review Program Annual Meeting. Berkeley, CA. November 15, 2018. | Keynote speaker |
| 2018 | "Organizer of Within Your Reach: Using Implementation Science to Advance Your Team Science". UCSF Research Development Office's Team Science Program. University of California, San Francisco, CA. December 11, 2018. | Moderator |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2019 | "What comes next: How the midterm election results impact reproductive rights and health". California Preterm Birth Initiative Collaboratory Discussion Series. University of California, San Francisco, CA. December 13, 2018. | Moderator |
| 2019 | Writing for Policy Makers Workshop Series, 3 Part Series. Science Policy Group, University of California, San Francisco, CA. February 21 and March 4, 2019. | Moderator/panelist |
| 2019 | Translating Research into Policy Action, UCSF California Preterm Birth Initiative Grantee Workshop, University of California, CA. April 4, 2019. | Invited session chair |
| 2019 | Summer School: UC Network on Child Health, Poverty and Public Policy, UC Berkeley, CA. September 4, 2019. | Invited panelist |
| 2019 | "Surviving on Soft Money Environment". Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Meeting, UC Davis, CA. October 7, 2019. | Moderator/panelist |
| 2019 | "Not Lost in Translational Science: Lessons Learned in Building a Research and Policy Pipeline". Global Health Science Seminar, UCSF, San Francisco, CA. October 31, 2019. | Invited presentation |
| 2020 | "The Promise and Challenges of the ACA for Women, Young Adults, and Adolescents ". Rossmoor Healthcare Forum. Myths, Realities and Options. Walnut Creek, CA. January 25, 2020. | Invited presentation |
| 2021 | "Recommendations on Diversity, Equity, and Inclusion in Health Services Research", AcademyHealth Annual Meeting, Washington, DC. | Invited Commentator |
| 2023 | Screening adolescents for Adverse Childhood Experiences (ACEs): Incorporating resilience and youth development | Invited Presentation |
| 2024 | Screening adolescents for Adverse Childhood Experiences (ACEs): Addressing the unique needs of immigrant youth ACES Aware Meeting, February 24,2023 | Invited Presentation |
| 2024 | Lessons Learned in Career Advancement of Historically Excluded Faculty, UCSF Mid-Career Faculty Development Program | Invited Presentation |
| 2025 | NASEM Webinar : Promising Strategies to Address Health Disparities Across the Reproductive Health Lifecycle (https://www.nationalacademies.org/event/43065_07-2024_promising-strategies-to-address-health-disparities-across-the-reproductive-life-cycle-a-webinar) A Policy Framework for Advancing Environment and Health Outcomes, UC Center for Climate, Health and Equity | Panel Presentation |

Prepared: July 2, 2025

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE**

| | | |
|---|---|---|
| 1988 - 1991 | Office of Technology Assessment Adolescent Health, U.S. Congress | Advisory Panel |
| 1994 - 2000 | Community Partnerships for Healthy Children Initiative, Sierra Health Foundation, Sacramento, California. | Evaluation |
| 1995 - 2015 | National Campaign to Prevent Teenage Pregnancy | Program Effectiveness Task Force, State and Local Leadership Task Force, Science into Policy National Advisory Latino Initiative |
| 1995 - 2000 | Community Coalition Partnership Programs for the Prevention of Adolescent Pregnancy, Centers for Disease Control and Prevention, Atlanta, Georgia | Consultant |
| 1995 - 1997 | Adolescent Pregnancy Prevention Initiative, The California Wellness Foundation. | Advisor |
| 1995 - 2002 | Adolescent Pregnancy Prevention Initiative, Johnson & Johnson Corporation and the National Organization for Adolescent Pregnancy and Parenting (NOAPP), Washington, DC | National Advisory Committee |
| 1995 - 1995 | Adolescent Health Work Group, Maternal and Child Health Bureau, U.S. Department of Health and Human Services. | Member |
| 1996 - 1998 | Steering Committee on Welfare Redesign, California Department of Social Services | Member |
| 1996 - 2000 | Adolescent Managed Care Advisory Committee Children Now, Oakland, California | Member |
| 1996 - 2000 | Georgia Campaign to Prevent Adolescent Pregnancy, Jane Fonda, Turner Foundation, Atlanta, Georgia | Consultant |
| 1997 - 1997 | Kaiser Kids Health Insurance Initiative, Kaiser Permanente Health Plan | Consultant |
| 1997 - 1997 | Year 2000 Community Initiative, David and Lucile Packard Foundation | Consultant |
| 1998 - 1998 | Community Partnerships to Reduce Teenage Pregnancies, The Flinn Foundation, Phoenix, Arizona | Consultant |
| 1999 - 1999 | Messengers and Methods for the New Millennium; A Round Table for Adolescents and Contraception. National Campaign to Prevent Teenage Pregnancy, and Advocates for Youth, Washington, DC | Member |

| 1999 - present | National Teenage Pregnancy Prevention Research Center, University of Minnesota and Centers for Disease Control and Prevention | National Advisory Board |
|---|---|---|
| 1999 - present | California Adolescent Health Collaborative | Co-Director and Executive Steering Committee Member |
| 1996 - 1997 | Advocates for Youth, Washington, DC | Program/Policy Committee Chair, Executive Committee, and Chair, Board of Directors |
| 1996 - 1999 | Frontiers of Research on Children, Youth, and Families Committee, Institute of Medicine National Research Council, Washington, DC | Member |
| 1997 - 1997 | Open Society Foundation, New York, NY | Advisor |
| 1997 - 2000 | Development of Community Guidelines for Preventive Services, Centers for Disease Control and Prevention, Atlanta, GA | Advisory Committee |
| 1997 - 2000 | Preventing Teen Pregnancy: Sharing Lessons Learned" Project. Centers for Disease Control and Prevention, and University of South Carolina, School of Public Health | Expert Panel |
| 1997 - 2001 | Board on Children, Youth, and Families, National Research Council, Institute of Medicine, Washington, DC | Forum on Adolescence |
| 1997 - 2002 | Adolescent Pregnancy Prevention Replication Project, Kansas Health Foundation | Technical Review Advisory Committee |
| 1997 - 1997 | Partnership for Information and Communication. Maternal and Child Health Bureau, Washington, DC | Inter-Organizational Workgroup |
| 1997 - 1999 | National Health Promotion and Disease Prevention Objectives for the Year 2010, Centers for Disease Control and Prevention | Core Work Group for Developing and Implementing Adolescent Health Objectives |
| 1998 - 1998 | Pan American Health Organization (PAHO), Division of Health Promotion and Protection, Family Health and Population Program, Washington, DC. Policies for Adolescents and Young Adults of the Americas | Advisory Group |
| 1998 - 1998 | Development of a Family Health Initiative, Maternal and Child Health Bureau, Washington, DC | Advisory Committee |
| 1998 - 2000 | Health Initiatives for Youth, San Francisco | Member, Adolescent Health Working Group |
| 1998 - 2004 | Centro Mujeres, La Paz, Baja California Sur, Mexico | Advisory Board |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 1998 - 2010 | Addressing Barriers to Student Learning: Closing Gaps in School/Community Policy and Practice, Center for Mental Health in Schools, Department of Psychology, UCLA | Steering Group |
| 1998 - 2001 | Girl Neighborhood Power! Building Bright Futures for Success Initiative, Healthy Mothers, Healthy Babies Coalition, Washington, DC | Steering Committee |
| 1999 - 1999 | CDC Teen Pregnancy Prevention Consensus Panel on Replication, Atlanta, GA | Panel Member |
| 1999 - 2002 | Association of Maternal and Child Health Programs, Adolescent Data and Systems project (cooperative agreement with Centers for Disease Control and Prevention, Division of Adolescent and School Health) | Advisory Panel |
| 1999 - 2002 | Women's Health Report Card Project, National Women's Law Center, the Focus on the Health of Women Project of the University of Pennsylvania Medical Center, and the Lewin Group, Inc | National Advisory Board |
| 2000 - 2001 | Adolescent Report Card Project, Children Now, Oakland, California. | Member |
| 2000 - 2002 | Sexuality and Reproductive Health Expert Panel of the Health, Mental Health and Safety in Schools Guideline Project, American Academy of Pediatrics, funded by Maternal and Child Health Bureau, U.S. DHHS | Chair |
| 2000 - 2002 | Workgroup on Standardizing Adolescent Performance Measures, Association of Maternal and Child Health Programs, Washington, DC | Member |
| 2001 - 2001 | State Team, Joint Work Group on School-Based Teen Pregnancy Prevention, California Department of Education, California Department of Health Services, National School Boards Association, Washington, DC. | Team Member |
| 2001 - 2001 | Workgroup on Teen Pregnancy Prevention Programs, California Department of Health Services, Sacramento, California. | Member |
| 2001 - 2001 | Workgroup, Implementation of California's School Health Blueprint, California Department of Education and Department of Health, Sacramento, California. | Member |

Prepared: July 2, 2025

| 2001 - 2002 | Women's Health Panel, Bright Futures for Women's Health and Well-Being: National Guidelines Project, Maternal & Child Health Bureau, DHHS, Washington, DC | Steering Committee; Chair, Adolescent Health Committee |
|---|---|---|
| 2001 - 2004 | Policy Committee, California Chlamydia Action Coalition, sponsored by the California Department of Health Services, California HealthCare Foundation, and the University of California, San Francisco. | Member |
| 2001 - present | National Expert Panel, 2003 Children's National Health Survey, National Center for Health Statistics, funded by Bureau of Maternal and Child Health | Member |
| 2002 - 2002 | National Advisory Board, Georgia Campaign to Prevent Teenage Pregnancy, Jane Fonda, Executive Director | Member |
| 2003 - 2005 | Delivery Improvement, Technical Expert Panel Meeting, U.S. Public Health Title X, Washington, DC | Member |
| 2003 - 2005 | International Planned Parenthood Federation- Latin America Development of Peer Provider Manual Project | Consultant |
| 2005 - 2005 | Johns Hopkins School of Public Health Maternal and Child Health Training Program | Advisory Committee |
| 2005 - 2005 | Grantmakers for Children, Youth & Families Maternal and Child Health Issues | Advisory Committee |
| 2005 - 2005 | Public Policy Institute, California | Advisory Committee |
| 2005 - 2007 | Contributions from the Behavioral & Social Sciences in Reducing and Preventing Teen Motor Crashes Institute of Medicine and the Division of Behavioral and Social Sciences and Education. The National Academies of Sciences, Washington DC. | Committee Member |
| 2006 - 2006 | CDC Adolescent Sexual and Reproductive Health Portfolio (ASRH | Member, Expert Panel Review |
| 2006 - 2006 | Centers for Disease Control Health Promotion and Disease Prevention Research Centers: Reproductive Health and Review Panel, Atlanta, GA | Child & Adolescent Health Review Panel |
| 2006 - 2010 | NARAL, Pro-Choice America Foundation | Board of Directors, Chair, Program Committee |
| 2007 - 2007 | Federal Office of Population Affairs, Washington, DC | Technical Experts Advisory Committee |

Prepared: July 2, 2025

| 2007 - 2009 | Institute of Medicine (IOM) Committee: A Comprehensive Review of the DHHS Office of Family Planning Title X Program | Member |
|---|---|---|
| 2008 - 2008 | CARTA Study on Adolescent Sexual Health Disparities | Consultant |
| 2008 - 2008 | Advisory Council, San Francisco County Adolescent Health Working Group, San Francisco, CA. | Member |
| 2009 - 2020 | National Adolescent Health Objectives 2020, Centers for Disease Control and Bureau of Maternal and Child Health | Consultant |
| 2009 - 2022 | National Institute of Health (NIH) | Ad Hoc Challenge Grant Reviewer, |
| 2009 - 2010 | California Breast Cancer Research Program Priority Setting Process, Oakland, CA | Policy Evaluation Advisor |
| 2009 - 2011 | Institute of Medicine (IOM) Committee on Pediatric Health and Health Care Quality Measures | Member |
| 2009 - 2020 | National Institute of Child Health and Human Development (NICHD) | Scientific Reviewer |
| 2009 - 2010 | Tipping Point Community, San Francisco, CA | Evaluation Consultant |
| 2010 - 2015 | Reproductive Life Plan, Education, Access to Health care in College High Risk (REACH) Teens California Leadership Advisory Group | Advisory Group Member |
| 2010 - 2010 | AcademyHealth Abstract Review Committee | Member |
| 2010 - 2011 | Institute of Medicine (IOM) Committee on Preventive Services for Women | Member |
| 2010 - 2010 | Centers for Disease Control and Prevention (CDC) Division of Adolescent School Health (DASH), Expert Panel | Consultant |
| 2011 - 2012 | Guttmacher Institute | Board of Directors |
| 2011 - 2011 | Office of Population Affairs (OPA), Office of Family Planning (OFP), and the Centers for Disease Control and Prevention. Revision of the Title X Family Planning Program Guidelines, Adolescent Panel | Member |
| 2011 - 2018 | Public Health Institute | Board Member |
| 2011 - 2012 | Guttmacher Institute | Board Member |
| 2012 - 2012 | Department of Health and Human Services (HHS) and Health Research Services Administration (HRSA) Office of Women's Health Expert Panel on Curriculum Development in Women's Health | Expert Panel Member |

Prepared: July 2, 2025

| 2012 - 2012 | AcademyHealth Aetna-National Assembly on School-Based Health (NASBHC) Care Coordination | Advisory Committee Member |
| 2012 - 2014 | California Health Interview Survey (CHIS) Adolescent Technical Advisory Committee. | Chair |
| 2013 - 2013 | Department of Health and Human Services (HHS) and the Office of Adolescent Health (OAH) "Think Adolescent Health" agenda | Expert Panel Member |
| 2013 - 2013 | Department of Health and Human Services (HHS) and the Office of Adolescent Health (OAH) Technical Workgroup: Cost Study of Evidence-Based Teen Pregnancy Prevention (TPP) Programs. | Technical Working Group Member |
| 2013 - 2013 | National Academy of Medicine (NAM, formerly IOM) Workshop Panel | Member |
| 2013 - 2014 | Drexel University DrPH/Health Policy and Social Justice Advisory Committee | Committee Member |
| 2013 - 2015 | Patient Centered Outcomes Research Institute/PCORI Evaluation Group. | External Advisor |
| 2013 - 2014 | National Academies of Science (formerly IOM): Improving the Health, Safety and Well-being of Young Adults | Committee Member |
| 2014 - present | National Academies of Science (formerly IOM) Interest Group: Health Policy and Health Care Systems | Committee Member |
| 2015 - 2018 | California Health Interview Survey (CHIS) Adolescent Technical Advisory Committee. | Chair |
| 2015 - 2020 | Centers for Disease Control and Prevention. Division of the National Health Interview Survey: The National Survey of Children's Health | Technical Expert Panel Member |
| 2016 - 2018 | Public Health Institute (PHI) Audit Committee | Chair |
| 2016 - 2018 | California Health Interview Survey (CHIS) Teen Technical Advisory Committee (TAC) | Chair |
| 2016 - 2020 | Urban Institute: Beyond Birth Control Project: Family Planning and Women's Lives Advisory Group | Consultant |
| 2016 - 2018 | National Academies of Sciences, Engineering, and Medicine's (the Academies) Committee on Improving Health Outcomes in Children with Disabilities | Member |
| 2017 - 2022 | AcademyHealth | Board Secretary; Chair, Governance Committee, Membership Committee |

Prepared: July 2, 2025

| 2017 - 2018 | John Hopkins Bloomberg School of Public Health: The Bloomberg American Health Initiative | National Advisory Board |
| --- | --- | --- |
| 2017 - 2018 | California Health Interview Survey (CHIS) Adolescent Technical Advisory Committee. | Technical Advisory Committee |
| 2018 - present | National Academy of Medicine, Committee on Science, Engineering and Medicine and Public Policy (COSEMPUP) | Committee Member |
| 2018 - 2019 | Urban Institute: Reproductive Health Care Access Group | Advisory Committee Member |
| 2018 - 2019 | National Academies of Sciences, Committee on Neurobiological and Socio-Behavioral Science of Adolescent Development and Its Applications | Committee Member |
| 2018 - 2019 | Campaign for Male Youth, The Partnership for Male Youth | Advisory Panel Committee |
| 2018 - 2019 | Adolescent Reproductive Health: Clinical Program Improvements Workgroup. Division of Reproductive Health, US Center for Disease Control and Prevention | Member |
| 2019 - 2024 | National Academy of Medicine, Diversity Committee | Member |
| 2019 - present | Vanderbilt University Medical Center (VUMC) | Biomedical Science Advisory Board |
| 2020 - 2021 | CDC Developing and Evaluating Adolescent, Parent, and Provider Resources to Improve Adolescent Use of Sexual Health Services | Special Emphasis Panel Member |

Prepared: July 2, 2025

| 2021 – 2024 | California Health Interview Survey (CHIS) Teen Technical Advisory Committee | Chair, Member |
| 2022 | Office of the Assistant Secretary for Preparedness and Response (ASPR), At-Risk Individuals (ARI) Program, Health Resources and Services Administration (HRSA), Maternal and Child Health Bureau (MCHB), HHS Child and Adolescent Health Emergency Planning Toolkit:Guidance for Addressing the Needs of Children and Youth with Special Health Care Needs and their Peers | Subject Matter Expert |
| 2022 | Technical Expert Panel (TEP) to advise investigators conducting a systematic review on Respectful Maternity Care (RMC): Dissemination and Implementation of Perinatal Safety Culture to Improve Equitable Maternal Healthcare Delivery and Outcomes. University of Oregon. | Participant and Group Facilitator |
| 2022 | Planning committee for a research and data workshop: *Understanding the Full Impact of the Dobbs Decision,* AcademyHealth and The Commonwealth Fund. | Member |
| 2022 | NASEM: Identification and Prognosis of Low Birth Weight Babies and Disability Determinations | Report Review Monitor |

## UNIVERSITY AND PUBLIC SERVICE

**SERVICE ACTIVITIES SUMMARY**
In my interface between research and public policy, I am often called upon to help a variety of community groups, city, and county governments, as well as the federal government in helping to translate research findings for purposes of planning and development of new projects. For example, I have been called as an expert in program development for a number of states including California, Washington, Hawaii, South Carolina, New Mexico, Ohio, and Georgia in the areas of adolescent health policy, pregnancy prevention, and pregnancy treatment programs. With my methodological expertise in program evaluation, I have also provided brief consultation on how to best capture data and document both the short, as well as longer term outcomes, of their program efforts. A fulfilling experience was being invited by the State of California Governor's Office and Department of Health, beginning in the 1990s, to help develop a Teenage Pregnancy Prevention Initiative, based upon evidence and best practices. It was through these efforts that California implemented a wide portfolio of different community, media, and policy interventions that has contributed to our state's lead in decreasing the incidence of adolescent pregnancy throughout our country and across diverse ethnic and racial groups. Many of the programs that I recommended, based upon the existing evidence, continued to operate in communities throughout the state, funded by both federal and state funds, until the first decade of the 21st century. However, when the political climate turned, many of these programs were eliminated and I researched the impact of these closures on adolescents' access to reproductive

Prepared: July 2, 2025

health information and services. This data was important for stakleholders concerned with programmatic closures and have been used to seek additional funding to re-start those programs. In another area, we also provided expertise to the state as they developed programs throughout the state aimed at helping women who are pregnant or parenting and who are chemically dependent.

On the national level, I served on the Patient Centered Outcomes Research Institute's (PCORI) Evaluation Group (PEG) Task Force, as part of PCORI's Research Integration and Evaluation team. The PEG is reviewing the impacts and effectiveness of PCORI.  On a personal note, I was gratified to serve on several NAM (previously name the IOM) Report Committees; the most influential was the Committee on Preventive Health Services for Women, which developed recommendations for preventive services for women without co-payments as part of health care reform. All eight of our recommendations were accepted by the Obama Administration and were embedded in the Accountable Care Act. This resulted in over 150 million women receiving contraceptive coverage without co-payments since the recommendations were implemented.

I have also sought opportunities to more widely disseminate research information in formats that assist communities in being able to use research and program evaluation to help shape programs and policy. For example, in co-leading a research project pertaining to Latina childbearing, we were commissioned to develop a film aimed at state policy makers. Recognizing that the film would be useful for other groups, I sought to focus on its wide dissemination, not only in California, but nationally where the issue has become a pressing one for many communities that have not had the same history of programmatic efforts in this arena. I also sought to assure that the film would be available in Spanish, thus creating a resource for communities both in the US and in the Spanish speaking world. The film and a variety of educational materials are now available on our website for downloading, along with community guides providing suggestions for how to use the film in community settings.

In other arenas, I have been called upon to provide expert testimony both in Congress and in Sacramento as policy makers seek to identify viable models for improving the health of children and adolescents. I have also provided congressional staff briefings on topics that range from health care reform and the federal and state Children's Health Insurance Program, to violence prevention to adolescent pregnancy prevention. Long after the briefing is over, I continue to work with the policy staff to provide support as they attempt to incorporate evidence-based research into their policy decision-making. For example, I served on the Advisory Council for efforts sponsored by City and County of San Francisco Health Department focused on Increasing Patient-Centered Care for Young Women. I also served on the Steering Committee on a joint SF City and County Health Department and UCSF partnership (led at UCSF by Dr. Anda Kuo) to improve the coordination of health and well-being services for children and adolescents living in our county.

On our own campus, I balanced my responsibilities as the Philip R. Lee Institute for Health Policy Studies' (IHPS) previous Director, along with concurrent efforts to integrate the message of the importance of health services, population health, and health policy in a variety of campus initiatives, including Precision Medicine, the Bakar Computational Health Sciences Institute, (serving on the Executive Committee), the Health/Clinical Informatics Committee, and the Mid-Career Recruitment Committee. In addition, I represented IHPS on the Long-Range Development Planning Committee (LRDP), serving as a Liaison to its Community Advisory Group, as well as on the Bridge Funding Committee for 8 years. I also served on the School of Medicine (SOM) Campus Space Planning Committee and on the campus' Diversity Council, as well as the Limited Submission Review Committee. I have previously chaired or served on

Prepared: July 2, 2025

several Chair/Dean recruitment committees, including Epidemiology and Biostatistics and the Dean of the School of Nursing, the School of Pharmacy, Department of Clinical Pharmacy and also, the Center for Pharmocoepidemiology, the Director of the Center for as well as Chairing or serving as a member of several university Stewardship Review Committees.

Even more "up- stream" has been my effort to serve (for the past 15 years) as a year-long mentor to individuals in under-represented groups as part of the Office of Outreach & Academic Advancement Post Baccalaureate program.  In addition, I have been actively involved in mentoring and engaging a number of junior faculty on our campus, as well as being actively engaged in recruiting faculty "of color" to our campus. In these and other cases, I look beyond our campuses' walls to consider how I can support these diverse faculty members as they transition to UCSF.

On a national level and post the 2022 Supreme Court decision to eliminate Roe v.Wade, I was asked by the Presidents of the National Academies of Science, Engineering, and Medicine (NASEM) to serve as Chair a Standing Committee entitled, Reproductive Health, Equity and Society (https://www.nationalacademies.org/our-work/standing-committee-on-reproductive-health-equity-and-society). This multi-disciplinary committee (2022-2024) evaluated the health, social, and economic implications of access to reproductive health care in the United States and globally in order to inform related program and activity development at NASEM. Our committee worked to implement a variety of papers, webinars, and Webpage that has served as a national resource to professionals, policy makers, and communities. Since 2023, I have also served as a member of the National Academy of Medicine Action Collaborative on Achieving a Climate Resilient and Sustainable Health Sector, a program of the NAM Climate Grand Challenge, focusing on improving metrics to document improvements and changes within health care systems.


## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| 1996 - 2025 | Maternal and Child Health Training Program, School of Public Health, UCB | Advisory Board |
|---|---|---|
| 2007 - 2009 | UC Santa Cruz-Silicon Valley Management School | Advisory Board |
| 2000 - 2020 | California Program on Access to Care, California Policy Research Center, University of California, Office of the President | Board Member |
| 2005 - 2006 | Inter-Campus Research Program on Children and Adolescent Health / UC Consortium on Children, Family and Community | Steering Committee |
| 2006 - 2008 | UC Mexus for the Social Sciences, Humanities & the Arts | Faculty Grants Review Committee |
| 2007 - present | UCSF Global Health Sciences, UC Davis, UCB, UC San Diego, and UCLA | Steering Committee |
| 2007 - present | UC Santa Cruz-Silicon Valley Management School | Advisory Board |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2009 - present | UCB and UC Davis, Migration and Health Research Center (MAHRC) | Advisory Board Member |
| 2009 - 2009 | Health Services and Policy Analysis (HSPA), Division of Health Policy and Management, School of Public Health, University of California, Berkeley, | Affiliate Faculty Member |
| 2010 - 2010 | Review of Research Portfolio University of California, Office of the President | Expert Reviewer |
| 2011 - 2017 | Core Curriculum Committee for Multi-Campus University of California Global Health Initiative (UCGHI) MS in Global Health Program | Member |
| 2012 - 2012 | UC Berkeley's Center for Weight and Health California's Community Transformation Initiative (CACTI) | Advisory Board Member |
| 2012 - 2014 | California Health Interview Survey (CHIS) Adolescent Technical Advisory Committee | Chair |
| 2014 - 2017 | Maternal and Child Health, Measurement Research Network (MCH-MRN) | Co-Chair and Advisory Board Member |
| 2015 - 2017 | UC-Mexico Initiative Health Initiative of the Americas, Health Working Group (HWG) | Co-Chair and Member |
| 2016 - 2020 | The California Program on Access to Care (CPAC) | Chair and Member |
| 2018 - 2022 | UCLA Fielding School of Public Health, Research on ImmiGrant HealTh and State policy (RIGHTS) | Technical Advisory Committee Member |
| 2018 - 2025 | UC Berkeley's Center for Excellence (CoE) in Maternal and Child Health | Advisory Board Member |
| 2020 – 2020 | UC Riverside, Director of UC Mexico Programs | Search Advisory Committee |
| 2024 | UCLA Center for Health Policy – 30th Anniversary | Event Host Commitee |

**UCSF CAMPUSWIDE**

| | | |
|---|---|---|
| 1996 - 1999 | Social and Behavioral Training in AIDS/HIV Research, Predoctoral training program, funded by University wide AIDS Research Program, sponsored by Department of Social and Behavioral Sciences, Center for AIDS Prevention Studies, and School of Nursing International Center for HIV/AIDS Research and Clinical Training Program | Advisor |

Prepared: July 2, 2025

| 1999 - 2001 | Community-Based Research and Fellowship Program, Center for Health and Community | Advisory Board Member |
| 2004 - 2004 | Vice Chancellor's Community Partnership Task Force | Member |
| 2004 - 2009 | Chancellor's Council | Member |
| 2004 - 2004 | Stewardship Review, Institute for Health and Aging | Committee Member |
| 2004 - 2006 | Global Health Sciences, Research Subcommittee, Executive Committee, and Training Subcommittee | Member |
| 2005 - 2006 | Global Health Sciences Strategic Plan Working Group | Member |
| 2006 - 2006 | Program on Reproductive Health and the Environment (PRHE), Department of Obstetrics, Gynecology, and Reproductive Sciences | Advisory Committee |
| 2006 - 2006 | Center for Health and Community | Steering Committee |
| 2006 - present | Program on Reproductive Health and the Environment (PRHE), Department of Obstetrics, Gynecology, and Reproductive Sciences | Advisory Committee, |
| 2006 - 2009 | Chancellor's Award for the Advancement of Women | Committee Chair |
| 2007 - 2007 | California Medicaid Research Institute (CaMRI), UCSF | Associate Director, Member, Steering Committee |
| 2008 - 2008 | Clinical and Translational Research Institute | Epidemiology Review Committee |
| 2008 - 2009 | Cardiovascular Research Institute | Member, Stewardship Review |
| 2008 - 2010 | UCSF Global Health Sciences Cuba Research Program in Health Diplomacy and Medical Education | Reviewer |
| 2008 - 2011 | Chancellor's Advisory Committee on the Status of Women (CACSW) | Member |
| 2008 - present | UCSF SOM Post Baccalaureate Program | Faculty Advisor |
| 2008 - 2012 | Resource Allocation Program (RAP) Clinical and Translational Science Institute (CTSI) | Multidisciplinary Review Committee |
| 2009 - 2009 | Department of Epidemiology and Biostatistics | Faculty Search Committee |
| 2009 - 2022 | First Generation Program | Faculty Advisor |
| 2010 - 2010 | Stewardship Review, Institute on Health and Aging (Dr. Wendy Max) | Chair |
| 2010 - 2010 | Graduate Group, UCSF Global Health Sciences | Member |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2010 - 2013 | Health Policy and Social Sciences Review Committee, Resource Allocation Program (RAP); Clinical and Translational Science Institute (CTSI) | Member, Health Policy and Social Sciences Review Committee |
| 2010 - 2012 | UCSF Coordination Committee-the San Francisco Bay Health Improvement Program (SF Bay HIP) | Member |
| 2010 - 2012 | Chancellor's Long Range Development Plan Oversight Committee | Member |
| 2011 - 2012 | School of Medicine Leadership Retreat Planning Committee | Member |
| 2011 - 2012 | Search Committee for the position of Vice Dean, Academic Affairs and Faculty Development | Member |
| 2011 - 2012 | Chancellor's Martin Luther King Jr. Award Committee | Member |
| 2011 - 2013 | Limited Submissions Program (LSP) | Member, Steering Committee |
| 2011 - 2014 | Faculty Oversight Committee on Operational Excellence Initiatives | Member |
| 2012 - present | Institute of Computational Health Sciences Executive Committee (ICHS) | Member |
| 2013 - 2013 | Search Committee for the position of Director of the Center for Health Professions | Member |
| 2013 - 2013 | International Research Advisory Council (IRAC) | Member |
| 2013 - 2014 | Search Committee for Executive Director, UCSF Center for Healthcare Value (CHV) | Member |
| 2013 - present | Steering Committee, Precision Medicine | Member |
| 2013 - 2018 | Council on Campus Climate, Culture, and Inclusion (4CI) | Member |
| 2014 - present | Search Committee, Dean, School of Medicine | Member |
| 2014 - present | Graduate Group for the Doctoral Program, UCSF Institute for Global Health Science | Member |
| 2014 - 2015 | Knowledge Transfer Working Group, under the Benioff/Gates Pre-Term Birth Initiative | Co-Chair |
| 2014 - 2020 | UCSF Center for Vulnerable Populations | Member, Steering Committee |
| 2015 - 2020 | Multi-campus Research Programs and Initiatives: Sugar, Stress, Environments, and Weight Center (MRPI SSEW) | Member, Scientific Advisory Committee |
| 2015 - 2020 | Programming Committee for the Mission Bay East Campus Phase 1 Building | Member |

Prepared: July 2, 2025

| | | |
|---|---|---|
| 2016 - 2016 | Academic Senate's Committee on Academic Personnel (CAP) Stewardship Review Committee (SRC) (RE: Dr. Nancy E. Adler) | Review Committee Member |
| 2017 - 2017 | UCSF Faculty Mentoring Program Lifetime Achievement in Mentoring Award Selection Committee | Member |
| 2017 - 2017 | Search Committee for Chief of Cardiology, San Francisco VA Medical Center | Member |
| 2019 – 2022 | Mentorship and Sponsorship Task Force | Member |
| 2024-2025 | UCSF Latinx Center of Excellence and the California Health Care Foundation, Development of a Hispanic Health Chartbook | Advisory Board Member |

**SCHOOL OF MEDICINE**

| | | |
|---|---|---|
| 1996 - 2020 | Institute for Health Policy Studies | Executive Advisory Committee |
| 1998 - 1998 | Faculty Review Committee, Institute for Health Policy Studies | Member |
| 2000 - 2000 | Ad Hoc Faculty Promotion Review Committee | Member |
| 2000 - 2000 | Ad Hoc Steering Committee for Integrated Clinical Studies | Member |
| 2000 - 2000 | Ad Hoc Search Committee | Member |
| 2003 - 2005 | Strategic Planning Committee, Institute for Health Policy Studies | Chair |
| 2005 - 2007 | Admissions Committee, School of Medicine | Member |
| 2008 - 2008 | Department of Obstetrics, Gynecology, and Reproductive Health Sciences | Faculty Search Committee |
| 2008 - present | School of Medicine Post Baccalaureate Program | Faculty Advisor |
| 2009 - 2009 | Search Committee for the Division Chief, Department of Obstetrics, Gynecology and Reproductive Sciences at San Francisco General Hospital. | Member |
| 2009 - 2009 | Space Committee, School of Medicine | Member |
| 2010 - 2010 | Search Committee, Department of Epidemiology & Biostatistics | Member |
| 2010 - 2010 | Search Committee, Director of Health and Society Pathway | Member |

Prepared: July 2, 2025

| 2010 - 2010 | Dean's Faculty Oversight Committee | Research Administration Liaison |
| 2010 - 2010 | Search Committee, Faculty joint position in Health and Breast Cancer Risk Assessment; Department of Surgery, and Philip R. Lee Institute for Health Policy Studies. | Member |
| 2011 - 2011 | Compensation Plan Project Steering Committee, School of Medicine | Member |
| 2011 - 2011 | School of Medicine Leadership Retreat Planning Committee | Member |
| 2011 - 2019 | Bridge Funding Committee, School of Medicine | Member |
| 2013 - 2019 | Internal Advisory Committee, Multidisciplinary Clinical Research Center (MCRC) | Member |
| 2013 - present | Executive Committee, Institute for Computational Health Sciences (ICHS) | Member |
| 2013 - 2020 | Internal Advisory Committee, Multidisciplinary Clinical Research Center (MCRC) | Member |
| 2015 - 2020 | Building 33 Space Planning, Steering Committee | Member |
| 2016 - 2017 | Search Committee for New Chair, Department of Epidemiology and Biostatistics | Chair and Member |
| 2018 - 2020 | SOM Population Health and Health Equity Leadership Group | Member |
| 2019 - 2020 | SOM Dean's Strategic Plan Project: Clinical, Translational and Population Health Implementation Action Group (CTPH) | Member |
| 2020 - 2020 | Holly Smith Award Selection Committee | Member |

Prepared: July 2, 2025

| 2020 – 2021 | Chairs and Directors Council on Diversity (CD2), Department Accountability Subcommittee | Member |
| 2021 – present | Dr. Martin Luther King Jr. Faculty Leadership Award Selection Committee | Member |
| 2021 – present | Center for Climate Change, Health, and Equity | Senior Advisor |
| 2023-2024 | Search Committee, Vice-Chancellor of Translational Research and Director, Clinical and Translational Science Institute (CTSI) | Chair |
| 2024- present | Search Committee, UCSF National Clinician Scholars Program (NCSP) | Committee Member |
| 2023-present | Strategic Advisory Group, Clinical and Translational Science Institute (CTSI) | Chair |

**SCHOOL OF PHARMACY**

| 2023-2024 | Search Committee for Chair, Department of Clinical Pharmacy | Chair |
| 2025 | Search Committee, Chair, Center for Pharmocoepidemiology | Chair |

**SCHOOL OF NURSING**

| 2004 - 2004 | Search Committee, Department of Family and Community Nursing | Ad Hoc Chair |
| 2007 - 2007 | Health Disparities Tenure Track Search Committee, School of Nursing | Member |
| 2009 - 2010 | Dean's Search Committee School of Nursing | Member |

**DEPARTMENTAL of PEDIATRICS**

| 1996 - 1997 | Second Year Medical School Training, Integrated Curriculum, Department of Pediatrics | Task Force |
| 1996 - 2000 | Division of Adolescent Medicine. | Executive Committee |
| 1996 - 2001 | Pediatric Clinical Research Center. | Advisory Committee |
| 2000 - 2000 | Fellowship Review, Department of Pediatrics | Committee Member |
| 2001 - 2005 | Health Services/Health Policy, Strategic Planning Group, Department of Pediatrics | Strategic Planning Group |

Prepared: July 2, 2025

| 2008 - 2010 | Faculty Search Committee, Chair of Pediatrics, Department of Pediatrics | Committee Member |
|---|---|---|
| 2015 - 2016 | Chief Nutritionist Search Committee, Clinical and Research Program, Chair of Pediatrics, Department of Obstetrics, Gynecology, and Reproductive Health Sciences | Committee Member |
| 2017 – 2018 | Director Search Committee Chair, Bixby Center for Global Reproductive Health | Committee Member |
| 2021 - 2023 | Department of Pediatrics, Junior Research Faculty Review Committee for Clinical-Translational-Population Sciences Researchers | Co-Chair |

## COMMUNITY AND PUBLIC SERVICE

| 1995 - 1997 | Adolescent Pregnancy Prevention Initiative, The California Wellness Foundation. | Advisor |
|---|---|---|
| 1996 - 1998 | Welfare Redesign, California Department of Social Services. | Steering Committee |
| 1996 - 2000 | Adolescent Managed Care, Children Now, Oakland, California. | Advisory Committee Member |
| 1999 - 2020 | California Adolescent Health Collaborative | Co-Director and Executive Steering Committee Member |
| 2000 - 2001 | Children Now, Oakland, California | Adolescent Report Card Project |
| 2001 - 2001 | State Team, Joint Work Group on School-Based Teen Pregnancy Prevention, California Department of Education, California Department of Health Services, National School Boards Association, Washington, DC. | Team Member |
| 2001 - 2004 | California Chlamydia Action Coalition, sponsored by the California Department of Health Services, California HealthCare Foundation, and the University of California, San Francisco. | Policy Committee |
| 2001 - 2001 | Teen Pregnancy Prevention Programs, California Department of Health Services, Sacramento, California | Workgroup Member |
| 2001 - 2001 | Implementation of California's School Health Blueprint, California Department of Education and Department of Health, Sacramento, California | Workgroup Member |

Prepared: July 2, 2025

| 2002 - 2002 | Georgia Campaign to Prevent Teenage Pregnancy, Jane Fonda, Executive Director | National Advisory Board |
| 2008 - 2008 | San Francisco County Adolescent Health Working Group, San Francisco, CA. | Advisory Council |
| 2009 - 2010 | California Breast Cancer Research Program Priority Setting Process, Oakland, CA | Policy Evaluation Advisor |
| 2009 - 2012 | Tipping Point Community, San Francisco, CA | Evaluation Consultant |
| 2013 - 2020 | Healthy People 2020 Adolescent Workgroup, Washington DC | Workgroup Member |
| 2014 - 2015 | Too Small to Fail, Menlo Park, CA. Moderated by Hillary Clinton, 22 Adolescent Health experts invited to a roundtable discussion of the Clinton Foundation initiative on their efforts to improve the health and well-being of children ages zero to five. Ongoing involvement. | Panel Participant |
| 2014 - 2018 | Internal Reproductive Integrative Skin (IRIS), Increasing Patient-Centered Care for Young Women, City and County of San Francisco | Member, Advisory Council |
| 2015 - 2019 | Advisory Board, WestEd Justice & Prevention Research Center, Teen Pregnancy Prevention Program within the Oregon Youth Authority | Member |

## CONTRIBUTIONS TO DIVERSITY

## CONTRIBUTIONS TO DIVERSITY

As a Spanish-speaking immigrant to the U.S. in the late 1950s, my professional research and public service activities focused on social disparaties and equity have been shaped by the bullying and marginalization that I experienced initially as a non-English speaker. My public health training (Master's and Doctoral Degree) also provided me with an opportunity to understand from a theoretical perspective how structural factors, policies, and social inequalities shape the health of the public, specifically, access to health care services, education, and other economic platforms aimed at improving health and well-being.

Much of my research has focused upon the reproductive health needs of low-income women and men, as well as adolescents. For nearly 20 years, I led a team evaluating the Family PACT program, which cares for individuals up to 200% of poverty, with over two-thirds of the clients being of Latinx heritage. Our comprehensive evaluation led to quality improvement, as well as policies related to reimbursing clinics who served undocumented individuals, in spite of the Federal position not to reimburse for such services. Other health topics in which I have conducted diversity-relevant research, include: teenage pregnancy prevention program evaluation, pre-term birth initiatives, substance abuse treatment services, immigrant health, in particular, the impact of migration on the health of immigrants, the physical and mental health needs of Dreamers (Deferred Action for Childhood Arrivals), and the effectiveness of community-based clinics, school-based health centers, and community-based organizations focused on reducing asthma and increasing health care access. I have also conducted research studies

Prepared: July 2, 2025

related to the needs of diverse adolescents and young adults' access to health insurance and health care access, with a strong emphasis on analyzing the data to further understand variations in patterns among ethnic and racially diverse young people. Most recently, my focus has turned to issues of social determinants of health and their impact upon health care access and utilization among marginalized populations.

I have also promoted diversity and equality opportunity through my service activities as a campus leader. I served as Chair of the Chancellor's Committee on the Advancement of Women from 2007 to 2009. During my tenure, I led efforts to conduct retreats for junior faculty pertaining to the "soft issues" inherent in career advancement. I have been delighted to see how many of the ideas during those events have been incorporated into the Faculty Development Day. As a result of some of these activities, I was gratified to be awarded the Chancellor's Award for the Advancement of Women in 2009. I have also served on the Irene Perstein Award Committee, aimed at supporting junior faculty, many who represent diverse backgrounds, at crucial moments in their career. Previously, I have also served on the Steering Committee of the UCSF Center for Vulnerable Populations.

I previously served as a member of the Council on Campus Climate, Culture, and Inclusion (4CI), chaired by Vice Chancellor of Diversity and Outreach, Dr. Renee Navarro (please see sections on research, teaching and service for additional examples of my commitment to diversity). Finally, I was asked to serve as the Co-Chair of a Committee on Pre-Natal Health as part of a major UC Office of the President-Mexico Binational Initiative, led by President Janet Napolitano and the Mexican Secretary of Health. The other two committee worked on topics related to Violence and Diabetes. I was honored to share my responsibilities with the Director of Mexico's NIH Perinatal Health. A number of bi-national research exchanges were established as a result of this endeavor, as well as a funded research projects that compares the birthing experiences of Mexican adolescents in Mexico and California.

Most recently, I led a team that collaborated with Hispanics in Philanthropy completing a new report entitled, *Taking A Pulse: Latinx Health Equity in California—Facing Disparities and Building for the Future for Hispanics in Philanthropy*. A special symposium highlighting the results was held as a means of engaging potential federal and state private and public funders to support new projects aimed at ameliorating racial/ethnic disparities in health among the Latinx population. This is in alignment with my engagement as one of the national advisors on Dr. Alicia Fernandez's federally-funded UCSF Latinx Center of Excellence. At UCSF and nationally, I play a role in shaping the types of experiences of future diverse leaders and scholars receive, including serving as PI of the NIH-Building Interdisciplinary Careers in Women's Health (BIRCWH) and the UCSF/Genentech Mid-Career Development Program Advisory Committee, as well as serving as the evaluator of the ARCHES Program (Advancing the Career of Historically Excluded Scholars). I serve on UCSF's National Clinician Scholars Program Leadership Council and Chair of the Strategic Advisory Group for the UCSF-CTSI Initiative, serving as the evaluator of CTSI's impact evaluation.

**TEACHING AND MENTORING**

**TEACHING SUMMARY**

My primary teaching activities at UCSF focus on formal teaching within Pediatrics 180.01D, the core seminar for adolescent medicine. The program is the longest continually funded national training program in Adolescent Medicine (since 1977) and is one of seven federally funded interdisciplinary training programs in Adolescent Medicine. I also guest lecture in other courses offered in the Schools of Medicine, Pharmacy, and Nursing at UCSF and the UC Berkeley,

Prepared: July 2, 2025

School of Public Health, as well as advising post-doctoral, doctoral, and master's degree students within the School of Medicine and School of Nursing. Most recently, I have become an affiliated member of the Institute for Global Health Sciences, where I have chaired the Doctoral Committee for 6 of their Doctoral students, as well as serving on three Thesis Defense Committees.  In addition, for 17 years, I was the Director and primary faculty member of the William and Flora Hewlett Foundation Postdoctoral fellowship in Reproductive Health policy and Program Evaluation for Latin American scholars. Under my guidance, the program successfully graduated more than 30 fellows from Mexico, Peru, Venezuela, Columbia, Nicaragua, El Salvador, Guatemala, and Brazil, many of whom are involved in senior academic and government positions with high levels of influence in their respective countries. I also conduct seminars in research methodology, program evaluation, reproductive health, and adolescent health in several training programs. As an example of other types of professional teaching, I have conducted several health policy lectures that have been taped for the UCTV website, and downloaded throughout the state, nationally, and internationally, along with webinars shown nationally through the federal Maternal and Child Health Bureau.

I have also worked across 10 UC campuses in the development of a UC system-wide Global Health Institute. We successfully competed and were awarded planning and implementation grants for two of the 3 initially selected areas: Immigrant and Transborder Health and Women's Health and Empowerment. Previously, I also served as an evaluation consultant on the UCSF-MUHAS Tanzania Twinning project funded by the Gates Foundation. This program focused on the curriculum reform of the 5 school MUHAS campus: Medicine, Pharmacy, Nursing, Dentistry and Public Health. I have also developed a number of teaching aids that are being used both at UCSF and in a number of campuses across the country, for example, a long-distance learning course on adolescent health, a Resource Curriculum on Adolescent Health for Schools of Public Health, in collaboration with the Association of Schools of Public Health, as well as power point presentations on Latino Adolescent Reproductive Health, Young Adult Health, and the impact of the Affordable Care Act (ACA). Most recently, I led and/or served as the moderator of 4 national webinars on the subject of adolescent health and disparities, and the ACA and adolescents and young adults, all of which have been widely disseminated. In addition, I either taught or moderated three sessions in a 6 part Mini-Medical School series on health policy, which is available through UCTV (http://www.uctv.tv). Along with other health policy lectures sponsored by the Institute (mentioned above), these have been downloaded by over 3 million viewers.

During my tenure as Director of the Philip R. Lee Institute for Health Policy Studies (IHPS), the emergence of a dynamic relationship between UCSF and UC Hastings (now known as UC School of Law) provided the opportunity to establish an innovative master's program that focuses squarely on health policy and law. In 2009, the UCSF-UC Hastings Consortium on Law, Science, and Health Policy was initiated to develop and support interdisciplinary collaboration on subjects at the intersections of these fields through education, research, and clinical training and service. The Consortium established programs in all three areas and has also spearheaded the development of a formal affiliation agreement between the universities, which supported the launching of the MS in Health Policy and the Law (HPL). This exciting endeavor, led by Drs. Daniel Dohan (Professor, DAHSM and IHPS Associate Director for Training and Development) and David Faigman (UC Hastings College of Law, now Dean) was launched in Fall 2016. It is a one-year or two year-part time program designed to prepare students to be effective researchers and leaders in a dynamic new landscape, whether in health policy research or in health law. The MS HPL targets individuals with backgrounds in the clinical sciences, health sciences, public heath, public policy, or law.

Prepared: July 2, 2025

To kick-start planning and implementation of this effort, we developed a proposal and were awarded the campus' second Chancellor's Education Innovation Award by the Executive Vice Chancellor and Provost's (EVCP) Office, representing a $400,000 loan to support the development of the new MS HPL. Our collaborative partner, Dr. Catherine Lucey, Vice Dean for Education in the SOM, has been instrumental in the degree's development. We were also fortunate to have the support of campus leadership (including Graduate Division Dean Elizabeth Watkins, former Librarian Karen Butter, former Vice Chancellor Joe Castro, School of Nursing Professor Mary Louise Fleming), and other expert faculty at UCSF and UC Hastings. The MS HPL represents a major commitment and is part of a larger coordinated effort by the Chancellor/EVCP and SOM, to establish a campus–wide, on-line program (vendor-supported) and WASC-approved degree. The MS HPL is being conferred by UCSF and UC Hastings, jointly taught, and originally administered by PRL-IHPS (now, under the auspices of UC School of Law). During my tenure as IHPS Director, we graduated two cohorts of students. I previously participated in the development of course material on program evaluation and was invited to become affiliated faculty member of UC Hastings School of Law. In addition, I serve as the Co-Investigator of the NIH-funded Building Interdisciplinary Research Careers in Women's Health (BIRCWH), which supports 3 fellows per year to conduct basic, translational, and policy research in women's health. The program the country's longest serving program in the U.S. and celebrated its 20th anniversary in 2020.

Most recently, I was gratified to lead efforts for a new AHRQ T-32 in collaboration with UC Berkeley, which supports doctoral degree program students in public health, and two post-doctoral fellows at IHPS. Finally, IHPS serves as one of the National Clinical Scholars sites (8 in total), bringing together the School of Medicine and School of Nursing. IHPS is the home for this new endeavor that builds upon the previously successful RWJ Clinical Scholars program and I serve on its Leadership Council.

### FORMAL TEACHING AT UCSF (2004-2020)

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2004 - 2004 | Adolescent Pregnancy: A Current Profile and Dilemma for Clinicians and Other Decision makers," Clinical Conference of Child and Adolescent Psychiatry, Langley Porter, Psychiatric Institute | Guest Lecturer | | 150 |
| | 2006 - 2006 | "The Use of Focus Group Research Methodology in Health Services Research," Health Policy Post-Doctoral Program, UCSF | Lecturer | | 30 |
| | 2006 - 2006 | "Conducting Effective Community Needs Assessments for Adolescent Health," Program in Maternal and Child Health, School of Public Health, UCB | Guest Lecturer | | 25 |

Prepared: July 2, 2025

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2006 - 2006 | "Evaluation Methods Applied to School-Based Health Clinics," School of Nursing | Guest Lecturer | | 20 |
| | 2007 - 2007 | Latino Adolescent Pregnancy Prevention. 2nd Year Medical School Elective | Guest Lecturer | | 30 |
| | 2008 - 2008 | Parental Notification: What can be learned from the experience of other states? Grand Rounds, Department of Obstetrics, Gynecology, and Reproductive Health Sciences | Guest Lecturer | | 70 |
| | 2008 - 2008 | Translating Research in Policy: Lessons Learned. Institute for Health Policy Studies, Post-Doctoral Fellowship. | Guest Lecturer | | 20 |
| | 2008 - 2008 | Pediatrics Core Seminar 180.01D | Lectures and responsible for Health Policy Core | | 15 - 20 |
| | 2008 - 2009 | Adolescent Sexual Health in the Latina population, Latina Issues Elective, UCSF School of Medicine. | Guest Lecturer | | 40 - 60 |
| | 2009 - 2009 | Health Care Reform (Part of a Mini-Medical School series) | Guest Lecturer | | 60 |
| | 2010 - 2017 | Pediatrics Core Seminar 180.01D | Guest Lecturer | | 25 |
| | 2013 - 2013 | Taking the Pulse: Improving the Health, Safety and Well-Being of Young Adults. UCSF Center for Vulnerable Populations Seminar Series | Guest Lecturer | | 20 |
| | 2013 - 2013 | Adolescent and Young Adult Health: Implications for Public Health, Mental Health Policy, and Clinical Services. UCSF Department of Psychiatry; Psychiatry, Child and Adolescent Psychiatry (CAP) Grand Rounds | Guest Lecturer | | 20 |
| | 2013 - 2013 | Building Interdisciplinary Research Careers in Women's Health (BIRCWH) | Guest Lecturer | | 20 |

Prepared: July 2, 2025

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2013 - 2013 | Health Care Reform (Part of a Mini-Medical School series) | Guest Lecturer/Panelist | | 80 |
| | 2013 - 2013 | Report Back from Institute of Medicine Meeting: Improving the Health, Safety and Wellbeing of Young Adults. UCSF Center for Vulnerable Populations Seminar Series (also available as video at CHARM Website) Sept. 9, 2013 | Guest Lecturer | | 50 |
| | 2014 - 2014 | How Will We Know it is Working: Monitoring the Impact of the ACA in Years to Come. UCSF IHPS-Osher Mini Medical School on Health Reform | Panel Member | | 80 |

**MENTORING SUMMARY**

As a Latina faculty member, I am particularly sought by Latinx students who are interested in my serving as a content and career mentor. I am the primary mentor for four to six fellows (Pediatrics, Adolescent and Young Adult Health, and Obstetrics/Gynecology and Reproductive Health Sciences, Institute for Global Health) each year, and I often meet with other postdoctoral fellows, graduate students, junior and senior faculty to discuss research designs, program development, grant development, and career development. I have been gratified to receive uniformly glowing comments from these interactions. I have also had an outstanding record in mentoring my large staff of researchers and helping them along in their career development, as well as the junior and senior faculty of IHPS.

As one of a relatively small number of Latina women in leadership on our campus, I have defined the area of mentoring of diverse trainees to be an important priority and responsibility, not only for the Institute, but also for the campus in general.  As an immigrant, I have a particular sensitivity to the promotion of diversity and enhancing the opportunities of our faculty, trainees, and staff. I am a proud participant in our campus' First-Generation Initiative (First to go to college-FG2C), formally and informally mentoring a number of medical, nursing, pharmacy, and dentistry students.

I also recognize that at this point in my career, I am promoting other faculty and research staff to provide lectures that I have been invited to provide for decades. This is part of the teaching-mentoring and transition focus as IHPS Director and as Distinguished Professor of Pediatrics and Health Policy (Recall).

In recognition of my role as mentor across UC campuses, I was invited to also join the faculty at the UCLA School of Public Health, Center for Health Policy. I was gratified to receive the UCSF Campus Mentoring Lifetime Achievement in Mentoring Award in 2016, as well as honored in 2018 as one of the UC Berkeley School of Public Health's Most Influential Alumni (as part of their celebration of the School's 75th Anniversary) (among other honors).

Prepared: July 2, 2025

**PREDOCTORAL STUDENTS SUPERVISED OR MENTORED**

| Dates | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 1990 - 1991 | Marilyn Price | MSW, UCB | Research Advisor | |
| 1990 - 1991 | Margaret Martin | MPH, UCB | Research Advisor | |
| 1990 - 1991 | Chris Betzold | Master's in Nursing, UCSF | Research Advisor | |
| 1990 - 1991 | Sean Casey | MPH, UCB | Research Advisor | Research Associate, Alameda County Health Department |
| 1990 - 1991 | Myrna Epstein | MPH, UCB | Research Advisor | |
| 1990 - 1991 | Cate Teuten | MPH, UCB | Research Advisor | |
| 1990 - 1991 | Amy Wolfe | MPH, UCB and Nurse Practitioner, UCSF School of Nursing | Research Advisor | Nurse Practitioner, San Francisco County Health Department |
| 1990 - 1991 | Lee Smith | PhD, School of Nursing, UCSF | Research Advisor | |
| 1990 - 1991 | Christina Mellin | MPH, UCB | Research Advisor | |
| 1990 - 1991 | Pec Inman | PhD, School of Educational Psychology, U San Francisco | Research Advisor, Career Mentor | Assistant Professor, San Jose State University |
| 1990 - 1991 | Patricia Blasé | PhD, School of Nursing, UCSF | Research Advisor | |
| 1990 - 1992 | Georgiana Coray | PhD, School of Nursing, UCSF | Research Advisor | Nurse Director, San Diego (Deceased, 2010) |
| 1990 - 1991 | Wendy Jameson | MPH, UCB | Research Advisor | |
| 1991 - 1992 | Faith Wolfson | MSW, UCB | Research Advisor | |
| 1991 - 1992 | Lynn Wittenberg | MPH, UCB | Research Advisor | Research Associate |
| 1991 - 1992 | Meg Royce | MPH, UCB | Research Advisor | |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 1991 - 1992 | Gina Sucato | MD, School of Medicine, U Pennsylvania | Research Advisor | Assistant Professor, Department of Pediatrics, U of Pittsburgh School of Medicine |
| 1991 - 1992 | Ila Rosen | MPH, San Francisco State University | Research Advisor | |
| 1991 - 1993 | Jesus Ramirez | MPH, UCB | Research Advisor | |
| 1991 - 1993 | Tam Nguyen | MA/Public Policy, UCB | Research Advisor | |
| 1991 - 1993 | Jaime Geaga | PA, MPH, UCB | Research Advisor | |
| 1992 - 1993 | Faith Wolfson | MSW, UCB | Research Advisor | |
| 1992 - 1993 | Zandy Kidd | MPH, UCB | Research Advisor | |
| 1992 - 1993 | Victoria Fontana | MSW, UCB | Research Advisor | |
| 1992 - 1993 | Rebecca Brook | BA/Health Law, UCLA | Research Advisor | |
| 1992 - 1993 | Michelle Pearl | MPH, UCB | Research Advisor | |
| 1993 - 1996 | Sheri Tye | MPH, UCB | Research Advisor | |
| 1993 - 1994 | Renu Karir | Joint Master's, Yale School of Management, Yale School of Public Health | Research Advisor | |
| 1993 - 1994 | Julia Cohen | MA/Public Policy, UCB | Research Advisor | |
| 1992 - 1992 | Susan Kools | PhD, School of Nursing, UCSF | Research Advisor, Career Mentor | Professor,School of Nursing, UCSF |
| 1993 - 1994 | Susan Starbuck-Morales | DrPH, School of Public Health, UCB | Research Advisor | Researcher, Humboldt State University |
| 1993 - 1996 | Susan Proctor | PhD, School of Nursing, UCSF | Research Advisor | |
| 1993 - 1994 | Diane Melendez | PhD, Division of Medical Anthropology, UCSF | Research Advisor | |
| 1995 - 1995 | Meg Wise | MPH, MSW, UCB | Research Advisor | |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 1995 - 1996 | Sarah Teagle | PhD, School of Public Health, UCB | Research Advisor | Senior Researcher, RTI |
| 1995 - 1998 | Claire Horton | MD, School of Medicine, Emory and MPH, U North Carolina, Chapel Hill | Research Advisor | Clinical Faculty, San Francisco General Hospital |
| 1995 - 1996 | Margaret Martin | DrPH, School of Public Health, UCLA | Research Advisor | |
| 1995 - 1996 | Ellen Stein | MD,MPH, UCB | Research Advisor | |
| 1995 - 1996 | Neva Phair | Joint Program in Medical Sciences, UCB | Research Advisor | |
| 1995 - 1998 | Nicole Wicox | MPH, UCB | Research Advisor | Physician, San Francisco |
| 1996 - 1998 | Parag Nene | MD, School of Medicine, U Pennsylvania | Research Advisor | |
| 1997 - 1998 | Rupal Sangvhi | MPH | Research Advisor | Independent Consultant |
| 1997 - 2000 | Xochitl Castaneda | PhD, Department of Anthropology, Amsterdam University | Research Advisor | Director, UCB Mexican-US Border Initiative (now retired) |
| 1998 - 1999 | Carolyn Bradner | MD, School of Medicine, U Chicago and Post Doctoral Fellow, UCSF | Research Advisor, Career Mentor | Professor, Department of Pediatrics and Adolescent Medicine, UCSF |
| 1998 - 2000 | Deborah Sattley | MSW, School of Social Work, U Illinois | Research Advisor | Consultant |
| 1998 - 2000 | Sherri Tye | PhD, School of Public Health, UCB | Research Advisor | Parent |
| 1999 - 2000 | Monya Day | BA, Stanford | Research Advisor | |
| 1999 - 2000 | Kate Heumann | Master's in Public Policy, UCB | Research Advisor | |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|-------|------|-------------------|------|------------------|
| 2000 - 2001 | Sara Buckelew | MD, MPH, UCB and Post-Doctoral Fellow, UCSF | Research Advisor | Professor, Adolescent Medicine, Department of Pediatrics, UCSF |
| 2001 - 2001 | Olivia Simpson | MD, MPH, UCB | Research Advisor | |
| 2001 - 2001 | May Moo Podus | MPH, San Jose State University | Research Advisor | |
| 2002 - 2002 | Hilary Spindler | MD, Yale and PhD, UCLA | Research Advisor | UCSF, Global Health Research Associate |
| 2002 - 2004 | Signy Judd | PhD, School of Nursing, UCSF | Research Advisor | Research Coordinator, UCSF |
| 2002 - 2003 | Shrimant Mishra | MD, MPH,UCB | Research Advisor | |
| 2002 - 2003 | Gorette Amaral | MPH, UCB | Research Advisor | Ph.D., Stanford |
| 2002 - 2003 | Mona Jhuar | MPH, UCLA | Research Advisor | Program Officer, The California Endowment |
| 2002 - 2004 | Katrine Lofberg | MD, Medical School, U Washington, Seattle | Research Advisor, Career Mentor | Physician, Washington State U |
| 2002 - 2004 | Andrew Mihalek | MD, Medical School, UCD | Research Advisor, Career Mentor | Professor of Pulmonary Medicine, University of Virginia |
| 2002 - 2004 | Kristine Penner | Joint UCB/UCSF MD Program, MPH, UCB | Research Advisor | |
| 2002 - 2007 | Alexa Curtis | PhD, School of Nursing, UCSF | Research Advisor | Nurse Practitioner, Humboldt County, CA |
| 2003 - 2005 | Lisa Romero | DrPH, School of Public Health, UCB | Research Adivsor | Project Officer, CDC |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|-------|------|-------------------|------|------------------|
| 2003 - 2005 | Sonia Jain | PhD, Harvard U | Research Advisor | Research Director, West-Ed, San Francisco |
| 2003 - 2005 | Beth Chaton | PhD, LaVerne College, Claremont, CA | Research Advisor, Career Mentor | Program Director, Department of Education, Humboldt County, CA |
| 2004 - 2005 | Sarah Shulman | MS, PhD Oxford | Research Advisor | Director, Youth Development Organization |
| 2005 - 2007 | Lauren Ralph | MPH, UCB | Research Advisor | Assistant Professor, Department of Ob/Gyn, UCSF |
| 2006 - 2007 | Wanwadee Neamsakul | PhD, School of Nursing, UCSF | Research Advisor | Faculty Member, U Indonesia |
| 2006 - 2007 | Marcia Wertz | PhD, School of Nursing, UCSF | Research Advisor, Career Mentor | Assistant Professor, School of Nursing, UCSF |
| 2007 - 2010 | Linet Oyucho | PhD, Great Lakes U Kisumu, Kenya | Research Advisor | Lecturer, Doctoral Student, U of Ottawa |
| 2007 - 2008 | Alexis Armekanis | MD, Medical School, UCSF | Research Advisor | Psychiatry Resident, UCSF |
| 2007 - 2009 | Dawn Richardson | DrPH, School of Public Health, UCB | Research Advisor | Post Doctoral Fellow, Health & Society, U Michigan |
| 2007 - 2009 | Naomi Schapiro | PhD, School of Nursing, UCSF | Research Advisor | Clinical Professor, Family Health Care Nursing, UCSF |
| 2007 - 2009 | Nan Jiang | PhD School of Public Health, Indiana U, Bloomington | Research Advisor | Post-doctorate in Tobacco Policy, UCSF |
| 2009 - 2009 | Elodia Villasenor | MPH, San Francisco State University | Research Advisor | |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|-------|------|-------------------|------|------------------|
| 2009 - 2010 | Olubosola Olewole Busola | BA, Post-Bac Program, UCSF | Research Advisor | Post Bachelor Program/UCSF |
| 2010 - 2012 | Manuelito Biag | MPH, PhD, UC Davis | Career Mentor | Social Science Research Associate, Stanford University |
| 2012 - 2012 | Heather Knauer | MPH, UCB | Career Mentor | Research Associate, PRL-IHPS, UCSF |
| 2012 - 2012 | Nora Anderson | MPA, New York University | Career Mentor | Research Associate, PRL-IHPS, UCSF |
| 2012 - 2012 | Nicole Bennett | MPH | Career Mentor | Research Associate, PRL-IHPS, UCSF |
| 2013 - 2014 | Rachel Siemons | BA Postbac- Pre-med program, Bryn Mawr College | Thesis mentor | UC Berkeley-UCSF Joint Medical Program |
| 2011 - 2013 | Paulette Cha | BA Postbac- Pre-med program, Bryn Mawr College | Thesis Mentor | UCSF-UC Berkeley (now: Public Policy Institute, San Francisco |
| 2013 - 2013 | Heidi Moseson | 2nd year doctoral student at UCSF | Career Mentor | Doctoral program in Epidemiology at UCSF |
| 2013 - 2013 | Luis A. Rodríguez | RD, CNSC | Career Mentor | UCSF Medical Center/Children's Hospital |
| 2013 - 2013 | Satu Larson | 2nd year doctoral student at UCSF | Career Mentor and Qualifying Exam member | Doctoral program in at S/N UCSF |
| 2014 - 2014 | Carlos Penilla | DrPH Student | Research and Career Mentoring | Assistant Professor, Department of Pediatrics, UCSF |
| 2014 - 2015 | Zesmayat Mekonnen | MA, first year mentor program | first year mentor program | UCSF |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 2015 - 2016 | Leena Bhalerao Singh | MA | Qualifying Exam committee | UCB |
| 2015 - 2016 | Sara Kassabian | MA | Mentee/Trainee | Independent Consultant |
| 2016 - 2017 | Sophie Godley | MPH, Clinical Assistant Professor | Mentee | Boston University School of Public Health |
| 2016 - 2017 | Grace Liu | MPH | Mentee | UCSF Global Health Sciences |
| 2016 - 2017 | Joseph Chuang | MS, MPHc | Mentee | University of Washington |
| 2016 - 2017 | Stacy Osua | BA | Mentee | UCSF, Post Baccalaureate Program |
| 2016 - 2017 | Ana Isabel Gonzalez | MA, MPH | Mentee | UCB, accepted for PhD program, University of Texas |
| 2016 - 2017 | Carmen Maria Conroy | BA | Mentee | Yale NIH PREP research fellow |
| 2017 - 2018 | Lauren Lee Caton | BA, MS (2018) | Mentee | UCB, Public Health, Maternal and Child Health |
| 2017 - 2018 | Cynthia Shen | BA in progress | Mentee | Cornell 2020 |
| 2018 - 2019 | Alex Valenzuela | BS Human Biology | Mentee | UCSF |
| 2018 - 2019 | Fiona Ng | RN, Master of Science in Nursing Student | Mentee | UCSF, Pediatric Nurse Practitioner candidate 2019 |
| 2019-2020 | Aricelle Sanchez | UCSF Post-Bachelor's Program | Mentee | UC Irvine, School of Medicine |
| 2019 – 2021 | Jamie Sawyer | PhD Student | Mentee | |
| 2020-2021 | Leonida Radford | UCSF Post-Bachelor's Program | Mentee | University of Washington, School of Medicine |

Prepared: July 2, 2025

| Dates | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 2020 – present | Jane Fieldhouse | PhD Student, Global Health | Mentee | |
| 2021-2022 | Urania Argueta | UCSF Post-Bachelor's Program | Mentee | UCSF, School of Medicine |
| 2021-2022 | Monica Gutierrez | Applying to Medical School | Mentee | |
| 2021-2025 | Sarah Nathan | PhD Student, Social & Behavioral Sciences | Mentee | |
| 2022-2023 | Marie Salem | Research Assoc/Pre PhD Student | Mentee | PhD Program |
| 2022-2023 | Julia Hankin | Research Assoc/Pre PhD Student | Mentee | Apply to PhD program |
| 2023-2024 | Kyle Lakatos | Medical Student | Mentee | Internship, UCLA |
| 2022-present | Sammer Elsayed | PhD Student, Global Health | Mentee | Ph.D.Global Health |
| 2023- present | Julia Holmes Ryan | Ph.D. UC Berkeley School of Public Health | Mentee | Ph.D. Student |
| 2025-present | Sigal Maya | Ph.D. Global Health | Mentee | Ph.D. Student |
| 2024-present | Jacquelyn Roger | Ph.D. Biomedical Informatics, UCSF | Mentee and Research Supervisor | Ph.D. Student |

**POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED**

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 1983 - 1985 | Barbara Staggers, MD, MPH | Fellowship in Adolescent Medicine | Research, Professional Mentoring | Chief, Teen Clinics, Children's Hospital, Oakland |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|-------|------|--------|--------------|------------------|
| 1984 - 1986 | Martin Anderson, MD, MPH | Fellowship in Adolescent Medicine | Professional Development | Chief, Division. of Adolescent Medicine, UCLA |
| 1985 - 1988 | Sheryl Ryan, MD, MPH | Fellowship in Adolescent Medicine | Professional Development | Chief, Division of. Adolescent Medicine, Yale University |
| 1989 - 1991 | Trude Bennett, DrPH | Hewlett Fellow | Research and Career advisor | Professor, School of Public Health, University of North Carolina |
| 1990 - 1991 | Jesus Jaime Guzman, MD | Hewlett Fellow, Mexico | Research advisor | Professor, Universidad de Guadalajara, Mexico |
| 1990 - 1991 | Noe Alfaro, MD, MPH | Hewlett Fellow, Mexico | Research Advisor | Professor, Universidad de Guadalajara, Mexico |
| 1990 - 1991 | Laura Laski, MD, MPH | Hewlett Fellow, Argentina | Research Advisor | Director, UN Family Planning Program, New York |
| 1991 - 1992 | Juan Carlos Ramirez Rodriguez, MD | Hewlett Fellow, Mexico | Research Advisor | Professor, Universidad de Guadalajara, Mexico |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|-------|------|--------|--------------|------------------|
| 1991 - 1995 | Jonathan Ellen, MD | Fellowship in Adolescent Medicine | Research and Professional Development | Professor/Vice Chair of Pediatrics, Johns Hopkins |
| 1991 - 1995 | Cynthia Kapphahn, MD, MPH | Fellowship in Adolescent Medicine. | Research and Professional Development | Associate Professor, Pediatrics Stanford |
| 1992 - 1993 | Elena Fuentes-Afflick, MD, MPH | Hewlett Fellow, US | Research Advisor | Professor, Department of Pediatrics, UCSF |
| 1992 - 1993 | Julio Garcia, MD | Hewlett Fellow, Mexico | Research Advisor | |
| 1993 - 1994 | Monica Jasis, MD | Hewlett Fellow, Mexico | Research Advisor | Director, Centro Mujeres, Baja, Mexico |
| 1993 - 1995 | Isabelle Melese-d'Hospital, PhD | Hewlett Fellow, Mexico | Research Advisor | |
| 1993 - 1996 | David Bell, MD | Fellowship in Adolescent Medicine. | Research and Professional Development | Assistant Professor, Pediatrics, Columbia University |
| 1994 - 1995 | Gabriela Rodriguez, MS | Hewlett Fellow, Mexico | Research Advisor | Research Director, Family Planning Program, Mexico City, Mexico |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 1995 - 1996 | Mariana Romero, MD | Hewlett Fellow, Argentina | Research Advisor | Medical Director, Family Planning Program, (CEDES) Buenos Aires, Argentina |
| 1996 - 1997 | Rosario Cardenas, MD | Hewlett Fellow, Mexico | Research Advisor | |
| 1996 - 1997 | Elena Zuniga, BA, PhD candidate | Hewlett Fellow, Mexico | Research Advisor | Director, UN Family Planning Program, El Salvador |
| 1997 - 2000 | Howard Pinderhughes, MD | Scholar, WT Grant | Research Advisor, Career mentor | Professor and Chair, School of Nursing, Social & Behavioral Sciences, School of Nursing, UCSF. |
| 1998 - 2002 | Mary Ott, MD | U. of Pennsylvania and Postdoctoral Fellow in Adolescent Medicine | Research Advisor, Career Mentor | Associate Professor, Indiana University, Dept. of Pediatrics |
| 1998 - 2000 | Arik Marcell, MD | Fellowship in Adolescent Medicine | Research Advisor, Career Mentor | Associate Professor, Johns Hopkins University, Adolescent Medicine |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|-------|------|--------|--------------|------------------|
| 1998 - 2000 | Martha Perry | Fellowship in Adolescent Medicine | Research Advisor | |
| 1996 - 1997 | Xochitl Castenada, BA, PhD | Hewlett Fellow, El Salvador and Mexico | Research Advisor | Director, Health Initiatives of the Americas, Berkeley, CA (now retired) |
| 1997 - 1998 | Jesus Chirinos, MD | Hewlett Fellow, Peru | Research Advisor | Professor, Catholic University, Lima, Peru |
| 1997 - 1998 | Maria Vivas-Mendoza, MD | Hewlett Fellow, Mexico | Research Advisor | |
| 1998 - 1999 | Guillermo Canton Calderon, MD | Hewlett Fellow, Guatemala | Research Advisor | Physician, Guatemala City, Guatemala |
| 1998 - 1999 | Maria Soledad Gonzales Montes, PhD | Hewlett Fellow, Mexico | Research Advisor | |
| 1999 - 2000 | Freddy Javier Cardenas, MD | Hewlett Fellow, Nicaragua | Research Advisor | Professor, University of Nicaragua |
| 1999 - 2000 | Enriqueta Valdez, MD | Hewlett Fellow, Mexico | Research Advisor | |
| 2000 - 2001 | Susana Chavez, MA | Hewlett Fellow, Peru | Research Advisor | |
| 2000 - 2001 | Simon Nadew, MD | Visiting Fellow | Research Advisor | Medical resident, Family Practice, Ethiopia |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 2000 - 2001 | Diana Martinez, MD | Hewlett Fellow, El Salvador and Mexico | Research Advisor | |
| 2000 - 2003 | Sophia Yen, MD | Fellowship in Adolescent Medicine | Research and Professional Development. | Clinical Instructor, Adolescent Medicine, Stanford University |
| 2001 - 2002 | Maria Claudia Gutierrez, MA | Hewlett Fellow, Columbia | Research Advisor | |
| 2001 - 2002 | Jane Pirkis, PhD | Harkness International Health Policy Scholar, Australia | Research Mentor | Senior Lecturer, Melbourne University Australia |
| 2001 - 2002 | Addis Abeba Salinas, MD, MA | Hewlett Fellow, Mexico | Research and Career Advisor | |
| 2002 - 2003 | David Breland, MD | Fellowship in Adolescent medicine | Research Advisor | Assistant Professor, Pediatrics, University of Washington |
| 2002 - 2003 | V. Melvin Sotelo, MA | Hewlett Fellow, Nicaragua | Research and Career Advisor | Family Planning Coordinator, Nicaragua |
| 2002 - 2003 | Lillian Wong, MD | Visiting Scholar | Program Director: Research, Clinical, Professional Dev. | Faculty, Chinese University of Hong Kong |
| 2002 - 2003 | Raquel Hurtado, MD | Hewlett Fellow, Peru | Research and Career Advisor | |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 2003 - 2003 | Loris Hwang, PhD | Fellowship in Adolescent Medicine | Career Advisor | Associate Adjunct Professor, Pediatrics/ Adolescent Medicine, UCSF |
| 2003 - 2004 | Erica Troncoso, MA | Hewlett Fellow, Mexico | Research Advisor | |
| 2003 - 2004 | Carmen Elisa Alvarez, MS | Hewlett Fellow, Columbia | Research Advisor | |
| 2004 - 2005 | Roberto Casto-Perez, MD | Hewlett Fellow, Mexico | Research and Career Advisor | Professor, School of Public Health, Mexico |
| 2004 - 2005 | Cecilia de Mello e Souza, MD | Hewlett Fellow, Brazil | Research Advisor | Professor, Sao Paolo, Brazil |
| 2004 - 2006 | Jane Burns, PhD | Harkness International Health Policy Scholar, Australia | Program Director, Research Mentor | Evaluation Director, Imagine, Australia |
| 2006 - 2006 | Jennifer Yu, PhD | Postdoctoral Fellow, Agency for Health Care Quality and Research, IHPS | Research Advisor, Career Mentor | Research Associate, IHPS, UCSF |
| 2006 - 2008 | Aimee Afable-Munsuz, PhD | Postdoctoral Fellow, Agency for Health Care Quality and Research, IHPS | Research Advisor, Career Mentor | Postdoctoral Fellowship, School of Pharmacy, UCSF |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 2007 - 2008 | Kim Rhoades, MD, MS, MPH | Postdoctoral Fellow, Agency for Health Care Quality and Research, IHPS Philip R. Lee Fellow, UCSF | Research, Career Mentor | Professor of Surgery and Community Research, UCSF |
| 2008 - 2009 | Helena Hart, MD | Philip R. Lee Fellow, IHPS, UCSF | Research, Career Mentor | Medical School, UCSF |
| 2009 - 2012 | Christine Dehlendorf, MD, MAS | Department of Family and Community Medicine, UCSF | Research, Career Mentor | Clinical Professor of Medicine, Department of Family and Community Medicine, UCSF |
| 2008 - 2012 | Amy Donovan-Blondell, PhD | Department of Health and Aging, UCSF | Research, Career Mentor | Post Doc Fellowship, Institute for Health and Aging, UCSF Now: Independent Consultant |
| 2009 - 2011 | Pam Stoddard, PhD | Philip R. Lee IHPS Post-Doc | Career Mentor | Post Doc, Philip R. Lee Institute for Health Policy Studies, UCSF |
| 2009 - 2012 | Anisha Patel, MD | Philip R. Lee Fellow, IHPS, UCSF | Research, Career Mentor | Stanford University |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 2011 - 2014 | Sarah, Isquick, MD, MPH | Doris Duke Fellow, Philip R. Lee IHPS, Bixby Center | Career Mentor | Practicing Physician, Sutter Health |
| 2011 - 2013 | Elizabeth Uy-Smith, MD, MPH | Primary Care Research Fellow | Career Mentor | Family and Community Medicine |
| 2013 - 2017 | Marissa Raymond-Flesch, MD, MPH | Fellow | Career Mentor | Current: Associate Professor, Adolescent and Young Adult Medicine |
| 2013 - 2017 | Satu Larson | Fellow | Career Mentor | Associate professor for SJSU School of Nursing, a pediatric nurse practitioner |
| 2013 - 2014 | Esme Cullen | Third Year Medical Student | Career Mentor | UCSF Medical Center |
| 2013 - 2018 | Paulette Cha | PhD Candidate | Career Mentor | Public Policy Institute, San Francisco |
| 2014 - 2016 | Gina Robinson | PhD, UCSF | Career Mentor | School of Nursing, UCSF |
| 2014 - 2017 | Michelle Ko | MD, PRL-IHPS Fellow | Career Mentor | Professor, UC Davis School of Medicine |
| 2014 - 2017 | Suzane M. Martinez, MD, PhD | MD, PhD | Career Mentor | UCOP |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|-------|------|--------|-------------|------------------|
| 2014 - present | Sarah Combellick, MA | Research Associate | Career Mentor | PhD candidate, UC Davis |
| 2014 - 2016 | Jacquelyn Torres, PhD, MD | Fellow | Career Mentor | Assistant Professor, Department of Epi/Biostatistics, UCSF |
| 2015 - present | Elizabeth Dickson, RN, MSN | Fellow, RWJF Nursing and Health Policy Collaborative | Career Mentor, Dissertation Committee | Faculty (tenure-track) University of New Mexico, College of Nursing |
| 2015 - 2017 | Ilana Garcia-Grossman | MD Candidate, class of 2018 | Career Mentor | UCSF |
| 2016 - 2018 | Emily Behar, RN, MSN, MPH | Doctoral Student, Global Health Sciences | PhD, Career Mentor | Department of Public Health, San Francisco |
| 2016 - 2018 | Jennifer Shen | Fellow | Research and career mentoring | IHPS Postdoctoral Fellow |
| 2016 - 2018 | Emily Hall, RN, MSN, MPH | Doctoral Student | PhD, Career Mentor | San Francisco Department of Public Health |
| 2018 - 2020 | Lauren Strelitz, MD, MSL | PhD Candidate, Fellowship in Adolescent Medicine | Career Mentor and Scholarly Oversight Committee | Dept. of Pediatrics, UCSF |

Prepared: July 2, 2025

| Dates | Name | Fellow | Faculty Role | Current Position |
|---|---|---|---|---|
| 2018 - 2020 | Marichianah Onono, MBChB, Msc | Doctoral Student, Global Health Sciences | Qualifying Exam Committee & Chair | Kenya Medical Research Institute |
| 2018 - present | Jayme Congdon | Fellow | Career Mentor | Depart. of Pediatrics, UCSF |
| 2019 - present | Angela Barney, MD | Clinical Fellow | Career Mentor and Scholarly Oversight Committee | Depart of Pediatrics, UCSF |
| 2024- present | Clemence Marty | Visiting Fellow | Career Mentor | Head of Strategy and Transformation, Assistance Publique–Hôpitaux de Paris (AP–HP) |
| 2024-present | Jennifer Yarger | Post-doctoral Fellow | Mentor | Department of Urology |
| 2024-present | Juliana Friend | Post-doctoral Fellow | Mentor | Department of Epidemiology and IHPS |
| 2024-present | Kristen Burke | Post-doctoral Fellow, BIRCWH | Mentor | Post-Doctoral Program |

Prepared: July 2, 2025

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|-------|------|------------------------|------------------------|------------------|
| 1999 - 2001 | Marty Jessup | PhD, School of Nursing, UCSF | Research Advisor | Associate Professor, School of Nursing, UCSF. |
| 2005 - 2006 | Kristine Madsen | MD, MPH | Research Advisor | Assistant Adjunct Professor, Pediatrics, UCSF |
| 2005 - 2007 | Jennifer Reich, PhD | Postdoctoral Fellow, IHPS | Research and Career mentoring | Professor, U of Denver |
| 2005 - present | Daniel Dohan, PhD | Associate Professor Department of Anthropology and Health Policy | Career Advisor | Deputy Director and Professor, Director of Training/IHPS/ UCSF |
| 2005 - present | Diana Greene Foster, PhD | Demographer | Research and Career Advisor | Assistant Professor, Department of Obstetrics, Gynecology, and Reproductive Health Sciences, UCSF |
| 2006 - 2011 | Mary Ott, PhD | Faculty, Indiana U Bloomington | Research supervision and career mentoring | Faculty, Indiana University, Bloomington |
| 2006 - 2020 | Tracy Weitz, PhD | Department of Sociology, UCSF | Research and career mentor | Professor, American University |

Prepared: July 2, 2025

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|---|---|---|---|---|
| 2006 - 2020 | Tracey Woodruff, PhD | Post-Doc and Faculty member, UCSF | Research and career mentor | Professor, Dept. of Obstetrics, Gynecology and Reproductive Sciences, UCSF |
| 2007 - 2020 | Jeff Belkora, PhD | Assistant Professor in Research, Surgery and Health Policy | Research and career mentoring | Associate Professor in residence, Department of Surgery and IHPS, UCSF |
| 2007 - 2019 | Michael Cabana, MD, MPH | Associate Professor, Chief of General Pediatrics, UCSF | Research review and personal advisor | Chair of Pediatrics, Montefiore, New York, NY |
| 2007 - 2016 | Diane Rittenhouse, MD | Associate Professor in Residence | Career mentor | Professor in Residence, Department of Family & Community Medicine and IHPS, UCSF |
| 2008 - 2012 | David Becker, MD | Assistant Clinical Professor of Pediatrics | Research and career mentoring | Clinical Professor of Pediatrics, UCSF |
| 2008 - 2014 | Sara Buckelew, MD, MPH | Assistant Clinical Professor | Career mentoring | Clinical Professor, Department of Pediatrics, UCSF |

Prepared: July 2, 2025

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|-------|------|------------------------|------------------------|------------------|
| 2008 - 2012 | Adam Hersh, MD | Clinical Fellow and Assistant Professor, Dept. of Pediatrics, UCSF | Research and career mentoring | Professor, Department of Pediatrics, University of Utah |
| 2008 - 2011 | Megie Okumura, MD | Assistant Adjunct Professor, Dept. of Pediatrics, UCSF | Research and career mentoring | Associate Professor, Department of Pediatrics, UCSF |
| 2008 - 2014 | Laura Schmidt, PhD, MPH, MSW | Associate Professor in Residence | Career mentor | Professor, IHPS, and the Department of Anthropology and History, UCSF and History, UCSF |
| 2008 - 2014 | Steve Takemoto, PhD | Assistant Adjunct Professor | Career mentor | Independent Consultant |
| 2010 - 2016 | Tilly Gurman, DrPH | Assistant Professor | Career mentor | Assistant Professor, Department of Global Health, School of Public Health and Health Services, George Washington University |
| 2010 - 2016 | Ushma Upadhyay, MPH | Assistant Professor | Research and career mentoring | Associate Professor, Bixby Center for Global and Reproductive Health |

Prepared: July 2, 2025

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|-------|------|------------------------|------------------------|------------------|
| 2013 - present | Anisha Patel, MD | Assistant Professor | Research and career mentoring | Professor, Department of Pediatrics, UCSF |
| 2013 - present | May Sudhinaraset, PhD | Assistant Professor | Research and career mentoring | Professor, School of Public Health, UCLA |
| 2018 - 2019 | Fatima Rodriquez, MD, MPH, FACC | Assistant Professor | research and career mentoring | Assistant Professor Cardiovascular Medicine, Stanford University School of Medicine |
| 2019-present | Cristin Kearns, DDS | Assistant Professor | Career mentor | Assistant Professor, School of Dentistry, UCSF |
| 2019-present | Rita Hamad, MD | Assistant Professor | Career mentor | Professor, School of Public Health, Harvard |
| 2018-2021 | Brittany Chambers, PhD | Assistant Professor | Career and research mentor | Assistant Professor, UC Davis School of Medicine |
| 2019-present | Romina Barral, MD | Assistant Professor | Career and research mentor | Assistant Professor, Univ of Missouri-Kansas, School of Medicine |

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|---|---|---|---|---|
| 2020-present | Ifeyinwa Asiodu, RN, PhD | Assistant Professor | Career and research Mentor | Associate Professor, Department of Family Health cSchool of Nursing, UCSF |
| | | | | |
| 2020-persent | Jayme Congdon. MD | Assistant Professor | Career and research Mentor | Assistant Professor, Department of Pediatrics, UCSF |
| 2022-present | Anita Hargrave, MD | Assistant Professor | Career and research mentor | Assistant Professor, Department of Medicine, UCSF |
| 2022-2024 | Susanna Mitro, Ph.D. | BIRCWCH Scholar | Career and research Mentor | Kaiser Division of Research |
| 2022-present | Julia Raney, M.D. | Assistant Professor, Department of Pediatrics, UCSF | Mentor and Research Collaborator | Assistant Professor |
| 2022-oresent | Kenshata Watkins, MD | Assistant Professor, Department of Emergency Medicine | Mentor | Assistant Professor, Department of Emergency Medicine |
| 2023-present | Akinyemi Oni-Orinsan. Ph.D. | Associate Professor, School of Pharmacy | Mentor | Associate Professor, School of Pharmacy |
| 2024-present | Amanda Bryson, MD | Assistant Professor, Department of Pediatrics, UCSF | Mentor and Research Collaborator | Assistant Professor |

Prepared: July 2, 2025

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|-------|------|------------------------|------------------------|------------------|
| 2023-present | Ayesha Appa, PhD | Assistant Professor, Department of Medicine, UCSF | Mentor | Assistant Professor |
| 2020-present | Jason Nagata, MD | Associate Professor, Department of Pediatrics, UCSF | Mentor and Research Collaborato | Associate Professor |
| 2022-present | Ribka Tessera, MD | Researcher, Kaiser Division of Research, Oakland | Mentor | Researcher |
| 2023-present | April Bell, Ph.D. | Assistant Professor, Department of Famly and Community Medicine | Mentor | Assistant Professor |
| 2024-present | Jonathan Watanabe, Ph.D. | Professor and Director, Department of Clinical Pharmacology | Mentor | Professor and Director, Department of Clinical Pharmacology |
| 2024-present | Lucy Ogbu-Nwobodo, MD | Assistant Profesor, Department of Psychiatry | Mentor | Assistant Profesor, Department of Psychiatry |
| 2025-present | April Edwill, MD | Assistant Professor, Department of Pediatrics | Mentor | Assistant Professor, Department of Pediatrics |
| 2024-present | Enihomo Obadan-Udoh, DDS. | Associate Professor, School of Dentistry | Mentor | Associate Professor, School of Dentistry |

Prepared: July 2, 2025

| Dates | Name | Position while Mentored | cbrindisMentoring Role | Current Position |
|-------|------|-------------------------|------------------------|------------------|
| 2024-present | Meghan Morris | Associate Professor and Vice Chair in the Department of Epidemiology and Biostatistics | Mentor | Associate Professor and Vice Chair in the Department of Epidemiology and Biostatistics |
| 2025-present | Yasaswi Kirlovskiy, MD | Assistant Professor, Department of Obstetrics, Gynecology and Reproductive Health Sciences | Mentor | Assistant Professor |

**RESEARCH AND CREATIVE ACTIVITIES**

**RESEARCH AND CREATIVE ACTIVITIES SUMMARY**

Methodologically, I conduct program evaluations and health policy analyses, using a variety of quantitative and qualitative techniques, assuring triangulation of data. This strength enables me to work with a variety of research collaborators, including previously valuating: 1) the nation's largest 1115 Medicaid Waiver Family Planning Waiver; 2) California's statewide, community-based teenage pregnancy prevention, as well as pregnant and parenting adolescents initiatives; 3) school-based health services; 4) the impact of the Affordable Care Act (ACA) on children, adolescents, young adults and women's health; 5) the role of patient engagement in health care system redesign, 6) UCSF-CA preterm birth initiative, 7) health care access and needs of immigrants, with a particular focus on Deferred Action for Childhood Arrivals (DACAs), 8) the interaction of Adverse Childhood Experiences (ACEs) and the needs of adolescents, and 9) monitoring the impact of COVID-19 . As a result of my work in the area of program evaluation, I collaborated with Dr. Annette Gardner in the writing of a book, *Advocacy and Policy Change Evaluation: Theory and Practice*, published by Stanford Press in 2017.

In 2018-2019, along with a small number of campus leaders (Nancy Adler, Kirsten Bibbins-Domingo, Kevin Grumbach, Bob Hiatt, and Elizabeth Watkins), we established the UCSF Population Health Sciences and Health Equity Initiative that brings together multiple ongoing efforts in this area, but which are often not recognized as a special campus strength. We held a successful UCSF Colloquium on Population Health & Health Equity (https://www.youtube.com/watch?v=MXqy_LlIExI) in May 2018 and I gave a presentation on the role of academic health centers in population health. We conducted a campus-wide study of the

data needs of our faculty in the area of population health and large data bases, working towards creating a data repository and the systematic identification of campus experts who are able to work with faculty and trainees in conducting population-health oriented analyses.

With the selection of Dr. Bibbins-Domingo as the inaugural Vice-Dean for Population Health and Health Equity, I served on her Steering Committee until 2020, planning a variety of strategies to build upon our campus' strengths in this arena and leverage further collaborations across campus related to population health. I served as principal investigator of a $1.44 million dollar "Population Health Data Initiative ("PHDI," supported by the UC Medical Center) to further advance population and health services research at UCSF. The goals of the 3-year project were to provide support for the institutional acquisition of several key data sources, establishment of a user-friendly data portal with capacity for data analytics to make these data accessible, as well as key investments to support junior faculty and trainees to use these data effectively.

*IImmigrant and Latinx Health*

My own qualitative and quantitative research has also examined health and economic disparities among multi-ethnic/racial groups nationally (e.g., health insurance coverage; risk taking behaviors, including teenage pregnancy, suicide, and substance use; and health outcomes). I have special expertise on diverse Latinx populations, global reproductive health, migration and health, as well as the impact of migration and acculturation on Latinx immigrants. For example, I completed a study with collaborators at UCLA and UCB focused on the health conditions and health care access of young Latinos eligible for health care as a result of the Deferred Action for Childhood Arrivals (DACA) program (often referred to as "Dreamers" in social media). On this project, I worked closely with a Latina Fellow in Adolescent Medicine and Health Policy (now a junior faculty member), a medical student in the joint UCB-UCSF Medical School program and hired several "Dreamers" to conduct the research. Results from this research (two briefs, 3 published articles) have been widely disseminated nationally, as well as serving as the basis for two briefings: one with state policymakers in Sacramento and the other with health providers and advocates. This data was used to support SB 4, which requires the provision of Medi-Cal (California's Medicaid Program) insurance coverage to undocumented children living in California, beginning in March 2016. Nearly 200,000 children and adolescents have benefited from the program.

I have also worked in the area of acculturation, social disparities, and health, including: 1) developing a research and policy agenda for cross-border health between Mexico and the U.S., 2) the impact of acculturation on the incidence of obesity among three different groups of Latinos—those born in Mexico who have immigrated to the U.S., Mexican-born populations that speak English, and U.S. born Mexicans who speak English, 3) the role of family planning as a means of reducing health disparities among Latinas, 4) risk and protective factors in adolescent pregnancy among adolescent and young adult Latinas, and 5) the challenge of measuring acculturation, particularly among Latinx adolescents.

Some of my co-authored relevant reports include: "Creating a Health Research and Policy Agenda for Im/migration Between Mexico and California", "Migration and Health: Mexican Immigrant Women in the U.S.," and "A Health Profile of Immigrant Teenagers", representing a multi-campus, cross-border collaboration between the National Population Council of the Government of Mexico (CONAPO), UCB School of Public Health Initiative of the Americas (ISA), UCLA School of Public Health, UC, Davis and UC Berkeley Migration and Health Research Center (MAHRC), and UCSF's Bixby Center for Global Reproductive Health (I am one of its Founding Directors). I have also collaborated on several projects focused on Latina youth, one of

Prepared: July 2, 2025

which was converted into a 22-minute, award winning film, A Question of Hope, (http://nahic.ucsf.edu/multimedia/901/); (Spanish voice-over, Una Cuestión De Esperanza: Reduciendo los embarazos de adolescentes latinas en California (http://bixbycenter.ucsf.edu/videos/video-lo-3.html).

*Adolescent Pregnancy Prevention and Reproductive Health Care Services Research*

Over nearly 5 decades, I have conducted national and international research on teenage pregnancy prevention (as shown in my curriculum vitae). Pprojects have been funded by the State of California, Patient-Centered Outcomes Research Institute (PCORI), and the federal Office of Adolescent Health and Family and Youth Services Bureau. Specifically, I conducted evaluation research for the State that helps ascertain whether the state's investment is leading to positive outcomes, including a reduction in teenage pregnancy and fewer negative social and economic consequences. I served as Co-PI with Dr. Kathleen Tebb in a PCORI-funded grant entitled, Reducing Health Disparities in Unintended Pregnancies Among Hispanic Adolescents Using a Patient-Centered Computer-Based Clinic Intervention.

In another project, funded by the Federal Family and Youth Services Bureau (Dr. Mara Decker, Principal Investigator), we were evaluating the effectiveness of a Digital Initiative for Youth. This project represents an innovative youth-centered initiative to improve the sexual health and socio-economic well-being of youth in Fresno County, California, also using a newly developed app.(project was defunded in 2025 as a result of federal Executive Orders). Finally, I collaborated with Dr. Christine Dehlendorf,and Dr. Tebb, as we tested the use of social networks and their influence on encouraging adolescents to adopt the use of long-acting contraceptive methods (LARC). The project, entitled, SpeakOut: Empowering teen to teen communication about highly effective contraception, was also funded by the federal Office of Adolescent Health and is using app technology.

With colleagues at the National Family Planning and Reproductive Health Association and George Washington University, we conducted a 3-year study entitled, "Confidential and Covered: Protecting Patients While Preventing Revenue Loss". This study focused on developing and testing effective interventions that support the federal Title X Family Planning program's historic commitment to client confidentiality, while preventing and mitigating revenue loss at Title X service sites due to the provision of confidential services as part of health care reform efforts.

An area of related interest is the role of confidentiality, electronic health care records, and access to sensitive health services in the era of health care reform. Studies have included in-depth interviews with health professionals and stakeholders regarding options for reconciling the need for health insurance explanation of benefits requirements and the need for adolescents and young adults to access sensitive health services (Protecting Adolescent Confidentiality Under Health Care Reform: The Special Case of Explanation of Benefits (EOBs) (http://healthpolicy.ucsf.edu/Protecting-Adolescent-Confidentiality) and a policy analyses regarding the Electronic Health Care Record (Sensitive Health Care Services in the Era of Electronic Health Records: Challenges and Opportunities in Protecting Confidentiality for Adolescents and Young Adults - http://healthpolicy.ucsf.edu/sensitive-health-care-and-electronic-health-records). We also completed a California-focused study of the impact of insurance churning among young adults (https://cloudfront.escholarship.org/dist/prd/content/qt85g872v5/qt85g872v5.pdf?t=p60dow

*Adolescent and Young Adult Health and Health Policy*

Prepared: July 2, 2025

With Dr. Charles Irwin (Director), I served as the co-Director of the Adolescent and Young Adult Health National Resource Center, funded by the federal Bureau of Maternal and Child Health. In this policy-practice endeavor, which was originally conceived by Dr. Irwin and me, was successfully funded between1999-2024, The Center aimed to promote adolescent and young adult (AYA) health by strengthening the abilities of State Title V MCH Programs, as well as public health and clinical health professionals, to better serve these populations (ages 10-25). Our work focused on increasing the receipt of quality preventive visits for AYAs, including . the establishment of AYAH Collaborative Improvement and Innovation Network (CoIIN) Projects. We used the CoIIN model to help selected states to address the well visit for adolescents and young adults. The CoIIN model, used by many states to address infant mortality, combined collaborative learning and quality improvement methods to drive a national strategy. As part of the Center, we conducted analyses of the health and well-being of adolescents and young adults, the impact of the ACA on this population, as well as studied ways to improve access to health insurance coverage and preventive health services. A final focus was on improving the numbers of states that promote young adult health (ages 18-25), including increasing their access to health insurance and preventive health care services.

I also conducted policy research and analyses of The Healthy People 2010 and 2020 Adolescent and Young Adult Health Objectives, and analyses of national data sets documenting the lack of health insurance among adolescents and young adults. As a result of the Affordable Care Act (ACA) and the expansion of Medicaid, disparities in access and utilization of services were reduced and increases in the use of mental health services were documented. This body of research (between 2006-2012) was the basis for bringing national attention to the needs of adolescents and young adults, specifically, the disparities they face in accessing health care, in particular for mental health services. In order to offer policy makers with a set of potential action steps, our team identified innovative programs aimed at: increasing the delivery of preventive mental health services for adolescents: assuring that insurance companies were developing products for young adults; and maximizing health insurance enrollment for young adults who represent 30% of the nation's uninsured population. I completed one of the first studies of the ACA roll-out of health insurance coverage of young adults up to age 26 on their parent's health insurance plans from the perspective of states (published in Journal of Health and Biomedical Law in Winter, 2015). We also conducted analyses of large national data sets to ascertain the impact of the ACA on young people's access to health care and preventive health care visits. In 2006, our team received recognition for this body of work by the Society for Adolescent Health and Medicine (the Hilary E. Millar Award for Advancing the Field of Health Policy for Youth to the UCSF National Adolescent Health Information Center).

*Health Services*

With colleagues at UCSF, UC Berkeley, and UCLA, we assessed care integration (behavioral and primary care) in the California safety net within the context of the ACA, conducting a set of interrelated research projects to: 1) document the level of integration of care in the safety net system in California, including integration with specialists, ancillary services, hospitals, behavioral health, and social services; 2) evaluate efforts to support Medi Cal providers to adopt health information technology to facilitate functional integration; and 3) document the challenges encountered in outreach and enrollment for difficult to reach and enroll populations, including young men who previously were not eligible to receive subsidized health care. We have disseminated the findings to policy makers and stakeholders in California's health care safety net.

Prepared: July 2, 2025

With colleagues at the Institute, we conducted a three-year evaluation of efforts to increase patient-centered care as part of the federal Center for Medicaid and Medicare Innovation Centers' endeavors. Funded by the Atlantic Philanthropies, the project entitled, the "Campaign for Better Care" (CBC), sought to engage vulnerable populations enrolled in public health plans to ensure that health reform measures reflected their needs, interests, and preferences. Three national advocacy organizations (Community Catalyst, the National Partnership for Women and Families, and PICO) developed models of consumer engagement in institutional decision-making. As part of the evaluation, the evaluation team developed a brief video to capture the voices of patients and providers, who share their stories about barriers in obtaining and providing health care. https://www.youtube.com/watch?v=TLveVpzP9cU

*Community-Focused Early Childhood Development*

With colleagues at UCSF Benioff Children's Hospital, Oakland and later at UCSF Medical Center, and funded by NextGen and the Benioff Foundation, we conducted an evaluation of a provider intervention aimed at reducing the word-gap between middle income and low-income children. Research has documented the dramatic difference between middle- and high-income households in which children 0-4 years of age are exposed to greater degrees of language interactions with their parents, as compared to low-income households, where less verbal stimulation contributes to a significantly limited vocabulary. The intent of this project was to educate low-income parents on the significant brain development that occurs very early in childhood and the importance of language interaction (singing, talking and reading) to close this existing word-gap that hampers future educational outcomes. Evaluation results documented the value of the health care provider in educating families regarding the importance of reading to their babies, as well as children.

*Influence of the Sugar Industry on the Health of the Public*

Over a period of 7 years, I worked with a team to bring greater attention to the impact of sugar on population health, beginning with a collaboration with Drs. Robert Lustig and Laura Schmidt and reflected in the article, "The Toxic Truth about Sugar". As part of our efforts, we established Sugar Science (http://sugarscience.ucsf.edu/, under the direction of Dr. Schmidt), and with the UCSF Library as a full partner, launched the Sugar Industry Library in Fall, 2018 (https://www.industrydocuments.ucsf.edu/food/), parallel to UCSF's renown Tobacco Industry Papers. This web-based resource, funded by the Arnold Foundation, is available to world-wide scholars interested in researching the impact of the food industry upon the nation's health, including the marketing of sugar-sweetened beverages leading to childhood obesity. A major symposium was held on November 15, 2018 to launch the archive (https://www.industrydocuments.ucsf.edu/research-tools/public-lectures/#food_unveiling).

*Translating of Research into Policy*

Underlying my research portfolio is an emphasis on the translation of research into policy, including not only publishing major research results in peer-reviewed journals, but also identifying different dissemination channels. For example, we published the cost-benefit analyses of the Family PACT program, helping to leverage over a billion dollars in California to serve low-income men, women, and adolescents. We also translated this research into easy to use formats for policy makers, including briefs for Congressional, as well as state Legislators. The briefs included data on the number of unintended pregnancies averted by their constituents, and the number of federal and state dollars averted through the prevention of those pregnancies. All of these dissemination and diffusion related efforts, along with my long standing research in

Prepared: July 2, 2025

the area of maternal and child health, led to my co-chairing the Knowledge-Transfer Working group, as part of the Benioff-Gates $100 million dollar, ten-year commitment to reducing pre-term birth both in California and globally. Building on that experience, we evaluated the UCSF Preterm Birth Initiative-CA. The overall goal was to use evaluation findings to assess current programs and activities and offer insights into possible program modifications that could realign initiative strategies to ensure outcome achievement.

Reflecting upon the wide variety of research interests noted above, each has the theme of focusing on vulnerable and often marginalized populations, bringing the most comprehensive evidence to bear upon policy options, and engaging communities of stakeholders in identifying the most effective policy options available, given resources and evidence.

Separately, throughout my tenure at UCSF, I have been an advocate for health policy and highlighting the roles of our faculty in advancing health policy as they translate their research for a variety of policymakers. I led efforts to identify UCSF-wide faculty who have made a significant contribution and impact on health policy at the local, state, national and international level, as well as globally. These policy impacts reflect laws, regulations, and policies, as well as changes within clinical practices as a result of clinical guideline development. The project is entitled, Policy Champions and is available at *https://pophealth.ucsf.edu/champions/home*.

*Adverse Childhood Experiences (ACEs) and adolescents/Latino youth*

Along with colleagues Drs. Naomi Schapiro (School of Nursing) and Samira Soleimanpour, we wrote two concept papers for the Office of the California Surgeon General's (OSG) ACEs Aware Initiative. The first, *Screening adolescents for ACEs: Incorporating resilience and youth development*, addresses how to: ensure confidentiality in screenings; integrate ACEs screening into an assets-based, trauma-informed adolescent visit; and engage youth and families in active steps to mitigate impacts of ACEs and toxic stress. The second paper, entitled *Screening newcomer immigrant youth for ACEs: Adaptations to address language, literacy, stigma and caregiver support*, focuses on addressing cultural and structural barriers to disclosing trauma histories, language and literacy barriers, and challenges of maintaining confidentiality in small immigrant communities. It also addresses how to support resilience and youth development amid current legal and financial restrictions. As part of the research, we conducteda series of individual, zoom-based interviews with health professionals and conducted focus groups with adolescents. Results were used by the OSG to plan initiatives and staff capacity trainings
.
*Rapid Assessment of COVID-19 Pandemic Indirect impacts and mitigating interventions*

Given the dynamic nature of the COVID-19 pandemic and California's unfolding response, state decision makers required the capacity to anticipate which direct and indirect health impacts will prove especially costly over time and which interventions could mitigate the indirect adverse health outcomes for Californians and costs to the state. In close partnership with the Office of the California Surgeon General, senior IHPS faculty, staff and I worked to develop the "Rapid Assessment of Pandemic Indirect impacts and mitigating interventions for Decision-making" (RAPID) project. Its purpose was to provide timely economic analyses that aimed to support California state decision making on strategies to mitigate the mid- and long-term indirect health burdens of the COVID-19 pandemic, in the context of Adverse Childhood Experiences (ACEs), including [depression, homelessness and alcohol and opioid use]. "Indirect burden" refers to health harms not due to infection with the SARS-CoV-2 virus itself, but rather the biological impacts of the other stressors of the COVID-19 pandemic. This public anxiety regarding COVID-

Prepared: July 2, 2025

19, compounded by the economic distress due to lost wages, employment, and financial assets; mass school closures; and necessary physical distancing measures was shown to result in an increase in stress-related morbidity and mortality.  We completied an analysis highlighting major public health issues, illustrating our analytic approach and capability, identified data gaps, and promoted dialogue and feedback on ways that could further maximize the utility of the research for California policymakers (https://pmc.ncbi.nlm.nih.gov/articles/PMC9292069/).

*Transition to Distinguished Professor (Emerita-on Recall)*

As the Director of the Philip R. Lee Institute for Health Policy Studies for fourteen years (until July, 2020), I played a major leadership role within UCSF and the Institute in building strong research, methodological, and training capacity in the area of health outcomes research, population health, equity, and social determinants of health. This included monitoring the implementation of health care reform, among many pressing health topics, and building the next generation of health services and health policy talented faculty across our campus. I also recently led efforts to honor and celebrate the life of Philip R. Lee, who died on October 27, 2020. The film was presented on February 25th, 2021 and is available at: https://www.youtube.com/watch?v=JqcUeOHW9_Y.

In transitioning to this phase, I have been engaged in a variety of activities: as a Senior Advisor to the UC Center on Climate, Health and Equity, providing guidance to its two co-Directors as they have conducted their strategic plan, co-authored an article on decarbonization (https://academic.oup.com/healthaffairsscholar/article/1/1/qxad006/7203670, and worked with a Commonwealth Visiting Scholar, with whom we have written a manuscript, under review on the subject of implementing clinical decarbonization actions. I have also continued to serve as evaluator of the NIH-funded, UCSF Clinical and Translational Research Institute, evaluator of the UCSF ARCHES program, and serve as a co-investigator with an Adolescent Medicine faculty member, Dr. Jason Nagata, analyzing the impact of social media use on a variety of adolescent risk behaviors, including eating disorders, alcohol, drug use, and mental health issues. I also serve as a mentor to a variety of doctoral students, post-doctoral fellows, and junior faculty.

I served on the National Academy of Science, Engineering and Medicine, National Research Council's Governing Board (4 years;2020-2024), as Vice-Chair of the NAM Council for 3 years (2020-2023), and as Chair of the Advisory Board for the Division of Social and Behavioral Sciences and Educational Studies (2025-present). I chaired the Search Committee for the next President of NAM (2024-2025).

**RESEARCH AWARDS – CURRENT**
**Title: UCSF-Kaiser Building Interdisciplinary Research Careers in Women's Health Program**

\* Major Goals: The goal of the UCSF/Kaiser BIRCWH program is to increase the number, quality, and breadth of women's health researchers. We aim to facilitate the career development of outstanding independent investigators experienced in multidisciplinary, translational, and clinical women's health research.

Project Number: 8 K12AR084219-26; Source of Support: NIH NIAMS

\*Status of Support: Project/Proposal Start and End Date: 09/2000 - 04/2025; PD/PI: Brindis, Claire/Harper, Cynthia (MPI);(Total Award Amount (including Indirect Costs): $3,811,838 for 08/2020 – 04/2025 cycle).Active (*awaiting renewal 5/1/2025-2030*);.60 effort;

Prepared: July 2, 2025

* **Title: UCSF Clinical and Translational Science Institute (CTSI)**

* Major Goals: The UCSF Clinical and Translational Science Institute (CTSI) has built a coordinated platform for clinical and translational research, successfully improved, integrated, and extended research services and infrastructure, and created comprehensive training programs. The program has expanded services and infrastructure by collaborating with regional partners, notably the 5 University of California CTSAs (UC BRAID), and measurably improved the health of vulnerable residents in the San Francisco Bay Area. Building on this foundational work, the CTSI now proposes to leverage these strengths by developing and linking emerging technologies to improve the quality, efficiency, and cost of conducting interdisciplinary, multisite clinical and translational research.

* Status of Support: Active Project Number: UL1TR001872; PD/PI: Collard, H.; Nguyen, T. Jacoby, V.(MPI); Source of Support: NCATS; Project/Proposal Start and End Date: 07/2021 - 06/2026; Total Award Amount (including Indirect Costs): $42,460,585; Person Months (Calendar/Academic/Summer) per budget period. 1.20 calendar per year (2025;2026).

**Title: Leadership Training in Adolescent Health**

Major Goals: The goals and objectives are to: 1) Recruit and train trainees to become AYA health leaders across the 5 core MCH disciplines & Public Health who can improve the quality of care and equitable access to services; (2) Develop & implement an interdisciplinary leadership curriculum; (3) Strengthen the capacity of clinical and non-clinical systems to improve AYA health through coordination and collaboration of technical assistance (TA), continuing education (CE), using technology and expanding partnerships with systems that care for underserved AYAs; (4) Advance delivery of equitable evidence-based health care to AYAs through: building trainees' skills in delivering quality clinical care to diverse AYA populations; enhanced engagement with communities & collaboration with institutions that serve AYAs; and addressing emerging issues.

* Status of Support: Active Project Number: T71MC00003-46; PD/PI: Irwin, Charles; Source of Support: PHS Health Resources & Services Admin; Project/Proposal Start and End Date: 07/2023 - 06/2027; Total Award Amount (including Indirect Costs): $1,837,480; Person Months (Calendar/Academic/Summer) per budget period..30 (2025); .60 (2026); .60 (2027)

**Title: Investigating relationships between problematic social media use and binge-eating disorder to inform precision guidance for adolescents**

Major Goals: To identify important interrelations among problematic social media use patterns and binge-eating disorder, using novel measures, prospective data, and machine learning methods on a large national cohort to inform tailored clinical and public health interventions.

* Status of Support: Active Project Number: R01 MH135492-01 PD/PI: Nagata, Jason; Source of Support: NIMH; Project/Proposal Start and End Date: 09/2023 - 06/2028; Total Award Amount (including Indirect Costs): $2,945,079 (.60 Person Months for 2025-2028).

**<u>PENDING</u>**

* **Title: Longitudinal pathways between adolescent social media use and substance use: Informing evidence-based guidance**

* Major Goals: To examine how social media use during adolescence may contribute to early substance use, such as nicotine, cannabis, and alcohol use. We will also examine parenting

Prepared: July 2, 2025

rules and monitoring that may protect from substance use.

Status of Support: Pending Project Number: R01DA064134; PD/PI: Nagata, Jason; Source of Support: NIH NIDA; Project/Proposal Start and End Date: 07/2025 – 06/2030; Total Award Amount (including Indirect Costs): $3,802,799; Person Months (Calendar/Academic/Summer) per budget period. (.30 for 2026-2027).

**Title: University of California, San Francisco/Kaiser Permanente Northern California Division of Research Building Interdisciplinary Research Careers in Women's Health (BIRCWH) K12 Program**

\* Major Goals: This competing renewal application is to support the University of California, San Francisco (UCSF) and Kaiser Permanente Northern California (KPNC) Division of Research's Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Program. The program objectives are to: Recruit a superb group of early-career women's health researchers; provide tailored training and mentoring on sex and gender influences in health and disease; build upon our existing program by targeting topics in women's health of public health importance; strengthen and integrate models of interdisciplinary research to develop researchers who foster linkages across disciplines and institutions and excel in building team science; and to promote the prominence of women's health and the retention of investigators underrepresented in clinical research by mentoring BIRCWH scholars and alumni in academic advancement and leadership.

Name of PD/PI: Harper, Cynthia/Gandhi, Monica (MPI); Source of Support: NIH/NIAMS

Project/Proposal Start and End Date: 05/2025 – 04/2030; Total Award Amount (including Indirect Costs): $4,537,516; .60 for 2026-2030).

**\* Title: Informing guidance on social media use to reduce depression and anxiety in adolescents**

\* Major Goals: To explore temporal and bidirectional associations between digital media engagement and internalizing symptoms of anxiety and depression in adolescence, while identifying multilevel protective factors (individual, relational, and contextual) that buffer against negative mental health outcomes.

\* Status of Support: Pending Project Number: R01MH138986; PD/PI: Nagata, Jason

\* Source of Support: NIH NIMH; Project/Proposal Start and End Date: 12/2025 – 11/2030

\* Total Award Amount (including Indirect Costs): $3,723,183; Person Months (Calendar/Academic/Summer) per budget period .60 for 2026-2030.

**\*Title: UCSF Clinical and Translational Science Institute**
\*Major Goals: The mission and vision of the University of California, San Francisco's Clinical and Translational Science Institute (CTSI) is to accelerate research to improve health by creating and fostering a transdisciplinary clinical and translational science environment in collaboration with, and embracing scientific and community stakeholders.
\*Status of Support: Pending
\*Project Number: UM1TR006119 PD/PI: Jacoby, Vanessa L, MD (contact)/Collard, Hal/Kanaya, Alka
\*Source of Support: NIH Natl Ctr Advancing Translational Sci(NIH-NCATS)
\*Project/Proposal Start and End Date: 07/01/2026 – 12/31/2035
\*Total Award Amount (including Indirect Costs): $74,619,040

Prepared: July 2, 2025

* Person Months (Calendar/Academic/Summer) per budget period: 1.2 for 2026-2035

**COMPLETED PROJECTS**

1. 2002-7925/99-3654          PI

   The William and Flora Hewlett Foundation          7/1/1983          6/30/2005

   William and Flora Hewlett Fellowship in Latin     $ 55,302 direct/yr  $ 705,943 total
   American Reproductive Health Policy               1

2. 04-35976                   PI                                       Brindis (PI)

   California Department of Public Health            07/01/1997        06/30/2015

   Teen Pregnancy Prevention Project Evaluation      $ 1,312,800       $ 6,918,905 total
                                                     direct/yr 1

   Evaluation research that help characterize the funded programs and estimate how well they
   are meeting the State's objectives. Program evaluation results help public health
   professionals, educators, and policymakers to support more effective teenage pregnancy
   prevention interventions to reduce the negative social and economic consequences of this
   important public policy issue.

3.                            PI

   The California Wellness Foundation                10/01/1997        06/30/2007

   Evaluation of The California Wellness Foundation's $ 190,887        $ 627,011 total
   Teen Pregnancy Prevention Initiative             direct/yr 1

4. C2004-501/4375             PI                                       Brindis (PI)

   Alameda County Department of Health Services      07/01/1998        06/30/2012

   Evaluation of the Alameda County School-Based     $ 62,834 direct/yr  $ 716,646 total
   Health Care Network                               1

   The study aims to document the SHS programs' impact on students' access to and utilization
   of health care, and improvements in their health status and behaviors

5. 35038-OS-332               PI

   Centers for Disease Control (CDC                  07/01/2000        12/01/2003

   Evaluation of the CDC's Teenage Pregnancy         $ 100,000         $ 281,990 total
   Prevention Initiatives, subcontract to MACRO      direct/yr 1
   International

6.                            PI

   Johnson and Johnson Foundation                    06/01/2002        09/01/2004

Prepared: July 2, 2025

Evaluation of the National Center for Excellence in Women's Health University of California, Community Women Leadership Projects — $ 70,000 direct/yr 1 — $ 145,000 total

---

7. 20021734       PI

The California Endowment     06/01/2002     06/30/2005

Evaluation of the Community Clinic Consortia Policy Initiative — $ 100,000 direct/yr 1 — $ 900,000 total

---

8.       PI

Johnson and Johnson Foundation     06/01/2002     06/01/2005

Evaluation of the Bridges to Employment- Milpitas High School — $ 32,000 direct/yr 1 — $ 90,000 total

---

9.       PI

Johnson and Johnson Foundation     06/01/2002     06/30/2005

Evaluation of the San Jose Nursing Academy — $ 15,000 direct/yr 1 — $ 45,000 total

---

10. R06-CCR921786-0       PI

Center for Disease Control and Prevention, Department of Health and Human Services     09/01/2002     04/01/2005

Participatory Research in School-Based Health Center Research — $ 27,296 direct/yr 1 — $ 818,896 total

---

11.       PI

Federal Health and Human Resources Administration     10/01/2004     09/30/2005

Adolescent Health Program Evaluation — $ 250,000 direct/yr 1

---

12. 2008-12211       PI       Brindis (PI)

The California Endowment     02/01/2006     06/30/2012

Health Journalism Fellowship Evaluation     $ 90,037 total

Fellowship program to teach journalists to examine and report on the nuances of health care issues for multicultural populations, with a special emphasis on health disparities, its impact on health care access and the quality of services available.

---

13. 2008-2211       PI

California Endowment     2/01/2006     9/30/2015

Prepared: July 2, 2025

| | | |
|---|---|---|
| Health Journalism Fellowship Evaluation | | $ 300,000 total |

---

**14. 1329AFK-ESP-2006** PI | | Brindis (PI)

| | | |
|---|---|---|
| US Department of Public Health, Office of Population Affairs (Subcontract) / CDC | 09/01/2006 | 09/01/2012 |
| Evaluation of La Clinica de la Raza, Inc. | $ 281,955 direct/yr 1 | $ 750,000 total |

A multi-year, longitudinal, randomized evaluation of 'group prenatal care' visits for pregnant and parenting adolescents vs. traditional prenatal care services is being conducted, including quantitative and qualitative methods

---

**15. 1013139** PI | | Brindis (PI)

| | | |
|---|---|---|
| Public Health Institute (subcontract) / CDC (Prime) | 03/01/2007 | 09/29/2012 |
| Reducing Asthma Disparities through Comprehensive, Community Activities | $ 93,985 direct/yr 1 | $ 469,925 total |

This evaluation is tracking and monitoring a variety of community-based strategies aimed at reducing health disparities that result in the worsening of asthma health outcomes. Interventions being tested include evaluations of community-based coalitions, environmental strategies, and policy-focused advocacy activities.

---

**16.** Co-PI

| | | |
|---|---|---|
| The California Endowment and the California Healthcare Foundation | 07/01/2007 | 08/01/2008 |
| Developing a Latino/a Research and Program Agenda on Translational Health, with Global Health Sciences | $ 150,000 direct/yr 1 | |

---

**17. MCHB T71MC0003L** Co-PI | | Irwin (PI)

| | | |
|---|---|---|
| Maternal and Child Health Bureau, Health Resources and Services Administration, Department of Health and Human Services Maternal and Child Health Bureau, U.S. Department of Health and Human Services | 07/01/2007 | 06/30/2014 |
| Interdisciplinary Leadership Education in Adolescent Health, Public Policy Analysis and Education Center for Middle Childhood Adolescent Health, and the National Adolescent Health Information Center | | $ 1,449,231 total |

Conduct policy analyses and research pertaining to adolescent health.

---

**18. 2008-2092** PI

| | | |
|---|---|---|
| The William and Flora Hewlett Foundation | 02/01/2008 | 06/30/2011 |

Prepared: July 2, 2025

Common Ground, Common Goals: The Juncture of Schools and Health in Securing California's Future                                    $ 150,000 total

---

19. 20081465                    PI                                    Brindis (PI)

The California Endowment              10/01/2008        1/31/2012

Evaluation of Statewide Burden of Asthma    $ 156,521 direct/yr 1    $ 547,934 total

This evaluation assesses the impact of consortia in impacting policy in the area of environment, schools and homes. Coalition surveys, policy maker interviews, and pre and post data are being used.

---

20. 20081866                    PI                                    Brindis (PI)

The California Endowment              01/01/2009        12/31/2011

Community Action to Fight Asthma Legacy; Statewide Asthma Initiative                        $ 156,521 total

This project analyzes the outcomes and lessions learned on the seven year initiative to create policies to reduce the environmental risk factors that affect asthma for school-aged youth. Policy change and policy advocacy occurred at the local, regional, and state levels and focused on policies related to housing, schools, and outdoor air.

---

21. FPR PA006051                Co-PI                                 Darney (PI)

Department of Health and Human Services Office of Population Affairs        09/01/2009        08/31/2014

Innovative Evaluation of Title X and 1115 Waiver Family Planning Program    $ 100,000 direct/yr 1    $ 476,176 total

Provide conceptual guidance to the development of project design and methodology and oversight of project planning and implementation.

---

22.                             PI                                    Brindis (PI)

The Colorado Health Foundation          03/01/2010        12/31/2013

School Based Health Care Initiative Evaluation    $ 96,699 direct/yr 1    $ 290,007 total

Quantitative and qualitative methods are used to evaluate the Colorado Health Foundation's $10.8 million School-Based Health Care Initiative's processes, assess factors that contribute to school-based health care program sustainability, and identify best practices to guide operations of current and future school-based health care programs.

---

23. 2010-066                    PI                                    Brindis (PI)

The California Wellness Foundation        07/01/2010        03/31/2015

Prepared: July 2, 2025

| | | | |
|---|---|---|---|
| Assessing the Impact of Federal and State Cuts on California's Teenage Pregnancy Prevention Programs | | | $ 400,00 total |

This study examines how state budget cuts that have resulted from the national and state recession have impacted the California programs and service providers devoted to the needs of youth at high risk of becoming pregnant for the first time and teen parents at risk for repeat pregnancy.

24. 639265-10S-1525          PI                                    Brindis (PI)
    ICF MACRO (Atlantic Philanthropy subcontract)   7/01/2010    12/31/2015
    ICF Macro                                                      $ 495,123 total

25. 05-45221                  Co-PI                                Darney (PI)
    State of California, Office of Family Planning   07/01/2010   06/30/2015
    Evaluation of the Family PACT (Planning, Access,  $ 2,199,084  $ 11,717,235 total
    Care and Treatment) Program                       direct/yr 1

This evaluation of the states' comprehensive family planning program includes billing data analyses, focus groups with providers and clients, exit interviews, cost-benefit analyses, and case studies

26. P60MD006902              Co-Investigator                      Bibbins-Domingo (PI)
    NIMHD                                             08/27/2012   02/28/2018
    Comprehensive Centers of Excellence Addressing                $ 779,767 total
    Disparities in Chronic Disease with a Teen and
    Young Adult Focus

27. 21663                    PI                                    Brindis (PI)
    The Atlantic Philanthropies                       01/01/2013   12/31/2015
    Philip R. Lee Institute for Health Policy Studies'              $ 1,200,000 total
    Campaign for Better Care Evaluation

To conduct an evaluation of the effectiveness of consumer mobilization in affecting health care system redesign and improving health outcomes for vulnerable older adults.

28. 8731749                  Co-PI                                Grumbach/Brindis (PI)
    Blue Shield Foundation                            7/1/2013    6/30/2014
    Assessing care integration in the California safety            $ 41,120 total
    net

conducting a set of interrelated research projects to: 1) assess the level of integration of care in the safety net system in California, including integration with specialists, ancillary services, hospitals, behavioral health, and social services; 2) assess efforts to support MediCal providers to adopt health information technology to facilitate functional integration; and 3) disseminate the findings to policy makers and stakeholders in California's health care safety net.

| 29. | Co-PI | | Brinids/Roby (PI) |
|---|---|---|---|
| Packard Foundation | | 07/01/2013 | 1/31/2018 |
| California Children's Services Evaluation | | | $ 347,986 total |

An evaluation of California's Enhanced Primary Care Case Management (EPCCM) Program, the Provider-based Accountable Care Organization (ACO); Specialty Health Care Plan (SHCP); and utilization of existing Medi-Cal Managed Care Plans.

| 30. | PI | | Brindis (PI) |
|---|---|---|---|
| The World Bank | | 9/1/2013 | 1/31/2014 |
| Teen Pregnancy Prevention Evaluation and Technical Assistance | | | $ 95,000 total |

To provide training and technical assistance to family planning agencies, as well as monitor and evaluate the process and outcomes of the programs, as well as make recommendations regarding World Bank investments in Ethiopia and Nepal.

| 31. 07-65654 | PI | | Brindis (PI) |
|---|---|---|---|
| California Department of Public Health, Maternal, Child and Adolescent Health | | 12/01/2013 | 11/30/2015 |
| Building Capacity to Advance the Health & Well-being of Adolescents | | | $ 1,462,687 total |

To provide information, resources and expertise to support the provision of quality health care services to adolescents, increase the capacity of local Maternal, Child and Adolescent Health (MCAH) jurisdictions and their adolescent health practitioners to promote the health of adolescents, and to influence policy with the intent of improving the health and well-being of California's adolescents.

| 32. | Co-PI | | Jacobs/Brindis (PI) |
|---|---|---|---|
| Blue Shield Foundation-Subcontract | | 07/01/2014 | 3/30/2016 |
| Medi-Cal Eligible but not Enrolled, Remaining uninsured in California: Qualitative and Quantitative Study of Deferred Action Childhood Arrivals (DACA) | | | $ 40,999 total |

Prepared: July 2, 2025

Subcontract with UC Berkeley Labor Center. This project, bringing researchers from the UCLA Center for Health Policy, UC Berkeley, and UCSF, is analyzing California Health Interview Survey Data, as well as conducting 9 focus groups with Latino DACA-Eligible young adults. Study sites include Los Angeles and San Francisco Bay Area. Recruitment is being conducted by Dreamers and through a variety of social media channels.

| 33. | PI | | Brindis (PI) |
|---|---|---|---|
| Alameda County | | 7/01/2014 | 6/30/2015 |
| Alameda County School Health Services Evaluation | | | $ 325,000 total |

| 34. | PI | | Brindis (PI) |
|---|---|---|---|
| National School Based Alliance | | 8/01/2014 | 8/30/2015 |
| Evaluation of School Based Health Services | | | $ 110,000 total |

| 35. | Co-PI | | Brindis (PI) |
|---|---|---|---|
| Next Generation (Benioff Foundation) | | 9/01/2014 | 8/30/2017 |
| Evaluation of "Too Small to Fail" | | | $ 850,000 total |

| 36. | Co-PI | | Brindis (PI) |
|---|---|---|---|
| National Family Planning and Reproductive Health Association | 9/1/2014 | | 8/30/2017 |
| Confidential and Covered: Protecting Patients While Preventing Revenue Loss | | | |

This national, multi-site project, funded by the federal Office of Population Affairs, will develop and test interventions that support the federal Title X Family Planning program's historic commitment to client confidentiality, while preventing and mitigating revenue loss at Title X service sites due to the provision of confidential services as part of health care reform efforts

| 37. NU38PS004649 | Co-I | | Kahn (PI) |
|---|---|---|---|
| US Centers for Disease Control and Prevention, Department of Health and Human Services | 9/30/2014 | | 9/29/2019 |
| Economic Analysis for Prevention of Disease (EMPoD) | | | $ 4,855,069 total |

The overall goal is to support the prevention effectiveness of state and local public health jurisdictions by providing scientifically valid economic modeling tools populated with setting-relevant data.

| 38. | PI | | Brindis (PI) |
|---|---|---|---|
| California HealthCare Foundation | | 10/01/2014 | 12/31/2014 |

Prepared: July 2, 2025

Evaluation of Health Reporting Project                          $ 21,000 total

---

39. 15-10047                    PI                              Brindis (PI)

California Department of Public Health        07/01/2015        06/30/2018

Teen Pregnancy Prevention Project Evaluation                   $ 4,842,846 total

Evaluation research that help characterize the funded programs and estimate how well they are meeting the State's objectives. Program evaluation results help public health professionals, educators, and policymakers to support more effective teenage pregnancy prevention interventions to reduce the negative social and economic consequences of this important public policy issue.

---

40. SC15-1502-27481            Co-Investigator                 Tebb (PI)

Patient-Centered Outcomes Research Institute  12/01/2015       11/30/2018

Reducing Health Disparities in Unintended                     $ 548,885 total
Pregnancies Among Hispanic Adolescents Using a
Patient-Centered Computer-Based Clinic
Intervention

The major goals of this project are (1) support the adolescents in making decisions about an effective method of contraception by increasing knowledge and self-efficacy; (2) improve the effectiveness and efficiency of the clinical encounter; and (3) reduce the incidence of unprotected sexual intercourse among Latina adolescents girls over time.

---

41.                            PI                              Brindis (PI)

Programa de Investigacion en Migracion y Salud  09/01/2016     02/28/2018
(PIMSA)

Bi-National Perspectives on Adolescent                        $ 30,000 total
Childbearing, Obesity, Diabetes and Cesarean
Sections

---

42. 20094                      PI                              Brindis (PI)

California HealthCare Foundation               03/01/2017      02/28/2018

UCSF/Hastings Speakers Series: ACA Potential                  $ 97,000 total
Impact of the Trump Administration on Health
Policy

---

43.                            PI                              Brindis (PI)

Laura and John Arnold Foundation              12/01/2017       11/30/2019

Launching the Digital Food Industry Documents                 $ 1,603,712 total
Archive

To launch a new Food Industry Document Archive in UCSF's digital Industry Documents Library (IDL) and develop a longer-term plan to continue to build the collections.

Prepared: July 2, 2025

44. TP2AH000045                Co-PI                            Dehlendorf/Brindis (PI)

Department of Health and Human Services, Office    07/01/2015    06/30/2020
of Adolescent Health

SpeakOut: Empowering teen to teen
communication about highly effective
contraception

The major goals of this project are to conduct rigorous evaluation of new or innovative
approaches to prevent teen pregnancy.

---

45. SC15-1502-27481            Co-Investigator                  Tebb (PI)

Patient-Centered Outcomes Research Institute    12/01/2015    11/30/2020

Reducing Health Disparities in Unintended              $ 548,885 total
Pregnancies Among Hispanic Adolescents Using a
Patient-Centered Computer-Based Clinic
Intervention

The major goals of this project are (1) support the adolescents in making decisions about an
effective method of contraception by increasing knowledge and self-efficacy; (2) improve the
effectiveness and efficiency of the clinical encounter; and (3) reduce the incidence of
unprotected sexual intercourse among Latina adolescents' girls over time.

---

46. 2020-21-OSG               Co-PI                            Brindis/ Malekinejad
                                                              (PI)

Office of the California Surgeon General    9/1/2020          3/31/2021

Rapid Assessment of Pandemic indirect impacts          $ 456,278 total
and mitigating interventions for Decision-making in
California (RAPID)

The goal of this project is provide analysis on high-burden short-term adverse health
conditions that are not the direct medical effects of the novel coronavirus (e.g., death or
hospitalization due to COVID-19 or worsening comorbidities). As the pandemic unfolds, we
anticipate increases in the incidence (or recurrence/exacerbation) of a wide range of
behavioral and mental health conditions (e.g., anxiety, depression, PTSD-like syndrome,
suicide, alcohol and substance abuse) and physical health problems (e.g., cardiovascular
diseases, metabolic disorders, maternity problems).

---

47. R01HL129288               Co-Investigator                  Patel (PI)

NIH/NHLBI; Stanford University    4/1/2016          5/31/2022

Impact of Water Access on Child Food and               $ 3,749,891 total
Beverage Intake and Obesity

The project examines how promoting fresh water intake, both in schools that do and do not
provide access to caloric beverages impacts children's consumption of food and beverages
both during and outside of school, and obesity.

Prepared: July 2, 2025

---

48. None            PI                            Brindis (PI)

Aurrera Health Group                6/30/2020       12/31/2021

ACES Aware Provider Engagement Grant          $ 100,000 total

The goal of this project is to develop and disseminate two white papers widely to adolescent health, family health, and social services providers via email distribution lists, research sites, web platforms, social media and conference presentations.

---

49. 90AP2688         Co-PI                   Decker/Brindis  (PI)

Family and Youth Services Bureau      9/1/2016        3/29/2022

Digital Initiative for Youth (DIY)             $ 3,749,891 total

An innovative youth-centered initiative to improve the sexual health and socio-economic well-being of youth in Fresno County, California

---

50.                    PI                            Brindis (PI)

Benioff Foundation                  3/1/2017        9/30/2021

The California Preterm Birth Initiative      $ 463,131 direct/yr 1

The overall goal is to use evaluation findings to assess current programs and activities and offer insight into possible modifications that could realign initiative strategies to ensure outcome achievement.

---

51. 18-10026          Co-PI                  Decker/Brindis (PI)

California Department of Public Health    7/1/2018        6/30/2021

Adolescent Health Evaluations             $ 1,800,000 total

The purpose of the Adolescent Health Programs is to utilize effective, evidence-based or evidence-informed approaches and strategies to reduce rates of adolescent birth, repeat adolescent births and sexually transmitted infections among high-need youth populations. In addition, promote protective factors and build resilience strengths, assist program participants in accessing needed services, and build models for successful adolescent health programming to improve the health and well-being of California's adolescents.

---

52. 29-312-0214448-65402    Co-PI             Gottlieb/Brindis (PI)

RTI International                   09/17/2018     09/30/2019

Accountable Health Communities (AHC) - Evaluation

The purpose of this project seeks to test the efficacy of Assistance Track and Alignment Track models in reducing per-patient spending and inappropriate utilization and improving health outcomes.

---

53. No grant # (Brindis)     Co-PI                 Brindis/Spetz (PI)

UCSF Strategic Initiatives           07/01/2019     6/30/2022

---

Prepared: July 2, 2025

Infrastructure to advance health services research                $ 1,446,945 total
at UCSF
The goal of this project is to expand the capacity to jumpstart the career of young
investigators interested in building a Health Services Research (HSR) career at UCSF
through increasing the acquisition, visibility and use of needed data sets and analytics that
will lead to increased opportunities and collaborations across UCSF and UC Health, leading
to a greater impact of the UCSF HSR community both here and nationally.

54. Title: Alameda County School Health Centers Evaluation
Major Goals: Evaluation of the Alameda County School Health Services (SHS) Coalition's
school-based health centers and school-based behavioral health services, including
documenting impact on students' access to and utilization of health care, and improvements in
their health status and behaviors.
Project Number: 15388
Name of PD/PI: Brindis, Claire
Source of Support: Alameda County Health Care Services Agency
Project/Proposal Start and End Date: (7/1/2017 - 6/30/2022
Total Award Amount (including Indirect Costs): $1,675,000

55. Title: ACES Aware Provider Engagement Grant
Major Goals: The goal of this project is to develop and disseminate two white papers widely to
adolescent health, family health, and social services providers via email distribution lists,
research sites, web platforms, social media and conference presentations.
Project Number: N/A
Name of PD/PI: Brindis, Claire and Soleimanpour, Samira and Schapiro, Naomi
Source of Support: Aurrera Health Group
Project/Proposal Start and End Date: 6/30/2020 - 12/31/2021
Total Award Amount (including Indirect Costs): $100,000

56. Title: State Adolescent and Young Adult Health Capacity Building Program
Major Goals: To enhance knowledge and inform practices of professionals and policy- and
decision-makers regarding the consequences of public policies on young people, including
analyzing the effects of public policies, regulations and practices at the community, state and
federal levels on the health of young people and formulating policy options and develop model
public policies.
Project Number: 2 U45 MC 27709-07-00
Name of PD/PI: Irwin, Charles
Source of Support: NIH NIDA
Project/Proposal Start and End Date: (MM/YYYY) (if available): 9/1/2014 - 8/31/2023
Total Award Amount (including Indirect Costs): $5,750,000 for Years 5-9 cycle.

57. Title: Promoting Optimal Health for Rural Youth
Major Goals: This project partners with Fresno Economic Opportunities Commission and
Fresno County Superintendent of Schools to promote the optimal health of youth in rural
Fresno County and reduce unintended pregnancies.
Project Number: 1 TP1AH000233-01-00
Name of PD/PI: Decker, Mara

Prepared: July 2, 2025

Source of Support: PHS Office of Population Affairs
Project/Proposal Start and End Date: (MM/YYYY) (if available): 7/1/2020 - 6/30/2023
Total Award Amount (including Indirect Costs): $2,570,554

58. Title: Implementation of Health-E You/Salud iTu to Promote Adolescent-Centered
Contraceptive Care
Major Goals: The major goals of this implementation study is 1) to facilitate and understand
the adoption of the Health-E you/Salud iTu intervention by providers in a vast network of
SBHCs serving adolescents from diverse backgrounds in multiple states across the U.S. and
and 2) to assess improvements in contraceptive use associated with our implementation
study.
Project Number: DI-2020C2-2037; PD/PI: Tebb, Kathlee; Source of Support: Patient Centered
Outcomes Research Institute (PCORI);Project/Proposal Start and End Date: 7/1/2021 -
6/30/2025; Total Award Amount (including Indirect Costs): $1,401,546.

## PEER REVIEWED PUBLICATIONS

1. **Brindis CD**. The nation's changing demographic profile. Family Life Educator. 1(5):4-9. 1986

2. **Brindis CD**. Development and evaluation of a short-term training design for health
   professionals. Mobius. 1986 Jan; 6(1):33-48. PMID: 10275686. 1986

3. Abbey N, **Brindis CD**, Casas M, Schoonmaker S. Family life education for Hispanics:
   Practical guidelines for schools. Family Life Educator. 1(6):4-10. 1987

4. **Brindis CD**, Barth D, Loomis A. Continuous counseling: case management with teenage
   parents. Social Casework: The Journal of Contemporary Social Work. 1987; 3(68):164-172.
   1987

5. Mitchell F, **Brindis CD**. Pew Memorial Trust policy synthesis: 3. Adolescent pregnancy: the
   responsibilities of policymakers. Health Serv Res. Aug; 22(3):399-437. PMID: 3679836.
   PMCID: PMC1065446 1987

6. Minkler DH, Korenbrot C, **Brindis CD**. Family planning among Southeast Asian refugees.
   West J Med. Mar; 148(3):349-54. PMID: 3363968. PMCID: PMC1026120 1988

7. Korenbrot C, Showstack J, Loomis A, **Brindis CD**. Birthweight outcomes in a teenage
   pregnancy case management project. Journal of Adolescent Health Care, 10:97-104. PMID:
   2925477. 1989

8. Weeks JR, Rumbaut RG, **Brindis CD**, Korenbrot CC, Minkler D. High fertility among
   Indochinese refugees. Public Health Rep. 1989 Mar-Apr; 104(2):143-50. PMID: 2495548.
   PMCID: PMC1580022 1989

9. **Brindis CD**. Reducing adolescent pregnancy: The next steps for program, research, and
   policy. Family Life Educator, 9(1):3-63 (Special Issue). 1990

10. Korenbrot C, **Brindis CD**, Priddy F. Trends in rates of live births and abortions following
    state restrictions of public funding of abortion. Public Health Reports, Nov-Dec;105(6):555-
    62. PMID: 2124355. PMCID: PMC1580169. 1990

11. **Brindis CD**, Lee PR. Public policy issues affecting the health care delivery system of
    adolescents. J Adolesc Health Care. Sep; 11(5):387-97. PMID: 2211270. 1990

Prepared: July 2, 2025

12. Newacheck PW, McManus MA, **Brindis CD.** Financing health care for adolescents: problems, prospects, and proposals. J Adolesc Health Care. Sep; 11(5):398-403. PMID: 2211271. 1990

13. **Brindis CD**. Adolescent pregnancy prevention for Hispanic youth: The role of schools, families and communities. Journal of School Health, 62(7):345-351. PMID: 1434564. 1992

14. **Brindis CD**. What it will take: Placing adolescents on the American national agenda for the 1990s. Journal of Adolescent Health, Nov; 14(7):527-30. PMID: 8312287. 1993

15. **Brindis CD**. Health policy reform and comprehensive school health education: The need for an effective partnership. Journal of School Health, 63(1):33-37. PMID: 8468971. 1993

16. Garcia Baltazar J, Figueroa-Perea JG, Zapata HR, **Brindis CD**, Perez-Palacios G. Reproductive characteristics of adolescents and youths in the metropolitan area of Mexico City, 1987. Salud Pública de Mexico, Nov-Dec; 35(6):682-91. PMID: 8128309. 1993

17. **Brindis CD**, Starbuck-Morales S, Wolfe A, McCarter V. Characteristics associated with contracep-tive use among adolescent females in school-based family planning programs. Family Planning Per-spectives, Jul-Aug; 26(4):160-4. PMID: 7957817. 1994

18. **Brindis CD**, Kapphahn C, McCarter V, Wolfe A. The impact of health insurance status on adolescents' utilization of school-based clinic services: Implications for health care reform. Journal of Adolescent Health, Jan; 16(1):18-25. PMID: 7742332. 1995

19. Newacheck PW, Hughes DC, **Brindis CD**, Halfon N. Decategorizing health services: interim findings from the Robert Wood Johnson Foundation's Child Health Initiative. Health Aff (Millwood). 14(3):232-42. PMID: 7498895. 1995

20. **Brindis CD**, Pfeffer R, Wolfe A. A case management program for chemically dependent clients with multiple needs. J Case Manag. 4(1):22-8. PMID: 7795539. 1995

21. Rodriguez MA, **Brindis CD**. Violence and Latino youth: prevention and methodological issues. Public Health Rep. May-Jun; 110(3):260-7. PMID: 7610213. PMCID: PMC1382116 1995

22. Clayson Z, Berkowitz G, **Brindis CD**. Themes and variations among seven comprehensive perinatal drug and alcohol abuse treatment models. Health Soc Work. Aug; 20(3):234-8. PMID: 7557729. 1995

23. **Brindis CD**, Wolfe AL, McCarter V, Ball S, Starbuck-Morales S. The associations between immigrant status and risk-behavior patterns in Latino adolescents. J Adolesc Health. Aug; 17(2):99-105. PMID: 7495832. 1995

24. **Brindis CD**. Promising approaches for adolescent reproductive health service delivery. The role of school-based health centers in a managed care environment. West J Med. Sep; 163(3 Suppl):50-6. PMID: 7571604. 1995

25. Gans JE, **Brindis CD**. Choice of research setting in understanding adolescent health problems. J Adolesc Health. Nov; 17(5):306-13. PMID: 8924435. 1995

26. Soman LA, **Brindis CD**, Dunn-Malhotra E. The interplay of national, state, and local policy in financing care for drug-affected women and children in California. J Psychoactive Drugs. Jan-Mar; 28(1):3-15. PMID: 8714330. 1996

Prepared: July 2, 2025

27. Berkowitz G, **Brindis CD**, Clayson Z, Peterson S. Options for recovery: promoting success among women mandated to treatment. J Psychoactive Drugs. Jan-Mar; 28(1):31-8. PMID: 8714332. 1996

28. Hughes DC, Halfon N, **Brindis CD**, Newacheck PW. Improving children's access to health care: the role of decategorization. Bull N Y Acad Med. 73(2):237-54. PMID: 8982519. PMCID: PMC2359302 1996

29. Berkowitz G, **Brindis CD**, Clayson Z. Using a multimethod approach to measure success in perinatal drug treatment. Eval Health Prof. Mar; 19(1):48-67. PMID: 10186903. 1996

30. Dryfoos JG, **Brindis CD**, Kaplan DW. Research and Evaluation in School-Based Health Care. Adolesc Med. Jun; 7(2):207-220. PMID: 10359968. 1996

31. **Brindis CD**, Theidon KS. The role of case management in substance abuse treatment services for women and their children. J Psychoactive Drugs. Jan-Mar; 29(1):79-88. PMID: 9110268. 1997

32. **Brindis CD**, Sanghvi RV. School-based health clinics: remaining viable in a changing health care delivery system. Annu Rev Public Health. 18:567-87. PMID: 9143732. 1997

33. **Brindis CD**, Clayson Z, Berkowitz G. Options for Recovery: California's perinatal projects. J Psychoactive Drugs. Jan-Mar; 29(1):89-99. PMID: 9110269. 1997

34. Hughes D, Halfon N, **Brindis CD**, Newacheck P. Improving children's access to health care: The role of decategorization. Bulletin of the New York Academy of Medicine: A Journal of Urban Health, 73(2):1-18. PMID: 8982519 PMCID: PMC2359302. 1997

35. **Brindis CD**, Berkowitz G, Clayson Z, Lamb B. California's approach to perinatal substance abuse: toward a model of comprehensive care. J Psychoactive Drugs. Jan-Mar; 29(1):113-22. PMID: 9110271. 1997

36. **Brindis CD**, Reyes P. At the crossroads: options for financing college health services in the 21st century. J Am Coll Health. May; 45(6):279-88. PMID: 9164058. 1997

37. Newacheck PW, Hughes DC, Halfon N, **Brindis CD**. Social HMOs and other capitated arrangements for children with special health care needs. Matern Child Health J. Jun; 1(2):111-9. PMID: 10728233. 1997

38. Neumark-Sztainer D, Blum RW, **Brindis CD**, Anglin TM, Irwin CE. The state of adolescent health: looking back and planning ahead. J Adolesc Health. Nov; 21(5):280-6. PMID: 9358290. 1997

39. Hughes DC, **Brindis CD**, Halfon N, Newacheck PW. Integrating children's health services: evaluation of a national demonstration project. Matern Child Health J. Dec; 1(4):243-52. PMID: 10728250. 1997

40. Berkowitz G, **Brindis CD**, Peterson S. Substance use and social outcomes among participants in perinatal alcohol and drug treatment. Womens Health. 4(3):231-54. PMID: 9787650. 1998

41. **Brindis CD**, Philliber S. Room to grow: Improving services for pregnant and parenting teenagers in school settings. Education and Urban Society, 30(2):242-260. 1998

42. Berkowitz G, Peterson S, Smith EM, Taylor T, **Brindis CD**. Community and treatment program challenges for chemically dependent American Indian and Alaska Native women. Contemporary Drug Problems. 25(2):347-371. 1998

Prepared: July 2, 2025

43. Newacheck PW, Halfon N, **Brindis CD**, Hughes DC. Evaluating community efforts to decategorize and integrate financing of children's health services. Milbank Q. 76(2):157-73. PMID: 9614419. PMCID: PMC2751072 1998

44. **Brindis CD**, Hughes DC, Halfon N, Newacheck PW. The use of formative evaluation to assess integrated services for children. The Robert Wood Johnson Foundation Child Health Initiative. Eval Health Prof. Mar; 21(1):66-90. PMID: 10183340. 1998

45. Teagle SE, **Brindis CD**. Substance use among pregnant adolescents: a comparison of self-reported use and provider perception. J Adolesc Health. Mar; 22(3):229-38. PMID: 9502011. 1998

46. Teagle SE, **Brindis CD**. Perceptions of motivators and barriers to public prenatal care among first-time and follow-up adolescent patients and their providers. Matern Child Health J. Mar; 2(1):15-24. PMID: 10728255. 1998

47. **Brindis CD**, Boggess J, Katsuranis F, Mantell M, McCarter V, Wolfe A. A profile of the adolescent male family planning client. Fam Plann Perspect. Mar-Apr; 30(2):63-6, 88. PMID: 9561870. 1998

48. **Brindis CD**, Sanghvi R, Melinkovich P, Kaplan DW, Ahlstrand KR, Phibbs SL. Redesigning a school health workforce for a new health care environment: training school nurses as nurse practitioners. J Sch Health. May; 68(5):179-83. PMID: 9672855. 1998

49. Kaplan DW, **Brindis CD**, Naylor KE, Phibbs SL, Ahlstrand KR, Melinkovich P. Elementary school-based health center use. Pediatrics. Jun; 101(6):E12. PMID: 9606254. 1998

50. Halfon N, Newacheck PW, Hughes D, **Brindis CD**. Community health monitoring: taking the pulse of America's children. Matern Child Health J. Jun; 2(2):95-109. PMID: 10728265. 1998

51. Berkowitz G, Peterson S, **Brindis CD**. Methodological issues and practices in measuring perinatal alcohol and other drug treatment outcomes. Addiction Research, 6(5):435-452. 1998

52. Gould JB, Herrchen B, Pham T, Bera S, **Brindis CD.** Small-area analysis: targeting high-risk areas for adolescent pregnancy prevention programs. Fam Plann Perspect. Jul-Aug; 30(4):173-6. PMID: 9711455. 1998

53. Card JJ, Peterson JL, Niego S, **Brindis CD**. The Prevention Minimum Evaluation Data Set (PMEDS). A tool for evaluating teen pregnancy and STD/HIV/AIDS prevention programs. Eval Health Prof. Sep; 21(3):377-94. PMID: 10350957. 1998

54. Canton G, **Brindis CD**. Prevalencia de Chlamydia en la mujer Embarazada (Prevalence of Chlamydia in Pregnant Women), Revista Centroamericana de Obstetricia y Ginecología (REVCOG) (Central American Journal of Obstetrics and Gynecology), 8(2):33-37. 1998

55. Kahn JG, **Brindis CD**, Glei DA. Pregnancies averted among U.S. teenagers by the use of contraceptives. Fam Plann Perspect. Jan-Feb; 31(1):29-34. PMID: 10029930. 1999

56. **Brindis CD**. Building for the future: adolescent pregnancy prevention. J Am Med Womens Assoc (1972). 54(3):129-32. PMID: 10441918. 1999

57. Kaplan DW, **Brindis CD**, Phibbs SL, Melinkovich P, Naylor K, Ahlstrand K. A comparison study of an elementary school-based health center: effects on health care access and use. Arch Pediatr Adolesc Med. Mar; 153(3):235-43. PMID: 10086399. 1999

Prepared: July 2, 2025

58. Chetkovich C, Mauldon J, **Brindis CD**, Guendelman S. Informed policymaking for the prevention of unwanted pregnancy: Understanding low-income women's experiences with family planning. Evaluation Review, 23(5):527-552. 1999

59. Newacheck PW, **Brindis CD**, Cart CU, Marchi K, Irwin CE. Adolescent health insurance coverage: recent changes and access to care. Pediatrics. Aug; 104(2 Pt 1):195-202. PMID: 10428994. 1999

60. Chirinos JL, **Brindis CD**, Salazar VC, Bardales OT, Reategui LR. Perfil de las estudiantes adolescentes sexualmente activos en colegios secundarios de Lima, Peru (A profile of sexually active male adolescent high school students in Lima, Peru). Rev Med Hered, 10(1):49-61. 1999

61. Chirinos JL, Salazar VC, **Brindis CD**. A profile of sexually active male adolescent high school students in Lima, Peru (Perfil de los adolescentes varones sexualmente activos en colegios secundarios de Lima, Peru). Cadernos de Saude Publica, Rio de Janeiro, Brazil, 16(3):733-746. 2000

62. Clayson Z, Castaneda X, Sanchez E, **Brindis CD**. The intersections of culture, health and systems in California Latino communities. International Quarterly of Community Health Education. 4(19):375-389. 2000

63. Denner J, Kirby D, Coyle K, **Brindis CD**. The Protective Role of Social Capital and Cultural Norms in Latino Communities: A Study of Adolescent Births. Hispanic Journal of Behavioral Sciences. 1(23):3-21. 2001

64. Castañeda X, **Brindis CD**, Castañeda I. Nebulous margins: Sexuality and social constructions of risks in rural areas of Central Mexico. Culture, Health, and Sexuality. 2(3):203-219. 2001

65. Driscoll AK, Biggs MA, **Brindis CD**, Yankah E. Adolescent Latino Reproductive Health: A Review of the Literature. Hispanic Journal of Behavioral Sciences. 3(23):255-326. 2001

66. Chirinos JL, **Brindis CD**, Tye S, McCarter V. Differences and similarities in sexual and contraceptive knowledge, attitudes, and behavior among Latino male adolescent students in California, United States and Lima, Peru. (Diferencias y similitudes en el conocimiento, las actitudes y los comportamientos sexuales y de anticoncepcion entre estudiantes adolescentes varones latinos en California, Estados unidos, y en Lima, Peru).Cad Saude Publica. Rio de Janeiro, Brazil. Jul-Aug; 17(4):833-42. PMID: 11514864. 2001

67. Clayson Z, Castaneda X, Sanchez E, **Brindis CD**. Unequal Power—Changing Landscapes: Negotiations between Evaluation Stakeholders in Latino Communities. American Journal of Evaluation. 1(23):33-44. 2002

68. Chavez Alvarado S, **Brindis CD**, Yon C, Goldfarb N. Rural Andean Women's Perspectives on Menopause. Hispanic Health Care International. 3(1):142-152. 2002

69. **Brindis CD**, Ott MA. Adolescents, health policy, and the American political process. J Adolesc Health. Jan; 30(1):9-16. PMID: 11755796. 2002

70. Peterson S, Berkowitz G, Cart CU, **Brindis CD**. Native American women in alcohol and substance abuse treatment. J Health Care Poor Underserved. Aug; 13(3):360-78. PMID: 12152506. 2002

Prepared: July 2, 2025

71. **Brindis CD**, Park MJ, Ozer EM, Irwin CE. Adolescents' access to health services and clinical preventive health care: crossing the great divide. Pediatr Ann. Sep; 31(9):575-81. PMID: 12271742. 2002

72. **Brindis CD**. Advancing the adolescent reproductive health policy agenda: issues for the coming decade. J Adolesc Health. Dec; 31(6 Suppl):296-309. PMID: 12470928. 2002

73. **Brindis CD**, Park MJ, Paul T, Burg S. A Profile of Adolescent Health: The Role of Race, Ethnicity, and Gender. Journal of Ethnic and Cultural Diversity in Social Work, 11(1-2):1-32. 2002

74. **Brindis CD**, Morreale MC, English A. The unique health care needs of adolescents. Future Child. 13(1):117-35. PMID: 14503457. 2003

75. Jessup M, Humphreys J, **Brindis CD**, Lee K. Extrinsic Barriers to Substance Abuse Treatment among Pregnant Drug Dependent Women. Journal of Drug Issues. 2(33):285-304. 2003

76. Pirkis JE, Irwin CE, **Brindis CD**, Sawyer MG, Friestad C, Biehl M, Patton GC. Receipt of psychological or emotional counseling by suicidal adolescents. Pediatrics. Apr; 111(4 Pt 1):e388-93. PMID: 12671157. 2003

77. **Brindis CD**, Klein J, Schlitt J, Santelli J, Juszczak L, Nystrom RJ. School-based health centers: accessibility and accountability. J Adolesc Health. Jun; 32(6 Suppl):98-107. PMID: 12782448. 2003

78. Santelli JS, Nystrom RJ, **Brindis CD**, Juszczak L, Klein JD, Bearss N, Kaplan DW, Hudson M, Schlitt J. Reproductive health in school-based health centers: findings from the 1998-99 census of school-based health centers. J Adolesc Health. Jun; 32(6):443-51. PMID: 12782456. 2003

79. **Brindis CD**, Llewelyn L, Marie K, Blum M, Biggs A, Maternowska C. Meeting the reproductive health care needs of adolescents: California's Family Planning Access, Care, and Treatment Program. J Adolesc Health. Jun; 32(6 Suppl):79-90. PMID: 12782446. 2003

80. McConnell JK, Packel L, Biggs MA, Chow JM, **Brindis CD**. Integrating Chlamydia trachomatis control services for males in female reproductive health programs. Perspect Sex Reprod Health. Sep-Oct; 35(5):226-8. PMID: 14668026. 2003

81. Newacheck PW, Hung YY, Park MJ, **Brindis CD**, Irwin CE. Disparities in adolescent health and health care: does socioeconomic status matter? Health Serv Res. Oct; 38(5):1235-52. PMID: 14596388. PMCID: PMC1360944 2003

82. Pirkis JE, Irwin CE, **Brindis CD**, Patton GC, Sawyer MG. Adolescent substance use: beware of international comparisons. J Adolesc Health. Oct; 33(4):279-86. PMID: 14519570. 2003

83. Salinas-Urbina, AA, Cortes-Sotres JF, **Brindis CD**, Goldfarb N. Factores asociados a la prevencion del cancer cervico uterino en una comunidad urbana en la Ciudad de Mexico. (Factors associated with the prevention of cervical cancer in an urban community in Mexico City.) Hispanic Health International, 2(3)119-127. 2003

84. Newacheck PW, Park MJ, **Brindis CD**, Biehl M, Irwin CE. Trends in private and public health insurance for adolescents. JAMA. Mar 10; 291(10):1231-7. PMID: 15010445. 2004

85. Foster DG, Klaisle CM, Blum M, Bradsberry ME, **Brindis CD**, Stewart FH. Expanded state-funded family planning services: estimating pregnancies averted by the Family PACT

Program in California, 1997-1998. Am J Public Health. Aug; 94(8):1341-6. PMID: 15284041. PMCID: PMC1448453 2004

86. **Brindis CD**, English A. Measuring public costs associated with loss of confidentiality for adolescents seeking confidential reproductive health care: How high the costs? How heavy the burden? Arch Pediatr Adolesc Med. Dec; 158(12):1182-4. PMID: 15583105. 2004

87. **Brindis CD**, Barenbaum M, Sanchez-Flores H, McCarter V, Chand R, Taylan-Arcoleo M. Let's Hear it for the Guys: California's Male Involvement Program. International Journal of Men's Health. 1(4):29-53. 2005

88. Jessup M, **Brindis CD**. Issues in Reproductive Health and Empowerment in Perinatal Women with Substance Use Disorders. Journal of Addictions Nursing. 3(16):97-105. 2005

89. **Brindis CD**, Geierstanger SP, Wilcox N, McCarter V, Hubbard A. Evaluation of a peer provider reproductive health service model for adolescents. Perspect Sex Reprod Health. Jun; 37(2):85-91. PMID: 15961362. 2005

90. **Brindis CD**, Loo VS, Adler NE, Bolan GA, Wasserheit JN. Service integration and teen friendliness in practice: a program assessment of sexual and reproductive health services for adolescents. J Adolesc Health. Aug; 37(2):155-62. PMID: 16026725. 2005

91. Cubbin C, Santelli J, **Brindis CD**, Braveman P. Neighborhood context and sexual behaviors among adolescents: findings from the national longitudinal study of adolescent health. Perspect Sex Reprod Health. Sep; 37(3):125-34. PMID: 16150660. 2005

92. Chervin DD, Philliber S, **Brindis CD**, Chadwick AE, Revels ML, Kamin SL, Wike RS, Kramer JS, Bartelli D, Schmidt CK, Peterson SA, Valderrama LT. Community capacity building in CDC's Community Coalition Partnership Programs for the Prevention of Teen Pregnancy. J Adolesc Health. Sep; 37(3 Suppl):S11-9. PMID: 16115565. 2005

93. Kramer JS, Philliber S, **Brindis CD**, Kamin SL, Chadwick AE, Revels ML, Chervin DD, Driscoll A, Bartelli D, Wike RS, Peterson SA, Schmidt CK, Valderrama LT. Coalition models: lessons learned from the CDC's Community Coalition Partnership Programs for the Prevention of Teen Pregnancy. J Adolesc Health. 2005 Sep; 37(3 Suppl):S20-30. PMID: 16115567. 2005

94. **Brindis CD**. Moving upstream: the role of schools in improving population health. J Adolesc Health. Oct; 37(4):263-5. PMID: 16182135. 2005

95. Reich JA, **Brindis CD**. Conceiving Risk and Responsibility: A Qualitative Examination of Men's Experiences of Unintended Pregnancy and Abortion. International Journal of Men's Health. 2(5):133-152. 2006

96. Ralph L, **Brindis CD**, Shields WC. Mandating parental involvement in adolescents' abortion: implications of a short-sighted policy. Contraception. Feb; 73(2):211-3. PMID: 16413852. 2006

97. **Brindis CD**. A public health success: understanding policy changes related to teen sexual activity and pregnancy. Annu Rev Public Health. 27:277-95. PMID: 16533118. 2006

98. Park MJ, Paul Mulye T, Adams SH, **Brindis CD**, Irwin CE. The health status of young adults in the United States. J Adolesc Health. Sep; 39(3):305-17. PMID: 16919791. 2006

99. Afable-Munsuz A, **Brindis CD**. Acculturation and the Sexual and Reproductive Health of Latino Youth in the US: A Literature Review. Perspectives on Sexual and Reproductive Health, 38(4):208-219. PMID: 17162313. 2006

100. Foster DG, Biggs MA, Amaral G, **Brindis CD**, Navarro S, Bradsberry M, Stewart F. Estimates of pregnancies averted through California's family planning waiver program in 2002. Perspect Sex Reprod Health. Sep; 38(3):126-31. PMID: 16963385. 2006

101. **Brindis CD**, Hair EC, Cochran S, Cleveland K, Valderrama LT, Park M.J. Increasing Access to Program Information: A Strategy for Improving Adolescent Health. Journal of Maternal and Child Health, 11(1) 27-35. PMID: 17031582. 2007

102. Foster DG, Ralph LJ Arons A, **Brindis CD**, Harper CC. Trends in knowledge of emergency contraception among women in California, 1999-2004. Women's Health Issues. Ja-Feb;17, 22-28. PMID: 17321944. 2007

103. Knopf DK, Jane Park M, **Brindis CD**, Mulye TP, Irwin CE. What gets measured gets done: assessing data availability for adolescent populations. Matern Child Health J. Jul; 11(4):335-45. PMID: 17308967. 2007

104. Adams SH, Newacheck PW, Park MJ, **Brindis CD**, Irwin CE. Health insurance across vulnerable ages: patterns and disparities from adolescence to the early 30s. Pediatrics. May; 119(5):e1033-9. PMID: 17473076. 2007

105. Kreger M, **Brindis CD**, Manuel DM, Sassoubre L. Lessons learned in systems change initiatives: benchmarks and indicators. Am J Community Psychol. Jun; 39(3-4):301-20. PMID: 17510792. 2007

106. Amaral G, Foster DG, Biggs MA, Jasik CB, Judd S, **Brindis CD**. Public savings from the prevention of unintended pregnancy: a cost analysis of family planning services in California. Health Serv Res. Oct; 42(5):1960-80. PMID: 17850528. PMCID: PMC2254565 2007

107. Buckelew SM, Yu J, English A, **Brindis CD**. Innovations in preventive mental health care services for adolescents. J Adolesc Health. May; 42(5):519-25. PMID: 18407048. 2008

108. Park MJ, **Brindis CD**, Chang F, Irwin CE. A midcourse review of the healthy people 2010: 21 critical health objectives for adolescents and young adults. J Adolesc Health. Apr; 42(4):329-34. PMID: 18346657. 2008

109. Yu JW, Adams SH, Burns J, **Brindis CD**, Irwin CE. Use of mental health counseling as adolescents become young adults. J Adolesc Health. Sep; 43(3):268-76. PMID: 18710682. 2008

110. Foster DG, Biggs MA, Ralph LJ, Arons A, **Brindis CD**. Family planning and life planning reproductive intentions among individuals seeking reproductive health care. Womens Health Issues. Sep-Oct; 18(5):351-9. PMID: 18485738. 2008

111. Castro R, Casique I, **Brindis CD**. Empowerment and physical violence throughout women's reproductive life in Mexico. Violence Against Women. Jun; 14(6):655-77. PMID: 18535307. 2008

112. Soleimanpour S, **Brindis CD**, Geierstanger S, Kandawalla S, Kurlaender T. Incorporating youth-led community participatory research into school health center programs and policies. Public Health Rep. Nov-Dec; 123(6):709-16. PMID: 19711652. PMCID: PMC2556716 2008

Prepared: July 2, 2025

113. Foster DG, Rostovtseva DP, **Brindis CD**, Biggs MA, Hulett D, Darney PD. Cost savings from the provision of specific methods of contraception in a publicly funded program. Am J Public Health. Mar; 99(3):446-51. PMID: 18703437. PMCID: PMC2661445 2009

114. Kreger M, **Brindis CD**, Arons A, Sargent K, Robles A., Hendricks A, Jhawar M, Standish M. Turning the Ship: Moving from Clinical Treatment to Environmental Prevention: A Health Disparities Policy Advocacy Initiative. The Foundation Review. 3(1):26-42. 2009

115. **Brindis CD**, Geierstanger SP, Faxio A. The role of policy advocacy in assuring comprehensive family life education in California. Health Educ Behav. Dec; 36(6):1095-108. PMID: 19366884. 2009

116. Mulye TP, Park MJ, Nelson CD, Adams SH, Irwin CE, **Brindis CD**. Trends in adolescent and young adult health in the United States. J Adolesc Health. Jul; 45(1):8-24. PMID: 19541245. 2009

117. Biggs MA, Ralph L, Minnis A, Marchi KS, Lehrer J, Braveman PA, **Brindis CD**. Factors associated with delayed childbearing: from the voices of expectant Latina adults and teens in California Hispanic Journal of Behavioral Sciences. 32(1) 77-103. 2009

118. Maternowska C, Estrada F, Campero L, Herrera C, **Brindis CD**, Vostrejs MM. Gender, culture and reproductive decision-making among recent Mexican migrants in California. Cult Health Sex. Jan; 12(1):29-43. PMID: 19657804. 2010

119. **Brindis CD**. Reflections in honor of the contributions of Harold S. Luft: overview of the occasion. Health Serv Res. Jun; 45(3):848-50. PMID: 20337733. PMCID: PMC2875763 2010

120. **Brindis CD**. Lost opportunities in accessing reproductive health care--can pediatricians still make a difference? J Adolesc Health. Apr; 46(4):305-6. PMID: 20307817. 2010

121. **Brindis CD**. Lost Opportunities in Accessing Reproductive Health Care-Can Pediatricians Still Make a Difference? Journal of Adolescent Health. (46) No. 4, 305-306. 2010

122. Gardner A, Geierstanger S, **Brindis CD**, McConnel C. Clinic consortia media advocacy capacity: partnering with the media and increasing policymaker awareness. J Health Commun. Apr; 15(3):293-306. PMID: 20432109. 2010

123. Cubbin C, **Brindis CD**, Jain S, Santelli J, Braveman P. Neighborhood poverty, aspirations and expectations, and initiation of sex. J Adolesc Health. Oct; 47(4):399-406. PMID: 20864010. 2010

124. Foster DG, Raine TR, **Brindis CD**, Rostovtseva DP, Darney PD. Should providers give women advance provision of emergency contraceptive pills? A cost-effectiveness analysis. Womens Health Issues. Jul-Aug; 20(4):242-7. PMID: 20620913. PMCID: PMC3153435 2010

125. Soleimanpour S, Geierstanger SP, Keller S, McCarter V, **Brindis CD**. The role of school health centers in health care access and client outcomes. Am J Public Health. Sep; 100(9):1597-603. PMID: 20634445. PMCID: PMC2920968 2010

126. Ralph LJ, **Brindis CD**. Access to reproductive healthcare for adolescents: establishing healthy behaviors at a critical juncture in the lifecourse. Curr Opin Obstet Gynecol. Oct; 22(5):369-74. PMID: 20733485. 2010

127. Curtis AC, Waters CM, **Brindis CD**. Rural adolescent health: the importance of prevention services in the rural community. J Rural Health. 27(1):60-71. PMID: 21204973. 2011

Prepared: July 2, 2025

128. Ralph L, Berglas N, Schwartz S, **Brindis CD.** Finding Teens in TheirSpace: Using Social Networking Sites to Connect Youth to Sexual Health Services. Sexuality Research and Social Policy. 1(8):38-49. 2011

129. Gardner A, Geierstanger S, Miller-Nascimento L, **Brindis CD**. Expanding Organizational Advocacy Capacity: Reflections from the Field. The Foundation Review. 1-2(3):23-42. 2011

130. Gilliam M, **Brindis CD**. Virtual Sex Ed: Youth, Race, Sex, and New Media. Sexuality Research and Social Policy. 1(8):1-4. 2011

131. Amaral G, Geierstanger S, Soleimanpour S, **Brindis CD**. Mental health characteristics and health-seeking behaviors of adolescent school-based health center users and nonusers. J Sch Health. Mar; 81(3):138-45. PMID: 21332478. 2011

132. Guendelman S, Fernandez A, Thornton D, **Brindis CD**. Birthplace, language use, and body size among Mexican American women and men: findings from the National Health and Nutrition Examination Survey (NHANES) 2001-2006. J Health Care Poor Underserved. May; 22(2):590-605. PMID: 21551936. 2011

133. Schwartz SL, **Brindis CD**, Ralph LJ, Biggs MA. Latina adolescents' perceptions of their male partners' influences on childbearing: findings from a qualitative study in California. Cult Health Sex. Sep; 13(8):873-86. PMID: 21707264. 2011

134. Foster DG, Biggs MA, Rostovtseva D, de Bocanegra HT, Darney PD, **Brindis CD**. Estimating the fertility effect of expansions of publicly funded family planning services in California. Womens Health Issues. Nov-Dec; 21(6):418-24. PMID: 21802962. 2011

135. Dehlendorf C, Foster DG, de Bocanegra HT, **Brindis CD**, Bradsberry M, Darney P. Race, ethnicity and differences in contraception among low-income women: methods received by Family PACT Clients, California, 2001-2007. Perspect Sex Reprod Health. Sep; 43(3):181-7. PMID: 21884386. PMCID: PMC3412526 2011

136. Jiang N, Kolbe LJ, Seo DC, Kay NS, **Brindis CD**. Health of adolescents and young adults: trends in achieving the 21 Critical National Health Objectives by 2010. J Adolesc Health. Aug; 49(2):124-32. PMID: 21783043. 2011

137. Kreger M, Sargent K, Arons A, Standish M, **Brindis CD**. Creating an environmental justice framework for policy change in childhood asthma: a grassroots to treetops approach. Am J Public Health. Dec; 101 Suppl 1:S208-16. PMID: 21836108. PMCID: PMC3222493 2011

138. Saleeby E, **Brindis CD**. Women, reproductive health, and health reform. JAMA. Sep 21; 306(11):1256-7. PMID: 21934061. 2011

139. Gee RE, **Brindis CD**, Diaz A, Garcia F, Gregory K, Peck MG, Reece EA. Recommendations of the IOM clinical preventive services for women committee: implications for obstetricians and gynecologists. Curr Opin Obstet Gynecol. 2011 Dec; 23(6):471-80. PMID: 22011955. 2011

140. **Brindis CD**, Ralph LJ. Critical junctures: assuring healthy outcomes for adolescents in the new millennium. Adolesc Med State Art Rev. Dec; 22(3):341-66, ix. PMID: 22423455. 2011

141. Foster DG, Higgins JA, Biggs MA, McCain C, Holtby S, **Brindis CD**. Willingness to have unprotected sex. J Sex Res. 2012; 49(1):61-8. PMID: 21516592. 2012

142. Lustig RH, Schmidt LA, **Brindis CD**. Public health: The toxic truth about sugar. Nature. Feb 01; 482(7383):27-9. PMID: 22297952. 2012

Prepared: July 2, 2025

143. Ozer EM, Urquhart JT, **Brindis CD**, Park MJ, Irwin CE. Young adult preventive health care guidelines: there but can't be found. Arch Pediatr Adolesc Med. 2012 Mar; 166(3):240-7. PMID: 22393182. 2012

144. Keeton V, Soleimanpour S, **Brindis CD**. School-based health centers in an era of health care reform: building on history. Curr Probl Pediatr Adolesc Health Care. 2012 Jul; 42(6):132-56; discussion 157-8. PMID: 22677513. PMCID: PMC3770486 2012

145. de Bocanegra HT, Maguire F, Hulett D, Horsley K, Puffer M, **Brindis CD**. Enhancing service delivery through title x funding: findings from California. Perspect Sex Reprod Health. 2012 Dec; 44(4):262-9. PMID: 23231334. 2012

146. Patel AI, Chandran K, Hampton KE, Hecht K, Grumbach JM, Kimura AT, Braff-Guajardo E, **Brindis CD**. Observations of drinking water access in school food service areas before implementation of federal and state school water policy, California, 2011. Prev Chronic Dis. 2012; 9:E121. PMID: 22765930. PMCID: PMC3468310 2012

147. Biggs MA, Combellick S, Arons A, **Brindis CD.** Educational barriers, social isolation, and stable romantic relationships among pregnant immigrant Latina teens. Hisp Health Care Int. 2013; 11(1):38-46. PMID: 24830483. 2013

148. Hughes D, Docto L, Peters J, Lamb AK, **Brindis CD**. Swimming upstream: the challenges and rewards of evaluating efforts to address inequities and reduce health disparities. Eval Program Plann. 2013 Jun; 38:1-12. PMID: 23416287. 2013

149. Adams SH, Newacheck PW, Park MJ, **Brindis CD**, Irwin CE. Medical home for adolescents: low attainment rates for those with mental health problems and other vulnerable groups. Acad Pediatr. 2013 Mar-Apr; 13(2):113-21. PMID: 23375459. 2013

150. Brody CD, Freccero J, **Brindis CD**, Bellows B. Redeeming qualities: exploring factors that affect women's use of reproductive health vouchers in Cambodia. BMC Int Health Hum Rights. 2013 Feb 26; 13:13. PMID: 23442446. PMCID: PMC3599041 2013

151. Schapiro NA, Kools SM, Weiss SJ, **Brindis CD**. Separation and reunification: the experiences of adolescents living in transnational families. Curr Probl Pediatr Adolesc Health Care. 2013 Mar; 43(3):48-68. PMID: 23419833. 2013

152. Thompson KM, Raine TR, Foster DG, Speidel JJ, Darney PD, **Brindis CD**, Harper CC. Access to levonorgestrel emergency contraception: science versus federal politics. Womens Health (Lond). 2013 Mar; 9(2):139-43. PMID: 23477320. 2013

153. Minnis AM, Marchi K, Ralph L, Biggs MA, Combellick S, Arons A, **Brindis CD**, Braveman P. Limited socioeconomic opportunities and Latina teen childbearing: a qualitative study of family and structural factors affecting future expectations. J Immigr Minor Health. 2013 Apr; 15(2):334-40. PMID: 22678305. PMCID: PMC3479330 2013

154. Biggs MA, Arons A, Turner R, **Brindis CD**. Same-day LARC insertion attitudes and practices. Contraception. 2013 Nov; 88(5):629-35. PMID: 23809277. 2013

155. Foster DG, Biggs MA, Malvin J, Bradsberry M, Darney P, **Brindis CD**. Cost-savings from the provision of specific contraceptive methods in 2009. Womens Health Issues. 2013 Jul-Aug; 23(4):e265-71. PMID: 23816157. 2013

156. Ozer EM, Scott JT, **Brindis CD**. Seizing the opportunity: improving young adult preventive health care. Adolesc Med State Art Rev. 2013 Dec; 24(3):507-25. PMID: 24654545. 2013

Prepared: July 2, 2025

157. **Brindis CD**, Moore K. Improving adolescent health policy: incorporating a framework for assessing state-level policies. Annu Rev Public Health, 35:343-61. 2014 PMID: 24387089. 2014

158. Blum A, Giordano A, Park J, Rosenbaum S, **Brindis CD**. Implementing Health Reform in an Era of Semi-Cooperative Federalism, Lessons from the Age 26 Expansion. Journal of Health & Biomedical Law. 2014; (10):327-362. 2014

159. Suleiman, A, **Brindis CD**. Adolescent School-Based Sex Education: Using Developmental Neuroscience to Guide New Directions for Policy and Practice. Theoretical/Conceptual Papers. NY, Sexuality Research and Social Policy June:11(2);137–152. 2014

160. Thiel de Bocanegra H, Cross Riedel J, Menz M, Darney PD, **Brindis CD**. Onsite provision of specialized contraceptive services: does Title X funding enhance access? J Womens Health (Larchmt). May; 23(5):428-33. 2014. PMID: 24405313. PMCID: PMC4011460 2014

161. Okumura MJ, Ong T, Dawson D, Nielson D, Lewis N, Richards M, **Brindis CD**, Kleinhenz ME. Improving transition from paediatric to adult cystic fibrosis care: programme implementation and evaluation. BMJ Qual Saf. Apr; 23 Suppl 1:i64-i72.  2014. PMID: 24415776. PMCID: PMC4449274 2014

162. Biggs MA, Harper CC, Malvin J, **Brindis CD**. Factors influencing the provision of long-acting reversible contraception in California. Obstet Gynecol. Mar; 123(3):593-602. PMID: 24499746. 2014

163. Park MJ, Scott JT, Adams SH, **Brindis CD**, Irwin CE. Adolescent and young adult health in the United States in the past decade: little improvement and young adults remain worse off than adolescents. J Adolesc Health, Jul; 55(1):3-16. 2014. PMID: 24815958. 2014

164. Raymond-Flesch M, Siemons R, Pourat N, Jacobs K, **Brindis CD**. "There Is No Help Out There and If There Is, It's Really Hard to Find": A Qualitative Study of the Health Concerns and Health Care Access of Latino "DREAMers." Journal of Adolescent Health, Sept. 55(3):323–328. PMID: 25151054. 2014

165. Patel AI, Hecht K, Hampton KE, Grumbach JM, Braff-Guajardo E, **Brindis CD**. Tapping into water: key considerations for achieving excellence in school drinking water access. Am J Public Health. Jul; 104(7):1314-9. PMID: 24832141. PMCID: PMC4056210 2014

166. Maternowska MC, Withers M, **Brindis CD**. Gender, masculinity and migration: Mexican men and reproductive health in the Californian context. Cult Health Sex. 2014; 16(8):989-1002. 2014. PMID: 24939475. 2014

167. Schapiro NA, Kools SM, Weiss SJ, **Brindis CD**. Impact of gender on separation-reunification experiences of Latino immigrant adolescents. Field Actions Science Reports [Online], Special Issue 13, Online since 14 April 2015, http://journals.openedition.org/factsreports/3860. 2015

168. Biggs MA, Rocca CH, **Brindis CD**, Hirsch H, Grossman D. Did increasing use of highly effective contraception contribute to declining abortions in Iowa? Contraception. Feb; 91(2):167-73. PMID: 25465890. 2015

169. Pourat N, Hadler MW, Dixon B, **Brindis CD**. One-stop shopping: efforts to integrate physical and behavioral health care in five California community health centers. Policy Brief UCLA Cent Health Policy Res. Jan; (PB2015-1):1-11. PMID: 25924245. 2015

Prepared: July 2, 2025

170. Sedlander E, **Brindis CD**, Bausch SH, Tebb KP. Options for assuring access to confidential care for adolescents and young adults in an explanation of benefits environment. J Adolesc Health. Jan; 56(1):7-9. PMID: 25530602. 2015

171. Lewis C, Deardorff J, Lahiff M, Soleimanpour S, Sakashita K, **Brindis CD**. High school students' experiences of bullying and victimization and the association with school health center use. J Sch Health. May; 85(5):318-26. PMID: 25846311. 2015

172. Biggs MA, Harper CC, **Brindis CD**. California Family Planning Health Care Providers' Challenges to Same-Day Long-Acting Reversible Contraception Provision. Obstet Gynecol. Aug; 126(2):338-45. PMID: 26241424. 2015

173. **Brindis CD**, Irwin CE. Insuring Young Adults in the United States Through the Affordable Care Act. J Adolesc Health. Aug; 57(2):131-2. PMID: 26206433. 2015

174. Tebb KP, Sedlander E, Bausch S, **Brindis CD**. Opportunities and Challenges for Adolescent Health Under the Affordable Care Act. Matern Child Health J. Oct; 19(10):2089-93. PMID: 25724539. 2015

175. Raymond-Flesch M, Siemons R, **Brindis CD**. Research and Engagement Strategies for Young Adult Immigrants Without Documentation: Lessons Learned Through Community Partnership. Prog Community Health Partnership; 10(3):373-382. 2016. PMID: 28230545. 2016

176. Patel AI, **Brindis CD**. Maximizing School Policies to Reduce Youth Consumption of Sugar-Sweetened Beverages. J Adolesc Health. 2016 Jul; 59(1):1-2. PMID: 27338661. 2016

177. Lara D, Decker MJ, **Brindis CD**. Exploring how residential mobility and migration influences teenage pregnancy in five rural communities in California: youth and adult perceptions. Cult Health Sex. Sep; 18(9):980-95. PMID: 27439657. 2016

178. Yamey G, Horváth H, Schmidt L, Myers J, **Brindis CD**. Reducing the global burden of Preterm Birth through knowledge transfer and exchange: a research agenda for engaging effectively with policymakers. Reprod Health. Mar 18; 13:26. PMID: 26987438. PMCID: PMC4797256 2016

179. **Brindis CD**. The "State of the State" of School-Based Health Centers: Achieving Health and Educational Outcomes. American Journal of Preventive Medicine, 51 pp. 139-140 DOI: 10.1016/j.amepre.2016.03.004. 2016. PMID: 27320218. 2016

180. Patel AI, Grummon AH, Hampton KE, Oliva A, McCulloch CE, **Brindis CD**. A Trial of the Efficacy and Cost of Water Delivery Systems in San Francisco Bay Area Middle Schools, 2013. Prev Chronic Dis. 07 07; 13:E88. PMID: 27390074. PMCID: PMC4951080 2016

181. Banspach S, Zaza S, Dittus P, Michael S, **Brindis CD**, Thorpe P. CDC Grand Rounds: Adolescence - Preparing for Lifelong Health and Wellness. MMWR Morb Mortal Wkly Rep. Aug 05; 65(30):759-62. PMID: 27491062. 2016

182. Arons A, Decker M, Yarger J, Malvin J, **Brindis CD**. Implementation in Practice: Adaptations to Sexuality Education Curricula in California. J Sch Health. Sep; 86(9):669-76. PMID: 27492936. 2016

183. Decker, MJ, Gutmann-Gonzalez A, Lara D. and **Brindis CD**. Exploring the Influence of Neighborhood-Level Factors on Adolescent Birth Rates in California: A Social-Ecological Approach, Youth & Society 1–24, 2016. DOI: 10.1177/0044118X16660323

Prepared: July 2, 2025

184. Yarger J, Decker MJ, Campa MI, **Brindis CD**. Rural-Urban Differences in Awareness and Use of Family Planning Services Among Adolescent Women in California. J Adolesc Health. Apr; 60(4):395-401. 2017. PMID: 27998703. 2017

185. Grummon AH, Hampton KE, Hecht A, Oliva A, McCulloch CE, **Brindis CD**, Patel AI. Validation of a Brief Questionnaire Against Direct Observation to Assess Adolescents' School Lunchtime Beverage Consumption. J Nutr Educ Behav. 2017 Nov - Dec; 49(10):847-851.e1. PMID: 28743436. PMCID: PMC5682217 2017

186. **Brindis CD**, Twietmeyer L, Park MJ, Adams S, Irwin CE. Improving Receipt and Preventive Care Delivery for Adolescents and Young Adults: Initial Lessons from Top-Performing States. Matern Child Health J. Jan 30. PMID: 28138827. 2017

187. Siemons R, Raymond-Flesch M, Auerswald CL, **Brindis CD**. Erratum to: Coming of Age on the Margins: Mental Health and Wellbeing Among Latino Immigrant Young Adults Eligible for Deferred Action for Childhood Arrivals (DACA). J Immigr Minor Health. 2017 08; 19(4):1000. PMID: 27106484. 2017

188. Pottie K, Hui C, Rahman P, Ingleby D, Akl EA, Russell G, Ling L, Wickramage K, Mosca D, **Brindis CD**. Building Responsive Health Systems to Help Communities Affected by Migration: An International Delphi Consensus. Int J Environ Res Public Health. Feb 03; 14(2). 2017. PMID: 28165380. PMCID: PMC5334698 2017

189. Falzone AE, **Brindis CD**, Chren MM, Junn A, Pagoto S, Wehner M, Linos E. Teens, Tweets, and Tanning Beds: Rethinking the Use of Social Media for Skin Cancer Prevention. Am J Prev Med. 2017 Sep; 53(3S1):S86-S94. PMID: 28818251. PMCID: PMC5886032 2017

190. Larson S, Spetz J, **Brindis CD,** Chapman S. Characteristic Differences Between School-Based Health Centers With and Without Mental Health Providers: A Review of National Trends. J Pediatr Health Care. Jul - Aug; 31(4):484-492. PMID: 28189399. 2017

191. Larson S, Chapman S, Spetz J, **Brindis CD**. Chronic Childhood Trauma, Mental Health, Academic Achievement, and School-Based Health Center Mental Health Services. J Sch Health. 2017 Sep; 87(9):675-686. PMID: 28766317. 2017

192. **Brindis CD**. Advancing the Field of Teenage Pregnancy Prevention Through Community-Wide Pregnancy Prevention Initiatives. J Adolesc Health. Mar; 60(3S):S1-S2. PMID: 28235429. 2017

193. **Brindis CD**, Freund KM, Baecher-Lind L, Bairey Merz CN, Carnes M, Gulati M, Joffe H, Klein WS, Mazure CM, Pace LE, Regensteiner JG, Redberg RF, Wenger NK, Younger L. The Risk of Remaining Silent: Addressing the Current Threats to Women's Health. Womens Health Issues. 2017 Nov - Dec; 27(6):621-624. PMID: 29150088. 2017

194. Isquick S, Chang R, Thiel de Bocanegra H, Chabot M, **Brindis CD**. Postpartum Contraception and Interpregnancy Intervals Among Adolescent Mothers Accessing Public Services in California. Matern Child Health J. Apr; 21(4):752-759. PMID: 27475821. 2017

195. Yarger J, Daniel S, Antonia Biggs M, Malvin J, **Brindis CD**. The Role of Publicly Funded Family Planning Sites In Health Insurance Enrollment. Perspect Sex Reprod Health. Jun; 49(2):103-109. PMID: 28445624. 2017

196. **Brindis CD**. Setting the Stage: Advancing a Cancer Prevention Agenda for Young Adults. Am J Prev Med, Sep; 53(3S1):S1-S4. PMID: 28818239. 2017

Prepared: July 2, 2025

197. Siemons R, Raymond-Flesh M, Auerswald CL, **Brindis CD**. Coming of Age on the Margins: Mental Health and Wellbeing Among Latino Immigrant Young Adults Eligible for Deferred Action for Childhood Arrivals (DACA). J Immigr Minor Health. Jun; 19(3):543-551. PMID: 26852235. 2017

198. Philliber AE, Hirsch H, **Brindis CD**, Turner R, Philliber S. The Use of ACOG Guidelines: Perceived Contraindications to IUD and Implant Use Among Family Planning Providers. Matern Child Health J. September 21(9):1706–1712. PMID: 28707101. 2017

199. Soleimanpour S, Geierstanger S, **Brindis CD**. Adverse Childhood Experiences and Resilience: Addressing the Unique Needs of Adolescents. Acad Pediatr, Sep - Oct; 17(7S):S108-S114. PMID: 28865641. 2017

200. Holman DM, White MC, Shoemaker ML, Massetti GM, Puckett MC, **Brindis CD**. Cancer Prevention During Early Adulthood: Highlights From a Meeting of Experts. Am J Prev Med, Sep; 53(3S1): S5-S13. PMID: 28818246. PMCID: PMC5890433 2017

201. Horvath H, **Brindis CD**, Reyes EM, Yamey G, Franck L. Preterm birth: the role of knowledge transfer and exchange. Health Res Policy Syst, Sep 06; 15(1):78. PMID: 28874160. PMCID: PMC5586007 2017

202. Hecht AA, Grumbach JM, Hampton KE, Hecht K, Braff-Guajardo E, **Brindis CD**, McCulloch CE, Patel AI. Validation of a survey to examine drinking-water access, practices and policies in schools. Public Health Nutr. Sep 12; 1-7. PMID: 28893341. 2017

203. Larson S, **Brindis CD**, Chapman SA, Spetz J. Rates of Exposure to Victimizing Events and Use of Substances Among California's Middle and High School Students. J Sch Nurs. 2018 Jan 01; 1059840517707242. PMID: 29357730. 2018

204. Tebb KP, Rodriguez F, Price M, Rodriguez F, **Brindis CD**. Improving California's Capacity to Implement a Positive Youth Development Intervention for Expectant and Parenting Adolescents. Journal of Community Medicine and Health Education. 4(8):263. 2018

205. Jacobs LM, **Brindis CD**, Hughes D, Kennedy CE, Schmidt LA. Measuring Consumer Engagement: A Review of Tools and Findings. Journal for Healthcare Quality, May/June; 40(3):139–146. 2018. doi: 10.1097/JHQ.0000000000000085. PMID: 28786845. 2018

206. Ralph LJ, King E, Belusa E, Foster DG, **Brindis CD**, Biggs MA. The Impact of a Parental Notification Requirement on Illinois Minors' Access to and Decision-Making Around Abortion. J Adolesc Health, Mar; 62(3):281-287. PMID: 29248391. 2018

207. Tebb KP, Rodriguez F, Pollack LM, Trieu SL, Hwang L, Puffer M, Adams S, Ozer EM, **Brindis CD**. Assessing the effectiveness of a patient-centred computer-based clinic intervention, Health-E You/Salud iTu, to reduce health disparities in unintended pregnancies among Hispanic adolescents: study protocol for a cluster randomised control trial. BMJ Open, Jan 10; 8(1):e018201. PMID: 29326184. PMCID: PMC5780691 2018

208. **Brindis CD**, Freund KM. The ramifications of recent health policy actions for cardiovascular care of women: Progress, threats, and opportunities. Clin Cardiol. 2018 Feb; 41(2):173-178. PMID: 29485710. 2018

209. Tilley L, Yarger J, **Brindis CD**. Young Adults Changing Insurance Status: Gaps in Health Insurance Literacy. J Community Health. 2018 Feb 17. PMID: 29455314. 2018

Prepared: July 2, 2025

210. Mazur A, **Brindis CD**, Decker MJ. Assessing youth-friendly sexual and reproductive health services: a systematic review. BMC Health Serv Res, 03 27; 18(1):216. 2018. PMID: 29587727. PMCID: PMC5870922 2018

211. Adams S, Park MJ, Twietmeyer L, **Brindis CD**, Irwin CE Jr. Association between Adolesce Preventive Care and The Role of the Affordable Care Act. JAMA Pediatr, 172(1):43-48. doi:10.1001/jamapediatrics.2017.3140. PMID: 29114725 PMCID: PMC5833515. 2018

212. Adams S, Park J, Twietmeyer L, **Brindis CD**, Irwin CE Jr. Increasing Delivery of Preventive Services to Adolescents and Young Adults: Does the Preventive Visit Help?. Journal of Adolescent Health. 2018 Jun 19. pii: S1054-139X(18)30137-X. doi: 10.1016/j.jadohealth.2018.03.013. PMID: 29929838. 2018

213. Malekinejad M, Horvath H, Snyder H, **Brindis CD**. The discordance between evidence and health policy in the United States: the science of translational research and the critical role of diverse stakeholders. Health Res Policy Syst. 2018 Aug 16; 16(1):81. PMID: 30115085. 2018

214. **Brindis CD**, Houtrow A Opportunities for improving programs and services for children with disabilities. Journal of Adolescent Health. 2018 11; 63(5):529-530. PMID: 30348277. 2018.

215. Decker MJ, Isquick S, Tilley L, Zhi Q, Gutman A, Luong W, **Brindis CD**. Neighborhoods matter. A systematic review of neighborhood characteristics and adolescent reproductive health outcomes. Health and Place Oct. 9 54:178-190. PMID: 30312942. 2018

216. Wallace SP, De Trinidad Young ME, Rodriquez MA, **Brindis CD**. A social determinants framework identifying state-level immigrant policies and their influence on health. SSM Population Health, 2019 Apr; 7:016-16. PMID: 30581960. 2018

217. Mendelson T, Mmari K, Blum RW, Catalano RF, **Brindis CD**. Opportunity youth: insights and opportunities for a public health approach to reengage disconnected teenagers and young adults. Public Health Reports. Nov/Dec;133(1):54S-64S. /doi.org/10.1177/0033354918799344. PMID:30426873 PMCID: PMC6243446. 2018

218. Tebb KP, Pica G, Twietmeyer L, Angela Diaz, **Brindis CD**. Innovative Approaches to Address Social Determinants of Health Among Adolescents And Young Adults. Health Equity Nov 2018; 2(1):321-328. PMID: 30450488. 2018

219. Adams S, Park J, Twietmeyer L, **Brindis CD**, Irwin CE. Young Adult Preventive Healthcare: Changes in Receipt of Care Pre- to Post-Affordable Care Act. J Adolesc Health. 2019 Jun;64(6):763-769. PMID:30850314. 2019

220. Raymond-Flesch M, Lucia L, Jacobs K, **Brindis CD**. Improving Medicaid Access in Times of Health Policy Change: Solutions from Focus Groups with Frontline Enrollment Workers. Journal of Health Care for the Poor and Underserved. 2019, February; 30(1):280-296. PMID:30827983. 2019

221. Schapiro NA, Green EK, Kaller S, **Brindis CD**, Rodriquez A, Alkebulan-Abakah M, Chen JL. Impact on Healthy Behaviors of Group Obesity Management Visits in Middle School Health Centers: A Community-Based Participatory Research Approach. Journal of School Nursing. J Sch Nurs. 2019 Apr 15; 1059840519842226. PMID: 30983480. 2019

222. Grummon A, Cabana M, Hecht A, Alkon A, McCulloch C, **Brindis CD**, Patel A. Effects of a Multi-pronged Beverage Intervention on Young Children's Beverage Intake and Weight: A Cluster Randomized Pilot Study. Public Health Nutr. 2019 10; 22(15):2856-2867. PMID: 31303190. 2019

Prepared: July 2, 2025

223. Dickson E, Parshall M, **Brindis CD**.  Isolated Voices: Perspectives of Teachers, School Nurses, and Administrators Regarding Implementation of Sexual Health Education Policy. Journal of School Health. 2020 Feb; 90(2):88-98. PMID: 31813167. 2019

224. Dickson E, **Brindis CD**. The Double Bind of School Nurses and Policy Implementation: Intersecting the Street Level Bureaucracy Framework and Teaching Sexual Health Education. J Sch Nurs. 2019 Aug 22; 1059840519868764. PMID: 31438767. 2019

225. Laguna MC, Hecht AA, Ponce J, Jue T, **Brindis CD**, Patel, AI. Teachers as Healthy Beverage Role Models: Relationship of Student and Teacher Beverage Choices in Elementary Schools. Journal of Community Health. 2020 Feb; 45(1):121-127. PMID: 31407126. 2019

226. Bonnie RJ, Backes EP, Alegria M, Diaz A, **Brindis CD**.  Fulfilling the Promise of Adolescence: Realizing Opportunity for All Youth.  J Adolesc Health. 2019 Oct; 65(4):440-442. PMID: 31439468. 2019

227. Onono MA, **Brindis CD**, White JS, Goosby E, Okoro DO, Bukusi EA, Rutherford GW. Challenges to Generating Political Prioritization for Adolescent Sexual and Reproductive Health in Kenya: A Qualitative Study.  PLoS One, 2019; 14(12):e0226426. PMID: 31856245. 2019

228. Kreger M, Sargent K, **Brindis CD**. An Underpinning of School Inequities: Asthma Absences and Lost Revenue in California Schools. J Sch Health. 2020 Mar; 90(3):200-211. PMID: 31957039. 2019

229. Soleimanpour S, Schapiro NA, Faxio A, **Brindis CD**.  A Preliminary Study Examining the Validity of Brief Trauma Screening Tools for Young Adolescents in School-Based Health Centers.  Journal of Nursing Measurement. 2020 Dec 17:JNM-D-19-00043. doi: 10.1891/JNM-D-19-00043. Epub ahead of print. PMID: 33334845, printed: Volume 29, Number 1, 2021 pp. 53-.65.

230. Kassabian S, Fewer S, Yamey G, **Brindis CD**. Building a global policy agenda to prioritize preterm birth: A qualitative analysis on factors shaping global health policymaking. Gates Open Research. 2020 Jun 22;4:65. doi: 10.12688/gatesopenres.13098.1. PMID: 33117963; PMCID: PMC7578407.

231. Decker, M, Dandekar, S, Gutmann-Gonzales, A, **Brindis CD**. Bridging the Gap Between Sexual Education and Clinical Services: Adolescent Perspectives and Recommendations. Journal of School Health. J Sch Health. 2021 Nov;91(11):928-935. doi: 10.1111/josh.13084. Epub 2021 Sep 14

232. Barney A., Rodriguez F, Schwarz EB, Reed R, Tancredi D, **Brindis CD,** Dehlendorf C, Tebb KP. Adapting to Changes in Teen Pregnancy Prevention Research: Social Media as an Expedited Recruitment Strategy. Journal of Adolescent Health, 2021. Aug;69(2):349-353. doi: 10.1016/j.jadohealth.2020.12.140. Epub 2021 Feb 23.

233. Tebb, KP, Rodriguez, F, Pollack, LM, Adams, SH Rico, R, Renteria, R, Trieu, SL, Hwang, L, **Brindis**, **CD**, Ozer, E, Puffer, M. Improving Contraceptive Use Among Latina Adolescents: A Cluster-Randomized Controlled Trial Evaluating an mHealth Application, Health-E You/Salud iTu. Contraception. 2021.

234. Yarger J, Schroeder R, Blum M, Cabral MA, **Brindis CD**, Perelli B, Harper CC. Concerns About the Cost of Contraception Among Young Women Attending Community College. Women's Health Issues. 2021 Apr 27. PMID: 33931310.

Prepared: July 2, 2025

235. Decker MJ, Pineda N, Gutmann-Gonzalez A, **Brindis CD**. Youth-centered maternity care: a binational qualitative comparison of the experiences and perspectives of Latina adolescents and healthcare providers. BMC Pregnancy Childbirth. 2021 May 02; 21(1):349.

236. Adams, SH, Schaub JP, Nagata JM, Park MJ, **Brindis CD**, Irwin CE. Young Adult Perspectives on COVID-19 Vaccinations, Journal of Adolescent Health. J Adolesc Health. 2021 Sep; 69(3): 511–514. Published online 2021 Jul 14. doi: 10.1016/j.jadohealth.2021.06.003

237. Tebb, K and **Brindis CD**. Understanding the Psychological Impacts of Teenage Pregnancy through a Socio-ecological Framework and Life Course Approach. Seminars in Reproductive Medicine. *2022*. DOI https://doi.org/ 10.1055/s-0041-1741518. ISSN 1526-8004.

238. Gutman-Gonzalez, A., Dandekar S, Decker MA, **Brindis CD.** Bridging the Gap Between Sexual Health Education and Clinical Services: Adolescent Perspectives and Recommendations. Journal of School Health. J Sch Health. 2021 Nov;91(11):928-935. doi:10.1111/josh.13084. Epub 2021 Sep 14.

239. English, A and **Brindis, CD**, Health, Safety, and Wellbeing of Adolescents and Young Adults in the United States: What Is at Stake Beyond 2021, Journal of Adolescent Health, 70 (2022) 175e185.

240. **Brindis, CD**. Advancing Sexual and Reproductive Health Education: Pursuing the Long Arc of Justice, Journal of Adolescent Health. 70 (2022) 521e522

241. Adams, SH, Schaub JP, Nagata JM, Park MJ, **Brindis CD**, Irwin CE. Young Adult Anxiety or Depressive Symptoms and Mental Health Service Utilization During the COVID-19 Pandemic. Journal of Adolescent Health (2022) 1-4; https://doi.org/10.1016/j.jadohealth.2022.02.023

242. Sudhinaraset M, Choi, H., Nakphong MK, Woofter R, **Brindis CD**., Contraceptive use and consistency and the role of deferred action for childhood arrivals: A cross-sectional survey of undocumented young adults, Sexual & Reproductive Healthcare 32 (2022) (1-6). 100725

243. Gutman-Gonzalez A, Borgen N, Decker M, **Brindis CD**. Youth perceptions and concerns about sexually transmissible infections versus pregnancy: A qualitative comparative study in California. Sexual Health (2022) (A=I) https://doi.org/10.1071/SH22037 .

244. Maya S, Kahn JG, Lin TK, Jacobs LM, Schmidt LA, Burrough WB, Ghasemzadeh R, Mousli L, Allan M, Donovan M, Barker E, Horvath H, Spetz J. **Brindis CD,** Mohsen Malekinejad M. Indirect COVID-19 Health Effects and Potential Mitigating Interventions: Cost-effectiveness framework. PLOS One 17(7): e0271523. https://doi.org/10.1371/ journal.pone.0271523

245. Decker M, Gutman-Gonzalez A, Saphir M, Nyugen NT, Zhi Q, **Brindis, CD.** Integrated Theory-Based Health and Development Interventions for Young People: A Global Scoping Review, Health Education & Behavior, Published Online: 2022-10-31; 1-12. DOI link: https://doi.org/10.1177/10901981221130734

246. Wesevich A, Jiao MG, Santanam TS, Chung RJ, Uchitel J, Zhang Q, **Brindis CD**, Ford CA, Counts NZ, Wong CA. Adolescent and Young Adult Perspectives on Quality and Value in Health Care. Acad Pediatr. 2022 Oct 23.  PMID: 36288750.

247. Decker, MJ. Price M, Harrison S, Spellen S, Hutchings N, Martinez E, Rutman SP, Shaver A, Franck LS, **Brindis CD,** and Fuchs J. Using Collective Impact to advance birth equity: A comparison of two cross-sector efforts in California. (Maternal and Child Health Journal, November, 2022,( **https://doi.org/10.1007/s10995-022-03528-w).**

Prepared: July 2, 2025

248. Barral RL, **Brindis CD,** Hornberger L, Trent M, Sherman AK, Ramirez M, Finocchario-Kessler S, Ramaswamy M. The perfect storm: Perceptions of influencing adults regarding Latino teen pregnancy in rural communities**:** Maternal and Child Health Journal,February 2023. DOI: 10.1007/s10995-023-03627-2

249. Harper CC, Jones E, **Brindis CD**, Watson A, Schroeder R, Boyer CB, Edelman A, Trieu S, Yarger J. Educational Intervention among adolescents and young adults on emergency contraception options. Journal of Adolescent Health 2023 (January1-4).  (

250. Congdon JL, Bardach NS, Franck LS, **Brindis CD**, Boscardin WJ, Carrasco  Z, Cabana MD, Dehlendorf C. Postpartum Family Planning in Pediatrics: A Survey of Parental Contraceptive Needs and Health Services Preferences (Academic Pediatrics, 2023). 1876-2859, https://doi.org/10.1016/j.acap.2023.03.009. (https://www.sciencedirect.com/science/article/pii/S1876285923000967)

251. Lakatos KO, Teherani A, Thottathil SE, Gandhi S, Weiser, SD, **Brindis CD,** A race to net zero—early lessons from healthcare decarbonization marathon. Health Affairs Scholar (2023, 1(1), 1–10 https://doi.org/10.1093/haschl/qxad006.Advance access publication: June 20, 2023.

252. Mitchell A, Gutmann-Gonzalez A, **Brindis, CD,** Decker, MJ. Contraceptive access experiences and perspectives of. Mexican-origin youth: a binational qualitative study. Sexual and Reproductive Health Matters 2023;31(1):1–16, 31:1, 2216527, DOI:10.1080/26410397.2023.221652. To link to this article: https://doi.org/10.1080/26410397.2023.2216527

253. Rudman, SP, Price M, Williams S, Jones L, Williams-Burt H, Decker MJ, Franck LS, Fuchs JD, **Brindis CD,** Pursuing research justice through community academic partnership to address racial disparities in preterm birth,  *Progress in Community Health Partnerships: Research, Education, and Action*, Summer, 2023, Vol. 17.2. Pages 319-327.

254. Rutman SP, Borgen N, Spellen S, King DD, Decker MJ, Rand L, Cobbins A, **Brindis CD.**Addressing anti-black racism in an academic preterm birth initiative: perspectives from a mixed methods case study. BMC Public Health. 2023 10 18; 23(1):2039.  PMID: 37853363; PMCID: PMC10585806.

255. Adams S, Park JM, **Brindis CD,** Irwin JE, Adolescents' Receipt of Care in a Medical Home: Results from a National Survey, *Journal of Adolescent Health,*2023; 1-S

256. Patel AI, Schmidt LA, McCulloch CE, Blacker, L., Cabana MD, **Brindis CD**, Ritchie LD, A Effectiveness of a School Drinking Water Promotion and Access Program for Overweight Prevention. *Pediatrics.* 2023 09 01; 152(3). PMID: 37545466; PMCID: PMC10471511

257. Raney, JH, Weinstein S, Ganson KT, Testa A, Jackson DB, Pantell M, Glidden DV, **Brindis CD**, Nagata JM. Mental Well-Being Among Adversity-Exposed Adolescents During the COVID-19 Pandemic. *JAMA Netw Open*. 2024 Mar 04; 7(3):e242076.

258. Mangurian C, **Brindis CD.**Take these steps to accelerate the path to gender equity in health sciences. *Nature.* 2024 Mar; 627(8003):S21. PMID: 38480972.

259. Potter MB, Mansur S, Rutman SP, **Brindis CD**. Is team science valued in the academic promotions process? A mixed-methods case study. *J Clin Transl Sci*. 2024; 8(1):e28.  PMID: 38384922; PMCID: PMC10880000.

260. **Brindis CD,** Laitner MH, Clayton EW, Scrimshaw SC, Grosz BJ, Simpson LA, Rosenbaum S, Brierley CL, Simon MA, Yvette Roubideaux Y, Calonge BN, Johnson PA, DeStefano L,

Prepared: July 2, 2025

Bear A, Arora KS, Dzau VJ.  Health-care workforce implications of the Dobbs v Jackson Women's Health Organization decision. *Lancet*. May 22, 2024 , Page 1-4. https://doi.org/10.1016/ S0140-6736(24)00581-6.

261. **Brindis CD**, Laitner MH, Clayton EW, Scrimshaw SC, Grosz BJ, Simpson LA, Rosenbaum S, Brierley CL, Simon MA, Yvette Roubideaux Y, Calonge BN, Johnson PA, DeStefano L, Bear A, Arora KS, Dzau VJ. Societal implications of the *Dobbs v Jackson Women's Health Organization* decision. Lancet. May 22, 2024 https://doi.org/10.1016/ S0140-6736(24)00534-8.

262. Barral BR, Fortenberry FJ, Avitia AA, Ramirez RM, Masonbrink MA, **Brindis CD**. "Sex Out of Boredom": Key Stakeholders' Perspectives on Teen Pregnancy Prevention in Emerging Immigrant Latino Rural Communities. *Sexuality Research and Social Policy*. 2024 May 11; 1-13. **https://doi.org/10.1007/s13178-024-00967-8**

263. Fieldhouse J, Nakiire L, Kayiwa J, Brindis C, Mitchell A, Makumbi I, Ario AR, Fair E, Mazet JAK, Lamorde M. How feasible or useful are timeliness metrics as a tool to optimise One Health outbreak responses? *BMJ Glob Health*2024;9:e013615. doi:10.1136/ bmjgh-2023-01361

264. Schapiro N.Soleimanpour S, Brindis CD. Constructing adolescent-friendly settings to facilitate screening for adverse childhood experiences, *The Journal of Nurse Practitioners*, 20 (2024) 105133, https://doi.org/10.1016/j.nurpra.2024.105133.

265. Raney JH, Weinstein S., Testa A,  Testa KT, Memon Z, Glidden, DV, Baker FC, **Brindis CD**, Nagata, JM. Sexual identity is associated with adverse childhood experiences (ACEs) in US early adolescents. *Academic Pediatrics*, Open Access. August 10, 2024 DOI:https://doi.org/10.1016/j.acap.2024.07.022

266. Rutman, S. P., Loey, J., Decker, M. J., de Guzman, N. S., Spitzer, J., & **Brindis, C. D**. (2024). Experiences of Dating Violence and Protective Factors Among Adolescents in Vulnerable Contexts. *Journal of Aggression, Maltreatment & Trauma*, 1–21. https://doi.org/10.1080/10926771.2024.2418546

267. Pedroza-Tobias A, Cradock A,  Salomon J,  Ritchie LD,  Mcculloch, C, Blacker LS, Schmidt L, **Brindis CD**, Cabana M, Patel A, "Water First" School Water Promotion and Access Intervention: A Cost Analysis Study. *J Acad Nutr Diet*. 2024 Nov 06. PMID: 39515643

268. Shapiro NA and **Brindis CD**. Supporting Primary Care Providers to Improve Adolescent Behavioral and Mental health. *Journal of Pediatric Health Care*. 2025; 1(1):1-5.

269. Nagata JM, Diep T, Helmer CK, Domingue SK, Al-Shoaibi AA, Raney JH, Ganson KT, Testa A, He J, **Brindis CD**, Baker FC. Sexual orientation discrimination and eating disorder symptoms in early adolescence: a prospective cohort study. *J Eat Disord*. 2024 Nov 29; 12(1):196.  PMID: 39614397

270. Nagata JM, Shim J, Low P, Ganson KT, Testa A, He J, Santos GM, **Brindis CD**, Baker FC, Shao IY. Prospective association between screen use modalities and substance use experimentation in early adolescents. *Drug Alcohol Dependence*. 2024 Nov 14; 266:112504.  PMID: 39612721.

271. Nagata JM, Memon Z, Talebloo J, Li K, Low P, Shao I, Ganson K, Testa A, He J, **Brindis CD**, & Baker F. Prevalence and Patterns of Social Media Use in Early Adolescents. *Academic Pediatrics.* 2025.

Prepared: July 2, 2025

272. Johnson J, **Brindis CD**, Donelan K., Goodwin M, Harris H., Kozhimannil KB Rosenbaum S, Weitz T. New Directions for Women's Health: Expanding Understanding, Improving Research, Addressing Workforce Limitations. *Health Affairs*, February 2025, 44-2. Pages 1-7. doi: 10.1377/hlthaff.2024.01004.

273. Fieldhouse, J. K., Nakiire, L., Kayiwa, J., Mirzazadeh, A., Brindis, C. D., Mitchell, A., Sepulveda, J., Makumbi, I., Ario, A.R., Fair, E., Gallalee, S., Isabirye, H., Sekamatte, M., Bird, B.H., Smith, W., Desai, A., Mazet, J.A.K., Lamorde, M. (2025). An analysis of One Health timeliness metrics across multisectoral public health emergencies in Uganda. *Communications Medicine, 5*(1), 192. doi:10.1038/s43856-025-00893-9

274. Nathan SF., Chapman SA, **Brindis CD**, Rocca CH. Associations Among Sociodemographic and Contextual Factors and Youth Pregnancy Preferences. *J Adolesc Health*. 2025 May 17.  PMID: 40380966.

275. Raney RJ, Memon MZ, Otmar OC, Testa TA, Ganson GK, **Brindis BC**, Nagata NJ. Lesbian, Gay, and Bisexual Adolescents Faced Disproportionate Mental Challenges During the COVID-19 Pandemic: What Can We Do About It? Findings From the Adolescent Brain Cognitive Development Study. *J Adolescent Health*. 2025 Mar 1; 76(3):s95-s96.

276. Nagata J. Et al Multidimensional Assessment of Gender Diversity in a Large National Sample of US Early Adolescents, (accepted, *JAMA Pediatrics*).

277. Nagata J, Ganson K, Testa A, Jinbo H, Santos GM, **Brindis CD,** Baker FC. "Prospective Association between Screen Use Modalities and Substance Use Experimentation in Early Adolescents." (accepted: *Drug and Alcohol Dependence*).


**Under Review**

Bryson AE, Oberman M, Lehmann LS, Ralph L, **Brindis CD**, Raymond-Flesch M. Navigating a new frontier: Clinicians' confidence in their ability to help adolescents access abortion post-Dobbs. submitted to *J of Adolescent Health.*

Friend J. **Brindis CD,** Upadhyay UD. Abortion AI: Toward an equity-centered research agenda for AI and abortion, *Contraception*

Mangurian C, **Brindis CD,** Bolstering the Pathway to Promote Scientific Workforce Diversity: The UCSF Mid-Career Development Program. *Academic Medicine Innovation Report*.

Marty- Chantan C,, **Brindis CD,** Thattathil S, Weiser S,  Sherman J,Teherani A. "Barriers and Facilitators in Implementing Clinical Decarbonization Strategies in Healthcare Settings: Insights from the University of California Health System. (Submitted to *The Joint Commission Journal on Quality and Patient Safety*).

Raney JH, Memom Z, Otmar CD, Ganson KT, Testa A, Baker FC, **Brindis CD**, Nagata JM.Sexual Minority Adolescents and the COVID-19 Pandemic: Examining School and Coping Factors to Promote Well-being (submitted to *J of Adolescent Health.)*

Prepared: July 2, 2025

**REVIEW ARTICLES**

1. **Brindis CD**.  Book review of Risking the Future: Adolescent Sexuality, Pregnancy, and Childbearing (Volumes 1 and 2), Family Life Educator, 6(1):20-21. 1987

2. **Brindis CD**.  Book review of Adolescents at Risk: Prevalence and Prevention (J Dryfoos, Oxford University Press, 1990), Family Life Educator 9(3):21-22. 1991

3. **Brindis CD**.  Book review of Adolescent Pregnancy in an Urban Environment: Issues, Programs, and Evaluation (J Hardy and L Zabin, Urban Institute Press, Washington, DC and Urban and Schwarzenberg, Baltimore and Munich, 1991) Family Planning Perspectives, 24(5):230-233. 1992

4. **Brindis CD**.  Book review of Losing Generations: Adolescents in High-Risk Settings (Panel on High-Risk Youth, Commission on Behavioral and Social Sciences and Education, National Research Council), Family Life Educator, 12(4) 1994

5. **Brindis CD**.  Book review of The Best Intentions: Unintended Pregnancy and the Well-Being of Children and Families (SS Brown & L Eisenberg, National Academy Press, Washington, DC) Family Life Educator. 1996

6. **Brindis CD**.  Book review of Risking the Future: Adolescent Sexuality, Pregnancy, and Childbearing (Volumes 1 and 2), Family Life Educator, 6(1):20-21. 1997

**BOOKS AND CHAPTERS**

1. Peck W, Hatcher R, **Brindis CD**, Brown E, Thompson J.  Case Histories and Family Planning.  Baltimore: Williams Publishing Company. 1976

2. **Brindis CD**, Korenbrot C, Brown P.  Evaluation Guidebook for Family Planning Information and Education Projects.  Guidebook funded by State of California, Department of Health Services, Office of Family Planning, Grant No. 85-86970. 1986

3. Lipton HL, Dixon-Mueller R, **Brindis CD**.  Transactions with clients: Suggestions for re-search, training and action.  In RJ Lapham, GB Simmons (eds.) Organizing for Effective Family Planning Pro-grams. Washington, DC:  National Academy Press. 1987

4. **Brindis CD**, Jeremy R.  Adolescent Pregnancy and Parenting in California: A Strategic Plan for Action.  San Francisco: Center for Reproductive Health Policy Research, Institute for Health Pol-icy Stud-ies, University of California, San Francisco. 1988

5. **Brindis CD**, Reyes P.  Evaluating Your Information and Education Project.  State of California Guidebook, published by Department of Health Services, Office of Family Planning, Grant No. 86-88951. 1988

6. Halfon N, Jameson W, **Brindis CD**, Lee P, Korenbrot C, Newacheck P.  The health of California's children.  In The Conditions of Children in California.  Berkeley, CA: PACE, Uni-versity of Cali-fornia, Berkeley/Stanford University. 1989

7. Eisen M, **Brindis CD**.  Compilation of an adolescent pregnancy prevention minimum evalua-tion data set.  In JJ Card (ed.) Evaluating Programs Aimed at Preventing Teenage Pregnancies.  Palo Alto, CA: Sociometrics Corporation. 1989

8. Abbey N, **Brindis CD**, Casas M.  Family Life Education in Multicultural Classrooms. Santa Cruz, CA: ETR Associate. 1990

Prepared: July 2, 2025

9. **Brindis CD,** Pittman K, Reyes P, Adams S. Adolescent Pregnancy Prevention: A Guidebook for Communities. Stanford, CA. Stanford Health Promotion Center. 1990

10. Millstein SG, Irwin CE, Jr., **Brindis CD**: Sociodemographic trends and projections in the adolescent population.  In: Hendee WR (ed.) The Health of Adolescents. San Francisco, CA: Jossey-Bass, Inc., pp. 1 - 15. 1991

11. **Brindis CD**, Lee PR.  Adolescents' Conceptualization of Illness.  In RM Lerner, AC Pe-tersen, J Brooks-Gunn (eds.) Encyclopedia of Adolescence.  New York: Garland Publishing, Inc. 1991

12. **Brindis CD**, Irwin C, Millstein S.  U.S. Profile of ado-lescent health.  In ER McEnerey, RE Kreipe, DR Orr, GD Comerciz (eds.) Textbook of Adolescent Medicine, pp. 12-27.  Philadelphia: W.B. Saunders Co. 1992

13. **Brindis CD**, Irwin CE, Jr., Millstein SG:  The demography of adolescents in the U.S.: A national profile.  In: McAnarney E, Kreipe R, Orr DP, Commerci G (eds.), Textbook of Adolescent Medicine.  Philadelphia, PA: W.B. Saunders, pp. 12 - 27. 1992

14. **Brindis CD**.  Help a child avoid having a child.  In M Brodkin (ed.) Every Kid Counts.  San Francisco:  Harper Collins. 1993

15. **Brindis CD**, Eisen M.  A minimum data set for evaluating programs aimed at preventing ado-lescent pregnancy.  In JJ Card (ed.) Handbook of Adolescent Sexuality and Pregnancy – Re-search and Evaluation Instruments.  Newbury Park, CA:  Sage Publications. 1993

16. **Brindis CD**.  Antecedents and consequences: The need for diverse strategies in adolescent preg-nancy prevention.  In A Lawson, DL Rhode (eds.) The Politics of Pregnancy: Adolescent Sexuality and Public Policy.  New Haven, CT:  Yale University Press. 1993

17. **Brindis CD**.  Conducting a comprehensive community-wide needs assessment. In Guide to Creating Comprehensive School-Linked Services for California Children and Families.  Sacramento, CA:  State Partnership for Comprehensive School-Linked Services. 1993

18. **Brindis CD**.  Funding and policy options.  In SE Samuels, MD Smith (eds.) Condoms in the Schools (report from The Kaiser Forums).  Menlo Park, CA: Henry J. Kaiser Family Foundation. 1993

19. **Brindis CD**.  California case study. In J Steinschneider (ed.) A Guide to School-Based and School-Linked Health Centers (Volume III: Potential Sources of Federal Support for School-Based and School-Linked Health Services).  Washington, DC: The Center for Population Options (Support Center for School-Based and School-Linked Health Care). 1993

20. **Brindis CD**.  School-Based health clinics.  In HM Wallace, RP Nelson & PJ Sweeney (eds.) Maternal and Child Health Practices, (Fourth Edition) pp. 602-613.  Oakland, CA: Third Party Publishing. 1993

21. **Brindis CD**.  Adolescent pregnancy prevention and sexuality education.  In J Drolet, K Clark (eds.) The Sexuality Education Challenge.  Santa Cruz, CA: ETR Associates. 1994

22. **Brindis CD**.  Health care reform and adolescent health: The anticipated role and contribution of public health.  In C Irwin, C Brindis, K Holt, K Langlykke (eds.) Health Care Reform: Opportunities for Improving Adolescent Health.  Arlington, VA: National Center for Education in Maternal and Child Health. 1994

Prepared: July 2, 2025

23. **Brindis CD**, Park MJ, Valderrama TL, Lee CM, Margolis R, Kolbe LJ, Achrekar AP, Hannan C, Anglin TM. Improving the Health of Adolescents & Young Adults: A Guide for States and Communities. Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Division of Adolescent and School Health; Health Resources and Services Administration, Maternal and Child Health Bureau, Office of Adolescent Health; National Adolescent Health Information Center, University of California, San Francisco, Atlanta, GA. (http://nahic.ucsf..edu). 1994

24. **Brindis CD** and Laski L.  Evaluaciones de Programas de Salud.  Mexico: McGraw-Hill. 1995

25. **Brindis CD**, Laski L.  El embarazo adolescente en los jovenes Hispanos de los Estados Unidos de America.  In R. Martínez y Martínez (ed.) La Salud del Niño y del Adolescente (3rd edition).  Mexico: Masson-Salvat. 1995

26. **Brindis CD**, Laski L.  El embarazo adolescente en los jovenes Hispanos de los Estados Unidos.  In R. A. Hidalgo San Martín (ed.) Salud, Sexualidad y Reproduccion en la Adolescencia. Mexico: Universidad de Guadalajara, Instituto Mexicano del Seguro Social, Organizacion Panamericana de la Salud. 1996

27. **Brindis CD**, Peterson JL, Card JJ, Eisen M. Prevention Minimum Evaluation Data Set (PMEDS): A Minimum Data Set for Evaluating Programs Aimed at Preventing Adolescent Pregnancy and STD/HIV/AIDS. Second Edition (updated from JJ Card [ed.] Handbook of Adolescent Sexuality and Pregnancy Research and Evaluation Instruments, Sage Publications, Newbury Park, 1993). Los Altos, CA: Sociometrics Corp. 1996

28. **Brindis CD**, Pfeffer R, Wolfe A.  A case management program for chemically dependent clients with multiple needs.  In HA Siegal, RC Rapp (eds.) Case Management and Sub-stance Abuse Treatment: Practice and Experience, pp. 155-176.  New York: Springer Publishing Company, Inc. 1996

29. **Brindis CD**.  Financing adolescent health services.  In SB Friedman, M Fisher, SK Schonberg, EM Al-derman (eds.) Comprehensive Adolescent Health Care (Second Edition), pp. 114-118.  St. Louis, MO: Mosby. 1997

30. **Brindis CD**, Theidon K.  Case management.  In A field Guide to CASAWORKS for Families: A Treatment and Training Program for Substance-Abusing Women on Welfare and Their Families–A Work in Progress (Volume II, Service Delivery), pps. 18-34. New York: Columbia University, National Center on Addiction and Substance Abuse. 1998

31. **Brindis CD**, Kaplan D, Phibbs S. A Guidebook for Evaluating School-based Health Centers. Denver, CO: University of Colorado Health Sci-ences Center and San Francisco: University of California, San Francisco. Available through National Assembly for School-Based Health Centers, Washington, D.C. (http://nahic.ucsf.edu). 1998

32. Card JJ, **Brindis CD**, Peterson J, Niego S.  Evaluating Teen Pregnancy Prevention Programs (sponsored by Centers for Disease Control and Prevention). (http://www.socio.com/index.htm)  Los Altos, CA: Sociometrics Corp. 1999

33. Castañeda X, Castañeda I, **Brindis CD**.  El circulo de lo sagrado y lo profano: Regulacion de la sexualidad en adolescents de areas rurales (The circle of the sacred and the profane: Regulation of adoles-cent sexuality in rural communities).  In C Stern, E Garcia (ed) Sexualidad y Salud Reproductiva de Adolescentes y Jovenes en Mexico Aportaciones para la investigacion y la accion., pp. 73-88. Mexico, DF, Programa Salud Reproductiva y Sociedad. 2001

Prepared: July 2, 2025

34. **Brindis CD**, Park J, Paul T, Burg S. A Profile of Adolescent Health: The Role of Race, Ethnicity and Gender, <u>In</u> Social Work with Multicultural Youth, pp. 1-32. New York: The Haworth Press Inc. 2002

35. Clayson Z, Castaneda X, Sanchez E, **Brindis CD**. The Intersections of Culture, Health and Systems in California Latino Communities, <u>In</u> Sexual and Reproductive Health Promotion in Latino Populations: Parteras, Promotoras y Poetas, Case Studies across the Americas. New York: Baywood Publishing Co. 2003

36. Driscoll A, Biggs M, **Brindis C**D.  The Influence of Acculturation on Latino Adolescent Childbearing.  Cultural Dimensions of Teen Pregnancy Prevention and Parenting, 22(4): 14-15. 2003

37. **Brindis CD**. California at the Forefront: Building on a History of Wise Investments in Teen Pregnancy Prevention, <u>In:</u> Reality Check: Teen Pregnancy Prevention Strategies That Work. Xlibris Corporation. 2004

38. Kreger M, **Brindis CD**, Escamilla H. Cross-Cutting Themes from the CAFA Initiative Evaluation, in Asthma and Environmental Advocacy in California: The Role of Health Coalitions. Community Action to Fight Asthma. 2005

39. **Brindis CD**, Biggs MA, Driscoll A, Faxio AB, Geierstanger S, McCarter V. Evaluation Findings from The California Wellness Foundation's Teen Pregnancy Prevention Initiative (TPPI). The California Wellness Foundation. A Joint Project of Philiber Research Associates, SRI International's Center for Education and Human Services, the University of California, San Francisco's Institute for Health Policy Studies. 2007

40. Biggs, M.A, **Brindis, CD**, Ralph, L, Santelli, J. The Sexual and Reproductive Health of Young Latino Men Living in the US, <u>In</u>: Health Issues in Latino Males: A Social and Structural Approach.. Marilyn Aguirre-Molina, Luisa Borrell, and William Vega, Editors. Rutgers University Press. 2010

41. Soleimanpour S, Geierstanger S, Kaller, S, McCarter V, **Brindis CD**. The Role of School Health Centers in Health Care Access and Client Outcomes, In School-Based Health Care: Advancing Educational Success and Public Health. Terri D. Wright and Jeanita W. Richardson, Editors. American Public Health Association Press, Washington, DC. 2010

42. Park MJ, **Brindis CD**, Mulye T, Fisher M, ed., Aldermanm E, ed., Kreipe R, ed., Rosenfeld W, ed. Health Policy and Financing for Adolescent and Young Adult Health Services. In: Textbook of Adolescent Health Care (AAP). The Donohue Group, Inc. 2011

43. Judd S. **Brindis CD**. El Involucramiento de Los Hombres Jovenes en la Salud Sexual Y Reproductiva: Hacia Una Agenda Binacional de Investigacion, Accion Y Politica Publica. El "problema' del embarazo en la adolescencia: Contribuciones a un debate. Ed. Claudio Stern. El Colegio de Mexico, Centro de Estudios Sociologicos. 2012

44. Schmidt LA, Patel A, **Brindis CD**, Lustig RH. Towards Evidence-Based Policies for Reduction of Dietary Sugars: Lessons from the Alcohol Experience (Chapter 26, pp. 373-386). In Dietary Sugar and Health. Ed. By M. Goran, L. Tappy, KA Le. CRC Press, Taylor & Francis Group. 2014

45. Soleimanpour S, **Brindis CD**, Children's Health and Healthcare Policy (1960s-Today): Part IV Contemporary Health Policy Issues, Chapter 19: Guide to U.S. Health and Health Care Policy. Thomas R. Oliver, Editor. DWJ Books LLC. 2014

Prepared: July 2, 2025

46. Institute of Medicine (IOM) and National Research Council (NRC) Empaneled Committee. Investing the Health and Well-Being of Young Adults. **Brindis CD**, Committee Member and Co-author of Chapter 6: "Public Health" and Chapter 7: "The Health Care System." National Academies Press: http://nap.edu/catalog.php?record_id=18869. 2014

47. Lerner RM, **Brindis CD**, Batanova MD, Blum RW. Adolescent Health and Positive Development: A Relational Developmental Systems Perspective. In the Handbook of Life Course Health Development Science. Springer. 2015

48. Decker MJ, Gutmann-Gonzalez A, Lara D, Lira J, Pérez AC, Estrada-Gutierrez E, Muñoz ER, Guzman-Huerta M, Perichart-Perera O, Pantic I, **Brindis CD**. Adolescent Pregnancy in Mexico and California: Policy and Programmatic Implications. Migration and Health. Chapter 3: 39-50. 2016

49. Decker M, Berglas N, **Brindis CD**. A Call to Action: Developing and Strengthening New Strategies to Promote Adolescent Sexual Health. In Adolescent Pregnancy: Past, Present and Future Trends and Issues, Ed. By Naomi Farber. MDPI, Basel, Switzerland (A Special Issue of Societies). 2016.

50. Gardner AL, **Brindis CD**. Advocacy and Policy Change Evaluation: Theory and Practice. Stanford University Press. Palo Alto, CA 2017.

51. Blondell AD, Robertson MJ, **Brindis CD**, Papanastassiou AA, Bradley SJ. Mobile Homeless Youth, Health Disparities, and Access to Care: Using Mobile Phones and Geospatial Technologies to Document Geographies of Risk and Pathways to Care. C. Freeman et al (eds), In Risk, Protection, Provision and Policy, Geographies of Children and Young People, Vol 12. Springer Science+Business Media Singapore. 2017.

52. **Brindis CD**, MacFarlane S. Challenges in Shaping Policy with Data: In Palgrave Handbook of Global Health Data for Policy and Practice, Eds: MacFarlane S, AbouZahr C. chapter 3:45-63, 2019.

53. Park MJ, **Brindis CD,** Irwin CE, Jr. Health care policy for adolescents and young adults. In: Crockett LJ, Carlo G, Schulenburg JE, eds. APA Handbook of Adolescent and Young Adult Development. American Psychological Association; 2022.

54. **Brindis CD**, Gutmann-Gonzalez A, Decker MJ. Teenage pregnancy: Trends, predictors, prevention efforts, and future directions, Encyclopedia of Child and Adolescent Health (First Edition), Elsevier Press, Volume 1. Pages 973-987, 2023. https://www.sciencedirect.com/science/article/pii/B9780128188729000194; ISBN 9780128188736, https://doi.org/10.1016/B978-0-12-818872-9.00019-4. (https://www.sciencedirect.com/science/article/pii/B9780128188729000194

**OTHER PUBLICATIONS**

1. Manley-Forbes A, Hatcher R, **Brindis CD**.  A one-year experience with a family planning pediatric clinic.  Advances in Family Planning. 1974

2. **Brindis CD**.  Parental notification regulations: Issues and outlooks.  Research Highlights, Institute for Health Policy Studies, University of California, San Francisco, 1(2), 1983.

3. **Brindis CD**.  Demographic trends affecting California family planning providers. Reproductive Health Information Center Newsletter. 1985.

Prepared: July 2, 2025

4. Tereszkiewicz L, **Brindis CD**.  School-based clinics offer health care to teens, youth.  Law News, Journal of the National Center for Youth Law, 7(5):1-3. 1986.

5. **Brindis CD**.  School-Based comprehensive health services – an innovative approach to reaching high risk youth.  Reproductive Health Resources, 4(1):4-9. 1986.

6. **Brindis CD**. Evaluating school-based clinic programs.  Clinic News, IV(2):4-8. 1988

7. **Brindis CD**, Korenbrot C.  A study of the cost implications resulting from the elimination of the Cali-fornia Office of Family Planning.  California Policy Seminar Research Report (published by the California Policy Seminar, a joint University of California/State Government Program), University of California, Berkeley. 1989

8. Irwin CE, Jr, **Brindis CD**, Brodt S, Bennett T, Rodriguez R: The Health of America's Youth: Current Trends in Adolescent Health Status and Utilization of Health Services, Maternal and Child Health Bureau, Health Resources and Services Administration, Public Health Service, U.S. Department of Health and Human Services, Rockville, MD. 1991

9. **Brindis CD**, Reyes P, Stanionis M, Uslan B, Powell A.  The impact of the California Of-fice of Family Planning budget cuts: A clinic based study.  California Policy Seminar research report (published by the California Policy Seminar, a joint University of California/ State Government Program), University of California, Berkeley. 1991

10. Bruner C, Bell K, **Brindis CD**, Chang H, Scarbrough W. Charting a course: Assessing a community's strengths and needs. Resource Brief, National Center for Service Integration. New York: Columbia University, NCSI Information Clearinghouse, National Center for Children in Poverty. 1993

11. **Brindis CD**.  Adolescent health and health care reform.  PSAY Network, 2(1). 1994

12. **Brindis CD**, Park MJ, Valderrama TL, Lee CM, Margolis R, Kolbe LJ, Achrekar AP, Hannan C, Anglin TM. Improving the Health of Adolescents & Young Adults: A Guide for States and Communities. Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Division of Adolescent and School Health; Health Resources and Services Administration, Maternal and Child Health Bureau, Office of Adolescent Health; National Adolescent Health Information Center, University of California, San Francisco, Atlanta, GA. (http://nahic.ucsf.edu). 1994

13. Blachman L, **Brindis CD**.  Finding common ground.  The Clearinghouse for Drug Exposed Children Newsletter, published by the Clearinghouse for Drug Exposed Children, Division of Be-havioral and Developmental Pediatrics, University of California, San Francisco. 1994

14. Irwin CE, Jr., **Brindis CD**, Holt KA, Langlykke K (eds.):  Health care reform: Opportunities for improving adolescent health. Washington, DC: National Center for Education in Maternal and Child Health. 1994

15. **Brindis CD**. Promoting Adolescent Health: Policy Recommendations for Health Care Reform. Testimony, Working Seminar on Adolescent Health and Health Care Reform, Washington, DC. 1994

16. Perino JP, **Brindis CD**. Payment for Services Rendered: Expanding the Revenue Base of School-Based Clinics. A Report on Existing and Potential Funding Sources. Center for Reproductive Health Policy Research, Institute for Health Policy Studies, University of California, San Francisco. 1994

Prepared: July 2, 2025

17. **Brindis CD**, Korenbrot CC.  The Cost Effectiveness of Office of Family Planning Expenditures for Contraceptive Services in the State of California.  Center for Reproductive Health Policy Research, Institute for Health Policy Studies, University of California, San Francisco. 1995

18. **Brindis CD**, Card JJ, Niego S, Peterson J. Assessing Your Community's Needs and Assets: A Collaborative Approach to Adolescent Pregnancy Prevention. Los Altos, CA: Sociometrics Corp. 1996

19. **Brindis CD**, Peterson S.  Effective strategies to reduce teenage pregnancy.  Maternal and Child Health Resources, published by Education Programs Associates, Inc., Campbell, CA 2(2). 1996

20. **Brindis CD**, Wunsch B. Finding Common Ground: Developing Linkages between School-Linked and School-Based Health Services with Managed Care. A Report on the Evaluation of the Foundation Consortium Initiative to Integrate School-Linked and School-Based Health Services with Managed Care. Submitted to the Foundation Consortium for School-Linked Services, Sacramento, CA. 1996

21. **Brindis CD**.  Book review of The Best Intentions: Unintended Pregnancy and the Well-Being of Children and Families (SS Brown & L Eisenberg, National Academy Press, Washington, DC) Family Life Educator. 1996

22. Kahn J, **Brindis CD**, Glei D.  Pregnancies and pregnancy consequences averted by use of contraceptives.  PSAY Network newsletter, 5(3):1-2. 1997

23. Ozer E, **Brindis CD**, Millstein SG, Knopf DK, Irwin CE, Jr. America's Adolescents: Are They Healthy?  San Francisco, CA: University of California, San Francisco. National Adolescent Health Information Center. (http://nahic.ucsf.edu/). 1997

24. **Brindis CD**. Teen pregnancy and immigrant youth. Paper prepared for National Research Council, Commission on Behavioral and Social Sciences and Education, and the Institute of Medicine, Board on Children, Youth, and Families. 1997

25. **Brindis CD**, Moore G.  Developing an assets-based partnership agenda: Lessons learned in the San Francisco School Volunteers' Allies for Education program.  Evaluation report. Submitted to San Francisco School Volunteers. 1997

26. **Brindis CD**, Peterson SA, Brown S.  Complex terrain: Charting a course of action to pre-vent adolescent pregnancy – an analysis of California's policy landscape.  Report commis-sioned by The California Wellness Foundation, Woodland Hills, California. 1997

27. **Brindis CD**, Berkowitz G, Clayson Z, Peacock E.  Evaluating the effectiveness of the Irvine Founda-tion's women's health collaborative: Baseline evaluation findings.  Submitted to the Irvine Foun-dation, March 1996.  Second year findings. 1997

28. Feldman RL, **Brindis CD**.  Healthy Schools, Healthy Communities National Evaluation Final Report: An Evaluation of the First Full Year of Operations for School-Based Health Centers in Elementary, Middle and High Schools Across the Nation.  Report submitted to the Bureau of Primary Health Care, Health Resources and Services Administration, Contract No. 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, Deliverable No. 17.  The Lewin Group, Inc., and the Institute for Health Policy Studies, UCSF. 1997

29. **Brindis CD**, Harder P, Clayson Z, Kim S.  Serving San Francis-co's communities: The San Francisco Children's Fund evaluation.  Final report to the Mayor's Of-fice of Children, Youth

Prepared: July 2, 2025

and Their Families, submitted in conjunction with Harder Company Community Research. 1997

30. **Brindis CD**, Ozer EM, Handley M, Knopf DK, Millstein SG, Irwin CE, Jr.: Improving Adolescent Health: An Analysis and Synthesis of Health Policy Recommendations, Full Report and Report Summary. San Francisco, CA: University of California, San Francisco, National Adolescent Health Information Center. (http://nahic.ucsf.edu/index.php/publications/article/improving_adolescent_health). 1997

31. **Brindis CD**.  Book review of Risking the Future: Adolescent Sexuality, Pregnancy, and Childbearing (Volumes 1 and 2), Family Life Educator, 6(1):20-21. 1997

32. **Brindis CD**, Mamo L, Wilcox N, McCarter V, Peterson S, Sanghvi R.  Peer Providers of Reproductive Health Services Evaluation: Year Two Annual Report, October 1, 1996– September 30, 1997.  Re-port submitted to the California Family Health Council and The California Wellness Foundation. 1997

33. **Brindis CD**.  Managed care and school health.  An interview with Claire D. Brindis, Dr.P.H. School Health Alert (Supplement).  P.O. Box 150127, Nashville, TN, 37215. 1998

34. **Brindis CD**.  Advancing the adolescent reproductive health policy agenda: Issues for the coming decade.  Paper prepared for Health Futures II Meeting, convened by Maternal and Child Health Bureau, U.S. Department of Health and Human Services. 1998

35. **Brindis CD**, Davis L.  Communities Responding to the Challenge of Adolescent Pregnancy Prevention.  A five-part monograph series: 1. Mobilizing for Action 2. Building Strong Foundations, Ensuring the Future 3. Designing Effective Family Life Education Programs 4. Improving Contraceptive Access for Teens 5. Linking Pregnancy Prevention to Youth Development.  Advocates for Youth.Washington, DC. http://www.advocatesforyouth.org/index.php. 1998

36. Rinehart P, Borowsky I, Stolz A, Latts E, Cart CU, **Brindis CD**.  Youth violence: Lessons from the experts.  Minneapolis, MN: Division of General Pediatrics and Adolescent Health, Department of Pediatrics, University of Minnesota. 1998

37. **Brindis CD**. Adolescent transitions: Risk-taking and health. No. 5 in series of monographs, Growing Up Well: Focus on Prevention, published by California Center for Health Improvement, Sacramento, California. 1998

38. Ozer E, **Brindis CD**, Millstein SG, Knopf DK, Irwin CE, Jr.: America's Adolescents: Are They Healthy? San Francisco, CA: University of California, San Francisco, National Adolescent Health Information Center. (http://nahic.ucsf.edu/). 1998

39. Irwin, CE Jr, **Brindis CD**, Millstein SG, Ozer EM, Knopf D, Park J, Burg S. Assuring the Health of Adolescents in Managed Care. (http://nahic.ucsf.edu). 1998

40. **Brindis CD**. Teaching teens about contraception: An interview with Claire Brindis.  Family Life Matters, No. 37. Published by the Network for Family Life Education, Rutgers, The State University, Piscataway, NJ. 1999

41. **Brindis CD**, Tye S, Weltzien E, Kramer J, Swann D.  The TeenSMART Program Evaluation Final Report.  Submitted to the Office of Family Planning, California Department of Health Services. 1999

42. **Brindis CD**, Cagampang H.  An Evaluation of the California Community Challenge Grants Program.  Submitted to the State Office of Community Challenge Grants. 1999

43. **Brindis CD**, VanLandeghem K, Kirkpatrick R, Macdonald T, Lee S.  Adolescents and the State Children's Health Insurance Program (CHIP): Healthy options for meeting the needs of adolescents.  Association of Maternal and Child Health Programs, Washington, DC and University of California, San Francisco, Policy Information and Analysis Center for Middle Childhood and Adolescence, and the National Adolescent Health Information Center, San Francisco. (http://nahic.ucsf.edu/). 1999

44. **Brindis CD**, Berkowitz G, Peacock E, Clayson Z.  Expanding the Sphere of Influence of Women Leaders: Summary Report of the Women's Health Initiative.  Submitted to the James Irvine Foundation. 1999

45. **Brindis CD**, Clayson Z.  The San Francisco Foundation Lifeline Initiative: Final Evaluation Summary Report.  Submitted to the San Francisco Foundation. 1999

46. Cagampang H, **Brindis CD**.  Including Youth in the Health Picture: From Volunteering to Careers in Health.  Prepared for the William K. Kellogg Foundation. 2000

47. **Brindis CD**, Cagampang H, Biggs A, McCarter V.  Report of the Evaluation Enhancement: The Community Challenge Grant Program.  Prepared for the U.S. DHHS, Office of the Assistant Secretary for Planning and Evaluation, Grant 98ASPE296A. 2000

48. **Brindis CD**, Pagliaro S, Davis L. Protection as Prevention: Contraception for Sexually Active Teens.  Washington, DC: National Campaign to Prevent Teen Pregnancy. 2000

49. **Brindis CD**, Peterson S, Wilcox N. A Clinic for Teens by Teens: The Peer Provider Model. Los Angeles: California Family Health Council, Inc. 2000

50. **Brindis CD**, Darney P.  An Evaluation of California's Family Planning Access, Care, and Treatment Program.  Submitted to the Office of Family Planning, California Department of Health Services. 2000

51. Schlitt J, Santelli J, Juszczak L, **Brindis CD**, Nystrom R, Klein J, Kaplan D, Seibou MD. Creating access to care: School-based health center census 1998-99.  Washington, DC: National Assembly on School-Based Health Care. 2000

52. Millstein SG, Ozer EJ, Ozer EM, **Brindis CD**, Knopf DK, Irwin CE, Jr.  Research Priorities In Adolescent Health: An Analysis And Synthesis Of Research Recommendations.  San Francisco, CA: University of California, San Francisco, National Adolescent Health Information Center. (http://nahic.ucsf.edu/). 2000

53. Park MJ, Macdonald TM, Ozer EM, Burg SJ, Millstein SG, **Brindis CD**, Irwin CE, Jr. Investing in Clinical Preventative Health Services for Adolescents. San Francisco, CA: University of California, San Francisco, Policy Information and Analysis Center for Middle Childhood and Adolescence & National Adolescent Health Information Center. (http://nahic.ucsf.edu). 2001

54. **Brindis CD**, Oliva G, Cagampang, H. Bridging the Gap: Next Steps in Developing and Using Indicators to Improve Adolescent Health. University of California, San Francisco. (http://nahic.ucsf.edu/index.php/data/article/measuring_the_positives_review_of_positive_in dicators_and_guidelines/. 2001

55. Cagampang H, **Brindis CD**, Oliva. Assessing the 'Multiple Processes' of Adolescent Health: Youth Development Approaches. University of California, San Francisco. (http://nahic.ucsf.edu/index.php/data/article/measuring_the_positives_review of_positive_indicators_and_guidelines/. 2001

Prepared: July 2, 2025

56. Oliva G, **Brindis CD**, Cagampang.  Developing a Conceptual Model to Select Indicators for the Assessment of Adolescent Health and Well-Being. University of California, San Francisco. (http://nahic.ucsf.edu/index.php/data/article/measuring_the_positives_review_of_positive_indicators_and_guidelines/). 2001

57. **Brindis CD**, Cagampang H, Oliva G, Beyond Indicators: From Risk Assessment to Practical Strategies for Promoting Adolescent Health and Well-Being. University of California, San Francisco. (http://nahic.ucsf.edu/index.php/data/article/measuring_the_positives_review_of_positive_indicators_and_guidelines/). 2001

58. Clayton SL, **Brindis CD**, Hamor JA, Raiden-Wright H, Fong C.  Investing in Adolescent Health: A Social Imperative for California's Future.  San Francisco: University of California, San Francisco, National Adolescent Health Information Center. (http://nahic.ucsf.edu/index.php/publications/article/investing_in_adolescent_health). 2001

59. **Brindis CD**, Tye S, Barenbaum M, Sanchez-Flores H, Judd S, Chand R. Young Men Moving Forward: California's Male Involvement Program, A Teen Pregnancy Prevention Program for Males.  Report prepared for the California Department of Health Services, Office of Family Planning. 2002

60. Clayton S, Lee C, Buckelew S, **Brindis CD**.  Improving Health Care Access Through Teen Oriented Outreach, San Francisco: University of California, National Adolescent Health Information Center. (http://nahic.ucsf.edu/). 2002

61. **Brindis CD**, Park J, Valderrama T, Lee C, Paul T. 2001 State Adolescent Health Coordinator Survey: Summary of Results. National Adolescent Health Information Center, UCSF, Division of Adolescent Medicine. (http://nahic.ucsf.edu/). 2002

62. Biehl MC, Park MJ, **Brindis CD**, Pantell, RH, Irwin CE, Jr.:  The Health Status of America's Middle Childhood Population.  San Francisco, CA: University of California, San Francisco, Public Policy Analysis and Education Center for Middle Childhood and Adolescent Health. 2002

63. **Brindis CD**, Biehl MC, Park MJ, Pantell RH and Irwin CE Jr. Building a Strong Foundation: Creating a Health Agenda for the Middle Childhood Years.  San Francisco, CA: University of California, San Francisco, Public Policy Analysis and Education Center for Middle Childhood and Adolescent Health. 2002

64. Cagampang H, **Brindis CD**, Geierstanger S, Berglas N, Barenbaum M. Making the Connection: How School-Community Partnerships Address Teenage Pregnancy Prevention. Statewide Evaluation Report of the California Department of Education's Teenage Pregnancy Prevention Grant Program (SB 1170/95). California Department of Education, Sacramento, California. 2002

65. Cagampang H, **Brindis CD**, Berglas N, Barenbaum M, Peterson S.  Evaluation of the State Department of Educator's Teenage Pregnancy Prevention Initiative.  Report Prepared for the Stuart Foundation, University of California, San Francisco. 2003

66. Berglas N, **Brindis CD**, Cohen J.  Adolescent Pregnancy and Childbearing in California. Prepared at the request of Senator Dede Alpert, California Research Bureau, CRB 03-007, Sacramento, California. 2003

Prepared: July 2, 2025

67. Peterson S, Soleimanpour S, **Brindis CD**.  Evaluation of the Alameda County School Based Health Centers, Alameda County Health Department. Alameda, CA. 2003

68. Ozer EM, Park MJ, Paul T, **Brindis CD**, Irwin CE, Jr. America's Adolescents Are They Healthy? (Revised Edition) San Francisco, CA: University of California, San Francisco, National Adolescent Health Information Center. (http://nahic.ucsf.edu/). 2003

69. Clayton S, Haas T, Margolis R, Yamada E, **Brindis CD**. Guide to Local Adolescent Health Data Sources in California. (http://nahic.ucsf..edu). 2003

70. **Brindis CD**, Philliber S. Improving Services for Pregnant and Parenting Teens. The Prevention Researcher. Vol. 10, (3), 103-106. 2003

71. Judd, S, **Brindis, CD**, Rodriguez, K, Stern C, Reartes MD, DelCastillo E, Billings DL. The involvement of Young Men in Sexual and Reproductive Health: Towards a binational research, policy, and action agenda. In Spanish, El Involucramiento de los hombres jóvenes en la salud sexual yreproductiva-Hacia Una Agenda Binacional de Investigación, Acción y Política Pública). University of California, San Francisco, Center for Reproductive Health Research and Policy, El Colegio de Mexico, Programa de Salud Reproductiva y Sociedad, IPAS, Mexico (http://crhrp.ucsf.edu/publications/internal.html#Monographs). 2004

72. Cagampang H, **Brindis CD**. California Health Collaborative: Breast and Cervical Cancer Care Coordination and Navigation (CCAN) Program: Report of the Provider Survey. Fresno, California. 2004

73. Driscoll AK, **Brindis CD**, Biggs MA, Valderamma, LT. Priorities, Progress and Promise: A Chartbook on Latino Adolescent Reproductive Health. San Francisco, CA, University of California, San Francisco, Center for Reproductive Health Research and Policy, Department of Obstetrics, Gynecology and Reproductive Sciences. Institute for Health Policy Studies. 2004

74. **Brindis CD**, Ozer E Adams S, Park J, Lordi N, Zahnd E, Holtby S. A Health Profile of California's Adolescents: Findings from the 2001 California Health Interview Survey. (http://www.healthpolicy.ucla.edu). UCLA Center for Health Policy and Public Health Institute, Oakland, California. 2004

75. **Brindis CD**. Pregnancy Prevention Among Latina Adolescents-The Role of Social Capital and Cultural Norms: An Interview. The Prevention Researcher, 11:18-21, Resource Issue. (http://www.TPRonline.org) (Supplement). 2004

76. **Brindis CD**, Sattley D, Mamo L. From Theory to Action: Frameworks for Implementing Community-Wide Adolescent Pregnancy Prevention Strategies. The William and Flora Hewlett Foundation and the California Wellness Foundation. Bixby Center for Reproductive Health Research and Policy, Department of Obstetrics, Gynecology and Reproductive Sciences. Institute for Health Policy Studies. (http://crhrp.ucsf.edu). 2005

77. Darney PD, **Brindis CD**, et al. Final Evaluation Report of Family PACT presented to the California Department of Health Services, Office of Family Planning. 2005

78. Park J, Paul T, Irwin CE Jr, **Brindis CD**. A Health Profile of Adolescent and Young Adult Males. (http://policy.ucsf.edu/index.php/adulthood/article/the_health_status_of_young_adults_in_the_us/). 2005

79. **Brindis CD**, Mulye TP, Park J, Irwin CE. Jr. Young People's Health Care: A National Imperative.

Prepared: July 2, 2025

(http://policy.ucsf.edu/index.php/policy/article/young_peoples_health_care_a_national_impe rative/). 2006

80. **Brindis CD**, Biggs MA, Driscoll A, Faxio AB, Geierstanger S, McCarter V. Evaluation Findings from The California Wellness Foundation's Teen Pregnancy Prevention Initiative (TPPI). The California Wellness Foundation. A Joint Project of Philliber Research Associates, SRI International's Center for Education and Human Services, the University of California, San Francisco's Philip R. Lee Institute for Health Policy Studies. 2007

81. Kreger M, **Brindis CD**. Framework for Systems Change: Community Action to Fight Asthma. (CAFA) Policy Brief Prepared for The California Endowment. Philip R. Lee Institute of Health Policy Studies, University of California, San Francisco. 2007

82. Kreger M, **Brindis CD**. Framework for Systems Change: Working Toward Sustainability. Community Action to Fight Asthma. (CAFA). Issue Brief. An Initiative of The California Endowment. http://www.calasthma.org. 2008

83. Gardner A, Geierstanger S, **Brindis CD**, McConnel C, Newell B, Martin-Mollard M, Funk J. Clinic Consortia Policy and Advocacy Program. Evaluation Executive Summary, 2004-2006. A Program of The California Endowment. Prepared by University of California, San Francisco. 2008

84. Gardner A, Geierstanger S, McConnel C, **Brindis CD**. Issue Brief: Achieving Clinic Financial Stability: Follow the Money. Clinic Consortia Policy and Advocacy Program. Evaluation Executive Summary, 2004-2006. A Program of The California Endowment. Prepared by University of California, San Francisco. 2008

85. Gardner A, Geierstanger S, McConnel C, Newell B, **Brindis CD**. Issue Brief: Media Advocacy Evaluation Findings. Clinic Consortia Policy and Advocacy Program. Evaluation Executive Summary, 2004-2006. A Program of The California Endowment. Prepared by University of California, San Francisco. 2008

86. Gardner A,Geierstanger S, **Brindis CD**. Issue Brief: Policymaker Relationships: From Education to Partnerships. Clinic Consortia Policy and Advocacy Program. Evaluation Executive Summary, 2004-2006. A Program of The California Endowment. Prepared by University of California, San Francisco. 2008

87. Takahashi ER, Florez CJ, Biggs MA, **Brindis CD**. Teen Births in California: A Resource for Planning and Policy. Sacramento, CA: California Department of Public Health, Maternal, Child and Adolescent Health Division and the Office of Family Planning, and The University of California, San Francisco. http://www.cdph.ca.gov/programs/mcah/Documents/MO-TeenBirthsinCalifornia.pdf. 2008

88. Kreger M, Sargent K, Sabherwal S, **Brindis CD**. Issue Brief: Coalition Sustainability.  CAFA (Community Action for Fight Asthma). An Initiative of The California Endowment. Prepared by the Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco. 2009

89. Kreger M, Sargent K, Henderson P, Sabherwal S, **Brindis CD**. Issue Brief: Resident and Community Involvement in Policy Advocacy. CAFA (Community Action for Fight Asthma). An Initiative of The California Endowment. Prepared by the Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco. 2009

90. Kreger M, **Brindis CD**, Sargent K, Sabherwal S, Henderson P. Issue Brief: Developing and Maintaining Coalitions. CAFA (Community Action for Fight Asthma). An Initiative of The

California Endowment. Prepared by the Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco. 2009

91. "Una Cuestion De Esperanza: Reduciendo los Embarazos en Adolescentes Latinas en California". UCSF Center on Social Disparities in Health and the Bixby Center for Global Reproductive Health. Produced by Ideas in Motion. http://bixbycenter.ucsf.edu/videos/video-lo-1.html. 2009

92. "Adolescent Health Data:  Youth Have It - Now What"? LEAH. Webinar available at: http://leah.mchtraining.net/teleconference.php. 2009

93. "Eliminating health disparities and achieving equity: A framework for advancing the health, safety and well-being of adolescents". Webinar available at: http://www.mchcom.com March 11, 2009.

94. "Eliminating Adolescent Health Disparities and Achieving Equity: Empowering Youth". Webinar available at http://www.mchcom.com. April 29, 2009.

95. "Promoting Health Equity in Adolescent Care: Framing the issues: Background, Research and Overview of Approaches. American Academy of Pediatrics". Webinar. July 30, 2009.

96. Austin G, **Brindis CD**, Kreger M. The Critical Connection between Student Health and Academic Achievement: How Schools and Policymakers can Achieve a Positive Impact. Brief developed jointly by WestEd and the Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco, on behalf of the California Education Supports Project. 2009

97. Lubbock LA, **Brindis CD**, Macfarland SB, Barde R, Casteneda X, Gonzalez-Figeroa E, Guendelman S, Infante-Xibille C, Munoz P, Ojeda G, Vostrejs MM. Creating a Health Research and Policy Agenda for Im/migration Between Mexico and California. The University of California, San Francisco Global Health Sciences and the Philip R. Lee Institute for Health Policy Studies. The University of California, Berkeley, Institute of Business and Economic Research, Health Initiative of the Americas and California Program on Access to Care .http://globalhealthsciences.ucsf.edu/programs/Forum.aspx. 2009

98. Teipel KD,**Brindis CD**. Improving the Health of Youth: A Guide for State-level Strategic Planning and Action. State Adolescent Health Information Center, University of Minnesota and National Adolescent Health Information Center, University of California, San Francisco. 2010. http://nahic.ucsf.edu/index.php/publications/article/improving_the_health_of_youth

99. "Health Care Reform Implementation: Opportunities to Improve Adolescent and Young Adult Health" Webinar on Adolescent and Young Adult Health in the Post Reform Era, National Institute of Health Care Management Foundation (NIHCM) August 17, 2010.

100. "Overview of Adolescent Health". AMCHP Webinar. October 29, 2010.

101. Loo VS, **Brindis CD**, Bolan GA. Providing Integrated and Teen-friendly Reproductive Health Services: How to Assess and Strengthen Your Service Interventions. http://bixbycenter.ucsf.edu/publications/. 2010

102. **Brindis CD**, Sanchez-Flores H. Tipping Point Community 2010 Grantee Perception Report. Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco. 2010

103. Migration and Health. Mexican Immigrant Women in the United States. First Edition. A Collaborative report with contributions by the National Population Council of the

Prepared: July 2, 2025

Government of Mexico (CONAPO), University of California, Berkeley School of Public Health Initiative of the Americas (ISA), University of California, Los Angeles School of Public Health, University of California, Davis and Berkeley Migration and Health Research Center (MAHRC), University of California, San Francisco, (Bixby Center for Global Reproductive Health). 2010

104. Kreger M, Mohre G, Standish M, **Brindis CD**. Strategic Approaches to Asthma in California Schools. California School, Quarterly Publication of the California School Boards Association. Winter. 2010

105. Teipel KD, **Brindis CD**. Improving the Health of Youth: A Guide to state-Level Strategic Planning. State Adolescent Resource Center, University of Minnesota and National Adolescent Health Information and Innovation Center, University of California, San Francisco. https://portfolio.umn.edu/portfolio/262839. 2011

106. Braveman P, **Brindis CD**, Biggs A, Marchi K, Minnis A, Ralph L, Arons A. Latina Voices: Findings from a Study of Latina Teen Childbearing in the Fresno and Los Angeles Areas. Funded by the Maternal, Child and Adolescent Health Program and Office of Family Planning of the California Department of Public Health's Center for Family Health. http://bixbycenter.ucsf.edu/publications/files/Latina_Teen_Childbearing_March_2011 2011

107. Darney P, **Brindis CD**, Thiel de Bocanegra H, Policar MS, et al.  Bixby Center for Global Reproductive Health. University of California, San Francisco. Family PACT Program Report, FY 2009-10. Sacramento, CA. http://bixbycenter.ucsf.edu/publications/files/FPACT_ProgramReport_09-10.pdf. 2011

108. "From HP 2010 to HP 2020: Building a Bridge for Advancing an Adolescent Health Agenda." Framing Adolescent and Young Adult Health through Healthy People 2020. California Adolescent Health Collaborative. Webinar presented December 13, 2011.

109. **Brindis CD**, Combellick S. "California Schools Make Uneven Progress on Improving Sex Education". Bixby Center for Global Reproductive Health, UCSF. Commissioned by the American Civil Liberties Union of Northern California (ACLU) http://www.aclunc.org/docs/reproductiverights/uneven progress full report.pdf . 2011

110. Eds: Austin G, **Brindis CD**. Student Health is Vital to Academic Results. Being Well. Learning Well. California Health Students Research Project.http://www.childrennow.org/index.php/learn/beingwelllearningwell. 2012

111. "A Public Health Success: California's Adolescent Pregnancy Prevention Story". Webinar presented August. 1, 2012. University of California, Davis, in conjunction with CALPACT, a public health training center.

112. Kreger M, Goldstein S, **Brindis CD**. Supporting student health and academic achievement through innovative programs and funding models. Being Well. Learning Well. California Healthy Students Research Project. http://www.childrennow.org/index.php/learn/beingwelllearningwell. 2012

113. Combellick SL, Ralph LJ, **Brindis CD**. Financing Health Care Services at Mount Sinai Adolescent Health Center: Overview of Findings from 2010. San Francisco, CA: Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco; and New York, NY: ICF International, November 2012

114. Tebb K, **Brindis CD**, Giordano A, Combelick S, Bausch S, Diaz A.A Shifting Health Landscape for Adolescents and Young Adults: Planning for the Implementation of Federal

Prepared: July 2, 2025

Health Care Reform in New York. Philip R. Lee Institute for Health Policy Studies and Division of Adolescent Medicine, Department of Pediatrics, University of California, San Francisco. 2012

115. Darney P, **Brindis CD**, Thiel de Bocanegra H, Policar MS, et al.  Bixby Center for Global Reproductive Health. University of California, San Francisco. Family PACT Program Report, FY 2011-12. Sacramento, CA. http://bixbycenter.ucsf.edu/publications/files/FPACT_ProgramReport_11-12.pdf. 2013

116. Hughes D, **Brindis CD**. "Athena Breast Health Network: A Model for UC Collaborations." UCSF Philip R. Lee Institute of Health Policy Studies, with assistance from the UC Berkeley School of Public Health, funded by the UC Office of the President. 2013

117. Darney P, Thiel de Bocanegra H, **Brindis CD**, Rodrigues, MD, et al.  The Impact of Title X on Publicly Funded Family Planning Services in California: Access and Quality. Bixby Center for Global Reproductive Health. University of California, San Francisco. Sacramento, CA. 2014

118. Tebb KP, Sedlander E, Pica G, Diaz A, Peake K, **Brindis CD**. Protecting Adolescent Confidentiality Under Health Care Reform: The Special Case Regarding Explanation of Benefits (EOBs): Philip R. Lee Institute for Health Policy Studies and Division of Adolescent and Young Adult Medicine, Department of Pediatrics, University of California, San Francisco; June 2014.

119. **Brindis CD**, Hadler MW, Jacobs K, Lucia L, Pouret N, Raymond-Flesch M, Siemons R, Talamantes E. Realizing the Dream for Californians Eligible for Deferred Action for Childhood Arrivals (DACA): Health Needs and Access to Health Care. UC Berkeley Labor Center, UCLA Center for Health Policy Research and UCSF PRL-Institute for Health Policy Studies. March 2014.

120. Daniel S, Malvin J, Jasik CB, **Brindis CD**. Sensitive Health Care Services in the Era of Electronic Health Records: Challenges and Opportunities in Protecting Confidentiality for Adolescents and Young Adults. Philip R. Lee Institute for Health Policy Studies and Division of Adolescent and Young Adult Medicine, Department of Pediatrics, University of California, San Francisco. September 2014. Available at http://bit.ly/ElectronicHealthRecord-Brief. 2014

121. Biggs MA, Daniel S, Lewis S, Chow J, Malvin J, **Brindis CD**. Findings from the 2012 Family PACT Client Exit Interviews. San Francisco, CA: Bixby Center for Global Reproductive Health, University of California, San Francisco, CA. 2014

122. Pourat N, Hadler MW, Dixon B, **Brindis CD**. One-Stop Shopping: Efforts to Integrate Physical and Behavioral Health Care in Five California Community Health Centers. UCLA Center for Health Policy Research, January 25, 2015. http://healthpolicy.ucla.edu/publications/search/pages/detail.aspx?pubID=1364. 2015

123. Malvin J, Daniel S, **Brindis CD**. California's Confidential Health Information Act (SB 138): Implementation Readiness Among Health Insurers and Health Plans. Funded by the CA Wellness Foundation. Feb. 2015. http://bit.ly/PRL-IHPS-SB138Brief. 2015

124. Lefkowitz B, Cacari-Stone L, (**Brindis CD** participant) Social Determinants of Migrant Health. Conference Report. Issued by the Culture of Health Equity Network. http://cultureofhealthequity.org/our-work/social-determinants-of-migrant-health/. 2015

Prepared: July 2, 2025

125. **Brindis CD**, Viruell-Fuentes E, Goldman Rosas L, Sanchez-Vaznaugh, E. Social Determinants of Migrant Health. Call to Action. Issued by the Culture of Health Equity. http://cultureofhealthequity.org/wp-content/uploads/2015/04/Conference-on-Social-Determinants-of-Health-Call-to-Action-Final-0415.pdf. 2015

126. Cortez R, Decker M, **Brindis CD**, Yarger J, Quinlan-Davidson M. Socioeconomic differences in adolescent sexual and reproductive health: sexually transmitted infections. Health, nutrition and population global practice knowledge brief. Washington, DC; World Bank Group. http://documents.worldbank.org/curated/en/2015/01/23916612/socioeconomic-differences-adolescent-sexual-reproductive-health-sexually-transmitted-infections. 2015

127. Cortez R. **Brindis CD**, Decker M, Yarger J. Socioeconomic differences in adolescent sexual and reproductive health: sources of family planning. Health, nutrition and population global practice knowledge brief. Washington, DC; World Bank Group. http://documents.worldbank.org/curated/en/2015/01/23917202/socioeconomic-differences-adolescent-sexual-reproductive-health-sources-family-planning. 2015

128. Yarger J, Decker M, **Brindis CD**, Cortez R, Quinlan-Davidson M. Socioeconomic differences in adolescent sexual and reproductive health: family planning. Health, nutrition, and population global practice knowledge brief. Washington, DC: World Bank Group. http://documents.worldbank.org/curated/en/2015/01/23915740/socioeconomic-differences-adolescent-sexual-reproductive-health-family-planning. 2015

129. Raymond-Flesch M, Lucia L, Jacobs K,  **Brindis CD**. Lessons from the Medi-Cal Expansion Frontlines: Supporting County Eligibility Workers and Certified Enrollment Counselors to Achieve "No Wrong Door." UCSF Philip R. Lee Institute for Health Policy Studies and UC Berkeley Center for Labor Research and Education. October 2015. http://laborcenter.berkeley.edu/medi-cal-frontlines.pdf

130. Yarger J, Daniel S, Biggs MA, Malvin J, **Brindis CD**. Family PACT Providers and Health Care Reform Implementation, San Francisco, CA: Bixby Center for Global Reproductive Health, University of California, San Francisco http://www.familypact.org/Research/reports/10-29-15HealthCareReformImplementationReport.pdf. 2015

131. Twietmeyer, L, **Brindis, CD**, Adams, S, Park, MJ. Assuring Adolescent and Young Adult Access to Health Insurance and Preventive Health Care Visits: A Compendium of State and Local Strategies. University of California, San Francisco. Available at: http://nahic.ucsf.edu/resource_center/compendium/. 2016

132. **Brindis CD**. CDC Grand Rounds: Adolescence: Preparing for Lifelong Health and Wellness. Centers for Disease Control, MMWR, August 17, 2016.

133. **Brindis CD** & Participants. University of Ottawa. The Ottawa Process International Task Force: Building Health Systems and Health Equity for Populations Affected by Migration. "Health Equity Impact Assessment." Ottawa, Canada. May 16-17, 2016.

134. Tebb KP, Pica G, Diaz A, **Brindis CD**. Adolescent and Health Professional Perspectives on the Medical Home: Improving Health Care Access and Utilization Under the Affordable Care Act. Philip R. Lee Institute for Health Policy Studies and Division of Adolescent and Young

Prepared: July 2, 2025

Adult Medicine, Department of Pediatrics, University of California, San Francisco; July 2016. http://nahic.ucsf.edu/wp-content/uploads/2016/07/Adolescent-Medical-Home-Policy-Brief-July-2016.pdf

135. Yarger J, Mazur A, Lara D, **Brindis CD**. Center for Global Surgical Studies SWOT Analysis Report. Philip R. Lee Institute for Health Policy Studies, University of California, San Francisco. April 2016.

136. The Campaign for Better Care: Summary Evaluation Findings: **Brindis CD**, Hughes D. (Philip R. Lee Institute for Health Policy Studies) published by The Atlantic Philanthropies. September 7, 2016

137. Hughes D, **Brindis CD**, Pettis J. "Talking is Teaching Campaign at UCSF Benioff Children's Hospital Oakland. Too Small to Fail." Funded by the Clinton Foundation and The Opportunity Institute. July 2016

138. Tebb KP, Pica G, Twietmeyer L, Diaz K, **Brindis CD**. Addressing Social Determinants of Health Among Adolescents and Young Adults: Strategies from the Field. Philip R. Lee Institute for Health Policy Studies and Division of Adolescent and Young Adult Medicine, Department of Pediatrics, University of California, San Francisco. July, 2017. https://healthpolicy.ucsf.edu/addressing-social-determinants-of-health-strategies

139. Yamamoto K, Lowenstein K, **Brindis CD**. "Federal Policy in 2017: What Faculty Should Know and What They Can Do." University of California, San Francisco Academic Senate Division Meeting, May 11, 2017 https://senate.ucsf.edu/division-meeting;

140. Gardner A, **Brindis CD**. Assessing Your Advocacy and Policy Change Activities - Knowing What Works and What Doesn't. Northwest Regional Primary Care Association Fall Primary Care Conference. Seattle, Washington. October 23, 2017.

141. **Brindis CD**, Gardner A.  Evaluating Activism, Creating a Legacy for Change. Handa Center for Human Rights and International Justice Event. Stanford University. Palo Alto, CA. October 31, 2017. https://www.youtube.com/watch?v=gVPBjZ938mI

142. **Brindis CD**.  More Access to Health Care:  Opportunities for Leadership in Value, Quality and Equity.  Journal of the San Francisco Marin Medical Society. March, 91(2). 2018

143. Schapiro NA, Soleimanpour S, **Brindis CD**.  Reaching Out to Youth about Trauma: Adolescent Rapid Screening Validation Pilot. Platform Abstracts. Journal of Adolescent Health 62:S1–S19. 2018

144. **Brindis CD**, Decker M, Gutman-Gonzalez A, Lanshaw N, Corsack C. Advancing Health Equity and Justice in California: A Landscape Analysis. Submitted to Hispanics in Philanthropy. https://hiponline.org/wp-content/uploads/2018/11/HIP-Taking-a-Pulse_web.pdf. July, 2018

145. Po J, **Brindis CD**, Adams S, Teipel K, Park MJ, & Sieving R. Improving Young Adult Health: State & Local Strategies for Success. San Francisco, CA: National Adolescent and Young

Prepared: July 2, 2025

Adult Health Information Center, University of California, San Francisco; 2020. Available at: https://nahic.ucsf.edu/resource_center/ya-strategies/

146. **Brindis CD**, Mohsen M, Kahn, JG, Schmidt, L, et. al "Rapid Assessment of Pandemic Indirect Impacts and Mitigating Interventions for Decision-making" (RAPID), Final Report Submitted to the Office of the California Surgeon General, Sacramento, Ca. March 17, 2021.

147. University of California, San Francisco; University of Minnesota. Promoting and caring for Young Adult mental health: Challenges and Opportunities for Improvement, University of California, February 2023. https://nahic.ucsf.edu/resource_center/promoting-and-caring-for-young-adult-mental-health-challenges-andopportunities-for-improvement/

148. Adams SA, Park MJ, Brindis CD, Irwin CE, Jr. Sources of Preventive Visit Data for Adolescents and Young Adults. (2023). National Adolescent and Young Adult Health Information Center; San Francisco. Available from: https://nahic.ucsf.edu/sources-of-preventive-visitdatafor-adolescents-and-young-adults

**SIGNIFICANT PUBLICATIONS**

1. Amaral G, Foster D, Biggs MA, Jasik C Judd S, **Brindis CD**. Public savings from the prevention of unintended pregnancy: A cost analysis of family planning services in California. Health Services Research. Vol. 42(5) 1960-1980, 2007. http://www.hsr.org/hsr/abstract.jsp?aid=42386172996

   This paper was written collaboratively, building upon methodology that Dr. Brindis had established and developed previously to support the awarding of an 1115 Medicaid Demonstration Waiver to support subsidized family planning services for low income women and men up to 200% of poverty living in California. The analysis has been used successfully to justify federal investments in the state that have reached over a $1.5 billion dollars. Dr. Brindis helped to supervise the writing of the paper, wrote sections of the discussion, and oversaw revisions and resubmission.

2. Kreger M, Sargent K, Arons A, Standish M, **Brindis CD**. Creating an Environmental Justice Framework for Policy Change in Childhood Asthma: A Grassroots to Treetops Approach. American Journal of Public Health. 2011. Vol. 101, S1 208-216. http://ajph.aphapublications.org/doi/pdf/10.2105/AJPH.2011.300188

   Dr. Brindis was Principal Investigator for the evaluation of The California Endowment's Asthma Initiative, which is the basis for this paper. Dr. Brindis contributed to the conceptual framework of the research, conducted analyses, as well as preparation of the manuscript.

3. Raymond-Flesch M, Siemons R, Pourat N, Jacobs K, **Brindis CD**. "There Is No Help Out There and If There Is, It's Really Hard to Find": A Qualitative Study of the Health Concerns and Health Care Access of Latino "DREAMers." Journal of Adolescent Health, Sept. 2014,55(3):323–328. 2014.

   This paper summarizes the first qualitative study of Deferred Action for Childhood Arrivals in the U.S. Dr. Brindis was co-investigator for this study, conceived the research design, conducted focus groups, directed the analyses, and collaborated in writing the manuscript, including overseeing revisions and resubmission.

Prepared: July 2, 2025

4. **Brindis CD**, Freund KM, Baecher-Lind L, et. al. The Risk of Remaining Silent: Addressing the Current Threats to Women's Health. Women's Health Issues. 2017 Nov - Dec; 27(6):621-624.

   This paper is an analyses of policy issues that have emerged as a threat to women's health and well-being under the Trump Administration. Dr. Brindis wrote the paper, as well as brought together a number of key leaders in women's health to discuss the myriad women's health issues at risk of being upended.

5. Adams S, Park MJ, Twietmeyer L, **Brindis CD**, Irwin CE Jr. Association between Adolesce Preventive Care and The Role of the Affordable Care Act. JAMA Pediatr,. 2018;172(1):43-48. doi:10.1001/jamapediatrics.2017.3140

   This paper is the first nation-wide analysis of the effect of the ACA on improving the content of preventive care services on adolescents over the past four years. I collaborated with my colleagues to conceptualize the hypotheses, assisted in reviewing the overall analyses of the data, and provided input into the final editorial work for submitting this paper.

## CONFERENCE ABSTRACTS   (Representative Sample)

1. Eliminating Health Disparities by Increasing Access to Family Planning Services: California's Family PACT Program. (Presented with A. Biggs, G. Amaral, DG. Foster, H.T. de Bocanegra), AcademyHealth, Orlando, FL.

2. Cost effectiveness of Chlamydia control services among family planning clients. (Presented with M.A. Biggs, D. Greene Foster, J. Chow, G. Amaral), American Public Health Association, Washington, DC.

3. Cost effectiveness of advance provision of emergency contraception. (Presented with D. Greene Foster, T. Raine L. Cao, D.P. Rostovtseva, P. Darney), American Public Health Association, Washington, DC.

4. Cost effectiveness of advance provision of emergency contraception.(Presented with T. Raine, L. Cao, D.P. Rostovtseva, P. Darney), American Public Health Association, Washington, DC.

5. Cost savings from the provision of specific methods of contraception. (Presented with D. Greene Foster, M.A. Biggs, G. Amaral, H. T. de Bocanegra, D.P. Rostovtseva, P. Darney), American Public Health Association, Washington, DC

6. Bringing teens into the family planning clinic: The importance of diverse outreach strategies.(Presented with A. Arons, L. Ralph, N. Berglas, M.A. Biggs), American Public Health Association, Washington, DC.

7. Creating youth friendly clinics: Findings from California Case studies. (Presented with L .Maddock, S. Koenemann, S. Hunter), American Public Health Association, Washington, DC.

8. Teens reaching teens: Use of peer outreach workers in family planning clinics. (Presented with N. Berglas, A. Arons, L. Ralph, M.A. Biggs), American Public Health Association, Washington, DC.

Prepared: July 2, 2025

9. Finding teens in TheirSpace: Using internet social networking sites to increase access to family planning. (Presented with S. Schwartz, L. Ralph, N. Berglas).American Public Health Association, San Diego, CA.

10. Teen Births Up, but We're Not Down: Why Age Matters When It Comes to Contraception. (Presented with S. Koenemann), American Public Health Association, San Diego, CA.

11. Pregnancy intendedness and decision-making among young Latinas: Findings from a qualitative study. (Presented with S. Schwartz, L. Ralph, M .A. Biggs, A. Arons), American Public Health Association, San Diego, CA.

12. Accidents Do Happen: Emergency Contraceptives, Teen Contraceptive Use and Knowledge of Reproductive Health Services. (Presented with L. Maddock, S. Koenemann, J. Malvin), American Public Health Association, San Diego, CA

13. Preventing Latina teen pregnancy: The important role of parents. (Presented with L. Ralph, M.A. Biggs, S. Schwartz, A. Arons, A. Minnis, K. Marchi), American Public Health Association, San Diego, CA.

14. A Coalition of School Based Health Centers and Key Evaluation Findings. (Presented with S. Geierstanger, S. Soleimanpour, A. Faxio), American Public Health Association, San Diego, CA.

15. Burden of Asthma on Schools. (Presented with M. Kreger, D. Hughes, K. Sargent, S. Sabherwal, A. Robles, M. Standish), American Public Health Association, San Diego, CA.

16. Evaluating a Movement: Using Systems Change Outcomes. (Presented with M. Kreger, D. Hughes, S. Sabherwal, K. Sargent, A. Robles, M. Standish), American Public Health Association, San Diego, CA.

17. They'll Use it if it's Free: Contraceptive Choices Among Uninsured low-Income Women. (Presented with D. Rostovtseva, M.A. Biggs, S. Holtby, C. McCain, C. Lewis, H. Thiel de Bocanegra, D.G. Foster, American Public Health Association, Philadelphia, PA.

18. Understanding Teens and the "Digital Divide: Can We Reach Low-Income Youth Online with Health Information? (Poster session with N. Berglas, S. Schwartz, L. Ralph), American Public Health Association, Philadelphia, PA.

19. Improving Attendance and Achievement by Improving Air Quality. (Poster session with M. Kreger, S. Sabherwal, K. Sargent, J. Nielsen, A. Robles, M. Standish), American Public Health Association, Philadelphia, PA.

20. He Was so Happy, So I Was Happy Too: Male Partner Influences on Latina Teen Childbearing Decisions. (Presented with S. Schwartz, L Ralph, M.A. Biggs) American Public Health Association, Philadelphia, PA.

21. Youth Friendliness: How Do Family Planning Clinics Measure Up? (Presented with N. Berglas, M.A. Biggs, S. Navarro), American Public Health Association, Philadelphia, PA.

22. Translating Research to Impact Public Policy: California's Experience with Parental Involvement Legislation for Minor's Abortion in the 2005, 2006, and 2008 Elections. (Presented with L. Ralph), American Public Health Association, Philadelphia, PA

23. Evaluating Policy Advocacy: Employing Systems Change Outcomes. (Presented with M. Kreger, D. Hughes, S. Sabherwal, K. Sargent, A. Robles, M. Standish), American Public Health Association, Philadelphia, PA

Prepared: July 2, 2025

24. Discussing Intrauterine Contraception at the Family Planning Visit: A Missed Opportunity for Client Education. (Presented with S. Schwartz, M.A. Biggs, S. Holtby, C. McCain, D. Rostovtseva), American Public Health Association, Philadelphia, PA.

25. Unplanned Pregnancies Among Young Adult Latinas: The Influence of Partners, Fertility Concerns, and Individual Aspirations. (Presented with L. Ralph, S. Schwartz, M.A. Biggs) American Public Health Association, Philadelphia, PA.

26. Approaches to Evaluating Advocacy and Policy Change: An International Comparison. (Presented with J. Kaye, A. Jackson, M. Billera, A. Gardner, L. Nascimento, S. Geierstanger), American Evaluation Association, Orlando, FL.

27. How Traditional Evaluation Thinking and Frameworks Can Be Adapted for Advocacy/Policy Evaluation. (Presented with J. Kaye, S. Ladd, D. Dunet, E. Chappelle, L. Gase, M. Kreger, S. Sabherwal, K. Sargent, A. Robles, M. Jhawar, M. Standish, American Evaluation Association, Orlando, FL.

28. Clinica Alta Vista: Providing an Integrated Model of Prenatal Care for Latina Adolescents and Their Families. (Poster presented with S. Soleimanpour, S. Ng, V. McCarter.) AFL Annual Conference, Oakland, CA.

29. Does Experience Matter? Quality of Reproductive Health Care Provided to Latino Adolescents (Poster co-authored with: LA Botkin, SA Fishkin, C.D. Brindis, E. Ozer, C. Kapphahn). Society for Adolescent Medicine Annual Meeting. Toronto, CANADA.

30. Traditional versus Centering: Which model of care leads to improved outcomes for Latina pregnant and parenting teens and their infants? (poster co-authored with S. Soleimanpour, S. Ng, V. McCarter) American Public Health Association Annual Meeting. Denver, CO.

31. Burden of Asthma on California Schools: Losses in Student Attendance, Achievement, and Revenue. (presented with M. Kreger, A. Arons, K. O'Brien, M. Standish) American Public Health Association Annual Meeting. Denver, CO.

32. Evaluating Policy Advocacy: Lessons from an Environmental Policy Initiative in California. (presented with M. Kreger, A. Arons, M. Standish) American Public Health Association Annual Meeting. Denver, CO.

33. It takes a community: CBOs and family planning providers collaborate to increase access to reproductive health services for low-income populations. (Poster co-authored with S. Schwartz, N. Berglas) American Public Health Association Annual Meeting. Denver, CO.

34. Can you get pregnant when you're on your period? Negotiating Sex Education: Questions & Misinformation"(presented with E. Villasenor, S. Kaller) American Public Health Association Annual Meeting. Denver, CO.

35. Pushing the Envelope beyond the pill and condoms: Teen Knowledge and attitudes towards long acting, reversible contraceptives. (poster co-authored with L. Maddock, D. Richardson, J. Funk). American Public Health Association Annual Meeting. Denver, CO.

36. Health of young people in the United States, 1991-2008: Trends in critical national health objectives. (Presented with N. Jiang, L. Kolbe, D. Chul Seo, N. Kay) American Public Health Association Annual Meeting. Denver, CO.

37. Assessing Health Policy Change Using an Online Survey Instrument. (Presented with A. Gardner, L. Nascimento, S. Geierstanger). American Evaluation Association Annual Meeting. San Antonio, TX.

Prepared: July 2, 2025

38. Burden of Asthma on California Schools: Statewide and Local Attendance and Financial Losses and academic Achievement Analysis. Presented with M. Kreger, R. Guide, M. Bullen, M. Standish). American Public Health Association Annual Meeting. Washington, DC.

39. Advocating for Healthy Schools: Employing a Systems Change Framework to Assess Health and Education Policy Advocacy in California: Breaking Down Silos." (Presented with M. Kreger). American Public Health Association Annual Meeting. Washington, DC.

40. Client Demographics and Service Characteristics of California Title X and Non-Title X Family Planning Providers. (Presented with H. Thiel de Bocanegra, F. Maguire, M. Puffer, K J Horsley). American Public Health Association Annual Meeting. Washington, DC

41. School Based Behavioral Health Services in a Diverse, Urban Setting: Making a Difference. (Presented with S. Soleimanpour, S. Ng, V. McCarter, S. Geierstanger). American Public Health Association Annual Meeting. Washington, DC.

42. Meeting the Needs of Latino and African American Youth: School Based Behavioral Health Interventions. (Presented with S. Soleimanpour, S. Ng, V. McCarter, S. Geierstanger). American Public Health Association Annual Meeting. Washington, DC

43. Taking the Pulse: Potential for Assessing the Impact of Yoga and Mindfulness Programs on Youth. (Poster Presentation with L. Maddock, S. Geierstanger, E. Hendrick, S. Ng, N. Berdjis). American Public Health Association Annual Meeting. Washington, DC.

44. A Question of Hope ("Una Cuestion de Esperanza"). US Film Festival. (Presented with M. Antonia Biggs, K. Marchi, P. Braveman). American Public Health Association Annual Meeting. Washington, DC

45. Lessons Learned From State Departments of Insurance/> Implementation of the Age 26 Health Reform Provision." (Poster presented with Alexander Blum and Amanda Giordano). AcademyHealth Annual Research Meeting, Washington, DC.

46. One Product, Multiple Health Needs, Saving Lives: A Multidisciplinary Approach for the Prevention of Unintended Pregnancies and Sexually Transmitted Infections. (Poster presented with Bethany Young Holt) California Wellness Foundation Conference on Women's Health. Los Angeles, CA.

47. Improving Reproductive Environmental Health through EPA Policy. (Poster presented with Plumb M, Trowbridge J, Charlesworth A, Woodruff TJ).  American Public Health Association Annual Meeting. San Francisco, CA

48. Intervening at a Critical Juncture: Women's Motivation to Use Intrauterine Contraception Immediately Following an Abortion. (Poster presented with Biggs MA, Levy S, Teig E, Arons A) American Public Health Association Annual Meeting. San Francisco, CA.

49. Building on Youth Assets to Improve Reproductive Health: Teen Pregnancy Prevention Programs in California. (Poster presented with Maddock L, McCarter V.) American Public Health Association Annual Meeting. San Francisco, CA

50. Uneven Progress: An Assessment of Sex Education policies and Practices in California Public Schools. (Poster presented with Combellick S.) American Public Health Association Annual Meeting. San Francisco, CA.

51. Teen Pregnancy Prevention Education in California: Adapting Curricula to Fit the Local Context.  (Poster presented with Arons A Decker M, Malvin J) American Public Health Association Annual Meeting. San Francisco, CA.

Prepared: July 2, 2025

52. Free Drinking Water Access and Barriers to Improving Water Access and Intake in California Schools." (Poster presented with Patel A, Hecht K, Hampton K, Grumbach J, Chandran K, Braff-Guajardo E.) American Public Health Association Annual Meeting. San Francisco, CA.

53. Writing on the Wall: The effects of Neighborhoods on Teen Reproductive Health. (Poster presented with Isquick S, and Decker M). American Public Health Association Annual Meeting. San Francisco, CA.

54. Making Do with Less: The Impact of State Budget Cuts on California's Teen Pregnancy Prevention Programs." (Invited Panel presentation, with Yarger J and Malvin J). American Public Health Association Annual Meeting. San Francisco, CA.

55. Expanding Universal Coverage: Reproductive Health Vouchers in Cambodia (Poster presented with Brody C, Freccero J, Bellows B).American Public Health Association Annual Meeting. San Francisco, CA.

56. Stayin' Alive and Thriving: Exploring Multiple Dimensions of SBHC Sustainability. (invited Panel presentation with Kaller S, Geierstanger S, and Brown S). American Public Health Association Annual Meeting. San Francisco, CA.

57. The Last Bottle Standing: Sports Drink and Bottled Water Access in California Public Schools. Patel A, Braff-Guajardo E, Hampton KE, Grummon A, Brindis CD. [3806.113]Annual Pediatric Academic Societies meeting, Institute of Medicine National Academies.

58. Understanding Contraceptive Use in the United States. American Public Health Association Annual Meeting; **Brindis, CD** Moderator.

59. A Qualitative Study of the Healthcare Access and Concerns of Latino Dreamers. With Raymond-Flesch M, Siemons R, Pourat N, Jacobs K, **Brindis CD**. Poster Presentation. 2014 Meeting of the Pediatric Academic Society. Vancouver, Canada. May 2014.

60. Adolescents and Young Adults Under Health Care Reform: Explanation of Benefits (EOBs) and Patient Confidentiality. Keynote Address, **Brindis CD**, AcademyHealth Child Health Services Interest Group, June 7, 2014.

61. Glass Half Full: A Comparison of Water Delivery Options to Improve Students' Water Intake in Schools. Patel A, Braff-Guajardo E, Hampton KE, Grummon A, **Brindis CD**. Poster presentation. 2014 Meeting of the Pediatric Academic Society. Vancouver, Canada. May 5, 2014.

62. Where Have All the Teens Gone? Decline in Adolescent Female Participation in California's Family Planning Program Following Cuts in Outreach Funding. Panel with Yarger J, Daniel S, Biggs MA, Malvin J, **Brindis CD**. American Public Health Association Annual Meeting, New Orleans, LA.

63. Operationalizing Resilience-Building and Life Course Planning with Pregnant and Parenting Adolescents in California. Panel with Kreger M, Tebb K, Truebridge S, **Brindis CD**. American Public Health Association Annual Meeting, New Orleans, LA.

64. Implementation of the Affordable Care Act (ACA): How Are MCH Populations Doing? Panel with Walker DK, Witgert K, **Brindis CD**, Comeau M, Peifer KL. American Public Health Association Annual Meeting, New Orleans, LA

65. Meeting the Social-Emotional Needs of Students: Creating Alternatives to the School-to-Prison-Pipeline. Panel with Kreger M, Sargent-Cairoli K, Thrasher J, Rucker P, Redmond, C, **Brindis CD**. American Public Health Association Annual Meeting, New Orleans, LA

66. School Health Center Evaluation with a "Twist" of Quality. Panel with Shelly Kaller S, Lutsky M, **Brindis CD**. American Public Health Association Annual Meeting, New Orleans, LA.

67. Sexually Transmitted Infection Services and Adoption of Effective Contraceptive Methods. Poster Presentation with Daniel S, Biggs A, Malvin J, **Brindis CD**, Yarger J. American Public Health Association Annual Meeting, New Orleans, LA.

68. California Family Planning Providers' Challenges to Same Day Long-Acting Reversible Contraception (LARC) Provision. Poster Presentation with Biggs MA, Malvin J, **Brindis CD**, Yarger J. American Public Health Association Annual Meeting, New Orleans, LA. 2014

69. Potential Role of Family Planning in an Era of Health Care Reform: Patient Perspectives on Primary Care Needs and Insurance Eligibility. Poster Presentation with Daniel S, Biggs A, Malvin J, **Brindis CD**, Yarger J. American Public Health Association Annual Meeting, New Orleans, LA. 2014

70. Characteristics of the Undocumented Young Adults Eligible for the Deferred Action for Childhood Arrivals. Poster Presentation with Pourat N, Lucia L, Hadler M, **Brindis CD**, Jacobs K, Siemons R, Talamantes E, Raymond-Flesch M. American Public Health Association Annual Meeting, New Orleans, LA. 2014

71. Meeting Them More Than Halfway: Adolescent Perspectives on Patient-Centered Care. Poster Presentation with Uy-Smith EL, Lofink HE, Padrez R, Trudnak Fowler TE, Koenig KT, Fairbrother G, **Brindis CD**. Society for Adolescent Health and Medicine Annual Meeting, Los Angeles, CA. 2015

72. Measuring Up to the Common Core: What is Known About the Delivery of Primary Care Services in the School-Based Health Centers (SBHC). Uy-Smith EL, Grumbach K, **Brindis CD**. Society for Adolescent Health and Medicine Annual Meeting, Los Angeles, CA. 2015

73. Moving Beyond Health Care Access: Evidence-Based Practices for Young Adults. Irwin CE Jr., Lau J, Ozer E, **Brindis CD**. Workshop Session. Society for Adolescent Health and Medicine Annual Meeting, Los Angeles, CA. 2015

74. Headstand Yoga & Mindfulness School Program. Geierstanger S, Ng S, Maddock L, **Brindis CD**, Gutmann-Gonzalez A. Poster Presentation: California School Health Association Conference, San Diego, CA. 2015

75. Fulfilling the Vision: The Role of Enrollment Workers in Promoting Health Insurance Access." Raymond-Flesch M, **Brindis CD**. American Public Health Association Annual Meeting, Chicago, IL. 2015

76. Risk and Resilience Factors Associated with Frequency of School-Based Health Center Use. Soleimanpour S, **Brindis CD**. American Public Health Association Annual Meeting, Chicago, IL. 2015

77. School-Based Health Centers and Adolescents' Access to Reproductive Health Care. Soleimanpour S, Geierstanger S, Kaller S, Ng S, McCarter V, **Brindis CD**. American Public Health Association Annual Meeting, Chicago, IL. 2015

Prepared: July 2, 2025

78. Lessons from the ACA's Medicaid Expansion Front-Lines: Perspectives of Enrollment Workers. Raymond-Flesch M, **Brindis CD**. American Public Health Association Annual Meeting, Chicago, IL. 2015

79. Transforming Statewide Policy into Community-Wide Practice: School Disciplinary Policy and Health Disparities. Kreger M, Sargent-Cairoli K, **Brindis CD**. American Public Health Association Annual Meeting, Chicago, IL. 2015

80. Evaluating Consumer Engagement in Health Care: Strategies and Tactics as an Evaluation Framework. **Brindis CD**, Hughes D, Schmidt LA, Jacobs L. American Evaluation Association Annual Meeting. Chicago, IL. 2015

81. Video: A Multi-Purpose Evaluation Method? **Brindis CD**, Hughes D, Schmidt LA, Jacobs L. American Evaluation Association Annual Meeting. Chicago, IL. 2015

82. The Political Prioritization of Preterm Birth: A Policy Analysis Using a Prioritization Framework." Poster Presentation. Consortium of Universities for Global Health Annual Conference. San Francisco, CA. 2016

83. Young Adults and the Affordable Care Act. Irwin CEJr, **Brindis CD**, Ozer E, Park J, Hemlin E. Workshop: Society for Adolescent Health and Medicine Annual Meeting, Washington, DC. 2016

84. What, Me Worry? Youth Perceptions of Pregnancy and STIs. **Brindis CD**. Oral Presentation, Abstract. American Public Health Association Annual Meeting, Denver CO. 2016

85. Cultivating Clinical Connections: Opportunities and Barriers to Increasing Youth Access to Clinical Sexual Health Services in California. Decker M, Gutmann-Gonzalez, **Brindis CD**. Poster Presentation. Society for Adolescent Health and Medicine Annual Meeting, New Orleans, LA. 2017

86. Honoring Their Roots: Crating and Cultivating Positive Connections with Latino Adolescents and Young Adults. O'Brien SJ, Mondarez J, Garcia-Huidobro A, **Brindis CD**. Raymond-Flesch M. Workshop Presentation. Society for Adolescent Health and Medicine Annual Meeting, New Orleans, LA. 2017

87. Impacto Perinatal: El Embarazo de Adolescentes en Mexico y en California: Politicas Publicas y Consecuencias Programaticas. **Brindis CD**, Decker MJ, Gutmann-Gonzalez A. Instituto Nacional de Perinatologia, Mexico City, Mexcio. Reunion Anual INPer 2017: Salud Sexual y Reproductiva del Adolescente: April 4, 2017.

88. Barriers and Enablers to Care for Young Adults Churning Between Health Plans. Yarger J, Tilley L, **Brindis CD**. Oral presentation. American Public Health Association Annual Meeting, Atlanta, GA. 2017

89. Health Literacy Challenges for Young Adults Experiencing Churning Health Insurance Coverage. Tilley TL, Yarger J, **Brindis CD**. Oral presentation.  American Public Health Association, Atlanta, GA. 2017

90. Use of an mHealth Application, Health-E You/ Salud iTu, to Improve Sexually Active Latina Adolescents' Contraceptive Knowledge, Self-Efficacy and Use. Tebb K, **Brindis CD**. Poster Presentation. Pediatric Academic Society (PAS) Meeting. Toronto, Canada. May 5-8, 2018.

Prepared: July 2, 2025

91. An Opportunity for Intervention: Teen Dating Violence Among California's Adolescents in Out-of-Home Settings. Rutman S, Decker M, **Brindis CD**. Oral Presentation. American Public Health Association, San Diego, CA. November 10-14, 2018.

92. Improving Capacity to Implement an Evidence-Informed Case Management Intervention for Expectant and Parenting Adolescents: Results from a Statewide Training Evaluation. Tebb K, **Brindis CD**, Pressfield L, Campa M. Poster Presentation. American Public Health Association, San Diego, CA. November 11, 2018.

93. Increasing Interest and Uptake of LARCs among Latina Adolescents using a Mobile Health Application, Health-E You/Salud iTu. Tebb K, Pollack L, Wang L, Adams SA, Sang B, Ozer E, **Brindis CD**. Oral Presentation. Pediatric Academic Society (PAS) Meeting. Baltimore, MA. April 30, 2019.

94. The Promise of Adolescence. Level L, **Brindis CD**. Roundtable Discussion. Society of Preventions Research Annual Meeting. San Francisco, CA. May 30, 2019.

95. Migration Roles in the Lives of Latina Youth: A Binational Comparison. American Public Health Association, Philadelphia, PA. November 2-6, 2019.

96. Redesigning the Ivory Tower to Address Preterm Birth through Community-Academic Partnerships. American Public Health Association, San Francisco, CA. October 24-28, 2020.

97. The Nature and Impact of Trauma on 1.5 Generation Immigrant Youth During Parental Separation and Reunification. Journal of Adolescent Health. 2012 Feb 1; 50(2):s3-s4. Schapiro SN, Kools KS, Weiss WS, **Brindis BC**.

98. Use Of Youth-Centered Mobile Health Application, Health-E You/Salud iTu, To Reduce Disparities In Contraceptive Knowledge, Access And Unintended Pregnancy Among Sexually Active Latina Adolescents. Journal of Adolescent Health. 2019 Feb 1; 64(2):s40-s41. Tebb TK, Trieu TS, Rodriguez RF, Pollack PL, Adams AS, Ricco RR, Renteria RR, Hwang HL, Ozer OE, Sandoval SD, **Brindis CD**

99. Contraceptive Communication Among Adolescents Who Use Long Acting Reversible Contraception. Journal of Adolescent Health. 2020 Feb 1; 66(2):s115-s116. Tebb TK, Schwartz SE, Rodriquez RF, Reed RR, Tancredi TD, **Brindis CD**, Dehlendorf DC.

100. Adapting to Political Barriers in Conducting Teen Pregnancy Prevention Research: Use of Social Media as an Expedited Recruitment Strategy. Journal of Adolescent Health. 2020 Feb 1; 66(2):s115. Tebb TK, Schwarz SE, Rodriguez RF, Reed RR, Tancredi TD, Brindis CD, Dehlendorf DC.

101. Development and Pilot Feasibility Trial of a Co-Developed Teen Pregnancy Prevention Community Program in a Midwest Rural Latino Community. Journal of Adolescent Health. 2025 Mar 1; 76(3):s63-s64. Barral BR, Miller MM, Ramirez RM, Lopez LM, Brindis BC, Miller ME, Cramer CE, Ramaswamy RM.

102. Transcreating an Unintended Teen Pregnancy Prevention Program for Latino Teens Living in Rural Communities. Journal of Adolescent Health. 2024 Mar 1; 74(3):s59-s60. Barral BR, de Miranda dE, Ramirez RM, Miller MM, Miller ME, Ramaswamy RM, Brindis CD.

103. In the Face of Adversity: Pandemic Mental Health Protective Factors for Adolescents Who Have Experienced Adverse Childhood Experiences. Journal of Adolescent Health.

Prepared: July 2, 2025

2024 Mar 1; 74(3):s57. Raney RJ, Weinstein WS, Ganson GK, Testa TA, Jackson JD, Pantell PM, Glidden GD, Brindis CD, Nagata NJ.

## OTHER CREATIVE ACTIVITIES

1. Espinoza I, Anaya E, Ortiz R, Hernandez G, Bazeza B, Hinojosa S, **Brindis CD**, Laski L, Romero M.  Manual de Capacitacion para Consejeria en Planificacion Familiar.  Training manual for family planning counselors.  Grupo Interinstitucional de Trabajo en Salud Reproductiva, Queretaro, Mexico and Center for Reproductive Health Policy Research, Institute for Health Policy Studies, University of California, San Francisco.

2. **Brindis CD**, Philliber S.  Evaluating School Linked Services: Methods, Problems and Results. Philliber Research Associates, Accord, NY.

3. Card JJ, **Brindis CD**, Peterson J, Niego S.  Evaluating Your Comprehensive Adolescent Pregnancy Pre-vention Program. (sponsored by the Centers for Disease Control and Prevention-http://www.socio.com/index.htm) Los Altos, CA: Sociometrics Corp.

4. Kent H, **Brindis CD**, Margolis R, Teipel K. Adolescent Health: A Community Perspective. Maternal and Child Health Continuing Education on DC-ROM. Rocky Mountain Public Health Education Consortium. University of Utah http://services.tacc.utah.edu/rmphec/http://services.tacc.utah.edu/rmphec/adolescent_health _outline.html

5. **Brindis CD**, Park J, Paul T. The RESOURCE Project- A Curriculum on Adolescent Health http//policy.ucsf.edu/index.php/resources/

6. A Future with Promise: A Chartbook on Latina Reproductive HealthPower Point http://crhrp.ucsf.edu

7. A Question of Hope: Reducing Latina Teen Childbearing in California. UCSF Center on Social Disparities in Health and the Bixby Center for Global Reproductive Health. Produced by Ideas in Motion. Awarded "Telly" Award, Bronze Prize. 2009. http://bixbycenter.ucsf.edu/videos/video-lo-1.html

8. Adolescent Health Data: Youth Have It - Now What? LEAH. Webinar available at:http://leah.mchtraining.net/teleconference.php

9. Eliminating Health Disparities and Achieving Equity: A Framework for Advancing the Health, Safety and Well-Being of Adolescents. Webinar available at: http://www.mchcom.com March 11, 2009

10. Eliminating Adolescent Health Disparities and Achieving Equity: Empowering Youth. Webinar available at http://www.mchcom.com. April 29, 2009.

11. Promoting Health Equity in Adolescent Care: Framing the issues: Background, Research and Overview of Approaches. American Academy of Pediatrics. Webinar. July 30, 2009

12. Health Care Reform Implementation: Opportunities to Improve Adolescent and Young Adult Health. Webinar on Adolescent and Young Adult Health in the Post Reform Era, National Institute of Health Care Management Foundation (NIHCM) August 17, 2010.

13. Overview of Adolescent Health. AMCHP Webinar. October 29, 2010

14. Health Care Reform: What's Next? Interview with Mark McClellan, MD, Brookings Institute. July 7, 2010. http://www.uctv.tv/search-details.aspx?showID=19462

Prepared: July 2, 2025

15. Scorecard on Kid's Health Care Ranks California 44th: A Commonwealth Fund survey compares the states on children's health care access and treatment." http://www.baycitizen.org/health/story/score-card-kids-health-care-ranks-44th/

16. Inside Health Reform presented with Andrew Bindman, Mark Laret and Diane Rittenhouse who look at the passage and implication of health reform. January 3, 2011(panel moderator). http://www.uctv.tv/search-details.aspx?showID=20178

17. Unplanned Pregnancies in State Reach 4 in 10. USA Today, May 19, 2011. http://yourlife.usatoday.com/parenting-family/pregnancy/story/2011

18. UCSF Health Experts Shape Historic Blueprint for Women's Health Care. Interview by Patricia Yollin, July 26, 2011. http://www.ucsf.edu/news/2011/07/10335/ucsf-health-experts-shape-historic-blueprint-womens-health-care

19. Interview regarding the Institute of Medicine Preventive Services for Women press release. KPCC, 89.3, Los Angeles. http://www.scpr.org/programs/patt-morrison/2011/07/20/19960/health-care-panel-recommends-full-coverage-of-cont

20. US Federal Government Institute of Medicine New Rules on Women's Health Coverage. Interview by Ted Goldberg, KCBS Radio, 740 AM, San Francisco, CA. August 1, 2011.

21. US Federal Government Institute of Medicine New Rules on Women's Health Coverage. Interview by Dave Blanchard, KUOW, (NPR affiliate) Seattle, WA. August 2, 2011.

22. US Federal Government Institute of Medicine New Rules on Women's Health Coverage: Claire Brindis' role in development of. Interview by Catherine Traywick for Science Today, Produced by University of California for CBS Radio Network. August 2, 2011.

23. From HP 2010 to HP 2020: Building a Bridge for Advancing an Adolescent Health Agenda. Framing Adolescent and Young Adult Health through Healthy People 2020. California Adolescent Health Collaborative. Webinar presented December 13, 2011.

24. The Toxic Truth about Sugar. UCSF interview with Robert Lustig and Laura Schmidt upon press release of Nature article http://www.youtube.com/watch?v=ffoOeW5wZ9s&feature=youtu.be&utm_source=Feburary+2012+Staff&utm_campaign=Pulse+Feb12+Staff&utm_medium=email

25. Self Magazine interview. The Toxic Truth about Sugar. 2012

26. Interview with Nana Queiroz of Correio Braziliense, February 8, 2012, RE: The Toxic Truth about Sugar: Nature article http://www.correioweb.com.br/

27. A Public Health Success: California's Adolescent Pregnancy Prevention Story. Webinar presented August. 1, 2012. University of California, Davis, in conjunction with CALPACT, a public health training center.

28. Implementing the Affordable Care Act for Adolescents and Young Adults: Practical Considerations. Webinar presented September 6, 2013. Maternal and Child Health Bureau, HRSA, Washington DC:  http://learning.mchb.hrsa.gov/archivedWebcastDetail.asp?id=344

29. Interview with the Canadian Broadcasting Corporation. June 13, 2013: RE: Women's Reproductive Health and the Cost of Providing Services.

30. Virtual Networking Meeting for State Adolescent Health Coordinators. Webinar presented December 2, 2013. Maternal and Child Health Bureau, HRSA, Washington DC. 2013

Prepared: July 2, 2025

31. KQED radio interview, July 10, local NPR affiliate station, San Francisco, CA. In response to release of report protecting Adolescent Confidentiality Under Health Care Reform: The Special Case Regarding Explanation of Benefits (EOBs). 2014

32. Adolescent Health Activities in State Title V Programs:  Data From an Environmental Scan." Webinar presented April 14, 2014. Association of Maternal and Child Health Programs

33. Testimony in Support of the American Public Health Association's Comprehensive Sex Education Policy. Written submission, November 2014

34. Successful Teen Pregnancy Prevention: Connecting Clinical Care and Community Interventions. Webinar presented April 16, 2014.  CAHC Advisory Council and ASHWG Steering Committee.

35. KPCC Southern CA Public Radio. Contribution to radio piece and website story: "Happy-health care birthday it's time to buy insurance" by Rebecca Pleven. June 10, 2015. http://www.scpr.org/blogs/health/2015/06/10/18038/happy-health-care-birthday-it-s-time-to-buy-insura/

36. Huffington Post: Quoted in: "This How Teens Have Sex, According to the CDC. Surprisingly Good News!" Author Anna Almendrala, Healthy Living Editor: July 22, 2015. http://www.huffingtonpost.com/entry/the-state-of-teen-sex_55aec49ae4b0a9b94852e702?1t027qfr

37. KPCC Southern CA Public Radio; Contribution to radio piece/website story: PriceCheck Blog: "Yes, you can give birth for $250" by Rebecca Pleven. August 15, 2015

38. KQED PBS Radio-Forum with Michael Krasny. "Comprehensive Sex Ed Now Mandatory for California's Middle and High School Students." One-hour interview. October 7, 2015.

39. Kaiser Health News (on-line article) "Health law increases coverage rates for women not yet pregnant." By Lisa Gillespie. October 28, 2015

40. Institute of Medicine and National Research Council Report: Investing in the Health and Well-Being of Young Adults. Webinar presented February 3, 2015. Society for Public Health Education (SOPHE). http://www.sophe.org/education.cfm

41. Child and Adolescent Health. AMCHP/MCHB Title V Transformation Action Planning Town Hall Series presented June 2, 2015. Association of Maternal & Child Health Program.

42. Adolescents in the United States: Health Care for Adolescents: How to Improve it. U.S. Centers for Disease Control and Prevention. August 18, 2015. Atlanta, GA. (Invited panel presentation/Webinar.) http://www.cdc.gov/cdcgrandrounds/archives/2015/august2015.htm

43. KCBS San Francisco Radio. Over the Counter Contraception. Interview and commentary; February 14, 2016.

44. KPCC Southern CA Public Radio; Contribution to radio piece/website story: California women waiting longer to have their first child. Rebecca Pleven. January 14, 2016. http://www.scpr.org/news/2016/01/14/56839/calif-women-waiting-longer-to-have-their-first-chi/

45. L.A. School Report. California sprints to the head of the class on sex education, as all students this year will be taught about consent. **Brindis CD** cited. August 8, 2016. http://laschoolreport.com/california-sprints-head-class-sex-education-students-year-will-taught-consent/

Prepared: July 2, 2025

46. Achieving Relevance and Visibility in an Academic Research Career – Opportunities and Potential Pitfalls. June 15, 2017.  BIRCWH* Leadership Webinar. (*Building Interdisciplinary Research Careers in Women's Health)

47. The (Uncertain) Future of Women's Reproductive Health Care. July 19, 2017. Expert Panel Presentation, San Francisco. PRL Institute for Health Policy, BIRCWH* & Bixby Center for Global Reproductive Health. https://youtu.be/2nPD1yeowK

48. La Jornada Maya: https://www.lajornadamaya.mx/2017-04-10/Mexico-duplica-a-EU-en-riesgo-de-embarazos-adolescentes

49. Cronica: http://www.cronica.com.mx/notas/2017/1017950.html

50. Headlines that say GOP bill makes sexual assault a pre-existing condition are misleading. Lauren Carroll. Published on-line: Politifact, May 5, 2017. Claire Brindis, consultant.

51. Evaluating Activism. Stanford University Press Blog. Published June 13, 2017. Gardner A, **Brindis CD**. Article in relation to their book, Advocacy and Policy Change Evaluation. http://stanfordpress.typepad.com/blog/2017/06/evaluating-activism.html

52. Interview with "Take Two" on 89.3 KPCC regarding "Gag Rule" for Abortion Services Information. May 18, 2018.

53. The Economist. Interview: Latin American is Losing Its Battle Against Teen Pregnancy. February 16, 2019. https://www.economist.com/the-americas/2019/02/16/latin-america-is-losing-its-battle-against-teen-pregnancy

54. EdSource. Interview: Plan to cut PE test — and its body-fat measurement — in California sparks debate. March 2, 2020. https://edsource.org/2020/newsoms-plan-to-eliminate-p-e-test-sparks-debate-about-body-fat-measurements/624303.

55. CoinDesk. Interview: Ethereum Community Grapples with Coronavirus as EthCC Cases Tick Upward. March 16, 2020. https://www.coindesk.com/ethereum-community-grapples-with-coronavirus-as-ethcc-cases-tick-upward.

56. Wallethub. Interview: Most Aggressive States Against the Coronavirus. April 7, 2020. https://urldefense.proofpoint.com/v2/url?u=https-3A__wallethub.com_edu_most-2Daggressive-2Dstates-2Dagainst-2Dcoronavirus_72307_-23expert-3Dclaire-2Dbrindis&d=DwMFaQ&c=iORugZls2LIYyCAZRB3XLg&r=4hqeibzHYulQPr3by1T4zkXYaw8ISfFb8uMpzA8k-sE&m=UVbSVtA5LRYmp7P0y2oS4qfqU323Y1Ah9JvUGEFQAf8&s=gkWXD_8Bd-DlNinqvRXANzEEbTncANM7G8fBgLGigiw&e=

57. Tebb TK, Trieu TS, Rodriguez RF, Pollack PL, Adams AS, Ricco RR, Renteria RR, Hwang HL, Ozer OE, Sandoval SD, Brindis CD Use Of Youth-Centered Mobile Health Application, Health-E You/Salud iTu, To Reduce Disparities In Contraceptive Knowledge, Access And Unintended Pregnancy Among Sexually Active Latina Adolescents. Journal of Adolescent Health. 2019 Feb 1; 64(2):s40-s41. . .

58. Tebb TK, Schwartz SE, Rodriquez RF, Reed RR, Tancredi TD, Brindis CD, Dehlendorf DC. .Contraceptive Communication Among Adolescents Who Use Long Acting Reversible Contraception. Journal of Adolescent Health. 2020 Feb 1; 66(2):s115-s116.

59. Tebb TK, Schwarz SE, Rodriguez RF, Reed RR, Tancredi TD, Brindis CD, Dehlendorf DC. Adapting to Political Barriers in Conducting Teen Pregnancy Prevention Research: Use of

Prepared: July 2, 2025

Social Media as an Expedited Recruitment Strategy. Journal of Adolescent Health. 2020 Feb 1; 66(2):s115.

60. Barral BR, Miller MM, Ramirez RM, Lopez LM, Brindis BC, Miller ME, Cramer CE, Ramaswamy RM. Development and Pilot Feasibility Trial of a Co-Developed Teen Pregnancy Prevention Community Program in a Midwest Rural Latino Community. Journal of Adolescent Health. 2025 Mar 1; 76(3):s63-s64.

61. Barral BR, de Miranda dE, Ramirez RM, Miller MM, Miller ME, Ramaswamy RM, Brindis CD. Transcreating an Unintended Teen Pregnancy Prevention Program for Latino Teens Living in Rural Communities. Journal of Adolescent Health. 2024 Mar 1; 74(3):s59-s60.

62. Raney RJ, Weinstein WS, Ganson GK, Testa TA, Jackson JD, Pantell PM, Glidden GD, Brindis CD, Nagata NJ. In the Face of Adversity: Pandemic Mental Health Protective Factors for Adolescents Who Have Experienced Adverse Childhood Experiences. Journal of Adolescent Health. 2024 Mar 1; 74(3):s57.