UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; and PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>      Plaintiffs,<br><br> v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br>MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>      Defendants. | Case No. 1:25-cv-11913-IT |

**TEMPORARY RESTRAINING ORDER**

July 7, 2025

TALWANI, D.J.

  Upon consideration of Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction [Doc. No. 4] and accompanying memorandum of law and supporting declarations, and finding good cause shown, it is hereby **ORDERED** that the request for a Temporary Restraining Order is **GRANTED**. It is further **ORDERED** that:

  1. Defendants, their agents, employees, appointees, successors, and anyone acting in concert or participation with Defendants are hereby enjoined from enforcing, retroactively

enforcing, or otherwise applying the provisions of Section 71113 of "An Act to provide for reconciliation pursuant to title II of H. Con. Res. 14," against Planned Parenthood Federation of America and its members; Planned Parenthood League of Massachusetts; and Planned Parenthood Association of Utah;

2. Defendants, their agents, employees, appointees, successors, and anyone acting in concert or participation with Defendants shall take all steps necessary to ensure that Medicaid funding continues to be disbursed in the customary manner and timeframes to Planned Parenthood Federation of America and its members; Planned Parenthood League of Massachusetts; and Planned Parenthood Association of Utah.

3. Plaintiffs shall promptly serve this Temporary Restraining Order on Defendants electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2). Within 72 hours of such service, Defendants shall provide a copy of this Temporary Restraining Order to all personnel within the Department of Health and Human Services and all state agencies involved with the disbursement of Medicaid funding.

4. Defendants shall file a status report with the Court confirming Defendants' compliance within 96 hours of service of this order.

This Temporary Restraining Order shall remain in effect for fourteen days, unless vacated, modified or extended by the court.

IT IS SO ORDERED.

/s/Indira Talwani
United States District Judge

July 7, 2025
5:15 p.m.