# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:25-cv-11913 |

## MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

Through their undersigned counsel, and for the reasons stated in the accompanying memorandum, Defendants move the Court to dissolve its July 7, 2025, temporary restraining order.

| | |
|---|---|
| Dated: July 11, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>EMILY M. HALL<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>MICHELLE R. BENNETT<br>Assistant Director<br>Federal Programs Branch<br><br>BRADLEY HUMPHREYS<br>JACOB S. SILER<br>ELISABETH J. NEYLAN<br>Trial Attorneys<br>Federal Programs Branch<br><br>/s/ *Elizabeth Hedges*<br>ELIZABETH HEDGES (D.C. #1657707)<br>Counsel to the Assistant Attorney General<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Phone: (202) 616-0929<br>Elizabeth.T.Hedges@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

      Under L.R. 7.1(a)(2), I certify that I have conferred with counsel for Plaintiffs and have attempted in good faith to resolve the issue raised in this motion. Counsel for Plaintiffs stated that they oppose the motion.

/s/ *Elizabeth Hedges*
Elizabeth Hedges

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing document electronically on July 11, 2025, and it will be served on all parties through the Court's CM/ECF system.

<u>/s/ *Elizabeth Hedges*</u>
Elizabeth Hedges
