IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>                  Plaintiffs,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                  Defendants. | No. 1:25-cv-11913-IT |

## STATUS REPORT

In accordance with this Court's July 7, 2025, Temporary Restraining Order (ECF No. 18), Defendants file this status report "confirming Defendants' compliance" with that Order. The Order required Defendants to "provide a copy of this Temporary Restraining Order to all personnel within the Department of Health and Human Services and all state agencies involved with the disbursement of Medicaid funding," within 72 hours of Plaintiffs' service of the Order on Defendants. On July 9, 2025, the Department of Health and Human Services (HHS) sent an email to all HHS personnel, notifying them of the Order and providing a copy of it. On July 10, 2025, HHS sent an email to State Medicaid and Children's Health Insurance Program (CHIP) Directors, notifying them of the Order and providing a copy of it.

| | |
|---|---|
| Dated: July 11, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>EMILY M. HALL<br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>MICHELLE R. BENNETT<br>Assistant Director<br>Federal Programs Branch<br><br>BRADLEY HUMPHREYS<br>JACOB S. SILER<br>Trial Attorneys<br>Federal Programs Branch<br><br>/s/ *Elisabeth J. Neylan*<br>ELISABETH J. NEYLAN<br>Trial Attorney (N.Y. Bar Reg. No. 6125736)<br>Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Phone: (202) 616-3519<br>Elisabeth.J.Neylan@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Elisabeth J. Neylan
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice