## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, <br><br>                            Plaintiffs, <br><br>     v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br>                         Defendants. | No. 1:25-cv-11913-IT |

## DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES AND MEMORANDUM IN SUPPORT

Pursuant to Local Rule 7.1(b)(4), the Government respectfully requests leave to extend the page limit for their forthcoming opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. In particular, the Government requests leave to file an opposition brief of no more than 50 pages. Plaintiffs consent to this motion.

As good cause for this request, Defendants offer the following:

1.      On July 7, 2025, Plaintiffs filed a 175-paragraph, six-count Complaint challenging Section 71113 of the One Big Beautiful Bill Act, P.L. No. 119-21, § 71113, 139 Stat. 72 (2025). That same day, Plaintiffs filed a Motion for Leave to File Excess Pages, Doc. 3, and a forty-eight-page motion for a temporary restraining order and preliminary injunction. *See* Pls.' Emergency Mot. for TRO & Prelim. Inj., Doc. No. 4.

2.      Also on July 7, 2025, this Court granted Plaintiffs' motion for leave to file excess pages, *nunc pro tunc*. Doc. No. 17. The Court also entered a Temporary Restraining Order, Doc.

No. 18, and ordered the Government to file any opposition to the Plaintiffs' request for a preliminary injunction no later than July 14, 2025, Doc. No. 19.

3.    The Government respectfully submits that leave to file an opposition brief of no more than 50 pages is warranted so that it may adequately address the issues raised by Plaintiffs in their preliminary injunction motion. Granting this motion would also afford the same number of pages Plaintiffs originally sought in their motion for leave. *See* Doc. No. 3.

4.    In accordance with Local Rule 7.1(a), the Government conferred with counsel for Plaintiffs before filing this motion. Counsel for Plaintiffs indicated that they consent to this motion.

For these reasons, the Government respectfully requests that the page limit for their forthcoming opposition to Plaintiffs' request for a preliminary injunction be extended so that it may file a brief of no more than 50 pages.

Dated: July 14, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

EMILY M. HALL
ELIZABETH HEDGES
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
JACOB S. SILER

Trial Attorneys
Federal Programs Branch

/s/ *Elisabeth J. Neylan*
ELISABETH J. NEYLAN
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice
