UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; and PLANNED PARENTHOOD ASSOCIATON OF UTAH,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 1:25-cv-11913-IT |

**NOTICE OF APPEARANCE**

Attorney Jordan A. Sekulow, admitted pro hac vice in the above captioned matter, hereby enters his appearance on behalf of amicus curiae, American Center for Law & Justice.

Dated July 15, 2025                    Respectfully submitted,

                                                        Jordan A. Sekulow
                                                        /s/ Jordan A. Sekulow
                                                        (DC Bar No. 991680)

                                                        THE AMERICAN CENTER FOR LAW & JUSTICE
                                                        201 Maryland Avenue, NE
                                                        Washington, D.C. 20002
                                                        Telephone: (202) 546-8890
                                                        Facsimile: (202) 641-9160
                                                        sekulow@aclj.org

## **CERTIFICATE OF SERVICE**

I, Jordan A. Sekulow, hereby certify that on July 15, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants.

                                        /s/ Jordan A. Sekulow