UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; and PLANNED PARENTHOOD ASSOCIATION OF UTAH, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; and CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> Defendants. | Case No. 1:25-cv-11913-IT |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kyla Eastling on behalf of Plaintiffs Planned Parenthood Federation of America, Inc., Planned Parenthood League of Massachusetts, and Planned Parenthood Association of Utah in the above-captioned matter.

1

Dated:  July 16, 2025

Respectfully submitted,

*/s/ Kyla Eastling*
Kyla Eastling
PLANNED PARENTHOOD
  FEDERATION OF AMERICA, INC.
123 William Street
New York, NY 10038
Tel.: (212) 441-4363
kyla.eastling@ppfa.org

2

**CERTIFICATE OF SERVICE**

      Counsel for Plaintiffs certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: July 16, 2025

                                            */s/ Kyla Eastling*
                                            Kyla Eastling