# EXHIBIT 1

**From:**  ██████████████
**To:**
**Subject:** FW: [External]Notice of Temporary Restraining Order (TRO) in Planned Parenthood v. Kennedy
**Date:** Thursday, July 10, 2025 11:19:01 AM
**Attachments:** TRO.pdf

---

**From:** Costello, Anne Marie (CMS/CMCS) ████████████ @cms.hhs.gov>
**Sent:** Thursday, July 10, 2025 5:36 AM
**To:** ████████ @medicaid.alabama.gov; ████████ @alaska.gov; ████████ @azahcccs.gov; ████████ @azahcccs.gov; ████████ @dhs.arkansas.gov; ████████ @dhcs.ca.gov>; ████████ @state.co.us; ████████ @state.co.us; ████████ @ct.gov; ████████ @dc.gov; ████████ @delaware.gov; ████████ @ahca.myflorida.com; ████████ @dch.ga.gov; ████████ @dhs.hawaii.gov; ████████ @dhw.idaho.gov; ████████ @illinois.gov; ████████ @fssa.in.gov; ████████ @hhs.iowa.gov; ████████ @ks.gov; ████ @ky.gov; ████████ @LA.GOV; ████████ @maine.gov; ████████ @maryland.gov; ████████ @mass.gov; ████████ @michigan.gov; ████████ @state.mn.us; ████████ @medicaid.ms.gov; ████████ @dss.mo.gov; ████████ @mt.gov; ████████ @nebraska.gov; ████ @dhcfp.nv.gov; ████ @dhcfp.nv.gov; ████████ @dhhs.nh.gov; ████████ @dhs.nj.gov; ████████ @hsd.nm.gov; ████████ @health.ny.gov; ████████ @dhhs.nc.gov; ████ @nd.gov; ████████ @medicaid.ohio.gov; ████████ @okhca.org; ████████ @oha.oregon.gov; ████████ @pa.gov; ████████ @ohhs.ri.gov; ████████ @scdhhs.gov; ████████ @state.sd.us; ████████ @tn.gov; ████████ @hhs.texas.gov; ████████ @utah.gov; ████████ @vermont.gov; ████████ @dmas.virginia.gov; ████████ @hca.wa.gov; ████████ @wv.gov; ████████ @dhs.wisconsin.gov; ████████ @wyo.gov; ████████ @medicaid.as.gov; ████████ @medicaid.as.gov; ████████ @cnmimedicaid.org; ████████ @cnmimedicaid.org; ████████ @dphss.guam.gov; ████████ @dphss.guam.gov; ████████ @salud.pr.gov; ████████ @ases.pr.gov; ████████ @salud.pr.gov; ████████ @dhs.vi.gov; ████████ @adph.state.al.us; ████████ @ct.gov; ████████ @dc.gov; ████████ @ahca.myflorida.com; ████████ @dch.ga.gov; ████████ @dhw.idaho.gov; ████████ @illinois.gov; ████████ @fssa.in.gov; ████████ @maine.gov; ████████ @maryland.gov; ████████ @state.ma.us; ████████ @michigan.gov; ████████ @mt.gov; ████████ @state.mn.us; ████████ @health.ny.gov; ████████ @dhhs.nc.gov; ████████ @nd.gov; ████████ @dhsoha.state.or.us; ████████ @pa.gov; ████████ @tn.gov; ████ @utah.gov; ████████ @hca.wa.gov; ████████ @wv.gov; ████████ @dhs.wisconsin.gov; ████████ @wyo.gov
**Cc:** ████████████████ @cms.hhs.gov>; ████████████ @cms.hhs.gov>
**Subject:** [External]Notice of Temporary Restraining Order (TRO) in Planned Parenthood v. Kennedy

Dear State Medicaid and CHIP Directors:

Please review the attached Temporary Restraining Order (TRO) in *Planned Parenthood Federation of America, Inc. v. Kennedy*.  This TRO enjoins the Department and its "agents, employees, appointees, successors, and anyone acting in concert or participation with" the Department from "enforcing, retroactively enforcing, or otherwise applying the provisions of Section 71113 of 'An Act to provide for reconciliation pursuant to title II of H. Con. Res 14,' against Planned Parenthood Federation of America and its members; Planned Parenthood League of Massachusetts; and Planned Parenthood Association of Utah."  It also requires the Department and its "agents, employees, appointees, successors, and anyone acting in concert or participation with" the Department to "take all steps necessary to ensure that Medicaid funding continues to be disbursed in the customary manner and timeframes to" the above entities.

If you have questions, please reach out to me at ████████████@cms.hhs.gov.

Thank you
Anne Marie


Anne Marie Costello
Deputy Director
Center for Medicaid & CHIP Services
Cell: ████████████