# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cv-11913 |

## NOTICE OF APPEAL OF PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Court's July 21, 2025, Memorandum & Order, *see* ECF No. 62.

Dated: July 22, 2025                                      Respectfully submitted,


                                              BRETT A. SHUMATE
                                              Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH HEDGES
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
JACOB S. SILER
ELISABETH J. NEYLAN
Trial Attorneys
Federal Programs Branch

/s/ *Emily M. Hall*
EMILY M. HALL
Counsel to the Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Telephone: (202) 307-6482
Email: emily.hall@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

Dated: July 22, 2025

/s/ *Emily M. Hall*
Emily M. Hall
