UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Planned Parenthood Federation of America, Inc. et al v. Kennedy et al

District Court Number: 25cv11913-IT

Fee: Paid? Yes ____ No ____  Government filer _X_  *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes _X_  No ____   Sealed documents  Yes ____ No _X_
If yes, document # __4__                If yes, document # _____

*Ex parte* documents  Yes ____ No _X_   Transcripts  Yes ____ No _X_
If yes, document # _____             If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

### #62 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #62 and #63

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __63__ filed on __July 22, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __July 22, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**