# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INC.; PLANNED
PARENTHOOD LEAGUE OF
MASSACHUSETTS; and PLANNED
PARENTHOOD ASSOCIATION OF UTAH,

    Plaintiffs,

  v.

ROBERT F. KENNEDY, JR., in his official
capacity as SECRETARY OF THE U.S.
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
MEHMET OZ, in his official capacity as
ADMINISTRATOR OF THE CENTERS
FOR MEDICARE & MEDICAID
SERVICES; and CENTERS FOR
MEDICARE & MEDICAID SERVICES,

    Defendants.

Case No. 1:25-cv-11913-IT

---

## PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S JULY 21, 2025 ORDER OR, IN THE ALTERNATIVE, TO EXTEND AMENDED TEMPORARY RESTRAINING ORDER

Plaintiffs Planned Parenthood Federation of America, Inc. ("PPFA"); Planned Parenthood League of Massachusetts ("PPLM"); and Planned Parenthood Association of Utah ("PPAU") (collectively, "Plaintiffs") respectfully request expedited clarification from the Court confirming that the July 21, 2025 Preliminary Injunction Order prohibits enforcement of the Defund Provision against all Planned Parenthood Members, and not just the Non-Qualifying Members. Further, although not explicit, Plaintiffs understand that the PI Order prohibits retroactive claims to recoup payments lawfully obtained by Planned Parenthood Members during the pendency of the

1

injunction.  Clarification on these two points is urgently needed given the expiration of this Court's Amended Temporary Restraining Order and the exigencies on the ground for Planned Parenthood Members and their patients with respect to whether they may seek reimbursement through Medicaid.  Otherwise, to the extent the Court is still considering the Emergency Motion with respect to the Members that independently satisfy the Defund Provision, Plaintiffs ask that the Court's Amended Temporary Restraining Order be extended as to those Members' claims until the Court has reached its decision.

Plaintiffs' motion is supported by their memorandum of law filed herewith.

Pursuant to Rule 7.1, Plaintiffs emailed Defendants on July 22, 2025 to confer regarding this Motion.  Defendants indicated that they oppose the motion

Dated:  July 23, 2025

Respectfully submitted,

/s/ Alan E. Schoenfeld

Emily Nestler*
PLANNED PARENTHOOD
  FEDERATION OF AMERICA, INC.
1110 Vermont Avenue, NW
Washington, D.C.  20005
Tel.: (202) 973-4800
emily.nestler@ppfa.org

Alan E. Schoenfeld*
Cassandra A. Mitchell*
Alex W. Miller*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
cassie.mitchell@wilmerhale.com
alex.miller@wilmerhale.com

Jennifer Sandman*
C. Peyton Humphreville*
Kyla Eastling*
PLANNED PARENTHOOD
  FEDERATION OF AMERICA, INC.
123 William Street
New York, NY 10038
Tel.: (212) 441-4363
jennifer.sandman@ppfa.org
peyton.humphreville@ppfa.org
kyla.eastling@ppfa.org

Sharon K. Hogue, BBO# 705510
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
sharon.hogue@wilmerhale.com

Albinas J. Prizgintas*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
albinas.prizgintas@wilmerhale.com

*Pro hac vice application granted.

Counsel for Plaintiffs

PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S JULY 21, 2025 ORDER
OR, IN THE ALTERNATIVE, TO EXTEND AMENDED TRO

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that they have contacted the following individuals at the U.S. Department of Justice by electronic mail to confer and have attempted in good faith to resolve or narrow the issue of this motion. Counsel for Defendants indicated that they oppose this motion.

Michelle Bennett
Assistant Director, Civil Division
michelle.bennett@usdoj.gov

Emily Hall
Counsel to the Assistant Attorney General, Civil Division
emily.hall@usdoj.gov

Elizabeth Hedges
Counsel to the Assistant Attorney General, Civil Division
elizabeth.t.hedges@usdoj.gov

Bradley Humphreys
Senior Trial Counsel
bradley.humphreys@usdoj.gov

Jacob Siler
Trial Attorney
jacob.s.siler@usdoj.gov

Elisabeth Neylan
Trial Attorney
elisabeth.j.neylan@usdoj.gov

Eric J. Hamilton
Deputy Assistant Attorney General, Federal Programs Branch
eric.hamilton@usdoj.gov

Alex Haas
Co-Director, Federal Programs Branch
alex.haas@usdoj.gov

Diane Kelleher
Co-Director, Federal Programs Branch
diane.kelleher@usdoj.gov

4

Plaintiffs' Emergency Motion For Clarification Of The Court's July 21, 2025 Order
Or, In The Alternative, To Extend Amended TRO

John Griffiths
Co-Director, Federal Programs Branch
john.griffiths@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Dated:  July 23, 2025                           Respectfully submitted,

                                                */s/ Alan Schoenfeld*
                                                _____
                                                Alan Schoenfeld

PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S JULY 21, 2025 ORDER
OR, IN THE ALTERNATIVE, TO EXTEND AMENDED TRO

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Plaintiffs hereby certify that a true and correct copy of this document has been served on all counsel of record through the Court's ECF system on July 23, 2025.

Dated:  July 23, 2025

*/s/ Alan Schoenfeld*
Alan Schoenfeld
