IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-11913-IT |

NOTICE OF INTENT TO FILE AN OPPOSITION
TO PLAINTIFFS' MOTION FOR CLARIFICATION

PLEASE TAKE NOTICE THAT Defendants, by and through undersigned counsel, hereby notify the Court of their intent to file an opposition to Plaintiffs' motion for clarification of the Court's July 21, 2025 Order, or in the alternative, to extend the amended TRO, ECF Nos. 66, 67. The United States will file its reply by August 6, 2025, *see* Local Rule 7.1(b)(2), or by another deadline imposed by this Court.

Dated: July 24, 2025

                                                        Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General
                                                        Civil Division

                                                        YAAKOV M. ROTH
                                                         Principal Deputy Assistant Attorney General
                                                         Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

EMILY M. HALL
ELIZABETH HEDGES
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
JACOB S. SILER
Trial Attorneys
Federal Programs Branch

/s/ *Elisabeth J. Neylan*
ELISABETH J. NEYLAN
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Elisabeth J. Neylan
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice