UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; and PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Case No. 1:25-cv-11913-IT |

**JOINT MOTION TO CLARIFY, OR IN THE ALTERNATIVE TO EXTEND, DEADLINE TO SUBMIT CASE SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b) Plaintiffs Planned Parenthood Federation of America, Inc, Planned Parenthood League of Massachusetts, and Planned Parenthood Association of Utah and Defendants Robert F. Kennedy, the U.S. Department of Health and Human Services, Mehmet Oz, and Centers for Medicare & Medicaid Services (together, "the Parties"), jointly move the Court to clarify that the deadline for the Parties to submit a proposed case schedule is August 11, 2025, or in the alternative, move to extend such deadline until August 11, 2025.

1

As grounds for this Joint Motion, the Parties state as follows:

1. On July 7, 2025, Plaintiffs filed their Complaint and Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"). *See* Doc. Nos. 1, 4, 5.

2. On July 18, 2025, the Court held a hearing on Plaintiffs' Motion. At that hearing, the Court directed the Parties to confer and to submit a proposed case schedule "[t]wo weeks after [the Court's] decision is issued." Hr'g Tr. 89.

3. On July 21, 2024, the Court issued a Memorandum & Order in which Plaintiffs' Motion for Preliminary Injunction was granted in part and otherwise remained under advisement. Doc. No. 62. Two weeks from July 21 would make the deadline for the Parties to submit the proposed case schedule August 4.

4. The Court issued a separate Memorandum & Order resolving Plaintiffs' Motion on July 28, 2025. Doc. No. 69. Two weeks from July 28 would make the deadline for the Parties to submit the proposed case schedule August 11.

5. The Parties request clarification that the deadline to submit a proposed case schedule is August 11, two weeks after the July 28 Memorandum & Order was issued. In the alternative, the Parties request that the Court extend the deadline to submit a proposed case schedule to August 11, in order to allow the Parties time to assess the July 28 order, and to confer.

6. Good cause exists to grant this Joint Motion.

7. No Party will be prejudiced by this Joint Motion, and the relief requested here will not significantly delay this matter.

WHEREFORE, the Parties respectfully request that this Joint Motion be allowed and that the deadline be clarified or otherwise extended as noted herein.

## LOCAL RULE 7.1 CERTIFICATE

Undersigned counsel certifies that counsel have conferred regarding this motion and that it is made jointly with the assent of all Parties as reflected below.

Dated:  August 4 , 2025    Respectfully submitted,

*Consuel for Plaintiffs:*

| | |
|---|---|
| Emily Nestler*<br>PLANNED PARENTHOOD<br>FEDERATION OF AMERICA, INC.<br>1110 Vermont Avenue, NW<br>Washington, D.C.  20005<br>Tel.: (202) 973-4800<br>emily.nestler@ppfa.org<br><br>Jennifer Sandman*<br>C. Peyton Humphreville*<br>Kyla Eastling*<br>PLANNED PARENTHOOD<br>FEDERATION OF AMERICA, INC.<br>123 William Street<br>New York, NY 10038<br>Tel.: (212) 441-4363<br>jennifer.sandman@ppfa.org<br>peyton.humphreville@ppfa.org<br>kyla.eastling@ppfa.org | */s/ Alan Schoenfeld*<br>Alan Schoenfeld*<br>Cassandra A. Mitchell*<br>Alex W. Miller*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 230-8800<br>Fax: (212) 230-8888<br>alan.schoenfeld@wilmerhale.com<br>cassie.mitchell@wilmerhale.com<br>alex.miller@wilmerhale.com<br><br>Sharon K. Hogue, BBO# 705510<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6000<br>Fax: (617) 526-5000<br>sharon.hogue@wilmerhale.com<br><br>Albinas J. Prizgintas*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>albinas.prizgintas@wilmerhale.com |

*Counsel for Defendants:*

Brett A. Shumate
Assistant Attorney General
Civil Division

Yaakov M. Roth
Principal Deputy Assistant Attorney General
Civil Division

Eric J. Hamilton
Deputy Assistant Attorney General
Civil Division

Bradley Humphreys
Jacob S. Siler
Trial Attorneys
Federal Programs Branch

*/s/ Emily Margaret Hall*
Emily Margaret Hall
DOJ-Civ
Civil Division, Office of the Assistant Attorney General
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530
202-307-6482
emily.hall@usdoj.gov

Elisabeth Neylan
DOJ-Civ
1100 L St. NW
Washington, DC 20005
771-217-8180
elisabeth.j.neylan@usdoj.gov

Elizabeth Themins Hedges
DOJ-Civ
950 Pennsylvania Ave NW
Washington, DC 20530
771-209-1978
elizabeth.t.hedges@usdoj.gov

Michelle R. Bennett
Assistant Director
Federal Programs Branch

/

*Pro hac vice application granted.

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs hereby certify that a true and correct copy of this document has been served on all counsel of record through the Court's ECF system on August 4, 2025.

Dated: August 4, 2025

                                             */s/ Alan Schoenfeld*
                                             Alan Schoenfeld