IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 1:25-cv-11913-IT |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's July 28, 2025 memorandum opinion and order, Dkt. No. 69.

Dated: August 5, 2025

                                            Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            MICHELLE R. BENNETT
                                            Assistant Director
                                            Federal Programs Branch

                                            */s/ Elisabeth J. Neylan*
                                            Elisabeth J. Neylan
                                            Trial Attorney (N.Y. Bar Reg. No. 6125736)
                                            United States Department of Justice
                                            Civil Division
                                            Federal Programs Branch
                                            1100 L St. NW
                                            Washington, DC 20005
                                            Tel: (202) 616-3519; Fax: (202) 616-8460
                                            E-mail: Elisabeth.J.Neylan@usdoj.gov

                                            *Attorneys for Defendants*