UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Planned Parenthood Federation of America, Inc. et al v. Kennedy et al

District Court Number: 25cv11913-IT

Fee:    Paid?    Yes ____    No ____    Government filer  X     In Forma Pauperis   Yes ____    No ____

Motions Pending        Yes ____ No  X        Sealed documents        Yes ____ No  X
If yes, document # _____             If yes, document # _____

Ex parte documents     Yes ____ No  X        Transcripts             Yes  X  No ____
If yes, document # _____             If yes, document # 70

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent  X     Other: ____

Appeal from:

### #69 Memorandum and Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #69 and #75

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 75 filed on August 5, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 5, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**