UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; AND PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendant. | Case No. 1:25-cv-11913-IT<br><br>Judge Indira Talwani |

**AFFIDAVIT OF MAILING**

I, Jessica Melendez-Barbosa, hereby state as follows:

1. On the 8th day of July 2025, I caused to be deposited in the United States Mail a copy of the appropriate Summons, Complaint, Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support regarding the Emergency Motion for Temporary Restraining Order and Preliminary Injunction, in the above captioned case, postage prepaid, return receipt

requested, addressed to defendants listed below.

| Defendant | Certified Mail No. | Date Received |
|---|---|---|
| Mehmet Oz, Administrator of the Centers for Medicare & Medicaid Services | 7016 0340 0000 5535 5211 | July 10, 2025 |
| Center for Medicare & Medicaid Services | 7016 0340 0000 5535 5228 | July 10, 2025 |
| U.S. Department of Health and Human Services | 7016 0340 0000 5535 5235 | July 10, 2025 |
| Robert F. Kennedy, Jr., Secretary of the U.S. Department of Health and Human Services | 7016 0340 0000 5535 5242 | July 10, 2025 |

2. On the 8th day of July 2025, I caused to be deposited in the United States Mail a copy of the appropriate Summons, Complaint, Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support regarding the Emergency Motion for Temporary Restraining Order and Preliminary Injunction, in the above captioned case, postage prepaid, return receipt requested, addressed to the below.

| Attorney General of the United States | 7016 0340 0000 5535 5204 | July 11, 2025 |
|---|---|---|
| Civil Process Clerk | 7016 0340 0000 5535 5266 | July 14, 2025 |

3. Attached are copies of the tracking information, certified mail receipts, return receipts, and proof of delivery from the United States Postal website.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 5, 2025

_____

Jessica Melendez-Barbosa



