# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; and PLANNED PARENTHOOD ASSOCIATION OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Case No. 1:25-cv-11913-IT |

## JOINT MOTION TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING RESOLUTION OF THE GOVERNMENT'S MOTION TO STAY PRELIMINARY INJUNCTIONS PENDING APPEAL

Plaintiffs Planned Parenthood Federation of America, Inc., Planned Parenthood League of Massachusetts, and Planned Parenthood Association of Utah and Defendants Robert F. Kennedy, Jr., the U.S. Department of Health and Human Services, Mehmet Oz, and Centers for Medicare & Medicaid Services (together, "the Parties"), jointly move the Court to stay further district court proceedings pending resolution of Defendants' Motion to Stay Preliminary Injunctions Pending Appeal (Doc. No. 84), as well as any further motions to stay the preliminary injunctions on appeal.

As grounds for this Joint Motion, the Parties state as follows:

1.    On July 7, 2025, Plaintiffs filed their Complaint and Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. *See* Doc. Nos. 1, 4, 5.

2.    On July 21, 2024, the Court issued a Memorandum & Order in which Plaintiffs' Motion for Preliminary Injunction was granted in part and otherwise remained under advisement. Doc. No. 62.

3.    The Court issued a separate Memorandum & Order resolving and granting Plaintiffs' Motion on July 28, 2025.  Doc. No. 69.

4.    On August 7, 2025, Defendants filed a Motion to Stay Preliminary Injunctions Pending Appeal (the "Motion").  Doc. No. 84.

5.    The Parties believe that resolution of Defendants' Motion, and any similar motion on appeal, could provide clarity on next steps in the case, including the issues on which discovery is necessary.  As a result, for efficiency, the Parties ask this Court to stay further district court proceedings in this case (with the exception of proceedings on Defendants' Motion to Stay Preliminary Injunctions Pending Appeal), pending resolution of such motions.

6.    Good cause exists to grant this Joint Motion.

7.    No Party will be prejudiced by this Joint Motion, and the relief requested here will not significantly delay this matter.

WHEREFORE, the Parties respectfully request that this Joint Motion be allowed and that further district court proceedings be stayed pending resolution of Defendants' Motion to Stay Preliminary Injunctions Pending Appeal, as well as any similar motion made on appeal.

## LOCAL RULE 7.1 CERTIFICATE

Undersigned counsel certifies that counsel have conferred regarding this motion and that it is made jointly with the assent of all Parties as reflected below.

Dated:  August 11, 2025

*Counsel for Plaintiffs:*

Emily Nestler*
PLANNED PARENTHOOD
FEDERATION OF AMERICA, INC.
1110 Vermont Avenue, NW
Washington, D.C.  20005
Tel.: (202) 973-4800
emily.nestler@ppfa.org

Jennifer Sandman*
C. Peyton Humphreville*
Kyla Eastling*
PLANNED PARENTHOOD
FEDERATION OF AMERICA, INC.
123 William Street
New York, NY 10038
Tel.: (212) 441-4363
jennifer.sandman@ppfa.org
peyton.humphreville@ppfa.org
kyla.eastling@ppfa.org

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld*
Cassandra A. Mitchell*
Alex W. Miller*
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
cassie.mitchell@wilmerhale.com
alex.miller@wilmerhale.com

Sharon K. Hogue, BBO# 705510
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
sharon.hogue@wilmerhale.com

Albinas J. Prizgintas*
WILMER CUTLER PICKERING HALE AND
DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
albinas.prizgintas@wilmerhale.com

*Counsel for Defendants:*


Brett A. Shumate
Assistant Attorney General
Civil Division

Yaakov M. Roth
Principal Deputy Assistant Attorney General
Civil Division

Eric J. Hamilton
Deputy Assistant Attorney General
Civil Division

Bradley Humphreys
Jacob S. Siler
Trial Attorneys
Federal Programs Branch

*/s/ Emily Margaret Hall*
Emily Margaret Hall
DOJ-Civ
Civil Division, Office of the Assistant
Attorney General
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530
202-307-6482
emily.hall@usdoj.gov

Elisabeth Neylan
DOJ-Civ
1100 L St. NW
Washington, DC 20005
771-217-8180
elisabeth.j.neylan@usdoj.gov

Elizabeth Themins Hedges
DOJ-Civ
950 Pennsylvania Ave NW
Washington, DC 20530
771-209-1978
elizabeth.t.hedges@usdoj.gov

Michelle R. Bennett
Assistant Director
Federal Programs Branch


*\*Pro hac vice application granted.*

**<u>CERTIFICATE OF SERVICE</u>**

Counsel for Plaintiffs hereby certify that a true and correct copy of this document has been served on all counsel of record through the Court's ECF system on August 11, 2025.

Dated:  August 11, 2025

*/s/ Alan Schoenfeld*
Alan Schoenfeld
