IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-11913-IT |

**JOINT MOTION TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING RESOLUTION OF EXPEDITED APPEAL OF THIS COURT'S PRELIMINARY INJUNCTIONS**

Plaintiffs, Planned Parenthood Federation of America, Inc., *et al.*, and Defendants, Robert F. Kennedy, Jr., *et al.*, (together, "the Parties"), jointly move the Court to stay further district court proceedings pending resolution of Defendants' appeal of this Court's July 21, 2025 memorandum opinion and order, ECF No. 62, and its July 28, 2025 memorandum opinion and order, ECF No. 69, to the U.S. Court of Appeals for the First Circuit. As grounds for this joint motion, the Parties state as follows:

1. On July 7, 2025, Plaintiffs filed their Complaint and an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. *See* ECF Nos. 1, 4, 5.

1

2. Defendants opposed the motion for a preliminary injunction, *see* ECF No. 53.

3. On July 21, 2025, this Court issued a memorandum opinion and order in which Plaintiffs' motion for a preliminary injunction was granted in part and otherwise remained under advisement. ECF No. 62.

4. The Court issued a separate memorandum and order resolving and granting Plaintiffs' motion on July 28, 2025. ECF No. 69.

5. Defendants appealed both orders, *see* ECF Nos. 63, 75, and moved for a stay pending appeal before the U.S. Court of Appeals for the First Circuit. *See Planned Parenthood Federation of America et al. v. Robert F. Kennedy, Jr. et al.*, Nos. 25-1698, 25-1755.

6. On September 11, 2025, the First Circuit granted Defendants' motion for a stay pending appeal. *See* ECF No. 94.

7. On September 18, 2025, the First Circuit entered an expedited briefing schedule for the merits of the appeal, whereby Defendants will submit their opening merits brief by 5:00 p.m. on September 29, 2025; Plaintiffs will submit their response brief by 5:00 p.m. on October 13, 2025; and Defendants will file any reply brief by 5:00 p.m. seven days after the filing of Plaintiffs' response brief.

8. In light of the expedited briefing schedule entered by the First Circuit, and because the Parties believe that the resolution of the appeal could provide clarity on next steps in the case, for efficiency, the Parties ask this Court to stay further district court proceedings in this case pending resolution of the appeal in the First Circuit.

9. Good cause exists to grant this joint motion.

10. No Party will be prejudiced by this joint motion.

WHEREFORE, the Parties respectfully request that this Motion be allowed and that further

district court proceedings be stayed pending resolution of Defendants' appeal of the preliminary injunctions in the First Circuit.

## LOCAL RULE 7.1 CERTIFICATE

Undersigned counsel certifies that counsel have conferred regarding this motion and that it is made jointly with the assent of all Parties as reflected below.

| | |
|---|---|
| Dated: September 23, 2025 | Respectfully submitted, |
| /s/      Alan Schoenfeld | BRETT A. SHUMATE |
| Alan Schoenfeld* | Assistant Attorney General |
| Cassandra A. Mitchell* | Civil Division |
| Alex W. Miller* | |
| WILMER CUTLER PICKERING | YAAKOV M. ROTH |
|    HALE AND DORR LLP | Principal Deputy Assistant Attorney General |
| 7 World Trade Center | Civil Division |
| 250 Greenwich Street | |
| New York, NY 10007 | ERIC J. HAMILTON |
| Tel.: (212) 230-8800 | Deputy Assistant Attorney General |
| Fax: (212) 230-8888 | Civil Division |
| alan.schoenfeld@wilmerhale.com | |
| cassie.mitchell@wilmerhale.com | EMILY M. HALL |
| alex.miller@wilmerhale.com | ELIZABETH HEDGES |
| | TIBERIUS DAVIS |
| Sharon K. Hogue, BBO# 705510 | Counsel to the Assistant Attorney General |
| WILMER CUTLER PICKERING | Civil Division |
|    HALE AND DORR LLP | |
| 60 State Street | MICHELLE R. BENNETT |
| Boston, MA 02109 | Assistant Director |
| Tel.: (617) 526-6000 | Federal Programs Branch |
| Fax: (617) 526-5000 | |
| sharon.hogue@wilmerhale.com | BRADLEY P. HUMPHREYS |
| | JACOB S. SILER |
| Albinas J. Prizgintas* | Trial Attorneys |
| WILMER CUTLER PICKERING | Federal Programs Branch |
|    HALE AND DORR LLP | |
| 2100 Pennsylvania Avenue NW | /s/ Elisabeth J. Neylan |
| Washington, DC 20037 | ELISABETH J. NEYLAN |
| Tel.: (202) 663-6000 | Trial Attorney (N.Y. Bar Reg. No. 6125736) |
| Fax: (202) 663-6363 | Federal Programs Branch |

3

albinas.prizgintas@wilmerhale.com

Emily Nestler*
PLANNED PARENTHOOD
FEDERATION OF AMERICA, INC.
1110 Vermont Avenue, NW
Washington, D.C. 20005
Tel.: (202) 973-4800
emily.nestler@ppfa.org

Jennifer Sandman*
C. Peyton Humphreville*
Kyla Eastling*
PLANNED PARENTHOOD
FEDERATION OF AMERICA, INC.
123 William Street
New York, NY 10038
Tel.: (212) 441-4363
jennifer.sandman@ppfa.org
peyton.humphreville@ppfa.org
kyla.eastling@ppfa.org

1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                */s/ Elisabeth J. Neylan*
                                                Elisabeth J. Neylan
                                                Trial Attorney
                                                United States Department of Justice