IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Defendants*.

No. 1:25-cv-11913-IT

**JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED CASE SCHEDULE**

Plaintiffs Planned Parenthood Federation of America, Inc., *et al.*, and Defendants Robert F. Kennedy, Jr., *et al.*, (together, "the Parties"), jointly move the Court to extend their deadline to file a proposed case schedule, ECF No. 100, by 14 days, to February 3, 2026. As grounds for this joint motion, the Parties state as follows:

1. On July 7, 2025, Plaintiffs filed their Complaint and an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. *See* ECF Nos. 1, 4, 5.

2. Defendants opposed the motion for a preliminary injunction. *See* ECF No. 53.

3. On July 21, 2025, this Court issued a memorandum opinion and order in which Plaintiffs' motion for a preliminary injunction was granted in part and otherwise remained under advisement. *See* ECF No. 62.

4. On July 28, 2025, the Court issued a separate memorandum and order resolving and granting Plaintiffs' motion. *See* ECF No. 69.

5. Defendants appealed both orders. *See Planned Parenthood Federation of America et al. v. Robert F. Kennedy, Jr. et al.*, Nos. 25-1698, 25-1755.

6. On December 12, 2025, the First Circuit issued an order vacating this Court's orders granting preliminary injunctions and remanding the matter for further proceedings. *See* ECF No. 98, 99.

7. On December 15, 2025, this Court directed the parties to submit a proposed case schedule no later than December 19, 2025. *See* ECF No. 100.

8. On December 18, 2025, the Parties filed a Joint Motion to Extend Time to Submit Proposed Case Schedule, asking that the deadline be extended to January 20, 2026. *See* ECF No. 101. The Court granted that extension. *See* ECF No. 102.

9. Plaintiffs have diligently sought to consider and coordinate with the numerous Planned Parenthood Members on whose behalf they brought this suit regarding the implications of the First Circuit's decision, and require a short extension of time to continue to do so. Thus, in the continuing interests of judicial economy and potentially narrowing issues of dispute, the Parties respectfully request this Court extend the deadline for the Parties to file a proposed case schedule by 14 days, to February 3, 2026.

10. As noted above, the Parties have made one previous request for extension of this deadline, which was granted.

3

11. Good cause exists to grant this joint motion.

12. No Party will be prejudiced by this joint motion.

WHEREFORE, the Parties respectfully request that this Motion be allowed and that further district court proceedings be stayed until February 3, 2026.

**LOCAL RULE 7.1 CERTIFICATE**

Undersigned counsel certifies that counsel for the Parties have conferred regarding this Motion and that it is made jointly with the assent of all Parties as reflected below.

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully submitted, |
| /s/     Alan Schoenfeld     | BRETT A. SHUMATE |
| Alan Schoenfeld* | Assistant Attorney General |
| Cassandra A. Mitchell* | Civil Division |
| Alex W. Miller* | |
| WILMER CUTLER PICKERING | YAAKOV M. ROTH |
|    HALE AND DORR LLP | Principal Deputy Assistant Attorney General |
| 7 World Trade Center | Civil Division |
| 250 Greenwich Street | |
| New York, NY 10007 | ERIC J. HAMILTON |
| Tel.: (212) 230-8800 | Deputy Assistant Attorney General |
| Fax: (212) 230-8888 | Civil Division |
| alan.schoenfeld@wilmerhale.com | |
| cassie.mitchell@wilmerhale.com | ELIZABETH HEDGES |
| alex.miller@wilmerhale.com | TIBERIUS DAVIS |
| | Counsel to the Assistant Attorney General |
| Sharon K. Hogue, BBO# 705510 | Civil Division |
| WILMER CUTLER PICKERING | |
|    HALE AND DORR LLP | MICHELLE R. BENNETT |
| 60 State Street | Assistant Director |
| Boston, MA 02109 | Federal Programs Branch |
| Tel.: (617) 526-6000 | |
| Fax: (617) 526-5000 | /s/ Jacob S. Siler     |
| sharon.hogue@wilmerhale.com | JACOB S. SILER |
| | Trial Attorney (D.C. Bar No. 1003383) |
| Albinas J. Prizgintas* | Federal Programs Branch |
| WILMER CUTLER PICKERING | 1100 L Street NW |
|    HALE AND DORR LLP | Washington, DC 20005 |
| 2100 Pennsylvania Avenue NW | Phone: (202) 353-4556 |
| Washington, DC 20037 | Jacob.S.Siler@usdoj.gov |
| Tel.: (202) 663-6000 | |
| Fax: (202) 663-6363 | *Attorneys for Defendants* |
| albinas.prizgintas@wilmerhale.com | |
| | |
| Emily Nestler* | |
| PLANNED PARENTHOOD | |
| FEDERATION OF AMERICA, INC. | |
| 1110 Vermont Avenue, NW | |
| Washington, D.C.  20005 | |

Tel.: (202) 973-4800
emily.nestler@ppfa.org

Jennifer Sandman*
C. Peyton Humphreville*
Kyla Eastling*
PLANNED PARENTHOOD
FEDERATION OF AMERICA, INC.
123 William Street
New York, NY 10038
Tel.: (212) 441-4363
jennifer.sandman@ppfa.org
peyton.humphreville@ppfa.org
kyla.eastling@ppfa.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                                                       */s/     Alan Schoenfeld*
                                                                                       Alan Schoenfeld
                                                                                       WILMER CUTLER PICKERING
                                                                                           HALE AND DORR LLP
                                                                                      7 World Trade Center
                                                                                      250 Greenwich Street
                                                                                      New York, NY 10007
                                                                                      Tel.: (212) 230-8800
                                                                                      Fax: (212) 230-8888
                                                                                      alan.schoenfeld@wilmerhale.com